# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
State of Texas, et. al.

**(b)** County of Residence of First Listed Plaintiff: **Smith**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See attached document

## DEFENDANTS
Department of Homeland Security, et al.

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 USC Sec. 706

Brief description of cause:
Review of agency action under the Administrative Procedures Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: Aug 22, 2024
SIGNATURE OF ATTORNEY OF RECORD: /s/ Ryan Walters

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**I. (c) Plaintiff Attorneys:**

RYAN WALTERS
Special Counsel
Texas Bar No. 240105085
ryan.walters@oag.texas.gov

KATHLEEN T. HUNKER
Special Counsel
Texas Bar No. 24118415
Kathleen.Hunker@oag.texas.gov

GARRETT GREENE
Special Counsel
Texas Bar No. 24096217
Garrett.Greene@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-1139
Fax: (512) 474-2697
*Counsel for State of Texas*

ALAN HURST
Solicitor General
Alan.Hurst@ag.idaho.gov

MICHAEL A. ZARIAN
Deputy Solicitor General
Michael.Zarian@ag.idaho.gov

Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
*Counsel for State of Idaho*

ROBERT M. OVERING
Deputy Solicitor General
Robert.Overing@AlabamaAG.gov

Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
*Counsel for State of Alabama*

DYLAN L. JACOBS
Deputy Solicitor General
Dylan.jacobs@arkansasag.gov

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201
Telephone: (501) 682-2007
*Counsel for State of Arkansas*

JAMES H. PERCIVAL
Chief of Staff
James.percival@myfloridalegal.com

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*Counsel for State of Florida*

STEPHEN J. PETRANY
Solicitor General
spetrany@law.ga.gov

Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
*Counsel for State of Georgia*

ERIC H. WESSAN
Solicitor General
eric.wessan@ag.iowa.gov

Office of the Attorney General
1305 E. Walnut Street

Des Moines, Iowa 50319  
(515) 823-9117  
(515) 281-4209 (fax)  
*Counsel for State of Iowa*

Abhishek S. Kambli  
Deputy Attorney General – Special Litigation & Constitutional Issues Division  
abhishek.kambli@ag.ks.gov

Office of Kansas Attorney General Kris W. Kobach  
120 SW 10th Avenue, 2nd Floor Topeka, Kansas 66612  
Phone: (785) 296-6109  
Fax: (785) 221-3938  
*Counsel for State of Kansas*

J. Benjamin Aguiñaga  
Solicitor General  
AguinagaB@ag.louisiana.gov

Office of the Attorney General  
1885 N. 3rd St.  
Baton Rouge, LA 70802  
(225) 506-3746  
*Counsel for State of Louisiana*

Samuel C. Freedlund  
Deputy Solicitor General  
Samuel.Freedlund@ago.mo.gov

Office of the Attorney General  
815 Olive St., Suite 200  
St. Louis, MO 63188  
Phone: (314) 340-4869  
Fax (573) 751-1774  
*Counsel for State of Missouri*

Philip Axt  
Solicitor General  
pjaxt@nd.gov

Office of Attorney General  
600 E. Boulevard Ave Dept. 125  
Bismarck, ND 58505  
Phone: (701) 328-2210  
*Counsel for State of North Dakota*

T. Elliot Gaiser
Solicitor General
thomas.gaiser@ohioago.gov

Office of Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
614.466.5087 fax
*Counsel for State of Ohio*

Clifton E. Katz
Assistant Attorney General
clifton.katz@state.sd.us

Office of Attorney General
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: 605-773-3215
*Counsel for State of South Dakota*

James Emory Smith, Jr.
Deputy Solicitor General
esmith@scag.gov

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3642
Fax: (803) 734-3677
*Counsel for State of South Carolina*

Whitney D. Hermandorfer
Director of Strategic Litigation
Whitney.Hermandorfer@ag.tn.gov

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
*Counsel for State of Tennessee*

Ryan Schelhaas
Chief Deputy Attorney General
ryan.schelhaas@wyo.gov

Office of the Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
*Counsel for State of Wyoming*

### I. (a) Defendants:

U.S. Department of Homeland Security;

Alejandro Mayorkas, in his official capacity as Secretary for DHS;

Equal Employment Opportunity Commission;

Ur Jaddou, in her official capacity as Director of USCIS;

Troy Miller, in his official capacity as the Acting Commissioner of CBP;

Patrick J. Lechleitner, in his official capacity as the Acting Director of ICE;

the Office of Management and Budget;

Shalanda Young in her official capacity as the Director of the Office of Management and Budget;