UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS, et al.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

*Defendants.*

No. 6:24-cv-00306

# [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Before the Court is Plaintiffs' Unopposed Motion to Exceed Page Limitations. After considering the motion, record, and relevant authorities, the Court hereby GRANTS the motion and allows Plaintiffs 55 pages for their Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action.