# EXHIBIT C

## **DECLARATION OF SUSAN BRICKER**

1. My name is Susan Bricker. I am an adult and competent to testify. The information and opinions contained in this declaration are based upon my personal knowledge, my review of the relevant documents, and my knowledge, skills, training, and experience.

2. I am currently the manager (Manager V) of the Health Program Outcomes and Epidemiology Team ("HPOE") within the Office of Data, Analytics and Performance ("DAP") (the office formerly known as the Center for Analytics and Decision Support--CADS) at the Texas Health and Human Services Commission ("HHSC").

3. Except for a brief eight-month period in 2014 when I worked in the private sector, I've been employed at HHSC since 2007. In that time, I have worked as an Epidemiologist II (2007-2012), Research Specialist V (2012-Jan. 2014), a Research Specialist V (Sept. 2014-Apr. 2018), a Program Specialist VII (May 2018-May 2021), and Manager V (June 2021-current). The HPOE Team conducts and/or coordinates legislative and HHS-directed research on health care utilization, demographic trends, and enrollment patterns for the state's health care and human service programs.

4. In 2007, as part of the 2008-2009 General Appropriations Act, the Texas Legislature required HHSC to report the cost of services and benefits provided by HHSC to undocumented immigrants in the State of Texas. This report, also known as the Rider 59 Report, was first completed by HHSC in 2008. Due to numerous requests for more recent information following the issuance of the 2008 report, the Rider 59 Report was updated in 2010, 2013, 2014, 2017, and 2021. The Rider 59 Report completed in 2021 covered state fiscal year (SFY) 2019.

5. HHSC provided three principal categories of services and benefits to undocumented immigrants in Texas: (i) Texas Emergency Medicaid; (ii) the Texas Family Violence Program (FVP); and (iii) Texas Children's Health Insurance Program (CHIP) Perinatal Coverage (a/k/a "CHIP Perinate") for Rider 59 and subsequent versions. Undocumented immigrants also receive uncompensated medical care from public hospitals in the State. In the 2008 and 2010 versions of the Rider 59 Report, HHSC provided estimates of the amount of uncompensated medical care provided by state public hospital district facilities to undocumented immigrants. HHSC has not provided any estimates of uncompensated care for undocumented immigrants in more recent versions of the Rider 59 Report.

6. In September 2022, HHSC updated the methodology for calculating the fraction of the Texas' Medicaid Type Program 30 (Emergency Medicaid) clients and CHIP Perinate clients that are likely to be undocumented immigrants. The newer methodology is described in paragraphs 8 and 10. These estimates are calculated for calendar years (CY) 2019 through 2023. Due to the change in methodology and the shift from state fiscal year to calendar year, the current estimates do not match the estimates provided in previous testimony.

7. Emergency Medicaid is a federally required program jointly funded by the federal government and the states. The program provides Medicaid coverage, limited to emergency medical conditions including childbirth and labor, to undocumented immigrants living in the United States. To produce Rider 59 cost estimates for the portion of Emergency Medicaid payments attributable to undocumented immigrants in Texas, HHSC relied on population estimates from the U.S. Census Bureau to estimate the percentage of non-U.S. citizen reproductive-age females in Texas who have not attained some form of legal permanent resident

status. The method based on Census data was used because HHSC Medicaid claims data do not conclusively identify an individual's residency status. Attached as Exhibit 1 is a document that explains the original methodology HHSC utilized to obtain estimates derived from the Census.

8. In September of 2022, HHSC analysts identified a secondary data source that could be used in combination with claims data to better estimate the fraction of Emergency Medicaid services provided to undocumented immigrants. The updated method relies on enrollment data collected by the Texas Integrated Eligibility Redesign System (TIERS), which contains a variable related to documentation status. Using the percentage of Emergency Medicaid clients with 'UN' (for "undocumented") alien status among individuals that did not have a null/blank value for their Alien Type Code in TIERS, HHSC estimated the portion of Emergency Medicaid payments attributable to undocumented immigrants in Texas. The total estimated cost to the State for the provision of Emergency Medicaid services to undocumented immigrants residing in Texas was $116 million in CY 2019; $88.3 million in CY 2020; $95.6 million in CY 2021; $95.0 million in CY 2022; and $97.5 million in 2023. Attached as Exhibit 2 is a report providing detailed information and data sources for these calculations.

