UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al. <br><br> *Defendants.* | No. 6:24-cv-00306 |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' motion for a temporary restraining order, preliminary injunction, and stay of agency action challenging Implementation of Keeping Families Together, 89 Fed. Reg. at 67,459 (Aug. 20, 2024) ("PIP Program"). Having considered the briefing, arguments of counsel, and the applicable law, Plaintiffs' motion is GRANTED.

IT IS ORDERED, pending further order of the Court, that Defendants are RESTRAINED from implementing, operating, or continuing to implement or operate the PIP Program, including the Notice, the Filing Guide, and the Form I-131F.

IT IS FURTHER ORDERED, pending further order of the Court, that Defendants are preliminarily ENJOINED from implementing, operating, or continuing to implement or operate the PIP Program, including the Notice, the Filing Guide, and the Form I-131F.

IT IS FURTHER ORDERED, pending further order of the Court, that the PIP Program's effective date is POSTPONED (*i.e.*, STAYED) under 5 U.S.C. § 705.

IT IS FURTHER ORDERED that Defendants file every Monday with the Court reports of (1) the number of applications for parole associated with the PIP Program received, (2) the number of applications for parole adjudicated, (3) the number of applications for parole approved, (4) the number of applications for parole denied, (5) the number of applicants for parole who had previously filed for some form of immigration benefits or relief (including the I-601A Application

for Provisional Unlawful Presence Waiver), and (6) the number of applicants who had previously submitted biometric or other personal information that was used to adjudicate a PIP application.