AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

State of Texas, et al. )
*Plaintiff* )
v. ) Case No. 6:24-cv-00306
United States Department of Homeland Security, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Iowa.

Date: 08/23/2024

/e/ Eric H. Wessan
*Attorney's signature*

Eric H. Wessan
*Printed name and bar number*
1305 E. Walnut Street
Des Moines, Iowa 50319

*Address*

eric.wessan@ag.iowa.gov
*E-mail address*

(515) 823-9117
*Telephone number*

(515) 281-8894
*FAX number*