# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Civil Action No. 6:24-cv-00306 |

## ORDER

This Court having reviewed Defendants' August 23, 2024 Motion for Expedited Jurisdictional Discovery, Stay of Briefing, and Schedule Proposal, it is

**ORDERED** that Defendants' response to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action (ECF No. 3) is stayed pending resolution of jurisdictional discovery, and the parties are granted 60 days, until October 23, 2024, to conduct limited expedited discovery into Plaintiffs' standing to bring this suit.

**IT IS ALSO ORDERED** that the parties file a joint status report on October 23, 2024 advising the Court of the status of the jurisdictional discovery and provide a proposed schedule for additional briefing and proceedings.