IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-0306 |

**PROPOSED INTERVENOR DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS PAGES**

Proposed Intervenor Defendants respectfully request that the Court extend the page limitation for their Motion to Intervene from 15 pages to 20 pages. The additional pages are necessary to fully address the important issues before the Court.

A proposed order is attached.

1

Dated: August 26, 2024                                    Respectfully submitted,

/s/ Esther H. Sung

| | |
|---|---|
| **Paige Austin*** | **Esther H. Sung* (Lead Attorney)** |
| New York Bar No. 5246954 | California Bar No. 255962 |
| paige.austin@maketheroadny.org | esther.sung@justiceactioncenter.org |
| | |
| **Harold A. Solis*** | **Karen C. Tumlin*** |
| New York Bar No. 5122726 | California Bar No. 234961 |
| Harold.Solis@maketheroadny.org | karen.tumlin@justiceactioncenter.org |
| | |
| MAKE THE ROAD NEW YORK | **Hillary Li*** |
| 301 Grove Street | Georgia Bar No. 898375 |
| Brooklyn, NY 11237 | hillary.li@justiceactioncenter.org |
| Telephone: (718) 418-7690 | |
| Facsimile: (866) 420-9169 | **Laura Flores-Perilla*** |
| | California Bar No. 355645 |
| | laura.flores-perilla@justiceactioncenter.org |
| | |
| * *pro hac vice motion forthcoming* | **Brandon Galli-Graves*** |
| | Texas Bar No. 24132050 |
| | brandon.galli-graves@justiceactioncenter.org |
| | |
| | **Vanessa Rivas-Bernardy*** |
| | California Bar No. 341464 |
| | vanessa.rivas-bernardy@justiceactioncenter.org |
| | |
| | JUSTICE ACTION CENTER |
| | P.O. Box 27280 |
| | Los Angeles, CA 90027 |
| | Telephone: (323) 450-7272 |
| | Facsimile: (323) 450-7276 |

*Counsel for Proposed Intervenor Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, I electronically filed this motion with the Clerk of

the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                           */s/ Esther H. Sung*
                                           Esther H. Sung

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Proposed Intervenors have complied with the meet and confer requirements of Local Rule CV-7(h). The motion is unopposed.

                                           */s/ Esther H. Sung*
                                           Esther H. Sung