IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-0306 |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pending before the Court is Proposed Intervenor Defendants' Unopposed Motion for Leave to File Excess Pages. After reviewing the Motion, record, and applicable law, the Court hereby GRANTS the motion and allows Proposed Intervenor Defendants 20 pages for their Motion to Intervene.

1