**Exhibit 6:** Declaration of Jessika Ocampo Hernandez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-0306 |

**DECLARATION OF JESSIKA OCAMPO HERNANDEZ**
**(pursuant to 28 U.S.C. § 1746)**

## DECLARATION OF JESSIKA OCAMPO HERNANDEZ

I, Jessika Ocampo Hernandez, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen. I was born in Arlington, Washington in 1989.

2. My husband Rico Ocampo Hernandez and I live in Las Vegas with our two sons, who are two and nine years old. We have lived in the same home since we got married in 2014. I worked for the state of Nevada until 2022 when I left to be a stay-at-home mom. Rico is our sole provider now.

3. I am a born-again evangelical Christian, and my faith is very important to me. I came to Las Vegas in 2010 from my hometown in Washington to work at a church; I didn't know anyone here, but I felt called to come and serve. Rico and I met through a mutual friend at church. We began dating in 2013. He got my phone number from my friend, and he had called me two times before we met. I remember the day he came into the youth ministry – we had a toilet overflow, so I was mopping up toilet water. I was sweaty and looked like a complete mess. He came in all dressed up. He was wearing a green plaid shirt, tucked in, and his hair was done. I thought he was so handsome. He had his son with him, who was the cutest little kid. I immediately just felt like something was different about this guy. He lit up the room. I went home, and I played the song "Today I Met the Boy I'm Going to Marry" by Darlene Love. It was so cheesy, but I just knew. I knew something was different. I knew it was something serious and special.

4. Our first date was at the children's museum with his son because he wanted to know how I was going to be with him. It was a very sweet bonding moment for all three of us. Rico and I fell in love quickly. We got married in 2014 and now we have two sons together. I

3

don't have any other family in Las Vegas, so Rico and his immediate and extended family are my family now too. They are our support system.

5. I knew about Rico's immigration status when we were dating, but I didn't understand what it really meant. I never had to deal with immigration growing up, I never had to think about it even for a second. Unfortunately, many people who consider themselves evangelical are not tolerant of immigration or immigrants. But what I learned through my marriage is that the Bible and Christian beliefs are not all black and white. Jesus told us to follow Him and showed us how to do this by loving and serving people first, regardless of status.

6. Rico's immigration status is a huge challenge in our lives. For years now, I've had to live with the realization that Rico's time with us could come to an end any moment if the federal government were to detain and deport him. I have never traveled internationally because I want us to travel together, and he can't leave the country. His status has impacted our family economically as well. I couldn't add him to my bank account because of his status, and together, we have spent thousands of dollars trying to address his status and get him residency. We have paid so many fees and lawyers but have never seen a positive outcome.

7. I try to shelter our kids as much as possible from the anxiety of our situation, but they are beginning to notice and understand. As a mom, you don't want to have to tell your children that certain outcomes in elections can be dangerous for our family. It's very tough. When I vote, I know I am voting for all of us and for a future where our family is not ripped apart.

8. Consular processing has never been an option I want Rico to pursue. The idea of him leaving the country is absolutely terrifying. Mexico is not his home; he hasn't been there since he was two. He has no family left in his hometown. If he were to get stuck, our family would be broken apart, and we would not have the support that we need here. We couldn't uproot our children to go, either. I don't speak much Spanish and neither our children nor I are Mexican citizens. Our youngest son is in speech therapy in English. Our home—our friends, family, support systems—is here, and Rico is an integral part of that equation.

9. My mother-in-law consular processed in Mexico and she was gone for nearly a year. She missed the birth of my first child. As I don't have any other family in Nevada, she is my mother figure, and she wasn't here. She didn't return until my son was five months old. That was precious bonding time we'll never get back. We have heard other stories of denials of visas during consular processing too, of people who have to spend ten years outside the country. It's a very harsh system that often tears families and communities apart when we most need each other.

10. When we heard about the new Keeping Families Together Parole process, it felt like we could breathe a sigh of relief. It was so exciting. What I want more than anything, if Rico is finally able to get status, is more stability for my kids, so that I can protect them more. I want to know the love of my life can't be ripped away at any time. To not have to know where the ICE deportation facility is and who to call if he gets taken. To not have those worries if he doesn't come home from work or if he comes home an hour later that ICE took him away from us. More than at any point since we have been together, I feel

5

hopeful for our future, knowing he meets all the qualifications for Keeping Families Together Parole.

11. But we still have hesitation. Nothing is ever guaranteed until it is done, and we know it could be taken away. So, we feel hope, excitement, yet hesitation and a lingering fear, all mixed in. Hopefully, Keeping Families Together parole will be the answer to our family's prayers.

12. Rico began preparing his application for parole before the deadline and I helped him gather documents. When the program opened, on August 19, 2024, he was up before 6:00 a.m. and filed the same day. We wanted to apply as soon as possible so we can keep working towards a status that will finally keep us together and bring economic, physical and emotional stability to our lives and to our children.

13. The news about Keeping Families Together Parole has caused a lot of emotion for us. We are trying to focus on the good. Many people are left out, but we could give others hope if it does happen for us that it could happen for them. I really hope more families will get to stay together and continue caring for each other without the constant fear of separation.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Las Vegas, NV on August 23, 2024.

_____
Jessika Ocampo Hernandez