# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| State of Texas, et al<br>    *Plaintiffs*,<br><br>v.<br><br>United States Department of Homeland Security, et al,<br>    *Defendants*. | Case No. 6:24-cv-00306 |

### PLAINTIFFS' NOTICE OF IMPENDING RESPONSE TO DEFENDANTS' MOTION FOR EXPEDITED JURISDICTIONAL DISCOVERY, STAY OF BRIEFING, AND SCHEDULE PROPOSAL

Plaintiffs respectfully inform the Court that they will be responding today to Defendants' Motion for Expedited Jurisdictional Discovery, Stay of Briefing, and Schedule Proposal that was filed the afternoon of Friday August 23, 2024 (ECF No. 9).

Dated: August 26, 2024.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

*/s/Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas Bar No. 24105085
Ryan.Walters@oag.texas.gov

**KATHLEEN T. HUNKER**
Special Counsel
Texas Bar No. 24118415
Kathleen.Hunker@oag.texas.gov

**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217
Garrett.Greene@oag.texas.gov

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

Respectfully submitted,

**GENE P. HAMILTON**

Virginia Bar No. 80434

**JAMES ROGERS**
Arizona Bar no. 027287

**RYAN GIANNETTI**
DC Bar no. 1613384

America First Legal Foundation
611 Pennsylvania Ave. SE #231
Washington, DC 20003
(202) 964-3721
Gene.Hamilton@aflegal.org
James.Rogers@aflegal.org
Ryan.Giannetti@aflegal.org

**COUNSEL FOR PLAINTIFF**
**STATE OF TEXAS**

**RAÚL R. LABRADOR**
Idaho Attorney General

/s/ *Alan Hurst*
Alan Hurst
Solicitor General
Michael A. Zarian
Deputy Solicitor General
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Alan.Hurst@ag.idaho.gov
Michael.Zarian@ag.idaho.gov

**COUNSEL FOR STATE OF IDAHO**

**STEVE MARSHALL**
Attorney General of Alabama

*/s/ Robert M. Overing*
**ROBERT M. OVERING**
Deputy Solicitor General
Robert.Overing@AlabamaAG.gov
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400

**COUNSEL FOR STATE OF ALABAMA**

**TIM GRIFFIN**
Attorney General of Arkansas

Nicholas J. Bronni
 Solicitor General

*/s/ Dylan L. Jacobs*
**DYLAN L. JACOBS***
 Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201
Telephone: (501) 682-2007
Dylan.jacobs@arkansasag.gov
Counsel for State of Arkansas
**admission application forthcoming*

**ASHLEY MOODY**
Attorney General of Florida

*s/ James Percival*
**JAMES H. PERCIVAL**
Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
James.percival@myfloridalegal.com

**COUNSEL FOR STATE OF FLORIDA**

**CHRISTOPHER M. CARR**
Attorney General of Georgia

*/s/Stephen J. Petrany*
**STEPHEN J. PETRANY**
Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

**COUNSEL FOR STATE OF GEORGIA**

**PHV Application Forthcoming*

**BRENNA BIRD**
Attorney General of Iowa

*/s/ Eric H. Wessan*
**ERIC H. WESSAN**
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

**COUNSEL FOR STATE OF IOWA**

**KRIS W. KOBACH**
Attorney General of Kansas

*s/ Abhishek S. Kambli*
**ABHISHEK S. KAMBLI ***
Deputy Attorney General – Special Litigation
& Constitutional Issues Division
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-6109 | Fax:  (785) 221-3938
abhishek.kambli@ag.ks.gov

**COUNSEL FOR STATE OF KANSAS**

**admission application forthcoming*

**ELIZABETH B. MURRILL**
Attorney General of Louisiana

s/ J. Benjamin Aguiñaga
**J. BENJAMIN AGUIÑAGA***
Solicitor General
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

**COUNSEL FOR STATE OF LOUISIANA**

*admission application forthcoming

**ANDREW BAILEY**
Attorney General of Missouri

/s/ Samuel C. Freedlund
**SAMUEL C. FREEDLUND**, 73707MO
 Deputy Solicitor General
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, MO 63188
Phone: (314) 340-4869
Fax (573) 751-1774
Samuel.Freedlund@ago.mo.gov

**COUNSEL FOR THE STATE OF MISSOURI**

**DREW H. WRIGLEY**
Attorney General of North Dakota

/s/ Philip Axt
**PHILIP AXT***
Solicitor General
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
pjaxt@nd.gov

**COUNSEL FOR STATE OF NORTH DAKOTA**

*PHV application forthcoming

**DAVE YOST**
Attorney General of Ohio

/s/ T. Elliot Gaiser
**T. ELLIOT GAISER***
Ohio Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
614.466.5087 fax
thomas.gaiser@ohioago.gov

**COUNSEL FOR STATE OF OHIO**

*PHV Application Forthcoming

**MARTY JACKLEY**
Attorney General of South Dakota

/s/ Clifton E. Katz
**CLIFTON E. KATZ**
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: 605-773-3215
E-Mail: clifton.katz@state.sd.us

**COUNSEL FOR STATE OF SOUTH DAKOTA**

**ALAN WILSON**
Attorney General of South Carolina

s/ J. Emory Smith, Jr.
**JAMES EMORY SMITH, JR**.
Deputy Solicitor General
Email:  esmith@scag.gov
Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3642
Fax: (803) 734-3677

**COUNSEL FOR STATE OF SOUTH CAROLINA**

*Application for Admission Forthcoming

| | |
|---|---|
| **JONATHAN SKRMETTI** <br> Attorney General of Tennessee | **BRIDGET HILL** <br> Attorney General of Wyoming |
| */s/ Whitney D. Hermandorfer* <br> **WHITNEY D. HERMANDORFER** <br> *Director of Strategic Litigation* <br> Tennessee Bar. No. 041054 <br> Whitney.Hermandorfer@ag.tn.gov <br> Office of the Tennessee Attorney General <br> P.O. Box 20207 <br> Nashville, Tennessee 37202 <br> (615) 741-8726 | */s/ Ryan Schelhaas* <br> **RYAN SCHELHAAS*** <br> Chief Deputy Attorney General <br> 109 State Capitol <br> Cheyenne, WY 82002 <br> (307) 777-5786 <br> ryan.schelhaas@wyo.gov <br> **COUNSEL FOR STATE OF WYOMING** <br> **motion for pro hac vice admission forthcoming* |

### CERTIFICATE OF SERVICE

I certify that on August 26, 2024, a true and accurate copy of the foregoing document was filed and served electronically, via CM/ECF.

/s/Ryan D. Walters
RYAN D. WALTERS