IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | No.: 6:24-cv-0306 |

## PROPOSED INTERVENOR DEFENDANT CHIRLA'S CERTIFICATE OF INTEREST

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and JCB-CV-7.1, Proposed Intervenor Defendant Coalition for Humane Immigrant Rights (CHIRLA) states that it has no parent corporation and that no publicly held company has an ownership interest of 10% or more.

Dated: August 26, 2024

Respectfully submitted,

*/s/ Esther H. Sung*
**Esther H. Sung\* (Lead Attorney)**
California Bar No. 255962
esther.sung@justiceactioncenter.org

**Paige Austin\***
New York Bar No. 5246954
paige.austin@maketheroadny.org

**Karen C. Tumlin\***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Harold A. Solis\***
New York Bar No. 5122726
Harold.Solis@maketheroadny.org

**Hillary Li\***
Georgia Bar No. 898375
hillary.li@justiceactioncenter.org

MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Telephone: (718) 418-7690
Facsimile: (866) 420-9169

**Laura Flores-Perilla\***
California Bar No. 355645
laura.flores-perilla@justiceactioncenter.org

   \* *pro hac vice motion forthcoming*

**Brandon Galli-Graves***
Texas Bar No. 24132050
brandon.galli-graves@justiceactioncenter.org

**Vanessa Rivas-Bernardy***
California Bar No. 341464
vanessa.rivas-bernardy@justiceactioncenter.org

JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

*Counsel for Proposed Intervenor Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

 */s/ Esther H. Sung*
Esther H. Sung