IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-0306 |

### **[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' MOTION TO INTERVENE**

Pending before the Court is Proposed Intervenor-Defendants' Motion to Intervene. After reviewing the Motion, any further briefing, and the record and applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.