EDTX PHVAPP (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**APPROVED**
By Nakisha Love at 1:19 pm, Aug 26, 2024

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:24-cv-00306-JCB__
   Style/Parties: __State of Texas, et al. v. United States Department of Homeland Security, et al.__
2. Applicant is representing the following party(ies): __State of Georgia__
3. Applicant was admitted to practice in __Georgia__ (state) on __11/22/2021__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any court.
6. Applicant ○ has ⦿ has not (choose one) had an application for admission to practice before another court denied. If so, give complete information on a separate page.
7. Applicant ○ has ⦿ has not (choose one) ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.
8. Applicant ○ has ⦿ has not (choose one) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency, or fitness as a member of the Bar. If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests, or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)
10. Applicant has no pending grievances or criminal charges.
11. Applicant has been admitted to practice in the following courts:
    __Please see attached list.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that, if approved, the admission is limited to appearing in the case specified above only.

**Application Oath:**
    I, __Stephen J. Petrany__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: __08/26/2024__        Signature: __[signature]__

Application Continued on Page 2

EDTX PHVAPP (04-2024)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

## APPLICATION TO APPEAR PRO HAC VICE

| | |
|---:|:---|
| Full Name: | Stephen J. Petrany |
| State Bar No.: | 718981(Georgia) |
| Address: | 40 Capitol Square, S.W. |
| | Atlanta, Georgia 30334 |
| Phone: | (404) 458 - 3408 |
| Fax: | (943) 200 - 4293 |
| Email: | spetrany@law.ga.gov |

This application has been approved for the court on: __8/26/2024__

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*
Deputy Clerk

## Application Instructions

1. You must obtain approval of your application before you docket it to the case. To request review, email the completed application to **phv@txed.uscourts.gov**.
2. Once approved, docket the version that bears the deputy clerk's approval stamp using the *Notice of Attorney Appearance – Pro Hac Vice* event (the docket event will collect the $100 fee). **NOTE:** If you do not already have e-filing privileges in this district, after you obtain approval of your pro hac vice application as required in Step 1 above, go to Pacer.gov, log into **Manage My Account** and select the **Maintenance** tab. Then choose **Attorney Admissions/E-File Registration**, select our court, and apply/register for **Pro Hac Vice**. E-filing requests received prior to approval of the pro hac vice application form will be rejected.

[Email Application]

Applicant Stephen J. Petrany has also been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Pennsylvania | November 26, 2014 |
| District of Columbia | May 13, 2016 |
| 7th Circuit Court of Appeals | July 9, 2019 |
| 2nd Circuit Court of Appeals | July 29, 2020 |
| 10th Circuit Court of Appeals | June 12, 2021 |
| Supreme Court of the United States | August 23, 2021 |
| 11th Circuit Court of Appeals | November 22, 2021 |
| Georgia | November 22, 2021 |
| D.C. Circuit Court of Appeals | January 19, 2022 |
| 5th Circuit Court of Appeals | March 10, 2022 |
| Northern District of Georgia | September 14, 2022 |
| 8th Circuit Court of Appeals | June 15, 2023 |
| 9th Circuit Court of Appeals | March 6, 2024 |
| 6th Circuit Court of Appeals | June 27, 2024 |
| 4th Circuit Court of Appeals | August 12, 2024 |