UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| State of Texas, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> United States Department of Homeland Security, *et al.*, <br><br> *Defendants*. | C<small>ASE</small> N<small>O</small>. 6:24-<small>CV</small>-306-JCB |

**JOINT NOTICE OF STIPULATIONS**

Plaintiff States and the Federal Defendants (the "Parties") adopt the following stipulations:

**Stipulation No. 1**: Subject to Stipulation No. 2, Plaintiffs stipulate that they will only seek to establish Article III injury based on alleged injuries to Texas and that they will not submit any evidence as to injury for any other State Plaintiff. Plaintiffs further stipulate that they will only seek to establish irreparable injury for purposes of any equitable relief based on alleged harm to Texas and that they will not submit any evidence as to irreparable harm for any other State Plaintiff. Subject to the limitations above, this stipulation does not prejudice the right of any Party to argue the proper scope of any relief or whether Article III standing is satisfied in this case. Federal Defendants stipulate that their discovery requests (currently propounded and future) are limited to Texas.

**Stipulation No. 2**: The Parties stipulate that Plaintiffs may not attempt to introduce new evidence of injury or irreparable harm to any State other than Texas absent new reciprocal discovery regarding injuries or harm to any such State for purposes of standing or scope of relief. This applies to any attempt by Plaintiffs to introduce such new evidence at any

1

stage of this case, including after any remand should Plaintiffs prevail in district court but that decision is reversed by a higher court.

Dated: August 29, 2024	Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Senior Counsel*

KATIE J. SHINNERS
BRIAN C. WARD
*Senior Litigation Counsels*

JOSEPH A. DARROW
ELISSA P. FUDIM
*Trial Attorneys*

/s/ Erin T. Ryan
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P. O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Email: erin.t.ryan@usdoj.gov

*Counsel for Federal Defendants*

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas<br><br>**BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**RALPH MOLINA**<br>Deputy First Assistant Attorney General<br><br>**AUSTIN KINGHORN**<br>Deputy Attorney General for Legal Strategy<br><br>*/s/Ryan D. Walters*<br>**RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Texas Bar No. 24105085<br>Ryan.Walters@oag.texas.gov<br><br>**KATHLEEN T. HUNKER**<br>Special Counsel<br>Texas Bar No. 24118415<br>Kathleen.Hunker@oag.texas.gov<br><br>**GARRETT GREENE**<br>Special Counsel<br>Texas Bar No. 24096217<br>Garrett.Greene@oag.texas.gov<br><br>Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: 512-463-2100<br>Fax: 512-457-4410 | **GENE P. HAMILTON**<br>Virginia Bar No. 80434<br><br>**JAMES ROGERS**<br>Arizona Bar no. 027287<br><br>**RYAN GIANNETTI**<br>DC Bar no. 1613384<br><br>America First Legal Foundation<br>611 Pennsylvania Ave. SE #231<br>Washington, DC 20003<br>(202) 964-3721<br>Gene.Hamilton@aflegal.org<br>James.Rogers@aflegal.org<br>Ryan.Giannetti@aflegal.org<br><br>**COUNSEL FOR PLAINTIFF**<br>**STATE OF TEXAS**<br><br>**RAÚL R. LABRADOR**<br>Idaho Attorney General<br><br>*/s/ Alan Hurst*<br>Alan Hurst<br>Solicitor General<br>Michael A. Zarian<br>Deputy Solicitor General<br>Office of the Idaho Attorney General<br>P.O. Box 83720<br>Boise, Idaho 83720<br>(208) 334-2400<br>Alan.Hurst@ag.idaho.gov<br>Michael.Zarian@ag.idaho.gov<br><br>**COUNSEL FOR STATE OF IDAHO** |

