AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| State of Texas, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:24-cv-00306 |
| U.S. Department of Homeland Security, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants-U.S. DHS, Alejandro Mayorkas, U. Jaddou, T. Miller, P. Lechleitner, OMB, Shalanda Young.

Date: 08/29/2024

s/Joseph A. Darrow
*Attorney's signature*

JOSEPH A. DARROW - 5326939 (NY)
*Printed name and bar number*

P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Address*

joseph.a.darrow@usdoj.gov
*E-mail address*

(202) 598-7537
*Telephone number*

(202) 305-7000
*FAX number*