UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF IDAHO, et al,<br><br>    *Plaintiffs*,<br><br>                    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al,<br><br>    *Defendants*,<br><br>                    and<br><br>COALITION FOR HUMANE IMMIGRANT RIGHTS, et al,<br><br>    *Proposed Intervenor Defendants*. | **Case No. 6:24-CV-00306** |

**[Proposed] Order Denying Proposed Doe Intervenors' Motion for Leave to Proceed Under Pseudonyms**

Before the Court is Plaintiffs' Opposition to Proposed Doe Intervenors' Motion to Proceed Under Pseudonyms. After considering the motion, record, and relevant authorities, the Court herby DENIES the Motion to Proceed Under Pseudonyms.