# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

State of Texas, et al

    *Plaintiffs*,

v.

United States Department of Homeland Security, et al,

    *Defendants.*

Case No. 6:24-cv-00306

**PLAINTIFFS' OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE AS DEFENDANTS**

# EXHIBIT A

| | |
|---|---|
| **From:** | Esther Sung |
| **To:** | Ryan Walters |
| **Cc:** | Karen Tumlin |
| **Subject:** | Texas v. DHS - request to meet and confer |
| **Date:** | Friday, August 30, 2024 2:12:48 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Hi, Ryan—

It is our understanding that the Federal Defendants intend to file a Motion to Vacate the court's administrative stay of Keeping Families Together Parole. Could you please let us know when you might be available next Tuesday morning, 9/3, so that we can meet and confer on a similar motion that Intervenor Defendants intend to file with the Court? We can make ourselves available at your convenience.

Thank you,
Esther





**Esther Sung** (she/her)
*Legal Director*

Justice Action Center
323-450-7272
esther.sung@justiceactioncenter.org

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.