# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | CASE NO. 6:24-CV-306-JCB |
| v. § | |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| HOMELAND SECURITY, *et al.*, § | |
| § | |
| *Defendants*. § | |
| § | |

### [Proposed] Order Denying Proposed Intervenors' Motion to Intervene as Defendants

Before the Court is Plaintiffs' Opposition to Proposed Intervenors' Motion to Intervene as Defendants. After considering the motion, record, and relevant authorities, the Court hereby DENIES the Motion to Intervene.