IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) Civil Action No. 6:24-cv-00306 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) |
| *Defendants.* | ) |

**<u>ORDER GRANTING DEFENDANTS' MOTION TO EXPAND PAGE LIMITS FOR MOTION TO VACATE ADMINISTRATIVE STAY</u>**

Before the Court is Defendants' Unopposed Motion to Expand the Page Limits for their motion and memorandum to vacate the administrative stay. Upon review and consideration of the Motion, the Court hereby GRANTS the motion and ORDERS that Defendants are allowed 55 pages for their Motion and Memorandum in Support to Vacate Administrative Stay and Opposition to a Stay Pending A Consolidated Hearing on the Merits.

It is SO ORDERED.