IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, *et al.*, ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 6:24-cv-00306 |

**ORDER GRANTING DEFENDANTS' MOTION
TO VACATE ADMINISTRATIVE STAY**

Before the Court is Defendants' Motion and Memorandum in Support to Vacate Administrative Stay and Opposition to a Stay Pending A Consolidated Hearing on the Merits. Upon review and consideration of the Motion, all responses and replies there to and all other associated and related filings:

The Court hereby GRANTS the Motion. The administrative stay is DISSOLVED and Plaintiffs' request for preliminary injunctive relief pending a consolidated hearing on the merits is DENIED.

It is SO ORDERED.