IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  *Defendants*. | No.: 6:24-cv-00306 |

## NOTICE OF APPEAL

Oscar Silva Perez, Natalie Taylor, Salvador Doe, Justin Doe, Carmen M. Miranda Zayas, Ricardo Ocampo Hernandez, Jessika Ocampo Hernandez, Foday Turay, Jaxhiel Turay, Genaro Vicencio Palomino, Cindy Siqueiros Maduena, and the Coalition for Humane Immigrant Rights hereby give notice that they appeal to the United States Court of Appeals for the Fifth Circuit from this Court's September 3, 2024 ruling denying their Motion for Intervention (ECF No. 49). *See Texas v. United States*, 805 F.3d 653 (5th Cir. 2015).

1

Dated: September 3, 2024                                  Respectfully submitted,

                                                          */s/ Esther H. Sung*

**Paige Austin***                                         **Esther H. Sung* (Lead Attorney)**
New York Bar No. 5246954                                  California Bar No. 255962
paige.austin@maketheroadny.org                            esther.sung@justiceactioncenter.org

**Harold A. Solis***                                      **Karen C. Tumlin***
New York Bar No. 5122726                                  California Bar No. 234961
Harold.Solis@maketheroadny.org                            karen.tumlin@justiceactioncenter.org

MAKE THE ROAD NEW YORK                                    **Hillary Li***
301 Grove Street                                          Georgia Bar No. 898375
Brooklyn, NY 11237                                        hillary.li@justiceactioncenter.org
Telephone: (718) 418-7690
Facsimile: (866) 420-9169                                 **Laura Flores-Perilla***
                                                          California Bar No. 355645
                                                          laura.flores-perilla@justiceactioncenter.org

   * *Admitted Pro Hac Vice*                              **Brandon Galli-Graves***
                                                          Texas Bar No. 24132050
                                                          brandon.galli-graves@justiceactioncenter.org

                                                          **Vanessa Rivas-Bernardy***
                                                          California Bar No. 341464
                                                          vanessa.rivas-
                                                          bernardy@justiceactioncenter.org

                                                          JUSTICE ACTION CENTER
                                                          P.O. Box 27280
                                                          Los Angeles, CA 90027
                                                          Telephone: (323) 450-7272
                                                          Facsimile: (323) 450-7276

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed this Notice of Appeal with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                       */s/ Esther H. Sung*
                                       Esther H. Sung