IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No.: 6:24-cv-00306 |

**CONSENT MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Oscar Silva Perez, Natalie Taylor, Salvador Doe, Justin Doe,[1] Carmen M. Miranda Zayas, Ricardo Ocampo Hernandez, Jessika Ocampo Hernandez, Foday Turay, Jaxhiel Turay, Genaro Vicencio Palomino, Cindy Siqueiros Maduena, and the Coalition for Humane Immigrant Rights respectfully request the Court's leave to file an amicus curiae brief in support of Defendants' Motion to Vacate Administrative Stay, ECF No. 47. The proposed amicus brief offers a perspective currently absent from the litigation and will assist the Court's consideration of the factors for issuing equitable relief, particularly the factors concerning Texas's alleged irreparable harm, the balance of equities, and the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (setting out four-factor test for awarding injunctive relief); *Libertarian Party of Texas v. Fainter*, 741 F.2d 728, 729 (5th Cir. 1984) (same).

A proposed order is attached.

---

[1] Salvador Doe and Justin Doe respectfully renew their Motion to Proceed Under Pseudonym, ECF No. 19.

1

Dated: September 4, 2024            Respectfully submitted,

/s/ Esther H. Sung

**Esther H. Sung\* (Lead Attorney)**
California Bar No. 255962
esther.sung@justiceactioncenter.org

**Paige Austin\***
New York Bar No. 5246954
paige.austin@maketheroadny.org

**Karen C. Tumlin\***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Harold A. Solis\***
New York Bar No. 5122726
Harold.Solis@maketheroadny.org

**Hillary Li\***
Georgia Bar No. 898375
hillary.li@justiceactioncenter.org

MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Telephone: (718) 418-7690
Facsimile: (866) 420-9169

**Laura Flores-Perilla\***
California Bar No. 355645
laura.flores-perilla@justiceactioncenter.org

**Brandon Galli-Graves\***
Texas Bar No. 24132050
brandon.galli-graves@justiceactioncenter.org

\* *admitted pro hac vice*

**Vanessa Rivas-Bernardy\***
California Bar No. 341464
vanessa.rivas-bernardy@justiceactioncenter.org

JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

*Counsel for Amici*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                               */s/ Esther H. Sung*
                                               Esther H. Sung

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Proposed Intervenors have complied with the meet and confer requirements of Local Rule CV-7(h). The parties to consent to the filing of this motion.

                                               */s/ Esther H. Sung*
                                               Esther H. Sung