**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>             *Plaintiffs*,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>             *Defendants*. | No.: 6:24-cv-00306 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Pending before the Court is a Motion for Leave to File Amicus Brief, filed by Oscar Silva Perez and eleven additional proposed *amicus curiae*. The parties consent to the filing of this motion. After reviewing the Motion, record, and applicable law, the Court hereby GRANTS the motion.

1