IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | Civil Action No. 6:24-cv-00306 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO STAY ANSWER DEADLINE**

Before the Court is Defendants' Unopposed Motion to Stay Answer Deadline.

The Court hereby GRANTS the Motion. Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is stayed until further order of the Court.

It is SO ORDERED.