UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et at. § | |
| § | |
| *Plaintiff,* § | |
| § | |
| § | |
| v. § | No. 6:24-cv-00306 |
| § | |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| HOMELAND SECURITY, et al, § | |
| § | |
| *Defendants,* § | |
| § | |

**NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE**

    Larissa Meadows, designates Larry Meadows as attorney in charge, in accordance with Local Rule.

    Larry Meadwos is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

    Larry Meadows's Texas Bar Number 24010835, and his office address, P.O. BOX 592413 San Antonio Texas 78259, telephone number 210-745-6100, fax number 512-287-3130 number, and e-mail lmeadowsesq@outlook.com.

    Larry Meadows will be responsible for the lawsuit and will be the attorney to receive all communications from the Court and from other parties.

 

Larry Meadows, Esq.
Attorney and Counselor at Law
P.O. Box 592413
San Antonio, Texas 78259
210-745-6100
512-287-3130 (Fax)
lmeadowsesq@outlook.com
larry@meadowsesq.com
www.meadowsesq.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel of record on August 31, 2024, pursuant to the Texas Rules of Civil Procedure.

                                                */s/* Larry Meadows
                                           Larry Meadows Attorney at Law