UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

No. 6:24-cv-00306

State of Texas, et al,
Plaintiffs,
v.
United States Department of
Homeland Security, et al.,
Defendants.

**PETITIONER'S MOTION FOR DECLARATORY JUDGMENT THAT JOSEPH BODEN AND KAMALA HARRIS THROUGH THE DEPARTMENT OF HOMELAND SECURITY ARE GUILTY IF A CRIME AGANST HUMANITY AND GENOCIDE**

Based upon the accompanying Petition for Writ of Error *Corum Nobis* and Memorandum of Law in Support, the Petitioner hereby moves a for Declaratory Judgment that Josheph Biden and Kamala Harris acting through the Department of Homeland Security are guilty of a Crime against Humanity and Genocide.

September 7, 2024

Respectfully submitted,

Robert A. Heghmann

P.O. Box 2108

Leander, Texas 78646

Bob_Heghmann@Reagan.com

## CERTIFICATION

The Petitioner hereby certifies that a copy of this Petition was served upon lead counsel for all parties by U.S. Mail, Postage-Prepaid on September 7, 2024.

_____