UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®

Retail

77701

RDC 07

U.S. POSTAGE PAID
PME
BELTON, TX 76513
SEP 05, 2024

$38.75

S2324D503398-08

MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

EMS

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10000132900

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 994 594 659 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )
Robert Heghmann
P.O. Box 2408
Leander Texas
78646

DELIVERY OPTIONS (Customer Use Only)

☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Clerk
U.S. District Court
E.D. Texas
300 Willow St., Suite 104
Beaumont, TX
ZIP + 4® (U.S. ADDRESSES ONLY) 77701-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | |
|---|---|---|
| PO ZIP Code: 76513 | Scheduled Delivery Date (MM/DD/YY): 9-6-24 | Postage: $ 38.75 |
| Date Accepted (MM/DD/YY): 9-5-24 | Scheduled Delivery Time: ☒ 6:00 PM | Insurance Fee: $ / COD Fee: $ |
| Time Accepted: 12:31 ☐ AM ☒ PM | | Return Receipt Fee: $ / Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees |
| Weight: 2 lbs. 10 ozs. ☐ Flat Rate | Acceptance Employee Initials: TTN | $ 38.75 |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 06 2024
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

EP13C September 2021
OD: 15 x 11.625

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®

PRESS FIRMLY TO SEAL

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

VISIT US AT USPS.COM® Label 106A, Nov 2018

United States Postal Service®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13C © U.S. Postal Service; September 2021; All rights reserved.

DuPont™ Tyvek® Protect What's Inside.™