UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

No. 6:24-cv-00306

State of Texas, et al,
        Plaintiffs,
v.
United States Department of
Homeland Security, et al.,
        Defendants.

# APPENDIX

Dated: September 7, 2024

Robert A. Heghmann
P.O. Box 2108
Leander, Texas 78646
Bob_Heghmann@Reagan.com

## CERTIFICATION

The Petitioner hereby certifies that a copy of this Appendix was served upon the Clerk of the Court by U.S. Mail, Postage-Prepaid on September 7, 2024.

# TABLE OF CONTENTS

| EXHIBIT NO. | DESCRIPTION | BRIEF PAGE NO. |
|---|---|---|
| 1 | Convention on the Prevention and Punishment of the Crime of Genocide | 6 |
| 2 | Federal Agencies in Charge of Immigration | 8 |
| 3 | Soros-Funded Group Seeks to "Turn Texas Blue" with Mass Immigration | 8 |
| 4 | Human rhinoviruses and enteroviruses in influenza-like illness in Latin America | 9 |
| 5 | Obama Approves Plan to Let Children in Central America Apply for Refugee Status | 10 |
| 6 | Texas tops list of states where this year's unaccompanied child migrants ended up | 10 |
| 7 | Biden's DHS Refusing to Disclose where in U.S. Illegal Aliens are Being Sent | 10 |
| 8 | Doctors say RSV is hitting toddlers hard this year as sick kids line up for hospital beds across the US | 11 |
| 9 | Children's hospital flooded with RSV patients considers asking National Guard for help | 11 |
| 10 | DC Denies Enterovirus link to Illegal-Alien Kids | 12 |
| 11 | The Mysterious Polio-Like Disease affecting American Kids | 12 |
| 12 | Enterovirus Blamed for Polio-like Acute Flaccid Myelitis in Kids | 13 |
| 13 | Chart prepared by the C.D.C. that shows the "spikes" in 2014, 2016 and 2018 | 13 |
| 14 | 2018 confirmed cases of acute flaccid myelitis (AFM) by state | 13 |

| | | |
|---|---|---|
| 15 | They cry in their hospital beds: Mothers of two boys diagnosed with mysterious polio-like illness reveal their sons' heart breaking struggle to breathe, move and come to terms with their paralysis | 13 |
| 16 | Parents accuse CDC of not reporting children's deaths from polio-like AFM | 13 |
| 17 | Acute flaccid myelitis, the polio-like syndrome leaving some children paralyzed | 14 |
| 18 | More U.S. kids get paralyzing illness, cause is still Unknown | 14 |
| 19 | The Association between acute flaccid myelitis (AFM) and Enterovirus D68 (EV-D68)-what is the evidence for causation? | 14 |
| 20 | Enterovirus D68 – The New Polio? | 15 |
| 21 | Report on the 2018 Acute Flaccid Myelitis Outbreaks in the USA | 15 |
| 22 | Joe Scarborough on defending Trump: "if you support him, you are" racist | 15 |
| 23 | Surveillance for Acute Flaccid Myelitis – United States, 2018-2022 | 15-16 |
| 24 | New Chart confirms that there was no "Surge" in 2020. | 16 |
| 25 | DHS Issues a New Memo to Terminate MPP | 17 |