# EXHIBIT NO.

# 3

# Soros-Funded Group Seeks to 'Turn Texas Blue' with Mass Immigration



FABRICE COFFRINI/AFP via Getty Images
JOHN BINDER
30 Jan 2024
5:09

A political action committee (PAC), financially backed by billionaire George Soros, is looking to "turn Texas blue" this year as other left-wing groups have expressed increasing interest in turning the state blue with the help of mass immigration.

Texas Majority PAC, run by consultants who worked for Beto O'Rourke's failed gubernatorial campaign, is being partially funded by Soros, who has a net worth of $6.7 billion and remains one of the biggest donors to Democrats in the United States.

According to records reviewed by the *Texas Tribune*, the group raised $2.25 million since its inception after the 2022 midterm elections. In particular, through the group, Soros has thrown six-figure donations to Democrats in Dallas County, Cameron County, and Hidalgo County.

"We need millions of more dollars and hundreds of more full-time staff to do this," the group's deputy executive director Katherine Fischer told the *Texas Tribune*. "Texas Majority PAC works with partners across the state to create the conditions that will make flipping the state possible."

At the same time, the left-wing group Voto Latino has made it clear they are looking to turn Texas blue this year with mass immigration to the state.

In an op-ed for Democracy Docket, Voto Latino's CEO Maria Teresa Kumar urges Democrats to take advantage of the nation's historically high legal immigration levels, where more than a million legal immigrants are admitted every year, in upcoming elections:

**The U.S. Census Bureau recently confirmed that Latinos now outnumber non-Hispanic whites in Texas.** It's a demographic shift that has been years in the making, and **it has massive implications for the political future of the state** that we're only beginning to see. [Emphasis added]

To understand the political giant rising in Texas, it's important to know that the Latino population is disproportionately young. Nearly a quarter of young people under 18 in America are Latino, but the numbers are even starker in Texas. **More than 50% of all Texans 18 years and younger are Latino, and more than 800,000 Texas Latinos have come of voting age since 2020. These young people are the future of the electorate in the state**, and their potential political influence can't be underestimated. But it also can't be taken for granted. [Emphasis added]

In Texas, the state's foreign-born population is vital for Democrats.

In particular, Indian Americans increasingly make up a large portion of Texas's foreign-born population and are a huge voting bloc for Democrats akin to black Americans.

Research from October 2020 found that more than 452,000 Indian Americans now reside in Texas — only second to California with more than 815,000 Indian Americans.

Ahead of the 2020 presidential election, a whopping 65 percent of Indian Americans said they supported then-Democrat candidate Joe Biden against then-President Donald Trump. Meanwhile, Trump garnered support from fewer than 3-in-10 Indian Americans.

This month, Texas Gov. Greg Abbott (R) visited Mumbai, India, to recruit more India-based businesses to the state, which would bring even more immigration to the state from India.

Over the last few years, Democrats have set a goal of helping one million legal immigrants gain naturalized American citizenship in time for this year's presidential election in the hopes of swinging the electorate in favor of Democrats.

For years, research has consistently shown that the larger a region's foreign-born population, the more likely that region is to vote for Democrats over Republicans.

In 2019, for example, *The Atlantic*'s Ronald Brownstein found that nearly 90 percent of House congressional districts with a foreign-born population above the national average are won by Democrats. This means every congressional district with a foreign-born population exceeding 15 percent has a 90 percent chance of electing Democrats and only a 10 percent chance of electing Republicans.

The *Washington Post*, the *New York Times*, the *Atlantic*, Axios, the *Los Angeles Times*, and the *Wall Street Journal* have all admitted that rapid demographic changes spurred by mass immigration are tilting the nation toward a permanent Democrat political majority.

"The single biggest threat to Republicans' long-term viability is demographics," Axios reported in 2019. "The numbers simply do not lie ... there's not a single demographic megatrend that favors Republicans."

Already, the U.S. has the most generous immigration system in the world and is expected to import 15 million new foreign-born voters by 2044. About eight million of those voters will have arrived entirely due to the process known as "chain migration," whereby newly naturalized citizens can bring an unlimited number of foreign relatives to the U.S.

*John Binder is a reporter for Breitbart News. Email him at jbinder@breitbart.com. Follow him on Twitter here.*