# EXHIBIT NO.

# 4

# Human rhinoviruses and enteroviruses in influenza-like illness in Latin America

**Josefina Garcia**[12]*, **Victoria Espejo**[1], **Martha Nelson**[2], **Merly Sovero**[1], **Manuel V Villaran**[1], **Jorge Gomez**[3], **Melvin Barrantes**[4], **Felix Sanchez**[5], **Guillermo Comach**[6], **Ana E Arango**[7], **Nicolas Aguayo**[8], **Ivette L de Rivera**[9], **Wilson Chicaiza**[10], **Mirna Jimenez**[11], **Washington Aleman**[12], **Francisco Rodriguez**[13], **Marina S Gonzales**[14], **Tadeusz J Kochel**[15] and **Eric S Halsey**[1]

- * Corresponding author: Josefina Garcia jgarcian66@yahoo.com

Author Affiliations

[1] US Naval Medical Research Unit 6, Lima, Peru

[2] Fogarty International Center, National Institutes of Health, Bethesda, MD, USA

[3] Dirección General de Epidemiología, Ministerio de Salud, Lima, Perú

[4] Hospital Solano, Buenos Aires, Argentina

[5] Hospital Infantil Manuel de Jesus Rivera, Managua, Nicaragua

[6] LARDIDEV-Biomed-UC, Maracay, Venezuela

[7] Universidad de Antioquia, Medellín, Colombia

[8] ONG Rayos de Sol, Asuncion, Paraguay

[9] Universidad Nacional Autónoma de Honduras, Tegucigalpa, Honduras

[10] Hospital Vozandes and Universidad de las Americas, Quito, Ecuador

[11] Hospital Nacional de Metapan, Metapan, El Salvador

[12] Clinica Alcivar and Hospital Vernaza, Guayaquil, Ecuador

[13] Hospital Departamental Humberto Alvarado de Masaya, Masaya, Managua, Nicaragua

[14] Laboratorio Departamental, Secretaria Seccional de Salud del Meta, Villavicencio, Colombia

[15] US Naval Medical Research Center, Silver Spring, MD, USA

For all author emails, please log on.

*Virology Journal* 2013, **10**:305  doi:10.1186/1743-422X-10-305

The electronic version of this article is the complete one and can be found online at:
http://www.virologyj.com/content/10/1/305

Received: 22 March 2013
Accepted: 31 July 2013
Published:11 October 2013

© 2013 Garcia et al.; licensee BioMed Central Ltd.

This is an open access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

## Background

Human rhinoviruses (HRVs) belong to the *Picornaviridae* family with high similarity to human enteroviruses (HEVs). Limited data is available from Latin America regarding the clinical presentation and strains of these viruses in respiratory disease.

## Methods

We collected nasopharyngeal swabs at clinics located in eight Latin American countries from 3,375 subjects aged 25 years or younger who presented with influenza-like illness.

## Results

Our subjects had a median age of 3 years and a 1.2:1.0 male:female ratio. HRV was identified in 16% and HEV was identified in 3%. HRVs accounted for a higher frequency of isolates in those of younger age, in particular children < 1 years old. HRV-C accounted for 38% of all HRVs detected. Phylogenetic analysis revealed a high proportion of recombinant strains between HRV-A/HRV-C and between HEV-A/HEV-B. In addition, both EV-D68 and EV-A71 were identified.

## Conclusions

In Latin America as in other regions, HRVs and HEVs account for a substantial proportion of respiratory viruses identified in young people with ILI, a finding that provides additional support for the development of pharmaceuticals and vaccines targeting these pathogens.

**HRV and HEV in Central and South America**

We collected 3,375 nasopharyngeal swabs from subjects with ILI symptoms from eight countries throughout Central and South America. We performed direct RT-PCR for HRVs and HEVs and sequenced all positive samples (n = 632) (Figure 1). Our subjects had a median age of 3 years, ranging from less than 1 month to 25 years, an interquartile range of 1 to 8 years, and a male/female ratio of 1.2:1.

Overall, HRVs and HEVs were identified in 16% (548 samples) and 3% (84 samples) of the ILI cases, respectively. Among the HRVs, HRV-A was the most represented species (9% of ILI cases), followed by HRV-C (6%) and HRV-B (1%). Although the number of ILI samples collected among countries varied considerably (Figure 2, lower panel) we found no statiscally significant geographic differences in the proportions of HEV, HRV-A, HRV-B, and HRV-C.

Coxsackieviruses comprised the majority of the HEV group (65% of the HEVs identified), showing a variety of types: 9 for coxsackievirus A and 5 for coxsackievirus B (Figure 3). In addition, we detected multiple HEV serotypes, including EV-D68, EV-C99, EV-C104, EV-C109, and EV-B110. We also identified EV-A71 in two participants, both from the department of Tumbes, Peru, although from different cities. The first subject, a one year-old girl from the city of Tumbes (same name as the department), presented on April 27, 2011, with fever, rhinorrhea, cough, and erythema on pharyngeal examination. The second, a two year-old girl from the city of Zarumilla, presented on May 10, 2011, with fever, malaise, rhinorrhea, cough, and weight loss. Neither subject had rash, gastrointestinal manifestations, convulsions, change in consciousness, or other neurological deficits**. Lastly, two polioviruses were detected and were related to the Sabin-1 polio vaccine strain. (my emphasia)**