# EXHIBIT NO.

# 7

# Biden's DHS Refusing to Disclose Where in U.S. Illegal Aliens Are Being Sent



GUILLERMO ARIAS/AFP via Getty Images
JOHN BINDER
11 Aug 2021
4:14

President Joe Biden's Department of Homeland Security (DHS) has yet to respond to inquiries from Congress that request the locations in the United States where border crossers and illegal aliens are being sent.

On April 15, as Breitbart News reported, a group of 34 House Republicans — including Reps. Mo Brooks (R-AL), Louie Gohmert (R-TX), and Matt Rosendale (R-MT) — asked DHS Secretary Alejandro Mayorkas for information on where the agency was sending border crossers and illegal aliens after their release into the U.S. interior.

This week, Sens. Mike Braun (R-IN), Kevin Cramer (R-ND), Cindy Hyde-Smith (R-MS), and Cynthia Lummis (R-WY) joined 25 House Republicans to re-inquire about the locations of border crossers and illegal aliens released into the U.S. interior after, they write, DHS has refused to disclose the information to them.

"The widespread abuse and criminality do not end at the border, because as we know many of these illegal aliens end up dispersed in cities across our nation," the Senate and House Republicans write:

However, in spite of Congress' previous request, we continue to lack an adequate accounting of the nature and extent of this dispersing of illegal aliens … for that reason, **the Congress once again requests that you compile and send the following information** within the next 30 days: [Emphasis added]

- **The locations where illegal immigrants have been sent, transported, or provided ability or funding to travel to**, or allowed to travel to by other funding including their own or private funding for all individuals who entered the U.S. without visas; [Emphasis added]

- For each named location, **the total number of [illegal] immigrants who have been sent, transported, or provided ability or funding to such city or town**; and [Emphasis added]

- **The number of [illegal] immigrants tested for the novel coronavirus, the number of [illegal] immigrants that tested positive for COVID-19, and [the Customs and Border Protection's] course of action to respond** to [illegal] immigrants that test positive for COVID-19. [Emphasis added]

The Senate and House Republicans said Mayorkas's "failure to provide this requested information over the past three months" highlights their "concerns about the lack of transparency and your willingness to provide this important information to elected represenatives of the people of this nation."

Since Biden took office, his administration has operated an expansive Catch and Release policy wherein border crossers and illegal aliens are apprehended, briefly

detained, and then released into the U.S. interior, often with the help of non-governmental organizations (NGOs) like Catholic Charities.

As detailed in recent court filings, NGOs work daily to bus and fly border crossers and illegal aliens into the U.S. interior — often paying for their domestic commercial flights and bus tickets.
While the administration has refused to disclose how many border crossers and illegal aliens are being released every day and how many are testing positive for coronavirus, the latest data reveals about 173,000 have been released into the U.S. interior as of late July.

In addition, U.S. Border Patrol officials estimate that about 750 to 1,000 illegal aliens are successfully crossing the U.S.-Mexico border every day, undetected by agents.

At current illegal immigration levels, more than 600,000 border crossers could be released into the U.S. interior or have successfully crossed the U.S.-Mexico border by the end of 2021.

"That's larger than the population of Wyoming," Sen. Ron Johnson (R-WI) has said. "It's approaching the population of Vermont. That's the extent of the problem that … [Mayorkas] and this administration are denying."

*John Binder is a reporter for Breitbart News. Email him at jbinder@breitbart.com. Follow him on Twitter here.*