# EXHIBIT NO.

# 22

# Joe Scarborough on defending Trump: "if you support him, you are" racist

"He will forever be remembered as the president who traumatized little children," co-host Mika Brzezinski said

Travis Gettys JUNE 23, 2018 9:58AM  SALLON.COM

MSNBC's Joe Scarborough and Mika Brzezinski tore into "openly racist" President Donald Trump and his supporters over his intentionally cruel family separation policy.

The "Morning Joe" co-hosts said the president was trying to back away from a disaster of his own making, and Scarborough said Trump's intentions were perfectly clear — and morally indefensible.

"You've got Charlottesville, where Donald Trump of course defended white supremacists with moral equivalency," Scarborough said. "Even this year, Donald Trump calling Hispanics 'breeders.' Just last week, saying that immigrants coming across the border were quote 'infesting America,' and no, he wasn't talking about gang members."

"You can talk again about him denying any knowledge of David Duke or the Ku Klux Klan," he continued. "(Trump supporters) cannot say, 'Oh, I'm just supporting him because he's giving them hell in Washington, D.C. No, he's been openly racist just like we said back in December of 2015, openly racist. If you support him, then you're supporting that, and you are that. It's that simple. That's what we've come to now."

Brzezinski shamed the president, his daughter and everyone close to the White House for ripping apart immigrant families for cynical purposes.