# EXHIBIT NO.

# 23

# Surveillance for Acute Flaccid Myelitis - United States, 2018-2022

Erin R Whitehouse, Adriana Lopez, Randall English, Halle Getachew, Terry Fei Fan Ng, Brian Emery, Shannon Rogers, Sarah Kidd

- PMID: 38300829

- PMCID: PMC10843070

- DOI: 10.15585/mmwr.mm7304a1

## Abstract

Acute flaccid myelitis (AFM) is a serious neurologic condition primarily affecting children; AFM can cause acute respiratory failure and permanent paralysis. AFM is a rare but known complication of various viral infections, particularly those of enteroviruses (EVs). Increases in AFM cases during 2014, 2016, and 2018 were associated with EV-D68 infection. This report examines trends in confirmed AFM cases during 2018-2022 and patients' clinical and laboratory characteristics. The number of AFM cases was low during 2019-2022 (28-47 cases per year); the number of cases remained low in 2022 despite evidence of increased EV-D68 circulation in the United States. Compared with cases during the most recent peak year (2018), fewer cases during 2019-2021 had upper limb involvement, prodromal respiratory or febrile illness, or cerebrospinal fluid pleocytosis, and more were associated with lower limb involvement. It is unclear why EV-D68 circulation in 2022 was not associated with an increase in AFM cases or when the next increase in AFM cases will occur. Nonetheless, clinicians should continue to suspect AFM in any child with acute flaccid limb weakness, especially those with a recent respiratory or febrile illness.

PubMed Disclaimer

## Conflict of interest statement

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## Figures



**FIGURE**

Confirmed cases of acute flaccid myelitis,...

## Similar articles

- Genomic Analyses of Acute Flaccid Myelitis Cases among a Cluster in Arizona Provide Further Evidence of Enterovirus D68 Role.

  Bowers JR, Valentine M, Harrison V, Fofanov VY, Gillece J, Delisle J, Patton B, Schupp J, Sheridan K, Lemmer D, Ostdiek S, Bains HK, Heim J, Sylvester T, Prasai S, Kretschmer M, Fowle N, Komatsu K, Brady S, Robinson S, Fitzpatrick K, Ostovar GA, Alsop E, Hutchins E, Jensen K, Keim P, Engelthaler DM.mBio. 2019 Jan 22;10(1):e02262-18. doi: 10.1128/mBio.02262-18.PMID: 30670612 **Free PMC article.**

- National Surveillance for Acute Flaccid Myelitis - United States, 2018-2020.

  Kidd S, Yee E, English R, Rogers S, Emery B, Getachew H, Routh JA, Lopez AS.MMWR Morb Mortal Wkly Rep. 2021 Nov 5;70(44):1534-1538. doi: 10.15585/mmwr.mm7044a2.PMID: 34735423 **Free PMC article.**

- Increase in Acute Respiratory Illnesses Among Children and Adolescents Associated with Rhinoviruses and Enteroviruses, including Enterovirus D68 - United States, July-September 2022.

  Ma KC, Winn A, Moline HL, Scobie HM, Midgley CM, Kirking HL, Adjemian J, Hartnett KP, Johns D, Jones JM, Lopez A, Lu X, Perez A, Perrine CG, Rzucidlo AE,

McMorrow ML, Silk BJ, Stein Z, Vega E; New Vaccine Surveillance Network Collaborators; Hall AJ.MMWR Morb Mortal Wkly Rep. 2022 Oct 7;71(40):1265-1270. doi: 10.15585/mmwr.mm7140e1.PMID: 36201400 **Free PMC article.**

- Epidemiology of acute flaccid myelitis in children in the Netherlands, 2014 to 2019.

  Helfferich J, de Lange MM, Benschop KS, Jacobs BC, Van Leer-Buter CC, Meijer A, Bakker DP, de Bie E, Braakman HM, Brandsma R, Neuteboom RF, Niks EH, Niermeijer JM, Roelfsema V, Schoenmaker N, Sie LT, Niesters HG, Brouwer OF, Te Wierik MJ.Euro Surveill. 2022 Oct;27(42):2200157. doi: 10.2807/1560-7917.ES.2022.27.42.2200157.PMID: 36268734 **Free PMC article.** Review.

- Enterovirus infection and acute flaccid myelitis.
  Uprety P, Graf EH.Curr Opin Virol. 2020 Feb;40:55-60. doi: 10.1016/j.coviro.2020.06.006. Epub 2020 Jul 22.PMID: 32711392 Review.

See all similar articles

## References

1.
   1. Lopez A, Lee A, Guo A, et al. Vital signs: surveillance for acute flaccid myelitis—United States, 2018. MMWR Morb Mortal Wkly Rep 2019;68:608–14. 10.15585/mmwr.mm6827e1 - DOI - PubMed
2.
   1. Kidd S, Lopez A, Nix WA, et al. Vital signs: clinical characteristics of patients with confirmed acute flaccid myelitis, United States, 2018. MMWR Morb Mortal Wkly Rep 2020;69:1031–8. 10.15585/mmwr.mm6931e3 - DOI - PMC - PubMed
3.
   1. Kidd S, Lopez AS, Konopka-Anstadt JL, Nix WA, Routh JA, Oberste MS. Enterovirus D68–associated acute flaccid myelitis, United States, 2020. Emerg Infect Dis 2020;26:6–12. 10.3201/eid2610.201630 - DOI - PMC - PubMed
4.
   1. Debolt C, Vogt M. Revision to the standardized case definition, case classification, and public health reporting for acute flaccid myelitis. Atlanta, GA: Council of State and Territorial Epidemiologists; 2019. https://cdn.ymaws.com/www.cste.org/resource/resmgr/2019ps/final/19-ID-05...

5. Kidd S, Yee E, English R, et al. National surveillance for acute flaccid myelitis—United States, 2018–2020. MMWR Morb Mortal Wkly Rep 2021;70:1534–8. 10.15585/mmwr.mm7044a2 - DOI - PMC - PubMed