# EXHIBIT NO.

# 24

**FIGURE. Confirmed cases of acute flaccid myelitis (N = 670), by month of onset — United States, August 2014–September 2021\***



\* As of October 23, 2021.