# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-40571    State of Texas v. DHS
                 USDC No. 6:24-CV-306

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Paige Austin
Mr. Philip Jordan Axt
Mr. William Francis Cole
Ms. Laura Flores-Perilla
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garrett M. Greene
Mr. Alan M. Hurst
Ms. Hillary Li
Mr. David O'Toole
Mr. Stephen John Petrany
Ms. Lanora Christine Pettit
Mr. Erez Reuveni
Ms. Vanessa Rivas-Bernardy
Mr. Harold A. Solis
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Eric Harris Wessan
Mr. Michael Zarian