UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00306

———

**State of Texas et al.,**

*Plaintiffs,*

v.

**United States Department of Homeland Security et al.,**

*Defendants.*

———

# NOTICE

This notice memorializes that the September 18, 2024 hearing and trial setting is canceled and that all unexpired deadlines in the court's scheduling order are stayed, pursuant to the court of appeals' order administratively staying proceedings here to allow that court more time to consider the intervention appeal. Doc. 64.