IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-0306 |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule CV-11, Proposed Intervenor Defendants in the above-captioned case respectfully request that Vanessa Rivas-Bernardy be withdrawn as their counsel of record as she is ending her employment at Justice Action Center. The remaining counsel of record, including attorneys from Justice Action Center, will continue to represent Proposed Intervenor Defendants. Proposed Intervenor Defendants consent to the relief requested in this Motion, and granting this Motion will not harm or prejudice the parties, nor will it cause undue delay. Plaintiffs and Federal Defendants do not oppose this Motion.

Dated: September 27, 2024

Respectfully submitted,

*/s/ Vanessa Rivas-Bernardy*
**Vanessa Rivas-Bernardy**
California Bar No. 341464
vanessa.rivas-bernardy@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

*Counsel for Proposed Intervenor Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Vanessa Rivas-Bernardy*
Vanessa Rivas-Bernardy

**CERTIFICATE OF CONFERENCE**

I hereby certify that the meet and confer requirements of Local Rule CV-7(h) have been satisfied. Counsel for Plaintiffs and Federal Defendants have indicated they do not oppose this motion.

*/s/ Vanessa Rivas-Bernardy*
Vanessa Rivas-Bernardy