**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| *Plaintiffs*, | |
| v. | No.: 6:24-cv-0306 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| *Defendants*. | |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Pending before the Court is an unopposed Motion to Withdraw Counsel of Proposed Intervenor Defendants. After considering said motion, the Court is of the opinion that said motion should be GRANTED. It is therefore ORDERED that Vanessa Rivas-Bernardy be allowed to withdraw and is withdrawn as attorney of record for Proposed Intervenor Defendants in the above referenced matter.