

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**David A. O'Toole**  **Leigh Lyon**
**Clerk of Court**  **Chief Deputy Clerk**

October 4, 2024

No. 6:24-cv-00306    State of Texas v. DHS

Mr. Robert A. Heghmann
P.O. Box 2108
Leander, TX 78646

Dear Mr. Heghmann:

We received your documents entitled Petitioner's Motion for Declaratory Judgment That Joseph Boden and Kamala Harris Through the Department of Homeland Security are Guilty if a Crime Against Humanity and Genocide and Petition for a Writ of Error Coram Nobis. However, you are not a party to this case, nor have you requested or received leave to intervene.

In light of the aforementioned, we are taking no action on your documents. *See Texas v. DHS*, No. 24-40571, ECF No. 88-2 (5th Cir. Sept. 18, 2024) (same).

Sincerely,
David A. O'Toole, Clerk of Court

By: *Nicole Cadenhead*
Nicole Cadenhead, Deputy Clerk
October 4, 2024