UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00306

**State of Texas et al.,**

*Plaintiffs,*

v.

**United States Department of Homeland Security et al.,**

*Defendants.*

**O R D E R**

In their upcoming briefing on the merits of plaintiffs' claims, the parties are invited to address the effect of 6 U.S.C. § 202(4)'s reference to parole as a "form[] of permission . . . to enter the United States" in assigning to the Secretary of Homeland Security responsibility for establishing and administering rules on that subject.

*So ordered by the court on October 15, 2024.*

J. Campbell Barker
United States District Judge