# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| State of Texas, et al., | |
| *Plaintiffs*, | |
| v. | No. 6:24-cv-00306 |
| United States Department of Homeland Security, et al., | |
| *Defendants*. | |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pending before the Court is a Consent Motion for Leave to File Amicus Brief, filed by the States of West Virginia, Montana, and 5 other States.  The parties consent to the filing of this motion.  After consideration, the Court grants the Motion.