IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Civil Action No. 6:24-cv-00306 |

## ORDER GRANTING
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. Upon consideration of the Motion, all responses and replies thereto, the administrative record and all relevant and admissible evidence, and all related filings:

The Court hereby GRANTS the Motion. The Court enters judgment in Defendants' favor, dismissing all of Plaintiffs' claims with prejudice.

It is SO ORDERED.