9. Texas CHIP Perinatal Coverage provides prenatal care to certain low-income women who do not otherwise qualify for Medicaid. To produce Rider 59 cost estimates for the portion of CHIP Perinate expenditures attributable to undocumented immigrants in Texas, HHSC relied on population estimates from the U.S. Census Bureau to estimate the percentage of non-U.S. citizen reproductive age females in Texas who have not attained some form of legal permanent resident status. The method based on Census data was used because there is no way to definitively report the number of undocumented immigrants served by CHIP Perinate as the

3

program does not require citizenship documentation. Attached as Exhibit 1 is a document that explains the original methodology HHSC utilized to obtain estimates derived from the Census.

10. Estimates for the cost of CHIP Perinate benefits provided to undocumented immigrants use TIERS data in combination with capitation payments to better estimate the fraction of CHIP Perinate expenditures attributable to undocumented immigrants. The updated method uses the percentage of CHIP Perinate clients with 'UN' alien status among individuals that did not have a null/blank value for their Alien Type Code in TIERS to estimate the portion of CHIP Perinate capitation payments attributable to undocumented immigrants in Texas. The total estimated cost to the State for CHIP Perinatal Coverage to undocumented immigrants residing in Texas was $11.1 million in CY 2019; $16.9 million in CY2020; $25.8 million in CY 2021; $30.9 million in CY2022; and $31.4 million in CY2023. Attached as Exhibit 2 is a report providing detailed information and data sources for these calculations.

11. For Emergency Medicaid and CHIP Perinate, the total estimated cost to the State each year is affected by both the volume and cost of services provided and annual changes in the percentage of expenditures matched by the federal government (i.e., Federal Medical Assistance Percentage (FMAP) and Enhanced Federal Medical Assistance Percentage (E-FMAP)), which determines the state share of overall Medicaid and CHIP expenditures. It is important to note that documentation status is missing or unknown for some individuals enrolled in these programs. Additionally, an Alien Type Code of 'UN' (undocumented) may result from a failure to provide proper documentation at the time an application is submitted. Although all of these cost estimates include some margin of uncertainty, it is clear that both of these programs have some

positive cost to the State of Texas due to utilization by non-citizens, including undocumented immigrants.

12. All of the facts and information contained within this declaration are within my personal knowledge and are true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of August 2024.

Susan K. Bricker
Digitally signed by Susan K. Bricker
Date: 2024.08.16 11:11:20 -05'00'

SUSAN BRICKER

**Health and Human Services Commission Services and Benefits Provided to Undocumented Immigrants, Medicaid and CHIP-Perinate Programs, CY2019 - 2023**

|  | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas Emergency Medicaid | $116,000,000 | $88,300,000 | $95,600,000 | $95,000,000 | $97,500,000 |
| Texas Children's Health Insurance Program (CHIP) Perinatal Coverage | $11,100,000 | $16,900,000 | $25,800,000 | $30,900,000 | $31,400,000 |
| **TOTAL TEXAS HEALTH AND HUMAN SERVICES COMMISSION** | $127,100,000 | $105,200,000 | $121,400,000 | $125,900,000 | $128,900,000 |

**Texas Emergency Medicaid Expenditures, Type Program 30, Calendar Years 2019 - 2023**

| Client Service[1] | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Inpatient hospital | $330,920,650 | $317,411,166 | $340,355,399 | $300,366,730 | $284,494,943 |
| Outpatient hospital | $24,240,002 | $20,021,218 | $21,920,429 | $21,554,905 | $21,278,740 |
| Professional and other services | $23,975,315 | $20,204,430 | $17,634,540 | $17,348,280 | $17,561,000 |
| Vendor drug | $272,418 | $115,664 | $54,879 | $66,861 | $188,407 |
| Total | $379,408,384 | $357,752,477 | $379,965,247 | $339,336,776 | $323,523,090 |

| Texas' Share of TP 30 Expenditures | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas' Share of Federal Medical Assistance Percentage (FMAP)[2] | 41.14% | 32.68% | 32.24% | 34.78% | 36.26% |
| Texas' Share of TP 30 Expenditures *(row 7 x row 10)* | $156,088,609 | $116,913,510 | $122,500,796 | $118,021,331 | $117,309,473 |

| Estimated Percentage of TP30 Services Provided to Undocumented Immigrants | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| TIERS estimate[3] | 74.3% | 75.5% | 78.0% | 80.5% | 83.1% |

| Estimated Cost of Services Provided to Undocumented Immigrants | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Total *(row 11 x row 14)* | $115,973,837 | $88,269,700 | $95,550,621 | $95,007,171 | $97,484,172 |