| | |
|---|---|
| **STEVE MARSHALL**<br>Attorney General of Alabama<br><br>*/s/ Robert M. Overing*<br>**ROBERT M. OVERING**<br>Deputy Solicitor General<br>Robert.Overing@AlabamaAG.gov<br>Office of the Attorney General of Alabama<br>501 Washington Avenue<br>Montgomery, Alabama 36130<br>Telephone: (334) 242-7300<br>Fax: (334) 353-8400<br><br>**COUNSEL FOR STATE OF ALABAMA**<br><br>**TIM GRIFFIN**<br>Attorney General of Arkansas<br><br>Nicholas J. Bronni<br>Solicitor General<br><br>*/s/ Dylan L. Jacobs*<br>**DYLAN L. JACOBS\***<br> Deputy Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Dylan.jacobs@arkansasag.gov<br>Counsel for State of Arkansas<br>*\*admission application forthcoming*<br><br>**ASHLEY MOODY**<br>Attorney General of Florida<br><br>*s/ James Percival*<br>**JAMES H. PERCIVAL**<br>Chief of Staff<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>James.percival@myfloridalegal.com<br><br>**COUNSEL FOR STATE OF FLORIDA** | **CHRISTOPHER M. CARR**<br>Attorney General of Georgia<br><br>*/s/Stephen J. Petrany*<br>**STEPHEN J. PETRANY**<br>Solicitor General<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br><br>**COUNSEL FOR STATE OF GEORGIA**<br>*\*PHV Application Forthcoming*<br><br>**BRENNA BIRD**<br>Attorney General of Iowa<br><br>*/s/ Eric H. Wessan*<br>**ERIC H. WESSAN**<br>Solicitor General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br><br>**COUNSEL FOR STATE OF IOWA**<br><br>**KRIS W. KOBACH**<br>Attorney General of Kansas<br><br>*s/ Abhishek S. Kambli*<br>**ABHISHEK S. KAMBLI**<br>Deputy Attorney General – Special Litigation & Constitutional Issues Division<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Phone:  (785)  296-6109  |  Fax:  (785)  221-3938<br>abhishek.kambli@ag.ks.gov<br><br>**COUNSEL FOR STATE OF KANSAS** |

4

<div style="columns:2">

**ELIZABETH B. MURRILL**
Attorney General of Louisiana

*s/ J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA***
Solicitor General
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

**COUNSEL FOR STATE OF LOUISIANA**

*\*admission application forthcoming*

**ANDREW BAILEY**
Attorney General of Missouri

*/s/ Samuel C. Freedlund*
**SAMUEL C. FREEDLUND**, 73707MO
 Deputy Solicitor General
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, MO 63188
Phone: (314) 340-4869
Fax (573) 751-1774
Samuel.Freedlund@ago.mo.gov

**COUNSEL FOR THE STATE OF MISSOURI**

**DREW H. WRIGLEY**
Attorney General of North Dakota

*/s/ Philip Axt*
**PHILIP AXT***
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
pjaxt@nd.gov

**COUNSEL FOR STATE OF NORTH DAKOTA**

*\*PHV application forthcoming*

**DAVE YOST**
Attorney General of Ohio

*/s/ T. Elliot Gaiser*
**T. ELLIOT GAISER***
Ohio Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
614.466.5087 fax
thomas.gaiser@ohioago.gov

**COUNSEL FOR STATE OF OHIO**

*\*PHV Application Pending*

**MARTY JACKLEY**
Attorney General of South Dakota

*/s/ Clifton E. Katz*
**CLIFTON E. KATZ**
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: 605-773-3215
E-Mail: clifton.katz@state.sd.us

**COUNSEL FOR STATE OF SOUTH DAKOTA**

**ALAN WILSON**
Attorney General of South Carolina

*s/ J. Emory Smith, Jr.*
**JAMES EMORY SMITH, JR**.
Deputy Solicitor General
Email:  esmith@scag.gov
Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3642
Fax: (803) 734-3677

**COUNSEL FOR STATE OF SOUTH CAROLINA**

*\*Application for Admission Forthcoming*

</div>

5

**J**ONATHAN **S**KRMETTI
Attorney General of Tennessee

*/s/ Whitney D. Hermandorfer*
**W**HITNEY **D. H**ERMANDORFER
*Director of Strategic Litigation*
Tennessee Bar. No. 041054
Whitney.Hermandorfer@ag.tn.gov
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726

**B**RIDGET **H**ILL
Attorney General of Wyoming

*/s/ Ryan Schelhaas*
**R**YAN **S**CHELHAAS*
Chief Deputy Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

**C**OUNSEL FOR **S**TATE OF **W**YOMING

*\*motion for pro hac vice admission forthcoming*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 29, 2024, I electronically filed this joint notice with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                                   /s/ *Erin T. Ryan*
                                                                   ERIN T. RYAN
                                                                   U.S. Department of Justice