Data Sources:
[1] TMHP, AHQP Medicaid Claims
[2] FFY 2019 rates are final as stated in Federal Register Vol. 82, No. 223, November 21, 2017.
FFY 2020 rates are final as stated in Federal Register Vol. 83, No. 229, November 28, 2018.
FFY 2021 rates are final as stated in Federal Register Vol. 84, No. 232, December 3, 2019.
FFY 2022 rates are final as stated in Federal Register Vol. 85, No. 230, November 30, 2020.
FFY 2023 rates are final as stated in Federal Register Vol. 86, No. 225, November 26, 2021.
[3] Texas Integrated Eligibility Redesign System (TIERS)

Notes:
Because HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of Emergency Medicaid payments attributable to undocumented immigrants is estimated based on TIERS eligibility data. The TIERS estimate is the percentage of Emergency Medicaid clients with 'UN' alien status, among individuals that did not have a null/blank value for their Alien Type Code in TIERS.

Texas Children's Health Insurance Program (CHIP) Perinatal Coverage Expenditures, Calendar Years 2019 - 2023

|  | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas CHIP Perinatal Coverage expenditures [1] | $175,103,677 | $154,717,301 | $150,341,871 | $161,628,934 | $155,033,182 |

| Texas' Share of CHIP Expenditures | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas' Share of Enhanced Federal Medical Assistance Percentage (EFMAP) [2] | 8.67% | 14.25% | 22.57% | 24.35% | 25.38% |
| Texas' Share of CHIP-Perinate Expenditures (row 3 x row 6) | $15,181,489 | $22,047,215 | $33,932,160 | $39,356,645 | $39,347,422 |

| Estimated Percentage of CHIP-Pernate Services Provided to Undocumented Immigrants | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| TIERS estimate [3] | 73.3% | 76.6% | 76.1% | 78.4% | 79.7% |

| Estimated Cost of Services Provided to Undocumented Immigrants | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Total (row 7 x row 10) | $11,128,031 | $16,888,167 | $25,822,374 | $30,855,610 | $31,359,895 |

Data Sources:
[1] HHSC, DAP SQL Server, CHIP_hx file
[2] FFY 2019 rates are final as stated in Federal Register Vol. 82, No. 223, November 21, 2017.
FFY 2020 rates are final as stated in Federal Register Vol. 83, No. 229, November 28, 2018.
FFY 2021 rates are final as stated in Federal Register Vol. 84, No. 232, December 3, 2019.
FFY 2022 rates are final as stated in Federal Register Vol. 85, No. 230, November 30, 2020.
FFY 2023 rates are final as stated in Federal Register Vol. 86, No. 225, November 26, 2021.
[3] Texas Integrated Eligibility Redesign System (TIERS)

Notes:
Because HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of Emergency Medicaid payments attributable to undocumented immigrants must be estimated using TIERS eligibility data. The TIERS method is based on the percentage of CHIP-Perinate clients with 'UN' alien status, among individuals that did not have a null/blank value for their Alien Type Code in TIERS.

# Population-based Method for Estimating the Percentage of Undocumented Clients in Texas

## Original Rider 59 Estimates

Previously, HHSC relied on different methods to estimate the percentage of non-U.S. citizens in Texas who are undocumented. The first method consisted of assuming that one-half of the estimated non-U.S. citizen population in the state was undocumented. Under this method, HHSC would obtain the estimate for total number of non-U.S. citizens in the state, as reported from the U.S. Census Bureau's American Community Survey (ACS)[1], and would divide that number by two in order to obtain an estimate of the undocumented population in the state.

HHSC relied on a method that used two different sources of official federal government data to develop its own in-house estimates of the percent of Texas residents that are undocumented immigrants:

- The Texas-specific sample of the U.S. Census Bureau's American Community Survey (ACS), and
- The Office of Immigration Statistics of the U.S. Department of Homeland Security (DHS).

The ACS was the source for estimates of the total non-U.S. citizen population in the state while DHS was the source for the estimated number of persons in the state who are undocumented.

Using these two sources, HHSC estimated the percent of non-U.S. citizens who are undocumented by taking DHS' estimate of the number of undocumented immigrants in Texas (the numerator) and dividing it by the ACS estimate for the number of non-U.S. citizens in the state (the denominator). This calculation resulted in HHSC's estimate of the proportion/percent of non-U.S. citizens in the state who are undocumented.

---

[1] The ACS is a large-scale demographic survey that provides annual estimates of the total population in Texas according to U.S. citizen status (citizen versus non-citizen). However, the estimate for the non-U.S. citizen population is not broken down any further according to documented/undocumented status because that type of information is not collected by the survey.

According to this method, during 2008-2014, an estimated two-thirds (62 to 66%) of non-citizens were considered undocumented on any given year within that period.

DHS temporarily suspended the publication of its estimates for the unauthorized/undocumented population after March 2013, when it published estimates for this population as of January 2012. It resumed publication of the estimates on April 19, 2021, when it released previously unpublished estimates for the years 2013-2018.  The new updates may be used to develop future versions of this report.

With the temporary suspension of DHS's estimates after March 2013, HHSC lost the official information source relied upon for data on the number of non-citizens who are undocumented, as none of the other Federal and Texas state agencies collected and published information about the legal status of non-U.S. citizens' residing in the state of Texas.

This situation resulted in the need to develop and alternative method for estimating the number and percent of non-U.S. citizens using HHSC services who are undocumented. The goal was to develop a method that does not rely on the simple assumptions previously used (that one-half of non-citizens are undocumented). The alternative method is explained below.

## Subsequent Estimates (2014 – 2022)

Benchmark Program: Texas' Medicaid Type Program 30

Texas' Medicaid Type Program 30 (TP 30) plays an important role in paying for emergency medical services provided to non-U.S. citizens who do not meet the eligibility criteria for Medicaid. Given the high-profile role the program plays in compensating health care providers for services provided to non-eligible non-citizens, it was chosen as the benchmark program for developing an estimate of the percent of non-citizens provided HHSC services who are undocumented.

To a very significant degree, uninsured non-citizen reproductive-age (ages 15-44) females are the main caseload driver within TP 30. In SFY 2017, reproductive- age females accounted for 81% of the clients served. Given the highly disproportionate impact this group has on the program, it is by far the most important one to analyze to obtain the best and most accurate estimate possible of the percent of clients served under this program that are likely to be undocumented non-citizens.

Data Analysis and Estimate

According to the U.S. Census Bureau's American Community Survey (ACS), in 2016 there were approximately 446,000 uninsured non-U.S. citizen reproductive-age females in Texas. Of those, 39 percent (176,000) had resided in the U.S. for 10 years or less and 61 percent (270,000) for more than 10 years.

It is reasonable to expect that the longer a non-citizen has resided in the U.S., the more likely he/she would have been able to attain some form of U.S. legal permanent resident status.

Assuming that the fraction of non-citizen reproductive-age females (ages 15-44) who have not attained some form of legal permanent resident status is 7 of every 10 (70%) among those who have lived in the U.S 10 years or less, and 4 of every 10 (40%) among those in the U.S. for more than 10 years, the estimated potential percentage for undocumented females of reproductive age in Texas is 52%.

**Calculation for Estimated Percent Undocumented**

$$((0.7*176{,}000 + 0.4*270{,}000) / (446{,}000)) * 100 = 51.8\% \sim 52\%$$

Extending these assumptions derived from the ACS data to non-citizen reproductive-age females that received assistance under TP 30 – for whom year of entry into the U.S. information is not known -- it is then estimated that 52% of them are likely to be undocumented.

Taking into consideration that uninsured, non-citizen reproductive-age females represent a highly disproportionate share of the program's caseload, the estimated potential percentage for undocumented clients applicable to them, slightly adjusted downwards to 50%, is also applied to the entire TP 30 program. Due to the lack of sufficient demographic data on populations at-risk for other programs of interest, the same percentage was also applied to the Family Violence and CHIP-P programs in reports prior to 2023.

**Health and Human Services Commission Services and Benefits Provided to Undocumented Immigrants, Medicaid and CHIP-Perinate Programs, CY2019 - 2023**

|  | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas Emergency Medicaid | $116,000,000 | $88,300,000 | $95,600,000 | $95,000,000 | $97,500,000 |
| Texas Children's Health Insurance Program (CHIP) Perinatal Coverage | $11,100,000 | $16,900,000 | $25,800,000 | $30,900,000 | $31,400,000 |
| **TOTAL TEXAS HEALTH AND HUMAN SERVICES COMMISSION** | $127,100,000 | $105,200,000 | $121,400,000 | $125,900,000 | $128,900,000 |

**Texas Emergency Medicaid Expenditures, Type Program 30, Calendar Years 2019 - 2023**

| Client Service[1] | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Inpatient hospital | $330,920,650 | $317,411,166 | $340,355,399 | $300,366,730 | $284,494,943 |
| Outpatient hospital | $24,240,002 | $20,021,218 | $21,920,429 | $21,554,905 | $21,278,740 |
| Professional and other services | $23,975,315 | $20,204,430 | $17,634,540 | $17,348,280 | $17,561,000 |
| Vendor drug | $272,418 | $115,664 | $54,879 | $66,861 | $188,407 |
| **Total** | **$379,408,384** | **$357,752,477** | **$379,965,247** | **$339,336,776** | **$323,523,090** |

| **Texas' Share of TP 30 Expenditures** | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas' Share of Federal Medical Assistance Percentage (FMAP)[2] | 41.14% | 32.68% | 32.24% | 34.78% | 36.26% |
| Texas' Share of TP 30 Expenditures *(row 7 x row 10)* | $156,088,609 | $116,913,510 | $122,500,796 | $118,021,331 | $117,309,473 |

| **Estimated Percentage of TP30 Services Provided to Undocumented Immigrants** | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| TIERS estimate[3] | 74.3% | 75.5% | 78.0% | 80.5% | 83.1% |

| **Estimated Cost of Services Provided to Undocumented Immigrants** | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Total *(row 11 x row 14)* | $115,973,837 | $88,269,700 | $95,550,621 | $95,007,171 | $97,484,172 |

Data Sources:
[1] TMHP, AHQP Medicaid Claims
[2] FFY 2019 rates are final as stated in Federal Register Vol. 82, No. 223, November 21, 2017.
 FFY 2020 rates are final as stated in Federal Register Vol. 83, No. 229, November 28, 2018.
 FFY 2021 rates are final as stated in Federal Register Vol. 84, No. 232, December 3, 2019.
 FFY 2022 rates are final as stated in Federal Register Vol. 85, No. 230, November 30, 2020.
 FFY 2023 rates are final as stated in Federal Register Vol. 86, No. 225, November 26, 2021.
[3] Texas Integrated Eligibility Redesign System (TIERS)

Notes:
Because HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of Emergency Medicaid payments attributable to undocumented immigrants is estimated based on TIERS eligibility data. The TIERS estimate is the percentage of Emergency Medicaid clients with 'UN' alien status, among individuals that did not have a null/blank value for their Alien Type Code in TIERS.

**Texas Children's Health Insurance Program (CHIP) Perinatal Coverage Expenditures, Calendar Years 2019 - 2023**

|  | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas CHIP Perinatal Coverage expenditures [1] | $175,103,677 | $154,717,301 | $150,341,871 | $161,628,934 | $155,033,182 |

| **Texas' Share of CHIP Expenditures** | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Texas' Share of Enhanced Federal Medical Assistance Percentage (EFMAP) [2] | 8.67% | 14.25% | 22.57% | 24.35% | 25.38% |
| Texas' Share of CHIP-Perinate Expenditures (row 3 x row 6) | $15,181,489 | $22,047,215 | $33,932,160 | $39,356,645 | $39,347,422 |

| **Estimated Percentage of CHIP-Pernate Services Provided to Undocumented Immigrants** | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| TIERS estimate [3] | 73.3% | 76.6% | 76.1% | 78.4% | 79.7% |

| **Estimated Cost of Services Provided to Undocumented Immigrants** | CY 2019 | CY 2020 | CY 2021 | CY 2022 | CY 2023 |
|---|---|---|---|---|---|
| Total (row 7 x row 10) | $11,128,031 | $16,888,167 | $25,822,374 | $30,855,610 | $31,359,895 |

Data Sources:
[1] HHSC, DAP SQL Server, CHIP_hx file
[2] FFY 2019 rates are final as stated in Federal Register Vol. 82, No. 223, November 21, 2017.
  FFY 2020 rates are final as stated in Federal Register Vol. 83, No. 229, November 28, 2018.
  FFY 2021 rates are final as stated in Federal Register Vol. 84, No. 232, December 3, 2019.
  FFY 2022 rates are final as stated in Federal Register Vol. 85, No. 230, November 30, 2020.
  FFY 2023 rates are final as stated in Federal Register Vol. 86, No. 225, November 26, 2021.
[3] Texas Integrated Eligibility Redesign System (TIERS)

Notes:
Because HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of Emergency Medicaid payments attributable to undocumented immigrants must be estimated using TIERS eligibilty data. The TIERS method is based on the percentage of CHIP-Perinate clients with 'UN' alien status, among individuals that did not have a null/blank value for their Alien Type Code in TIERS.