Plaintiffs' Combined MSJ Exhibits - Page 1

# EXHIBIT A

# United States District Court
## Eastern District of Texas
## Tyler Division

STATE OF TEXAS, *et al.*,

        *Plaintiffs*,

        v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        *Defendants*

No. 6:24-cv-00306

## DECLARATION OF ATTORNEY JAMES K. ROGERS

I, James K. Rogers, declare as follows:

1. I am over 18 years of age and am fully competent to make this declaration. I am Senior Counsel with the America First Legal Foundation, and I am admitted to practice law in the State of Arizona. I was approved to appear pro hac vice in this matter on August 22, 2024. I submit this Declaration in support of Plaintiffs' Omnibus Motion for Preliminary Injunction and Summary Judgment in the above-captioned matter. I have personal knowledge of the facts stated herein.

2. Attached hereto are true and correct copies of the following exhibits, which are cited in Plaintiff's Omnibus Motion for Preliminary Injunction and Summary Judgment:

| Exhibit No. | Document Citation |
|---|---|
| 1 | *Fact Sheet: Biden-Harris Administration Announces New Actions to Expand Opportunities for Latino Communities and Ensure Every Family Has a Fair Shot at the American Dream*, THE WHITE HOUSE (July 17, 2024), https://perma.cc/93ZX-3M7M |
| 2 | *Profile of the Unauthorized Population: United States*, MIGRATION POLICY INSTITUTE, https://perma.cc/JT43-RUCB (last accessed on Aug. 8, 2024) |
| 3 | *USCIS Publishes Filing Guide for Keeping Families Together*, USCIS, (Aug. 16, 2024), https://perma.cc/EL6Z-2AUE. |
| 4 | *Filing Guide for Form I-131F*, USCIS, (Aug. 16, 2024), https://perma.cc/664U-C2T2 |
| 5 | Armando Garcia, *Immigrants begin receiving relief from deportation under new Biden executive order*, ABC NEWS (Aug. 21, 2024), https://perma.cc/TAC8-JWUZ |
| 6 | Detention and Parole of Inadmissible Aliens; Interim Rule with Request for Comments, 47 Fed. Reg. 30,044, (July 9, 1982), https://perma.cc/F7BH-F4UJ

(Exhibit 6 includes only the relevant pages.) |
| 7 | *Humanitarian or Significant Public Benefit Parole for Individuals Outside the United States*, U.S. Citizenship and Customs Servs. (May 2, 2023), https://perma.cc/L64A-H28L |
| 8 | Dep't of Homeland Sec. Off. of Inspector Gen., *The Unified Coordination Group Struggled to Track Afghan Evacuees Independently Departing U.S. Military Bases*, DEP'T OF HOMELAND SEC. (Sept. 29, 2022), https://perma.cc/37BP-THB6 |
| 9 | Press Release, *DHS Announces Re-parole Process for Afghan Nationals in the United States*, DEP'T OF HOMELAND SEC. (June 8, 2023), https://perma.cc/QTA2-2NG2 |
| 10 | *Re-Parole Process for Certain Afghans*, IMMIGR. AND CUSTOMS SERVS. (Sept. 27, 2023), https://perma.cc/NT7B-DKFU |
| 11 | *Fees for Visa Services*, DEP'T OF STATE, (accessed Sept. 25, 2023), https://perma.cc/92JU-BARM |

| | |
|---|---|
| 12 | *Form DS-260*, DEP'T OF STATE, (Oct. 2019), https://perma.cc/B99K-2VND |
| 13 | *Reminders on the Process to Promote the Unity and Stability of Families*, U.S. CITIZENSHIP AND IMMIGR. SERVS. (July 17, 2024), https://perma.cc/W587-DBJZ |
| 14 | Medicaid.gov, *Medicaid and CHIP Coverage of Lawfully Residing Children & Pregnant Individuals*, CENTERS FOR MEDICARE & MEDICAID SERVICES, (May 4, 2023), https://www.medicaid.gov/medicaid/enrollment-strategies/medicaid-and-chip-coverage-lawfully-residing-children-pregnant-individuals |
| 15 | Rebecca Beitsch, *House Outlines Immigration Provisions in Latest Build Back Better Package*, THE HILL (Nov. 3, 2021), https://perma.cc/J2LR-FRYE |
| 16 | *Cost of Attendance*, UNIVERSITY OF TEXAS AT AUSTIN, https://perma.cc/7NG3-TUYU (last accessed Aug. 15, 2024) |
| 17 | *Cost of Attendance*, UNIVERSITY OF IDAHO, https://perma.cc/E9F2-DKJ2 (last accessed Aug. 15, 2024) |
| 18 | *Cost of Attendance*, BOISE STATE UNIVERSITY, https://perma.cc/U5RU-N8UX (last accessed Aug. 15, 2024) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was issued on October 17, 2024, in Washington, D.C.

/s/ James Rogers

James K. Rogers
Senior Counsel
America First Legal Foundation

3

# EXHIBIT 1

Plaintiffs' Combined MSJ Exhibits - Page 6

JULY 17, 2024

# FACT SHEET: Biden-Harris Administration Announces New Actions to Expand Opportunities for Latino Communities and Ensure Every Family Has a Fair Shot at the American Dream

President Biden and Vice President Harris are working to ensure that all Latino families and communities can achieve greater opportunity. Over the past three years, the Administration has taken historic action to expand opportunity for Latino families and communities, including creating more than 15 million jobs – with 5 million created for Latinos, helping Latino entrepreneurs start new businesses at the fastest rate in over 10 years, working to ensure equitable educational opportunity for students, addressing our broken immigration system through new executive actions, and more.

Today, the Biden-Harris Administration is announcing new actions to advance educational opportunities for Latino communities and give more families a fair shot at achieving the American dream.

### **Advancing Educational Equity, Excellence, and Economic Opportunity through Hispanic-Serving Institutions**

Hispanic-Serving Institutions (HSIs) play a critical role in shaping the future of our Nation. With more than 500 HSIs across 27 states, the District of Columbia, and Puerto Rico, HSIs make an extraordinary contribution to our Nation's higher education system, including educating more than 4.7 million students. More than 55 percent of Hispanic and Latino college students in the U.S. attend an HSI, and nearly 40 percent of those students attend a two-year HSI.

To strengthen the Federal Government's commitment to advancing opportunity, today, President Biden will sign an Executive Order establishing

Case 6:24-cv-00306-JCB   Document 79-1   Filed 10/15/24   Page 7 of 248 PageID #:
1639
Plaintiffs' Combined MSJ Exhibits - Page 7

the White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity through Hispanic-Serving Institutions. This Executive Order creates a new Initiative and President's Board of Advisors for HSIs that will work to:

- Increase awareness of opportunities for HSIs to equally participate in Federal programs and enhance the capacity of HSIs to meet the educational needs of their students.

- Identify best practices for HSIs to scale effective strategies, programs, and initiatives to support the educational success and economic mobility of their students.

- Improve the ability of HSIs to align program offerings with the economic needs of the Nation and their local economies, especially in Science, Technology, Engineering, Math, and teaching.

- Coordinate efforts to help HSIs become or remain fiscally secure institutions.

- Foster cross-sector collaboration among HSIs and philanthropic, public, and private sector organizations.

- Strengthen Federal recruitment activities at HSIs to build accessible and equal pathways into Federal career opportunities for HSI students, faculty, staff, and alumni.

- Provide tools, data, and analytics to support HSIs in improving educational equity, excellence, and economic opportunity for students.

**<u>Making America's Immigration System More Fair and More Just</u>**

Since Day One, President Biden has called on Congress to fix our broken immigration system. While Congress has failed to act on these critically needed reforms, the Biden-Harris Administration has taken action to make our immigration system more fair and more just.

Today, the Administration is highlighting steps taken to fulfill the President's promise to keep families together and allow more Dreamers to contribute to our economy, and announcing new actions to expand access to legal representation and immigration services so that more people have the tools

and support they need to navigate our complex immigration system. These actions build on steps the Administration has taken to strengthen and improve our immigration system, including eliminating the backlog of naturalization applications, vigorously defending the DACA (Deferred Action for Childhood Arrivals) policy in court, extending Affordable Care Act coverage to DACA recipients, and streamlining, expanding, and instituting new programs so that families can stay together while they complete the immigration process.

*Today's new announcements include:*

**Announcing key progress on actions to keep families together**

On June 18th, the President announced a new process to help U.S. citizens with noncitizen spouses and children who have been here for 10 years or more keep their families together. This new action – which will help certain noncitizen spouses and children apply for lawful permanent residence without leaving the country – is expected to apply to approximately half a million spouses of U.S. citizens, and 50,000 noncitizen children whose parent is married to a U.S. citizen. And today, **the President is announcing that beginning on August 19, 2024, eligible spouses and children will be able to apply for this process to obtain legal status while remaining with their families.**

In June, President Biden also announced new actions to help young people who have been educated in the U.S., including DACA recipients and other Dreamers, receive work visas more quickly. These actions will help more young people use their talents to enrich our communities and strengthen our economy. The Department of State has updated its public guidance – making it clear that it is in the public interest that individuals who graduated from a U.S. institution of higher education and are seeking a work visa are able to put their degree to use in the United States, and that these factors should be considered favorably when recommending waivers in the visa application process.

**Helping thousands of Dreamers transition successfully to college**

Today, the Administration is also announcing that the Department of Education is issuing a proposed rule to expand the federal TRIO program to

ensure Dreamers and others can enroll. By providing high school students with services and supports such as college campus visits, tutoring, and help completing college and financial aid applications, the TRIO program helps students from low-income backgrounds and students who would be the first in their family go to college successfully transition from high school to college. The proposed expansion would mean that an estimated 50,000 more students each year would be able to access TRIO programs and services, and thousands more would go to college.

**Expanding access to legal representation**

Today, the Department of Justice Executive Office of Immigration Review (EOIR) is doubling the number of locations for their "Attorney of the Day" program, which makes volunteer lawyers available in immigration courtrooms to provide assistance to those who do not have representation at their initial immigration court hearings. The Department will expand this program to include immigration courts in Hyattsville, Maryland; New York City; and Atlanta in addition to the three current locations: San Francisco, New Orleans, and Chicago. The Department is also increasing free and low-cost legal representation by increasing participation of law students in clinical programs and expanding training opportunities such as its mock trial program.

Earlier this year, the Department of Justice announced the launch of the Respondent Access Portal, a secure online platform that allows unrepresented noncitizens with proceedings before EOIR to view case information and scheduled hearings, download their electronic case record, and file documents directly with the immigration court.

Additionally, the Justice Department is creating a new leadership position focused on improving access to the immigration system and finding innovative ways to increase representation rates for noncitizens in immigration court.

Finally, the Administration is announcing a call to action for members of the legal community, including law firms, nonprofits, advocacy organizations, and other stakeholders to make commitments of pro bono support for those who are unrepresented in immigration proceedings. In response, the American Bar Association will leverage its existing resources to help and

10/15/24, 1:00 PM                    FACT SHEET: Biden-Harris Administration Announces New Actions to Expand Opportunities, Create a More Prosperous Future for Every Famil…

Plaintiffs' Combined MSJ Exhibits - Page 10

Case 6:24-cv-00306-JCB   Document 79-1   Filed 10/19/24   Page 10 of 248   PageID #:
1642

encourage more lawyers to provide pro bono support to unrepresented noncitizens in immigration proceedings. The Administration welcomes additional commitments from interested stakeholders to build upon these efforts.

**Ensuring access to immigration services**

The Department of Homeland Security's U.S. Citizenship and Immigration Services (USCIS) is announcing the launch of a new initiative – "USCIS to You" – to bring immigration-related assistance into local communities, including rural and underserved areas. Services that may be provided include naturalization interviews and oath ceremonies, customer service appointments, and education on immigration benefits and processes. "USCIS to You" events will be coordinated in partnership with communities, including libraries, community colleges, and other local entities.

USCIS is also providing up to $2.6 million to help small public and non-profit organizations establish new citizenship programs and train staff to assist lawful permanent residents in understanding and navigating the naturalization process. USCIS has released this new Notice of Funding Opportunity and plans to announce grant recipients by September 2024.

**Today's announcements build on additional historic action President Biden has taken to advance opportunity for Latino communities, including:**

- Bringing the Latino unemployment rate to a near record low of 4.9%.

- Taking action to support Latino-owned businesses, which are now starting up at the fastest rate in fifteen years.

- Doubling Latino enrollment in health coverage through the Affordable Care Act, and fighting to protect the Affordable Care Act.

- Expanding access to Affordable Care Act benefits to DACA recipients.

- Expanding the Child Tax Credit which lifted 1.2 million Hispanic children out of poverty in 2021.

Case 6:24-cv-00306-JCB    Document 79-1    Filed 10/19/24    Page 11 of 248 PageID #: 1643

Plaintiffs' Combined MSJ Exhibits - Page 11

- Investing over $15 billion in Hispanic-serving colleges and universities— the largest ever investment. This investment strengthened the capacity of HSIs to better serve their students, including meeting their basic needs and completing their programs.

- Securing a $900 increase to the maximum Pell Grant award – the largest in the last decade – to benefit students from low- and middle-income backgrounds in their pursuit of a college degree.

- Canceling $167 billion in student loan debt for 4.75 million borrowers. Student loan debt disproportionately burdens Latino borrowers who are more likely to default on their student loans compared to white borrowers, with 15% of those in repayment in default and 29% in serious delinquency.

###

Plaintiffs' Combined MSJ Exhibits - Page 12

# EXHIBIT 2

10/15/24, 1:03 PM
Profile of the Unauthorized Population | migrationpolicy.org
Case 6:24-cv-00306-JCB    Document 70-1    Filed 10/19/24    Page 13 of 248 PageID #:
1645
Plaintiffs' Combined MSJ Exhibits - Page 13



| All MPI |
|---|

RESEARCH & INITIATIVES    PUBLICATIONS    EVENTS    ABOUT US    MPI EU

Home » Data Hub » Unauthorized Immigrant Population

# Profile of the Unauthorized Population: United States

DEMOGRAPHICS

FAMILY

EDUCATION AND LANGUAGE

WORKFORCE

ECONOMICS

| Demographics | Estimate | % of Total |
|---|---|---|
| Unauthorized Population | 11,047,000 | 100% |
| **Top Countries of Birth** | | |
| Mexico | 5,313,000 | 48% |
| El Salvador | 741,000 | 7% |
| Guatemala | 724,000 | 7% |
| India | 553,000 | 5% |
| Honduras | 490,000 | 4% |
| **Regions of Birth** | | |
| Mexico and Central America | 7,381,000 | 67% |
| Caribbean | 327,000 | 3% |
| South America | 907,000 | 8% |
| Europe/Canada/Oceania | 440,000 | 4% |
| Asia | 1,697,000 | 15% |
| Africa | 295,000 | 3% |
| **Years of U.S. Residence** | | |
| Less than 5 | 2,370,000 | 21% |
| 5 to 9 | 1,744,000 | 16% |
| 10 to 14 | 2,132,000 | 19% |
| 15 to 19 | 2,368,000 | 21% |
| 20 or more | 2,433,000 | 22% |
| **Age** | | |
| Under 16 | 606,000 | 5% |
| 16 to 24 | 1,577,000 | 14% |
| 25 to 34 | 2,986,000 | 27% |
| 35 to 44 | 3,084,000 | 28% |
| 45 to 54 | 1,772,000 | 16% |
| 55 and over | 1,023,000 | 9% |
| **Gender** | | |
| Female | 5,062,000 | 46% |
| **Family** | Estimate | % of Total |

| Parental Status | | |
|---|---|---|
| Population ages 15 and older | 10,513,000 | 100% |
| Reside with at least one U.S.-citizen child under 18 | 3,521,000 | 33% |
| Reside with noncitizen children only under 18 | 806,000 | 8% |
| Reside with no children | 6,185,000 | 59% |
| **Marital Status** | | |
| Population ages 15 and older | 10,513,000 | 100% |
| Never married | 4,057,000 | 39% |
| Married to a U.S. citizen | 1,314,000 | 12% |
| Married to a legal permanent resident (LPR) | 654,000 | 6% |
| Married to non-U.S. citizen/non-LPR | 2,822,000 | 27% |
| Divorced, separated, widowed | 1,665,000 | 16% |

| Education and Language | Estimate | % of Total |
|---|---|---|
| **School Enrollment of Children and Youth** | | |
| Population ages 3 to 17 | 733,000 | 100% |
| Enrolled | 651,000 | 89% |
| Not enrolled | 83,000 | 11% |
| Population ages 3 to 12 | 381,000 | 100% |
| Enrolled | 324,000 | 85% |
| Not enrolled | 57,000 | 15% |
| Population ages 13 to 17 | 352,000 | 100% |
| Enrolled | 327,000 | 93% |
| Not enrolled | 25,000 | 7% |
| Population ages 18 to 24 | 1,411,000 | 100% |
| Enrolled | 569,000 | 40% |
| Not enrolled | 842,000 | 60% |
| **Educational Attainment of Adults** | | |
| Population ages 25 and older | 8,864,000 | 100% |
| 0-5 grade | 1,330,000 | 15% |
| 6-8 grade | 1,444,000 | 16% |
| 9-12 grade | 1,334,000 | 15% |
| High school diploma or equivalent | 2,136,000 | 24% |
| Some college or associate's degree | 1,062,000 | 12% |
| Bachelor's, graduate, or professional degree | 1,558,000 | 18% |
| **English Proficiency** | | |
| Population ages 5 and older | 10,951,000 | 100% |
| Speak only English | 773,000 | 7% |
| Speak English "very well" | 2,734,000 | 25% |
| Speak English "well" | 2,450,000 | 22% |
| Speak English "not well"/"not at all" | 4,994,000 | 46% |
| **Top 5 Languages Spoken at Home** | | |
| Population ages 5 and older | 10,951,000 | 100% |
| Spanish | 7,919,000 | 72% |

| | | |
|---|---|---|
| English | 780,000 | 7% |
| Chinese | 377,000 | 3% |
| Tagalog | 290,000 | 3% |
| Portuguese | 166,000 | 2% |

| Workforce | Estimate | % of Total |
|---|---|---|
| **Labor Force Participation** | | |
| Civilian population ages 16 and older | 10,434,000 | 100% |
| Employed | 6,829,000 | 65% |
| Unemployed | 448,000 | 4% |
| Not in the labor force | 3,157,000 | 30% |
| **Top Industries of Employment** | | |
| Civilian employed population ages 16 and older | 6,829,000 | 100% |
| Construction | 1,403,000 | 21% |
| Accommodation and food services, arts, entertainment, and recreation | 1,092,000 | 16% |
| Professional, scientific, management, administrative, and waste management services | 946,000 | 14% |
| Manufacturing | 694,000 | 10% |
| Retail trade | 547,000 | 8% |

| Economics | Estimate | % of Total |
|---|---|---|
| **Family Income** | | |
| Below 50% of the poverty level | 1,344,000 | 12% |
| 50-99% of the poverty level | 1,542,000 | 14% |
| 100-149% of the poverty level | 1,824,000 | 17% |
| 150-199% of the poverty level | 1,575,000 | 14% |
| At or above 200% of the poverty level | 4,762,000 | 43% |
| **Access to Health Insurance** | | |
| Uninsured | 5,823,000 | 53% |
| **Home Ownership*** | | |
| Homeowner | 3,069,000 | 28% |

*Source*: These 2019 data result from Migration Policy Institute (MPI) analysis of U.S. Census Bureau data from the pooled 2015-19 American Community Survey (ACS) and the 2008 Survey of Income and Program Participation (SIPP), weighted to 2019 unauthorized immigrant population estimates provided by Jennifer Van Hook of The Pennsylvania State University.

*Note*: For U.S. and state estimates of the unauthorized population potentially eligible for the Deferred Action for Childhood Arrivals (DACA) program, click here.

Data-related notes
* "Homeowners" are unauthorized immigrants residing in homes that are owned, not rented.

+ Includes the following Colorado counties: Adams, Broomfield, Clear Creek, Douglas, Elbert, Gilpin, and Jefferson, as well as portions of Arapahoe, Boulder, and Weld counties.

++ NECTAs refer to New England City and Town Areas, geographic entities defined by the U.S. Census Bureau for use as alternatives to counties in the six-state New England region.

Estimate for China includes Hong Kong but excludes Taiwan; estimate for Korea includes South Korea and North Korea.

"School Enrollment of Children and Youth" refers to unauthorized immigrants who reported attending school or college at any time in the three months prior to the survey.

For languages, "Chinese" includes Mandarin, Cantonese, and other Chinese languages; "English" includes English, Jamaican Creole, Krio, Pidgin Krio, and other English-based Creole languages; "French" includes French, Patois, and Cajun; "Pacific Island languages" includes Ilocano, Samoan, Hawaiian, Sebuano, Chamorro, Guamanian, Marshallese, Trukese, Tongan, and other Austronesian languages, but excludes Tagalog and Filipino, which are reported separately; "Portuguese" includes Portuguese and Cape Verdean Creole; "Sub-Saharan African" includes Swahili or other Bantu languages, Mande, Fulani, Kru, and other unspecified African languages; "Tagalog" includes Tagalog and Filipino.

For industries, "Other services" are miscellaneous services, not including the following services listed separately: (1) professional, scientific, management, administrative, and waste management services; (2) educational services; (3) health and social services; and (4) accommodation and food services, arts, entertainment, and recreation.

"-" estimates are zero, not applicable, or not displayed due to small sample size.

Percentages may not add up to 100 due to rounding.

*Methodology in Brief:*
MPI's method uses information from the SIPP to assign legal status to noncitizens in the ACS. In the SIPP, noncitizens report whether they currently have lawful permanent resident (LPR) status—i.e., a green card. Those without LPR status may be recent refugees, temporary visitors (e.g., international students or high-skilled H-1B workers), or unauthorized immigrants. Our method maps characteristics such as country of birth, year of U.S. entry, age, gender, and educational attainment between the two surveys, and those noncitizens in the ACS who have characteristics similar to those reporting LPR status in the SIPP are coded as LPRs in the ACS. The remaining noncitizens—who are similar in characteristics to those not reporting LPR status in the SIPP—are classified as either unauthorized or legal temporary migrants, depending on whether they meet the qualifications for H-1B and the other temporary visa classifications. Estimates of unauthorized immigrants are weighted to match control totals (benchmarks) for immigrants from a set of origin countries and world regions. These control totals are calculated by subtracting the number of legal immigrants from the total of all immigrants for each country and region that are captured in the ACS data. The number of legal immigrants is estimated by adding up all legal admissions from each country and region in every year—using Department of Homeland Security administrative data—and then reducing this number to account for deaths and emigration of legal immigrants. Finally, the unauthorized immigrant population estimates are adjusted upward slightly to account for the undercount of this population in the ACS.

MPI's overall method was developed in consultation with James Bachmeier of Temple University and Jennifer Van Hook of The Pennsylvania State University, Population Research Institute. For more detail on the methods, see MPI, "MPI Methodology for Assigning Legal Status to Noncitizen Respondents in U.S. Census Bureau Survey Data." The control totals were developed by Van Hook. These estimates have the same sampling and coverage errors as any other survey-based estimates that rely on ACS and other Census Bureau data.



RESEARCH & INITIATIVES | PUBLICATIONS | EVENTS | NEWS | ABOUT US                    CONTACT US | SITE MAP | PRIVACY POLICY | EXPERTS

1275 K St. NW, Suite 800, Washington, DC 20005 | ph. 202-266-1940 | fax. 202-266-1900



Copyright © 2001-2024 Migration Policy Institute. All rights reserved.

Plaintiffs' Combined MSJ Exhibits - Page 17

# EXHIBIT 3

Plaintiffs' Combined MSJ Exhibits - Page 18



**U.S. Citizenship and Immigration Services**

[Home](#) > [Newsroom](#) > [All News](#) > [Alerts](#) > USCIS Publishes Filing Guide for Keeping Families Together

# USCIS Publishes Filing Guide for Keeping Families Together

Release Date : 08/16/2024

On Aug. 19, USCIS will begin accepting requests for, using a new electronic form, Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens. Form I-131F will not be available on [uscis.gov](#) until Aug. 19. USCIS is not accepting any other form for Keeping Families Together. **Do not file a request for parole in place under this process before Aug. 19, 2024.**

**We are publishing a [Filing Guide for Form I-131F](#) [(PDF, 9.25 MB)](#) on the [Keeping Families Together](#) webpage.** This guide will help individuals as they prepare to file a request for parole in place through the online process. We have also updated the Key Questions and Answers about the process on the Keeping Families Together webpage. More information about Keeping Families Together will be made available in a Federal Register notice in the coming days.

**Form I-131F will only be available to file online.** Each requestor, including minors, must file a separate Form I-131F, and each requestor must have their own USCIS online account, including minors. Information on creating a USCIS online account is available on the [How to Create a USCIS Online Account](#) webpage. There is no paper form for this process.

## Protect Yourself from Immigration Scams

We do not want you to become the victim of an immigration scam. If you need legal advice on immigration matters, make sure the person helping you is authorized to give legal advice. Only an attorney admitted to practice law in the United States or accredited representative working for a [Department of Justice-recognized organization](#) can give you legal advice on immigration matters. Be aware of individuals who guarantee outcomes; applications are reviewed on a case-by-case basis by USCIS. Visit the [Avoid Scams](#) webpage for information and resources.

Some common scams to be aware of include:

- **Government impersonators:** Look out for individuals who pretend to be USCIS officials. USCIS will only contact you through official government channels and will not contact you through your personal social media accounts (such as Facebook, X, LinkedIn, etc.).

- **Scam Websites:** Some websites claim to be affiliated with USCIS and offer step-by-step guidance on completing a USCIS application or petition. Make sure your information is from uscis.gov or dhs.gov or is affiliated with uscis.gov. Make sure the website address ends with .gov.

Need Help?
Chat with Emma™

- **Payments by Phone or Email:** We will never ask you to transfer money to an individual. We do not accept Western Union, MoneyGram, PayPal, or gift cards as payment for immigration fees. In addition, we will never ask you to pay fees to a person on the phone or by email.

- **Notarios Públicos and unauthorized practitioners of immigration law:** In the United States, a notario público is not authorized to provide you with any legal services related to immigration benefits. Only an attorney admitted to practice law in the United States or an accredited representative working for a Department of Justice-recognized organization can give you legal advice on immigration matters. For more information about finding legal services, visit our website.

Last Reviewed/Updated: 08/16/2024

Plaintiffs' Combined MSJ Exhibits - Page 20

# EXHIBIT 4

Plaintiffs' Combined MSJ Exhibits - Page 21

# Filing Guide for
# **Form I-131F,**

Application for Parole in Place
for Certain Noncitizen Spouses
and Stepchildren of U.S. Citizens



**U.S. Citizenship
and Immigration
Services**

You can file Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens, to request a temporary period of parole if you are the spouse or stepchild of a U.S. citizen and otherwise meet the eligibility criteria below. You can only file Form I-131F online, and you must file a separate Form I-131F for each person seeking parole in place. The Form I-131F is to be completed by the noncitizen spouse or stepchild, and not the U.S. citizen.

See the USCIS website at **uscis.gov/keepingfamiliestogether** for more detailed information.



## Who May File Form I–131F

A noncitizen spouse or stepchild of a U.S. citizen may request parole in place under this process if they:

- Are present in the United States without admission or parole;

- Have been continuously physically present in the United States:

  - Since June 17, 2014, if seeking parole in place as the spouse of a U.S. citizen; or

  - Since June 17, 2024, if seeking parole in place as the stepchild of a U.S. citizen;

- Have:

  - A legally valid marriage to a U.S. citizen as of June 17, 2024, if seeking parole in place as the spouse of a U.S. citizen; or

  - A noncitizen parent who had a legally valid marriage to a U.S. citizen on or before June 17, 2024, and before the stepchild's 18th birthday, if seeking parole in place as the stepchild of a U.S. citizen;

- Do not have any disqualifying criminal history; and

- Do not pose a threat to national security and public safety.

### I-131F: Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens

Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens, is used by certain noncitizens who are present in the United States without admission or parole to request a temporary period of parole.

DHS, in its discretion, may grant parole on a case-by-case basis for significant public benefit or urgent humanitarian reasons to any noncitizen who is an applicant for admission. This authority extends to noncitizens present in the United States who have not been lawfully admitted, a practice known as "parole in place." If we approve Form I-131F filed for a noncitizen spouse or stepchild of a U.S. citizen seeking parole in place, the noncitizen spouse or stepchild of a U.S. citizen will receive a Form I-94, Arrival/Departure Record, which is evidence of their parole.

**Note:** Form I-94 does not authorize entry into the United States after departure. Individuals granted parole in place as a noncitizen spouse or stepchild of a U.S. citizen who depart the United States without first obtaining an Advance Parole Document may be precluded from returning as someone who is inadmissible to the United States, and may also be ineligible for future immigration benefits.

Visit the Keeping Families Together page for more information.

 Before You Start Your Application

Eligibility

A separate Form I-131F must be filed for each noncitizen spouse or stepchild of a U.S. citizen seeking parole in place.

A noncitizen spouse or stepchild of a U.C. citizen may request parole in place under this process if they:

- Are present in the United States without admission or parole;
- Have been continuously physically present in the United States:
  - Since at least June 17, 2014, if seeking parole in place as the spouse of a U.S. citizen OR
  - Since June 17, 2024, if seeking parole in place as the stepchild of a U.S. citizen;
- Have:
  - A legally valid marriage to a U.S. citizen as of June 17, 2024 (see note), if seeking parole in place as the spouse of a U.S. citizen OR
  - A noncitizen parent who had a legally valid marriage to a U.S. citizen on or before June 17, 2024, and before the stepchild's 18th birthday, if seeking parole in place as the stepchild of a U.S. citizen;
- Do not have any disqualifying criminal history; and
- Do not pose a threat to national security and public safety.

If you were admitted to the United States (such as with a nonimmigrant visa), you are not eligible for parole in place as a noncitizen spouse or stepchild because you are not an applicant for admission, even if you overstayed your nonimmigrant status or are otherwise in the United States past your authorized period of stay.

If your U.S. citizen spouse or stepparent has died prior to submitting your parole request, you may still qualify for parole in place as a noncitizen spouse or stepchild of a U.S. citizen as long as a legally valid marriage was entered into on or before June 17, 2024.

Even if you meet the criteria to seek a discretionary grant of parole under this process, USCIS may deny your request if we determine, as a matter of discretion, that a grant of parole is not warranted in your case.

If you are in removal proceedings or have an order of removal, you may still qualify for parole. However, if parole is granted, you will likely have to take additional steps with the immigration court prior to seeking additional immigration benefits from USCIS.

Plaintiffs' Combined MSJ Exhibits - Page 23

Even if you meet the criteria to seek a discretionary grant of parole, USCIS may deny your request if we determine that a grant of parole is not warranted in your case.

If you are in removal proceedings or have an order of removal, you may still qualify for parole.

### Revocation or termination of parole

USCIS may revoke your grant of parole in place if you make a materially false representation or concealment in this application. DHS may also terminate your parole at any time if we determine that your continued presence in the United States is no longer warranted. Issuance of a Notice to Appear (NTA) placing you in removal proceedings after you are granted parole will constitute written notice of parole termination. If you depart the United States after you are granted parole, your parole automatically terminates.

### Penalties

If you knowingly and willfully falsify or conceal a material fact or submit a false document with your Form I-131F, we will deny your application and may deny any other immigration benefit. In addition, you will face severe penalties provided by law and may be subject to criminal prosecution.

### Fee

We will automatically calculate the cost for you before you submit your application. For specific information about fees applicable to this form, see Form G-1055.

**Refund policy:** USCIS does not refund fees, regardless of any action we take on your application, petition or request, or how long USCIS takes to reach a decision. By continuing this transaction, you acknowledge that you must submit fees in the exact amount and that you are paying the fees for a government service.

### Documents you may need

We will automatically determine which documents you should provide us as you fill out your application. At the time of filing, you must submit all evidence and supporting documentation listed.

### Biometric services appointment

All applicants must submit biometrics at a USCIS Application Support Center (ASC). After you have filed this application, USCIS will notify you in writing of the time and location for your biometric services appointment. Failure to appear for biometrics submission may result in us denying your application.

Biometrics will be used to conduct background and security checks, including a check of criminal history records maintained by the Federal Bureau of Investigation (FBI), before making a decision on your application.

At your biometrics appointment, you must sign an oath reaffirming that:

- You provided or authorized all information in the application;
- You reviewed and understood all of the information contained in, and submitted with, the application; and
- All of this information was complete, true, and correct at the time of filing.

If you do not attend your biometric services appointment, we may deny your application.

### USCIS Contact Center

For additional information on the application and other questions, visit the USCIS Contact Center page or call us at 800-375-5283 (TTY 800-767-1833). The USCIS Contact Center provides information in English and Spanish.

## After You Submit Your Application

### Track your case online

After you submit your form, you can track its status through your USCIS account. Sign into your account often to check your case status and read any important messages from USCIS.

### Respond to requests for information

If we need more information from you, we will send you a Request for Evidence (RFE) or Request for Information (RFI). You can respond to our request and upload your documents through your USCIS account.

### Request for interview

We may request that you appear at a USCIS office for an interview based on your application. During your interview, USCIS may require you to provide your biometrics to verify your identity and/or update background and security checks.

### Provide your biometrics

We will contact you to schedule an appointment at an Application Support Center near you. At the appointment, we will get your fingerprints, photograph, and signature.

Next

Completing Your Form Online

**Complete the Getting Started section first**
You should answer all questions in the Getting Started section first so we can best customize the rest of your online form experience.

**Provide as many responses as you can**
You should provide as many responses as you can. Incomplete fields or sections and missing information can slow down the process after you submit your form.

**We will automatically save your responses**
We will automatically save your information when you select next to go to a new page or navigate to another section of the form. We will save your information for 30 days from today, or from the last time you worked on the form.

**How to continue filling out your form**
After you start your form, you can sign in to continue where you left off.

**Decision**
The decision on Form I-131F involves a case by case determination of whether you have established eligibility for parole in place. Approval of Form I-131F does not guarantee eligibility for any future immigration benefits. USCIS will notify you of our decision in writing.

## DHS Privacy Notice

**AUTHORITIES:** USCIS is collecting the information requested on this application, and the associated evidence, under INA sections 103, 208(c)(1)(C), 211, 212(d)(5)(A), 215 and 8 CFR sections 211.1(a)(3-4), 212.5, and 223.1-223.3.

**PURPOSE:** The primary purpose for providing the requested information on this application is to apply for parole (Form I-94, Arrival/Departure Record) based on urgent humanitarian reasons or a significant public benefit. DHS uses the information you provide to grant or deny the immigration benefit you are seeking.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, including your Social Security number (if applicable), and any requested evidence, may delay a final decision or result in USCIS denying your application.

**ROUTINE USES:** DHS may, where allowable under relevant confidentiality provisions, share the information you provide on this application and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System, DHS/USCIS-007 Benefits Information System, and DHS/USCIS-018 Immigration Biometric and Background Check] and the published privacy impact assessments [DHS/USCIS/PIA-016(a) Computer Linked Application Information Management System and Associated Systems and DHS/USCIS/PIA-051 Case and Activity Management for International Operations] which you can find at www.dhs.gov/privacy. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

## Paperwork Reduction Act

USCIS may not conduct or sponsor an information collection, and you are not required to respond to a collection of information, unless it displays a currently valid Office of Management and Budget (OMB) control number. The public reporting burden for this collection of information is estimated at 1.667 hours per response, including the time for reviewing instructions, gathering the required documentation and information, completing the application, preparing statements, attaching necessary documentation, and submitting the application. The collection of biometrics is estimated to require 1.17 hours. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to:

U.S. Citizenship and Immigration Services
Office of Policy and Strategy, Regulatory Coordination Division
5900 Capital Gateway Drive, Mail Stop #2140
Camp Springs, MD 20588-0009

**Do not mail your completed Form I-131F to this address.**

OMB No.1615-0161
Expires: 02/28/2025

🔒 **Security reminder**
If you do not work on your form for more than 30 days, we will delete your data in order to prevent storing personal information indefinitely.

Back    Start

4

**ⓘ Important filing information**

The Form I-131F **must** be filed by the noncitizen spouse or noncitizen stepchild as the requestor. Enter the noncitizen spouse or noncitizen stepchild's information in the "About You" section. If you enter the U.S. citizen spouse or stepparent's information in this section, your request may be rejected or denied without refund.

Each requestor, including noncitizen stepchildren, must file a separate Form I-131F requesting parole in place, and each requestor must have their own USCIS online account. A parent or legal guardian may create an online account for their minor child if the purpose is to submit a form on behalf of the minor. If a parent or legal guardian is not available, a primary caregiver or legal assistance provider may also help a child create their own USCIS online account.

You must complete all fields with an asterisk (*) to submit this form.

I am requesting parole in place under INA section 212(d)(5)(A) as the: *

◉ Spouse of a United States Citizen
◯ Stepchild of a United States Citizen

---

You must complete all fields with an asterisk (*) to submit this form.

I am requesting parole in place under INA section 212(d)(5)(A) as the: *

◯ Spouse of a United States Citizen
◉ Stepchild of a United States Citizen

What is your parent's Form I-131F receipt number? (if applicable)

☐ I do not have or know the I-131F receipt number.

Provide a 13-character receipt number, beginning with 3 capitalized letters followed by 10 digits.

> I do not know the I-131F receipt number or my noncitizen parent has not filed Form I-131F.

---

# Information You Must Provide

When you prepare to file online, you should be ready to provide basic information, including:

- Your full name, and any other names you have used;
- Current mailing address and your physical address (if different);
- Your phone number and any email address you use;
- Birth date;
- Your Alien Registration Number (A-Number), if any;
- Your country of birth and your country of citizenship;
- Gender;
- Marital status (including the date of your marriage, if any);
- U.S. Social Security number (if any);
- USCIS online account number (if any); and
- Biographical information including your height, weight, hair and eye color, and your race and ethnicity.

---

What is your current legal name?

Your current legal name is the name on your birth certificate, unless it changed after birth by a legal action such as marriage or court order. Do not provide any nicknames here.

Given name (first name) | Middle name (if applicable)

Family name (last name) *

Have you used any other names since birth?

Provide all other names you have ever used, including aliases, maiden name, and nicknames.
◉ Yes
◯ No

Provide all other names you have ever used, including aliases, maiden name, and nicknames.

Given name (first name) | Middle name (if applicable)

Family name (last name)

---

You must complete all fields with an asterisk (*) to submit this form.

How can we contact you?

Daytime telephone number

Provide a 10-digit phone number.

Mobile telephone number (if any)
☐ This is the same as my daytime telephone number.

Provide a 10-digit phone number.

Email address*

Example: user@domain.com

5

Plaintiffs' Combined MSJ Exhibits - Page 26

What is your current U.S. mailing address or safe address (if applicable)?

**In care of name (if any)**

**Address line 1 ***

Street number and name

**Address line 2**

Apartment, suite, unit, or floor

**City or town ***     **State ***     **Zip code ***

Provide a 5 or 9-digit ZIP code.

Is your current mailing address the same as your current U.S. physical address?*

○ Yes

● No

What is your current U.S. physical address?

Provide your current U.S. physical address.

**In care of name (if any)**

**Address line 1 ***

Street number and name

**Address line 2**

Apartment, suite, unit, or floor

**City or town ***     **State ***     **Zip code ***

Provide a 5 or 9-digit ZIP code.

Back     Next

Plaintiffs' Combined MSJ Exhibits - Page 27

What is your date of birth? *

MM/DD/YYYY

What is your country of birth? *

Use the current name of the country. Do not use historical, ethnic,
provincial, or other local names.

What is your country of citizenship or nationality?*

Provide the name of the country where you are a citizen and/or national. If
you do not have citizenship in any country, select Stateless.

What is your gender?

Based on your selection, a gender of "M" (male), "F" (female), or "X"
(another gender identity) will be reflected on your secure documents if
your application is approved.

○ Male
○ Female
○ Another gender identity

What is your ethnicity?

Hispanic or Latino refers to a person of Cuban, Mexican, Puerto Rican,
South or Central American, or other Spanish culture or origin, regardless of
race.

○ Hispanic or Latino
○ Not Hispanic or Latino

What is your race?

Select all that apply. Your race is different from your ethnicity and should
reflect your geographical origins.

☐ American Indian or Alaska Native ❓
☐ Asian ❓
☐ Black or African American ❓
☐ Native Hawaiian or Other Pacific Islander ❓
☐ White ❓

What is your height?

Feet                    Inches

What is your weight?

Pounds

Provide a weight
between 30 and 699
pounds.

7

Plaintiffs' Combined MSJ Exhibits - Page 28

What is the color of your eyes?

[                                    ▼]

What is the color of your hair?

[                                    ▼]

[Back]    [Next]

## What is your A-Number?

The A-Number refers to your immigration file number provided by U.S. immigration officials. We use your A-Number to identify your immigration records. It is a seven to nine-digit number that begins with an "A" and can be found on correspondence you have received from DHS or USCIS or on immigration court records.

☑ I do not have or know my A-Number.

[                                    ]

Provide a 7, 8, or 9-digit number. If your A-Number is fewer than 9 digits, the system will automatically add zero(s) after the "A" and before the first digit so there is a total of 9 digits, for example: A-001234567.

## What is your U.S. Social Security number (SSN)?

☑ I do not have or know my U.S. Social Security number.

[                                    ]

Provide a 9-digit Social Security number.

## What is your USCIS Online Account Number?

You will only have an Online Account Number, or OAN, if you previously filed a form that has a receipt number that begins with IOE. If you filed the form online, you can find your OAN in your account profile. If you mailed us the form, you can find your OAN at the top of the Account Access Notice we sent you.

If you do not have a receipt number that begins with IOE, you do not have an OAN.

(The OAN is not the same as an A-Number)

☑ I do not have or know USCIS Online Account Number.

[                                    ]

Provide a 12-digit Online Account Number.

## What is your most recent Form I-94 Arrival/ Departure Number? (if any)

If CBP or USCIS issued you a Form I-94, Arrival/Departure Record, provide your Form I-94 number and date that your authorized period of stay expires or expired (as shown on your Form I-94). The Form I-94 number also is known as the Departure Number on some versions of Form I-94.

**Note:** If you were admitted to the United States when you last entered the country, you will not be eligible for parole in place as a noncitizen spouse or stepchild of a U.S. citizen.

☑ I do not have or know my Form I-94 record number.

[                                    ]

Provide an 11-character I-94 number.

Plaintiffs' Combined MSJ Exhibits - Page 29

What is your marital status? *

○ Single, Never married
● Married
○ Divorced
○ Widowed
○ Marriage annulled
○ Separated

When did you marry your current spouse?

MM/DD/YYYY

What is your United States Citizen spouse's or stepparent's current legal name? *

Their current legal name is the name on their birth certificate, unless it changed after birth by a legal action such as marriage or court order. Do not provide any nicknames here.

Given name (first name)

Middle name (if applicable)

Family name (last name)*

What is your United States Citizen spouse's or stepparent's date of birth? *

MM/DD/YYYY

What is your United States Citizen spouse's or stepparent's U.S Social Security number (SSN)? *

☑ I do not have or know their U.S. Social Security number.

Provide a 9-digit Social Security number.

Back          Next

9

When did you begin your continuous physical presence in the United States? *

MM/DD/YYYY

Have you **EVER** been in any exclusion, deportation, removal, or rescission proceedings?*

This includes if you were issued a Form I-862, Notice to Appear, but did not receive a hearing date in immigration court. If you do not know if you have a removal order or are currently in immigration proceedings, you can use your A-Number to look up your immigration court case status. You can also call the EOIR hotline: 1-800-898-7180 / 304-625-2050 / TDD: 800-828-1120.

**Note:** If you have a removal order but did not depart the United States (an unexecuted removal order) or failed to depart the United States pursuant to a grant of voluntary departure, you will be presumed ineligible for parole in place under this process unless you establish that there are significant favorable factors that outweigh the removal order and any other adverse factors. If you have an executed removal order, you are ineligible for parole in place under this process.

◉ Yes
○ No

Have you **EVER** been arrested for, charged with, or convicted of a felony or misdemeanor, including incidents handled in juvenile court, in the United States? *

Do not include minor traffic violations unless they were alcohol or drug-related.

◉ Yes
○ No

Have you **EVER** been arrested for, charged with, or convicted of a crime in any country other than the United States? *

Additional information about disqualifying criminal history, as well as information on criminal convictions that will result in a presumption of ineligibility that may be overcome if you can establish that there are mitigating factors, may be found by visiting our About Keeping Families Together page.

◉ Yes
○ No

Have you **EVER** or are you **NOW** engaged in activities that could be reasonable grounds for concluding that you are a danger to public safety or to the security of the United States? *

You will not be eligible for parole in place as a noncitizen spouse or stepchild of a U.S. citizen if you are found to be a danger to the national security or public safety of the United States.

◉ Yes
○ No

Plaintiffs' Combined MSJ Exhibits - Page 31

Have you ever filed a Form I-601A, Application for a Provisional Unlawful Presence Waiver, with USCIS?

◉ Yes

○ No

## What is the receipt number of the Form I-601A?

If you have ever filed Form I-601A, Application for Provisional Unlawful Presence Waiver, with USCIS, provide the receipt number. You should include the receipt number for your Form I-601A regardless of whether USCIS has issued a final decision on your Form I-601A or if it is still pending.

| |
|---|

[Back]    [Next]

---

You must complete all fields with an asterisk (*) to submit this form.

## Explain how you qualify for parole in place, including information regarding the significant public benefit or urgent humanitarian reasons warranting a grant of parole, and why you believe you merit a favorable exercise of discretion.

You must explain how you qualify for parole in place as a noncitizen spouse or stepchild of a U.S. citizen in the space provided, including any specific factors that support your request or may be considered in overcoming a rebuttable presumption of ineligibility. You will be able to upload copies of any supporting documents or evidence you want USCIS to consider. USCIS will use the information provided in your parole request and supporting evidence, along with the results of background and security checks and any other relevant information available to or requested by USCIS, to determine whether parole is warranted based on a significant public benefit or urgent humanitarian reasons and whether you merit a favorable exercise of discretion.

Provide an explanation. Your answer must be at least 750 characters. *

| |
|---|

0 / 2000

[Back]    [Next]

Plaintiffs' Combined MSJ Exhibits - Page 32

If a preparer or interpreter helps you complete your request, you will need to provide basic information about that person.



Is someone assisting you with completing this application?

○ Yes
○ No

Is a preparer assisting you with completing this application?

A preparer is anyone who completes or helps you complete all or part of your application using information and answers that you provide.

● Yes
○ No

Is an interpreter assisting you with completing this application?

An interpreter is anyone who translates or helps you translate all or part of your application using information and answers that you provide.

● Yes
○ No

[Back]  [Next]

What is your preparer's full name?

Given name (first name)          Family name (last name)

What is your preparer's business or organization name?

☐ My preparer is not part of a business or organization.

What is your preparer's contact information?

Daytime telephone number

Provide a 10-digit phone number.

Mobile telephone number
☐ My preparer does not have a mobile telephone number.

Provide a 10-digit phone number.

Email address
☐ My preparer does not have an email address.

Example: user@domain.com

What is your interpreter's full name?

**Given name (first name)**

**Family name (last name)**

What is your interpreter's business or organization name?

☐ My interpreter is not part of a business or organization.

What is your interpreter's contact information?

**Daytime telephone number**

Provide a 10-digit phone number.

**Mobile telephone number**

☐ My interpreter does not have a mobile telephone number.

Provide a 10-digit phone number.

**Email address**

☐ My interpreter does not have an email address.

Example: user@domain.com

What language is your interpreter using to interpret this application for you?

# Evidence of Your Identity

You must provide a copy of an official photo identity document showing your photo, name, and date of birth. This could be:

- A valid government-issued driver's license;
- A passport identity page;
- Any national identity document from your country of origin bearing your photo;
- Any school-issued form of identification with photo; or
- Any other official identity document with a photo.

The copy you provide must clearly show the photo and identity information. Expired documents are acceptable.

Photo Identity Document

Upload a copy of an official photo identity document showing your photo, name, and date of birth. For example:

- A valid government-issued driver's license;
- Passport identity page;
- Any national identity document from your country of origin bearing your photo;
- Any school-issued form of identification with photo; or
- Any other official identity document with a photo.

**Note:** The copy must clearly show the photo and identity information. Expired documents are acceptable.

File requirements

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

**Choose** or drop files here to upload

| File Name | Document | Action |
|---|---|---|
| this-is-my-evidence | Support Evidence | 🗑 Delete |

## Evidence of Your Spouse/Stepparent's Citizenship

You must provide evidence that your spouse or stepparent is a U.S. citizen. This could be a copy of their:

- U.S. birth certificate;
- Naturalization Certificate;
- Certificate of Citizenship;
- Consular Report of Birth Abroad; or
- U.S. passport.

**Evidence Of Your Relative's Status As A U.S. Citizen**

Upload a copy of evidence that your relative referenced in Getting Started is a U.S. citizen. For example:

- U.S. birth certificate;
- Naturalization Certificate;
- Certificate of Citizenship;
- Consular Report of Birth Abroad; or
- U.S. passport.

File requirements

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

Choose or drop files here to upload

| File Name | Document | Action |
|---|---|---|
| this-is-my-evidence | Support Evidence | 🗑 Delete |

## Evidence of Your Relationship

You must provide evidence you are the spouse or stepchild of the U.S. citizen. To do this, you could provide:

- A marriage certificate;
- Documentation of termination of your and your spouse's/stepparent's previous marriages, if any;
- Birth certificate with your noncitizen parent's name, if you are filing as the stepchild of a U.S. citizen; or
- Death certificate of your U.S. citizen spouse/stepparent or your noncitizen parent, if applicable.

**Evidence Of Qualifying Relationship**

Upload a copy of evidence of your qualifying spouse or stepchild relationship to the U.S. citizen referenced in Getting Started. For example:

- Marriage certificate;
- Documentation of termination of any previous marriages, if applicable;
- Birth certificate with your noncitizen parent's name, if you are filing as the stepchild of a U.S. citizen; or
- Death certificate of your U.S. citizen spouse, U.S. citizen stepparent, or noncitizen parent, if applicable.

File requirements

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

Choose or drop files here to upload

| File Name | Document | Action |
|---|---|---|

## Evidence of Physical Presence

You must provide evidence of your continual physical presence in the United States. To show this, you could submit:

- Any Immigration and Naturalization Service (INS) or DHS document stating your date of entry (for example, Form I-862, Notice to Appear);

**Evidence Of Continuous Physical Presence**

Upload copies of any of the following documents:

- Any Immigration and Naturalization Service (INS) or DHS document stating your date of entry (e.g., Form I-862, Notice to Appear);
- Rent receipts, utility bills (e.g., gas, electric, phone), or receipts or letters from companies showing the dates during which you received service. You may submit this documentation even if it only has the name of your parents or legal guardians, as long as you also submit other evidence that connects you to your presence at that address;
- Tax returns or tax receipts;
- School records (e.g., transcripts, report cards) from the schools that you have attended in the United States, showing the names of the schools and the periods of school attendance;
- Hospital or medical records concerning treatment or hospitalization, showing the names of the medical facilities of physicians and the dates of the treatment or hospitalization;
- Official records from a religious entity in the United States confirming your participation in a religious ceremony, rite, or passage (e.g., baptism, first communion, wedding);

14

- Rent receipts, utility bills (such as gas, electric, phone), or receipts or letters from companies showing the dates during which you received service. You may submit this documentation even if it only has the name of your parents or legal guardians, as long as you also submit other evidence that shows your presence at that address;

- Tax returns, tax transcripts, or tax receipts;

- School records (such as transcripts or report cards) from the schools that you have attended in the United States, showing the names of the schools and the periods you attended;

- Hospital or medical records concerning treatment or hospitalization, showing the names of the medical facilities of physicians and the dates of the treatment or hospitalization;

- Official records from a religious entity in the United States confirming that you participated in a religious ceremony, rite, or passage (for example, baptism, first communion, wedding);

- Attestations by religious entities, unions, or other organizations to your physical presence; or

- Other documents such as money order receipts for money sent in or out of the country; birth certificates of children born in the United States; dated records of bank transactions; correspondence between you and another person or organization; automobile license receipts, title, vehicle registration, etc.; deeds, mortgages, rental agreements; contracts to which you have been a party; insurance policies; receipts; postmarked letters or any other document you believe is relevant.

You must submit evidence that establishes your continuous physical presence for the entire period required, but you do not need to submit documentation for every day, week, or month within that period. USCIS will evaluate the totality of the evidence to determine whether you have established continuous physical presence for the required period (since June 17, 2014, for spouses or June 17, 2024, for stepchildren).

---

- Money order receipts for money sent in or out of the country; birth certificates of children born in the United States; dated records of bank transactions; correspondence between you and another person or organization; automobile license receipts, title, vehicle registration, etc.; deeds, mortgages, rental agreements, contracts to which you have been a party; insurance policies; receipts; postmarked letters;
- Attestations by religious entities, unions, or other organizations to your physical presence; or
- Any other document you believe is relevant.

**Note:** You must submit sufficient documentation to establish your continuous physical presence for the entire period of time required, but you do not need to submit documentation for every day, week, or month within that period. USCIS will evaluate the totality of the evidence to determine whether you have established continuous physical presence for the required period of time (since at least June 17, 2014, for spouses or as of June 17, 2024, for stepchildren).

**File requirements**

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

**Choose** or drop files here to upload

| File Name | Document | Action |
|---|---|---|
| this-is-my-evidence | Arrest record and disposition | 🗑 Delete |

Back    Next

---

15

# Evidence Regarding Criminal Charges

If you have been arrested for or charged with any felony or misdemeanor in the United States, or a crime in any country other than the United States, you must submit evidence demonstrating the results of the arrest or charges brought against you. You do not need to submit documentation about minor traffic violations such as driving without a license unless they were alcohol- or drug-related.

If you have been arrested for or charged with any felony (i.e., a Federal, state, or local criminal offense punishable by imprisonment for a term exceeding one year) or misdemeanor (i.e., a Federal, state, or local criminal offense for which the maximum term of imprisonment authorized is one year or less but greater than five days) in the United States, or a crime in any country other than the United States, you must upload evidence demonstrating the results of the arrest or charges brought against you.

**Note:** If the charges against you were handled in juvenile court, and the records are from a state with laws prohibiting their disclosure, this evidence is not required.

- If you have ever been arrested for any felony or misdemeanor in the United States, or a crime in any country other than the United States, and no charges were filed, submit an original official statement by the arresting agency or applicable order confirming that no charges were filed for each arrest. If you are unable to provide such documentation or if it is not available, you must provide an explanation, including a description of your efforts to obtain such evidence.
- If you have ever been charged with or convicted of a felony or misdemeanor in the United States, or a crime in any country other than the United States, submit an original or court-certified copy of the complete arrest record and disposition for each incident (e.g., dismissal order, conviction and sentencing record, acquittal order). If you are unable to provide such documentation or if it is not available, you must provide an explanation, including a description of your efforts to obtain such evidence.
- If you have ever had any arrest or conviction vacated, set aside, sealed, expunged, or otherwise removed from your record, submit:

    - An original or court-certified copy of the court order vacating, setting aside, sealing, expunging, or otherwise removing the arrest or conviction; or
    - An original statement from the court that no record exists of your arrest or conviction.
- If you are unable to provide such documentation or if it is not available, you must provide an explanation, including a description of your efforts to obtain such evidence.

**Note:** You do not need to submit documentation concerning minor traffic violations such as driving without a license unless they were alcohol- or drug-related.

File requirements

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

**Choose** or drop files here to upload

| File Name | Document | Action |
|---|---|---|
| this-is-my-evidence | Arrest record and disposition | 🗑 Delete |

# Other Evidence

You can submit any additional evidence demonstrating the significant public benefit or urgent humanitarian reasons that warrant granting you parole and evidence of any additional favorable discretionary factors that you would like us to consider, including any information that may be considered in overcoming a rebuttable presumption of ineligibility.

Additional Evidence You Want To Provide

You can provide any additional evidence demonstrating the significant public benefit or urgent humanitarian reasons warranting a grant of parole and evidence of any additional favorable discretionary factors that you would like us to consider, including any information that may be considered in overcoming a rebuttable presumption of ineligibility.

File requirements

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

**Choose** or drop files here to upload

| File Name | Document | Action |
|---|---|---|
| this-is-my-evidence | Other Supporting Documents | 🗑 Delete |

Plaintiffs' Combined MSJ Exhibits - Page 37



Check your application before you submit it

Please review your I-131F and check it for accuracy and completeness before you submit it.

We encourage you to provide as many responses as you can throughout the I-131F Missing or incomplete information may slow down the review process after you submit your I-131F.

You can return to this page to review your I-131F as many times as you want before you submit it.

**Your fee**

ⓘ Your form filing fee is: $580

**Refund policy:** USCIS does not refund fees, regardless of any action we take on your application, petition or request, or how long USCIS takes to reach a decision. By continuing this transaction, you acknowledge that you must submit fees in the exact amount and that you are paying the fees for a government service.

**Alerts and warnings**

✓ We found no alerts or warnings in your application.

| Back | Next |



Review the I-131F form information

Here is a summary of all the information you provided in your application.

Make sure you have provided responses for everything that applies to you before you submit your application. You can edit your responses by going to each application section using the site navigation.

We also prepared a draft case snapshot with your responses, which you can download below.

📄 View draft snapshot    🖶 Print

| Getting Started | |
|---|---|
| Application type | |
| I am applying for parole in place under INA section 212(d)(5)(A) under the Keeping Families Together Process as the: | Stepchild of a United States Citizen; Parent's I-131F Receipt Number |
| Receipt number of parent's I-131F | IOE3248908324 |
| Preparer information | |
| Is someone assisting you with completing this application? | Yes |
| Is a preparer assisting you with completing this application? | Yes |
| What is your preparer's full name? | |
| Given name (first name) | Test |
| Family name (last name) | Preparer |
| What is your preparer's business or organization name? | Organization Name |

Plaintiffs' Combined MSJ Exhibits - Page 38

What is your preparer's mailing
address?

| | |
|---|---|
| Country | United States |
| Address line 1 | 800 N GLEBE RD |
| Address line 2 | SUITE 700 |
| City or town | ARLINGTON |
| State | Virginia |
| ZIP code | 22203 |

### About You

Your name

What is your current legal name?

| | |
|---|---|
| Given name (first name) | Ronny |
| Middle name | Tom |
| Family name (last name) | Jast |

Your contact information

What is your daytime phone
number? | 643-238-9982

What is your physical address?

| | |
|---|---|
| In care of name (if any) | |
| Country | United States |
| Address line 1 | 800 N GLEBE RD |
| Address line 2 | SUITE 700 |
| City or town | ARLINGTON |
| State | New York |
| ZIP code | 22203 |

When and where you were born

What is your date of birth? | 06/07/1972

What is your country of birth? | Chile

Country of citizenship or
nationality? | Chilean

### Eligibility

Eligibility

Date of established continuous
presence in the United States

Have you been in any exclusion,
deportation, removal, or
rescission proceedings?

Have you EVER been arrested
for, charged with, or convicted of
a felony or misdemeanor,
including incidents handled in
juvenile court, in the United
States? Do not include minor
traffic violations unless they
were alcohol or drug-related.

Have you EVER been arrested
for, charged with, or convicted of
a crime in any country other
than the United States?

Plaintiffs' Combined MSJ Exhibits - Page 39

Have you EVER or are you NOW engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States?

Provide the receipt number if you have filed a Form I-601A, Application for a Provisional Unlawful Presence

Qualification for Parole

Explain how you qualify for parole in place including information regarding the significant public benefit or urgent humanitarian need warranting a grant of parole, and regarding why you may warrant a favorable exercise of discretion.

Evidence

Supporting evidence

Evidence of disposition of any criminal record

**Back**   **Next**

## Preparer's certification and signature

Your preparer must read and agree to the certification below.

I certify, under penalty of perjury, that I prepared this application for the applicant at their request and with express consent and that all the responses and information contained in and submitted with the application are complete, true, and correct and reflects only information provided by the applicant. The applicant reviewed the responses and information and informed me that they understand the responses and information in or submitted with the application.

As the applicant's preparer, you must sign on paper and provide your signature page to the applicant. Follow these steps:

1. Download the Preparer Signature page

2. Print the Preparer Signature page

3. Read and sign the Preparer Signature page

4. Give the signed Preparer Signature page to the applicant

The applicant will need to scan and upload your completed signature page on the next screen.

**Back**   **Next**

Plaintiffs' Combined MSJ Exhibits - Page 40



### Preparer signature upload

Scan and upload your preparer's completed signature page below.

**File requirements**

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

**Choose** or drop files here to upload

[ Back ]    [ Next ]



### Interpreter's certification and signature

Your interpreter must read and agree to the certification below.

I certify, under penalty of perjury, that I am fluent in English and [Fillable language field], and I have interpreted every question on the application and instructions and interpreted the applicant's answers to the questions in that language, and the applicant informed me that they understood every instruction, question, and answer on the application.

As the applicant's interpreter, you must sign on paper and provide your signature page to the applicant. Follow these steps:

1. Download the Interpreter Signature page

2. Print the Interpreter Signature page

3. Read and sign the Interpreter Signature page

4. Give the signed Interpreter Signature page to the applicant

The applicant will need to scan and upload your completed signature page on the next screen.

[ Back ]    [ Next ]

Plaintiffs' Combined MSJ Exhibits - Page 41



### Interpreter signature upload

Scan and upload your interpreter's completed signature page below.

**File requirements**

- Clear and readable
- Accepted file formats: JPG, JPEG, PDF, TIF or TIFF
- No encrypted or password-protected files
- If your documents are in a foreign language, upload a full English translation and the translator's certification with each original document.
- Upload no more than five documents at a time
- Accepted file name characters: English letters, numbers, spaces, periods, hyphens, underscores, and parentheses
- Maximum size: 12MB per file

Choose or drop files here to upload

[ Back ]    [ Next ]

### Applicant certification and signature

You must read and agree to the certification below. If you knowingly and willfully falsify or conceal a material fact or submit a false document with your application, we can deny your application and may deny any other immigration benefit. You may also face criminal prosecution and penalties provided by the law.

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in the Getting Started section of this application, understood, all of the responses and information contained in, and submitted with, my application (as explained to me by the interpreter), and that all of the responses and the information are complete, true and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

☑ I have read and agree to the applicant's statement

### Applicant Signature

You must provide your digital signature below by typing your full legal name. We may deny your application if you do not completely fill out this application or fail to submit required documents. We will record the date of your signature with your application.

[ Back ]    [ Next ]

Plaintiffs' Combined MSJ Exhibits - Page 42

## Pay for and submit your application

The final step to submit your Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens, is to pay the required fee.

Your application fee is: $580.00

**Refund policy:** By continuing this transaction, you agree that you are paying for a government service and that the filing fee, biometric services fee and all related financial transactions are final and not refundable, regardless of any action USCIS takes on an application, petition or request, or how long USCIS takes to reach a decision. You must submit all fees in the exact amounts.



We will send you to Pay.gov — our safe, secure payment website — to pay your fees and submit your form online.

Here are the steps in the payment and submission process:

1. Provide your billing information on Pay.gov

2. Provide your credit card or U.S. bank account information

3. Submit your payment

When you have paid your fee, your application will be submitted.

Pay.gov will redirect you to a uscis.gov confirmation screen, which will include your receipt number. Please keep a copy of your receipt number for your records. You can track the status of your application through your USCIS online account.

---

### You successfully submitted your I-131F

We will contact you if we have any questions or need additional information. You can track the status of your form through your USCIS online account.

**Go to my cases**

---

### You did not submit your I-131F

Your payment failed because your credit or debit card was declined.

You can try again now to sign and submit your form or save and exit. We will save your form for 30 days from when you started it.

**Sign and submit**

---



I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens

Submitted on January 13, 2023  |  Receipt # IOE9169555103

View PDF ⌄

ℹ I-131F notices will not be sent by mail
We will send all Form I-131F notices and correspondence to your USCIS online account. **You must print your biometric services appointment notice and bring it with you to your biometrics appointment.** To ensure you have the latest information about your case, sign into your USCIS online account often to receive important messages and check your case status.

Case status    Case history    **Documents**

### USCIS Notices

**Reminder:** You must print your biometric services appointment notice and bring it with you to your biometrics appointment.

| File | Date Sent | Action |
| --- | --- | --- |
| Appointment-Scheduled.pdf | January 13, 2023 | N/A |
| Receipt-Notice.pdf | January 13, 2023 | N/A |

### Unsolicited evidence

Unsolicited evidence is any additional information or evidence that we did not request from you. If you upload evidence that we did not request from you, USCIS will consider the timeliness and relevance of this information when making a decision about your case.

**Upload evidence**

22

Plaintiffs' Combined MSJ Exhibits - Page 43



Plaintiffs' Combined MSJ Exhibits - Page 44

# EXHIBIT 5

Case 6:24-cv-00306-JCB   Document 79-1   Filed 10/18/24   Page 45 of 248 PageID #: 1677
Plaintiffs' Combined MSJ Exhibits - Page 45

Live StormTracker 6 and Sky 6

# Immigrants begin receiving relief from deportation under new Biden executive order

By Armando Garcia  

Wednesday, August 21, 2024

Cecilia sat in front of her computer repeatedly refreshing the U.S. Citizenship and Immigration Services webpage on Monday, waiting for the application for the Biden administration's "Keeping Families Together" program to show up on her screen.

Minutes later, she clicked it open and submitted the form in less than 20 minutes.

A little more than 24 hours later, she got an e-mail sharing the news that she had been waiting 20 years to hear.

"I see that I got approved, and I'm like, oh that was quick," she told ABC News in an interview. "I was lost for words...a whole bunch of emotions were going on."

Cecilia, who asked ABC News not to disclose her full name so she can freely disclose her immigration status, is one of the first immigrants to receive parole in place, a temporary relief from deportation under a new program that allows undocumented spouses and stepchildren of United States citizens to apply for permanent legal residence without having to leave the country.



Plaintiffs' Combined MSJ Exhibits - Page 46

Read More

00:00                                                                02:24

Noncitizen spouses are already eligible for legal status under current laws but often have to apply from their home countries and face up to a 10-year ban from returning to the U.S.

On June 18, President Joe Biden announced an executive action launching the program, calling it a "commonsense fix" to keep families together.

"This action is a better way. It doesn't tear families apart, while requiring every undocumented spouse to fulfill their obligations under the law," Biden said.

It's estimated that half a million noncitizen spouses and 50,000 children could benefit from the program, according to the Department of Homeland Security.

In order to qualify for the program, applicants must be in the country unlawfully and pass background checks. They also have to prove they've lived in the country for at least a decade and must be married to a U.S. citizen on or before June 17, 2024.

Some noncitizen stepchildren under the age of 21 are also eligible.

Cecilia's family brought her to the U.S. from Mexico when she was a 4-year-old, she told ABC News.

After unsuccessfully applying for the Deferred Action for Childhood Arrivals (DACA) program, which continues to be paused pending a yearlong battle that could permanently end the program, she thought her

Immigrants begin receiving relief from deportation under new Biden executive order of said #blackrange

Plaintiffs' Combined MSJ Exhibits - Page 47

dreams of finally being able to pursue a career as a chemist were over. For years, she said her parents worked to help her with paying out of state tuition because of her status.

In 2018, she met her future husband when he was studying biology at the same school.

"At the time I didn't really tell him about my status, because I was like, what if he doesn't like me because I'm not here legally," she told ABC News.



Read More

00:00                                                                              02:24

However, she said her husband was overwhelmingly supportive of her despite her being undocumented. He has helped her get through school while raising their 3-year-old. He was working when she shared the news that her application was approved.

"He was like, 'Are you not playing with me?'" she recalled. They went to celebrate as soon as he got home.

"We always try to celebrate little moments in our lives, even if they're small, because we never know when one us might not be there and we try to be united as a family, she said.

Cecilia learned about the new policy from American Families United, a nonprofit organization that advocates for legal pathways to citizenship for foreign nationals married to U.S. citizens.

"Countless American families like Cecilia's have endured years of uncertainty, holding onto the hope that one day they could live without fear," said Ashley DeAzevedo, president of American Families United, in a statement. "We are encouraged to see the quick approval of Cecilia's application-she is American in every way that counts. Now, she will have the opportunity to contribute even more to her family and this nation that she calls home."



00:00                                                                                                    02:24

Read More

Cecilia believes that because she had already submitted biometrics and other information to USCIS as part of her DACA application, her case was expedited.

A USCIS official told ABC News that the agency may prioritize applicants who already have other pending applications and have submitted accurate biographic information.

Cecilia has already applied for her work permit and plans to apply for lawful permanent residence status as soon as she's able to, finally putting the frustration of living in limbo as an undocumented immigrant in the past for good. Her dreams of owning a home, launching her career and raising her child with her husband seem within reach.

She's urging other undocumented immigrants to remain hopeful.

"I feel like people should be more hopeful and that there are people advocating for them," she said. "Everyone deserves an extra opportunity."

Report A Correction Or Typo

Copyright © 2024 ABC News Internet Ventures.

## Related Topics

ABC NEWS          NATIONAL

FROM THE WEB                                                                    Promoted Links by Taboola

**These Barefoot Shoes are Leaving Neuropathy Experts Baffled**
**Barefoot Vitality**

**Washington: Protect Your Pet Starting At $10 a month**
**Lemonade**

**Here's The Estimated Price For a Metal Roof in 2024**
**HomeBuddy.com**

**Delaware school bus aide charged with allegedly assaulting 4-year-old student**

**Woman shot by her husband as she read her Bible in Bethel Twp., police say**

**Uber driver charged with raping Villanova University student in her dorm room**

**Who Has the Cheapest Car Insurance in District Of Columbia (Check Zip Code)**
Forbes

**Look For Any High School Yearbook, It's Free**
Classmates

**Here's an Estimated Price for a 1-Day Walk-in Shower**
HomeBuddy

Home

AccuWeather

Traffic

Local News

Categories

Station Info

Shows

Apps



Follow Us:

Privacy Policy    Do Not Sell or Share My Personal Information    Children's Privacy Policy

Your US State Privacy Rights    Terms of Use    Interest-Based Ads    Public Inspection File

FCC Applications

Copyright © 2024 ABC, Inc., WPVI-TV Philadelphia. All Rights Reserved.

Plaintiffs' Combined MSJ Exhibits - Page 50

# EXHIBIT 6





7-9-82
Vol. 47     No. 132
Pages 29817–30046

Friday
July 9, 1982

## Selected Subjects

**Animal Drugs**
Food and Drug Administration

**Coal Mining**
Surface Mining Reclamation and Enforcement Office

**Flood Insurance**
Federal Emergency Management Agency

**Food Additives**
Food and Drug Administration

**Foreign Trade**
Census Bureau

**Loan Programs—Housing and Community Development**
Farmers Home Administration

**Marketing Orders**
Agricultural Marketing Service

**Meat and Poultry Inspection**
Food Safety and Inspection Service

**Mine Safety and Health**
Mine Safety and Health Administration

**Mineral Royalties**
Minerals Management Service

**National Banks**
Comptroller of Currency

**Over-the-Counter Drugs**
Food and Drug Administration

**Passports and Visas**
Immigration and Naturalization Service

CONTINUED INSIDE

II    **Federal Register** / Vol. 47, No. 132 / Friday, July 9, 1982



**FEDERAL REGISTER** Published daily, Monday through Friday, (not published on Saturdays, Sundays, or on official holidays), by the Office of the Federal Register, National Archives and Records Service, General Services Administration, Washington, D.C. 20408, under the Federal Register Act (49 Stat. 500, as amended; 44 U.S.C. Ch. 15) and the regulations of the Administrative Committee of the Federal Register (1 CFR Ch. I). Distribution is made only by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

The **Federal Register** provides a uniform system for making available to the public regulations and legal notices issued by Federal agencies. These include Presidential proclamations and Executive Orders and Federal agency documents having general applicability and legal effect, documents required to be published by Act of Congress and other Federal agency documents of public interest. Documents are on file for public inspection in the Office of the Federal Register the day before they are published, unless earlier filing is requested by the issuing agency.

The **Federal Register** will be furnished by mail to subscribers, free of postage, for $300.00 per year, or $150.00 for six months, payable in advance. The charge for individual copies is $1.50 for each issue, or $1.50 for each group of pages as actually bound. Remit check or money order, made payable to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

There are no restrictions on the republication of material appearing in the **Federal Register.**

Questions and requests for specific information may be directed to the telephone numbers listed under INFORMATION AND ASSISTANCE in the READER AIDS section of this issue.

## Selected Subjects

**Probation and Parole**
Immigration and Naturalization Service
**Radio**
Federal Communications Commission
**Securities**
Securities and Exchange Commission
**Television**
Federal Communications Commission
**Trade Practices**
Federal Trade Commission

Plaintiffs' Combined MSJ Exhibits - Page 53



**Friday**
**July 9, 1982**

Part IX

# Department of Justice

**Immigration and Naturalization Service**

Detention and Parole of Inadmissible Aliens; Interim Rule With Request for Comments

## DEPARTMENT OF JUSTICE

### Immigration and Naturalization Service

**8 CFR Parts 212 and 235**

**Detention and Parole of Inadmissible Aliens; Interim Rule With Request for Comments**

**AGENCY:** Immigration and Naturalization Service, Justice.

**ACTION:** Interim rule with request for comments.

**SUMMARY:** This interim rule, published pursuant to an order of the District Court for the Southern District of Florida, sets forth the Service's policy regarding the detention and parole of aliens who seek to enter the United States illegally. The Administration has determined that a large number of Haitian nationals and others are likely to attempt to enter the United States illegally unless there is in place a detention and parole regulation meeting the approval of the District Court. Such a large scale influx would clearly be contrary to the public interest. This rule insures that the parole of illegal aliens will be carefully and narrowly exercised to conform to statutory purposes and legislative intent.

**EFFECTIVE DATE:** July 9, 1982. Comments must be received on or before August 9, 1982.

**ADDRESSES:** Please submit written comments in duplicate to the Commissioner of Immigration and Naturalization, Room 7100, 425 I Street, N.W., Washington, DC 20536.

**FOR FURTHER INFORMATION CONTACT:**
For General Information: Stanley J. Kieszkiel, Acting Instructions Officer, Immigration and Naturalization Service, 425 I Street NW., Washington, DC 20536, Telephone: (202) 633-3048.

For Specific Information: Maurice C. Inman, Jr., General Counsel, Immigration and Naturalization Service, 425 I Street NW., Washington, DC 20536, Telephone: (202) 633-2895.

**SUPPLEMENTARY INFORMATION:** On June 18, 1982, the District Court for the Southern District of Florida held that the Service's present detention policy in regard to aliens who attempt to enter the United States illegally was "null and void." In its decision, *Louis v. Nelson*, No. 81–1260–CIV–EPS, the court found that the Service had not complied with the rule making provisions of the Administrative Procedure Act (APA) with respect to its detention policy. The court enjoined the enforcement of this policy with respect to those Haitians who were then detained in the United States.

In its subsequent order of July 2, 1982, the court stayed for 30 days, that portion of its order which enjoined enforcement of the detention policy with respect to future illegal entrants into the United States. The court expressly conditioned the stay of its order with respect to future illegal entrants upon the Service's publication, within a 30 day period, of rules embodying the Service's detention policy.

This rule is therefore being published in compliance with and consistently with the court's order, although the Service strongly disagrees with the analysis and conclusions of the court, strongly disagrees that the Service's detention policy is subject to and falls within the APA rule making requirements, and strongly disagrees that its detention policy is null and void because the Service did not engage in formal APA rule making. Accordingly, this rule is being published "under protest." The Service has sought judicial review of this order.

This rule is being published as an *interim rule* with comment, effective immediately upon publication, because the delays involved in customary publication would seriously impair the Service's ability to protect the country's borders and would be detrimental to the public interest. Accordingly, suspension of the normal 30 day publication requirement is essential under the "good cause" provision of 5 U.S.C. 553(d)(3).

The district court's order has created a vacuum in the Service's detention policy and in the enforcement of the immigration laws of the United States. This vacuum will be prolonged unless the 30 day publication requirement is suspended. If this requirement is not suspended, a significant number of persons who were previously deterred from attempting to enter the United States illegally by the Service's detention policy may now enter the United States without fear of being detained until publication is completed.

This potential emergency was expressly recognized by the district court in its July 2, 1982 order, where the court referred to the affidavit of Bob Graham, the Governor of Florida as follows:

The affidavit * * * states that there are between 20,000 and 40,000 Haitians in the Bahamas as well as "additional numbers of Haitians, Nicaraguans, El Salvadorans and other nationals currently residing in other areas within the Caribbean basin * * *. Consistent with the information obtained from the aforesaid reports your affiant fears a renewed influx of Haitian and other aliens into south Florida if the court's judgment dated June 29, 1982 is not stayed * * *."

The court recognizes the validity of this assessment in its July 2, 1982 order at page 3:

The appearance of an inability on behalf of the United States Government to control unlawful immigration into this country is "the greatest inducement to the ultimate swollen tide of undocumented aliens." *Haitian Refugee Center v. Smith*, No. 80–5683, slip op. 15182 n. 11 (11th Cir. May 4, 1982). This Court does not want its Final Judgment to render INS helpless and thereby induce further migration to these shores.

Publication of this rule as an interim rule is therefore the only possible course of action for the Service to follow in discharging its obligation to enforce the immigration laws of the United States.

Section 235(b) of the Immigration and Nationality Act directs that every alien, (other than crewmen, stowaways, and security risks who are covered by separate provisions) "* * * who may not appear to the examining immigration officer at the port of arrival to be clearly and beyond a doubt entitled to land *shall* be detained for further inquiry to be conducted by a special inquiry officer." (Italics supplied.) Detention is therefore mandated by the statute.

In the event that an arriving alien covered by section 235(b) does not wish to withdraw his application and depart, the only exception to detention is through the exercise of parole authority under section 212(d)(5) of the Act. That section provides that parole may be exercised in the discretion of the Attorney General, and "* * * under such conditions as he may prescribe for emergent reasons or reasons deemed strictly in the public interest * * *".

The legislative history of the parole provision shows a Congressional intent that parole be used in a restrictive manner. The drafters of the Immigration and Nationality Act of 1952 gave as examples situations where parole was warranted in cases involving the need for immediate medical attention, witnesses, and aliens being brought into the United States for prosecution. H. Rep. No. 1365, 82nd Cong., 2d Sess., at 52 (1952). In 1965, a Congressional committee stated that the parole provisions "were designed to authorize the Attorney General to act only in emergent, individual, and isolated situations, such as the case of an alien who requires immediate medical attention, and not for the immigration of classes or groups outside the limit of the law." S. Rep. No. 748, 89th Cong., 1st Sess., at 17 (1965). Finally, in the Refugee Act of 1980, Congress removed the Attorney General's authority to parole groups of aliens as refugees. Pub.

Plaintiffs' Combined MSJ Exhibits - Page 55

L. 96–212, 96th Cong., 2d Sess., 94 Stat. 108 (1980).

By regulation, the authority to parole aliens is delegated to district directors of the Service. However, in exercising this discretion, district directors should be guided by the fact that the statutory rule is one of detention, and that the use of parole authority is an exception to that rule and should be carefully and narrowly exercised to be in conformity with the statutory purpose and legislative intent.

Where an alien who appears to be inadmissible has arrived aboard a regular carrier which has entered into a contract with the Attorney General under section 238 of the Act, the placing of aliens in the custody of the carrier, as authorized by section 233 of the Act, will ordinarily satisfy the detention requirements of the statute. In cases where carrier custody appears to be inadequate to protect the safety of the public, or where the security precautions which the carrier will take appear to be inadequate or inappropriate to detain the alien, custody may be assumed by the Service.

Aliens who appear to be inadmissible and who have false or no documentation, and/or who arrive at places other than designated ports of entry, will be detained by the Service under section 235(b) of the Act. This policy is set forth in this rule. In addition, the rule defines a number of situations where exercise of the parole authority is justified for "emergent reasons" or would be "strictly in the public interest": (1) Serious medical conditions; (2) pregnant women; (3) certain juveniles; (4) aliens with close family relatives in the United States; (5) other unusual situations warranting parole.

Compliance with 5 U.S.C. 553 as to notice of proposed rulemaking and delayed effective date is contrary to the public interest and is waived for good cause.

In accordance with 5 U.S.C. 605(d), the Commissioner of Immigration and Naturalization certifies that this rule will not have significant economic impact on a substantial number of small entities.

This rule is not a major rule within the meaning of section 1(b) of E.O. 12291, and it is exempt under section 8(a)(1) of E.O. 12291 from the normal procedures prescribed by virtue of the emergency situation which exists by virtue of a mass influx of illegal aliens.

List of Subjects

8 CFR Part 212

Administrative practice and procedure, Aliens, Bonds, Detention, Probation and parole.

8 CFR Part 235

Aliens, Bonds, Detention, Inspections, Port of Entry, Probation and parole.
Accordingly, Title 8 of the Code of Federal Regulations is amended as follows:

PART 212—DOCUMENTARY REQUIREMENTS: NONIMMIGRANTS; WAIVERS; ADMISSION OF CERTAIN INADMISSIBLE ALIENS; PAROLE

1. In Part 212, § 212.5 is revised to read as follows:

§ 212.5  Parole of aliens into the United States.

(a) In determining whether or not aliens detained in accordance with § 235.3(b) or (c) will be paroled, the district director should consider the following:

(1) The parole of aliens who have serious medical conditions in which continued detention would not be appropriate would generally be justified by "emergent reasons";

(2) The parole of aliens within the following groups would generally come within the category of aliens for whom the granting of the parole exception would be "strictly in the public interest", provided that the aliens present neither a security risk nor a risk of absconding:

(i) Women who have been medically certified as pregnant;

(ii) Aliens who are defined as juveniles should only be placed in a juvenile facility or with an appropriate responsible agency or institution, recognized or licensed to accommodate juveniles by the laws of that state. A juvenile is generally defined as a person subject to the jurisdiction of a juvenile court. To determine what constitutes legal age or exceptions to the above definition in a particular state, the laws of the state where the alien is physically present will apply. Children of tender years who are too young to be placed in a juvenile facility or youth hall, and older juveniles who it is anticipated will remain in detention for a period longer than thirty days, should be placed with relatives or friends. In those extreme cases where it is impossible to accommodate a child of tender years accompanied by an adult or juvenile who will or has remained in detention for periods of over 30 days, consideration should be given to paroling the juvenile with the accompanying adult to a responsible

agency, relative, or friend. When it is determined that such juvenile should be paroled from detention, the following guidelines should be followed:

(A) Juveniles may be released to a relative (brother, sister, aunt, uncle) not in Service detention who is willing to sponsor a minor and the minor may be released to that relative notwithstanding that he has a relative who is in detention.

(B) If a relative who is not in detention cannot be located to sponsor the minor, the minor may be released with an accompanying relative who is in detention.

(C) If the Service cannot locate a relative in or out of detention to sponsor the minor, but the minor has identified a nonrelative in detention who accompanied him on arrival, the question of releasing the minor and the accompanying nonrelative adult shall be addressed on a case-by-case basis.

(iii) Aliens who have close family relatives in the United States (parent, spouse, children, or siblings who are United States citizens or lawful permanent resident aliens) who are eligible to file, and have filed, a visa petition on behalf of the detainee;

(iv) Aliens who will be witnesses in proceedings being, or to be, conducted by judicial, administrative, or legislative bodies in the United States;

(v) Aliens whose continued detention is not in the public interest as determined by the district director.

(3) Aliens subject to prosecution in the United States who are needed for the purposes of such prosecution may be paroled to the custody of the appropriate responsible agency or prosecuting authority.

(b) In the cases of all other arriving aliens except those detained under § 235.3(b) or (c), and paragraph (a) of this section, the district director in charge of a port of entry may, prior to examination by an immigration officer, or subsequent to such examination and pending a final determination of inadmissibility in accordance with sections 235 and 236 of the Act and this chapter, or after a finding of inadmissibility has been made, parole into the United States temporarily in accordance with section 212(d)(5) of the Act any such alien applicant for admission at such port of entry under such terms and conditions, including those set forth in paragraph (c) of this section, as he may deem appropriate.

(c) Conditions. In any case where an alien is paroled under paragraph (a) or (b) of this section, the district director may require reaonable assurances that the alien will appear at all hearings

and/or depart the United States when required to do so. Not all factors listed need be present for parole to be exercised. The district director should apply reasonable discretion. The consideration of all relevant factors includes:

(1) The giving of an undertaking by the applicant, counsel, or a sponsor to ensure appearances, and a bond may be exacted on Form I–352 in such amount as the district director may deem appropriate;

(2) Community ties such as close relatives with known addresses; and

(3) Agreement to reasonable conditions (such as periodic reporting of whereabouts).

(d) *Termination of parole.—(1) Automatic.* Parole shall be automatically terminated without written notice (i) upon the departure from the United States of the alien, or, (ii) if not departed, at the expiration of the time for which parole was authorized, and in the latter case the alien shall be processed in accordance with paragraph (d)(2) of this section except that no written notice shall be required.

(2) *On notice.* In cases not covered by paragraph (d)(1) of this section, upon accomplishment of the purpose for which parole was authorized or when in the opinion of the district director in charge of the area in which the alien is located neither emergency nor public interest warrants the continued presence of the alien in the United States, parole shall be terminated upon written notice to the alien and he or she shall be restored to the status which he or she had at the time of parole. Any further inspection or hearing shall be conducted under section 235 or 236 of the Act and this chapter, or any order of exclusion and deportation previously entered shall be executed. If the exclusion order cannot be executed by deportation within a reasonable time, the alien shall again be released on parole unless in the opinion of the district director the public interest requires that the alien be continued in custody.

(e) *Advance authorization.* When parole is authorized for an alien who will travel to the United States without a visa, the alien shall be issued Form I–512.

(Sec. 103, 212 of the Immigration and Nationality Act, as amended; 8 U.S.C. 1103, 1182)

## PART 235—INSPECTION OF PERSONS APPLYING FOR ADMISSION

2. In Part 235, § 235.3 is revised to read as follows:

### § 235.3  Detention and deferred inspection.

(a) *Prior to inspection.* All persons arriving at a port in the United States by vessel or aircraft shall be detained aboard the vessel or at the airport of arrival by the master, commanding officer, purser, person in charge, agent, owner, or consignee of such vessel or aircraft until admitted or otherwise permitted to land by an officer of the Service. Notice or order to detain shall not be required.

(b) *Aliens with no documentation or false documentation.* Any alien who appears to the inspecting officer to be inadmissible, and who arrives without documents (except an alien for whom documentary requirements are waived under § 211.1(b)(3) or § 212.1 of this chapter) or who arrives with documentation which appears to be false, altered, or otherwise invalid, or who arrives at a place other than a designated port of entry, shall be detained in accordance with section 235(b) of the Act. Parole of such aliens shall only be considered in accordance with § 212.5(a) of this chapter.

(c) *Aliens with documents.* Any alien who appears to the inspecting officer to be inadmissible, but who does not fall within paragraph (b), may be detained, paroled, or paroled for deferred inspection by the inspecting officer. In determining whether or not a parole or a parole for deferred inspection is warranted the inspecting officer shall consider the likelihood that the alien will abscond or pose a security risk.

(d) *Carrier custody.* Any alien subject to detention under paragraph (b) or (c) of this section may be placed in the custody of the carrier if the carrier has entered into a contract with the Attorney General under section 238 of the Act. If in the opinion of the examining immigration officer it is not practical to resolve a question of admissibility at the time of arrival of a passenger on a vessel or aircraft, the officer shall execute Form I–259 to notify the agent for the vessel or aircraft and the master or commanding officer, if available, that the passenger is to be presented for further inspection. The Form I–259 shall list the name of each such passenger and shall contain instructions as to the date and place the passenger is to be presented for continued inspection or further proceedings under the Act. If the place specified is a designated port of entry to which the transportation company has carried or has contracted to carry the passenger, the transportation company shall remain under the obligation, described in the preceding paragraph, to prevent an unauthorized landing, unless the transportation company has been relieved of this obligation by removal under section 233(a) of the Act at the direction of the Service or unless the Service has paroled the alien under section 212(d)(5) of the Act without directing the carrier in writing to present the alien for further inspection. The term port of entry as used in this paragraph includes a Service district office or suboffice within the city or town or in local commuting distance of the seaport or airport at which the passenger arrived or of the onward seaport or airport specified by the examining immigration officer as the place for completion of inspection. In cases where carrier custody appears to be inadequate to protect the safety of the public, or where the security precautions which the carrier will take appear to be inadequate or inappropriate to detain the alien, custody may be assumed by the Service.

(Secs. 103, 233, 235 of the Immigration and Nationality Act, as amended; 8 U.S.C. 1103, 1223, 1225)

Dated: July 7, 1982.

**Alan C. Nelson,**

*Commissioner of Immigration and Naturalization.*

[FR Doc. 82–18771 Filed 7–8–82; 9:07 am]

**BILLING CODE 4410-10-M**

Plaintiffs' Combined MSJ Exhibits - Page 57

# EXHIBIT 7



**U.S. Citizenship and Immigration Services**

MENU

Home > Humanitarian > Humanitarian or Significant Public Benefit Parole for Noncitizens Outside the United States

# Humanitarian or Significant Public Benefit Parole for Noncitizens Outside the United States

---

ℹ **ALERT – Parole Processing Times**

See more ⌄

---

ℹ **ALERT: Filing Form I-131 Online to Request Parole**

See more ⌄

---

Individuals who are outside of the United States may be able to request parole into the United States based on urgent humanitarian reasons or a significant public benefit.

**For information on the types of documents and evidence you should submit** to support a request for parole, please see Guidance on Evidence for Certain Types of Humanitarian or Significant Public Benefit Parole Requests.

This webpage does **not** cover the following types of parole requests:

- *Requests for individuals who are already inside the United States and wish to depart temporarily, and who seek advance parole or travel authorization to return.* For information on how an individual inside the United States may be considered for advance parole or travel authorization to return to the United States a er temporary travel, please see Form I-131 instructions (PDF, 646.57 KB).

- *Requests by individuals who are inside the United States and seek parole in place.* For general information, please contact the USCIS Contact Center.

- *Requests for parole under the Immigrant Military Members and Veterans Initiative for individuals living outside the United States.* For more information, please visit our Military webpage and the ImmVETS Resource Center.

- *Requests for individuals seeking initial parole under a special parole program or process, such as:*

  - Processes

  - The Central American Minor Refugee/Parole Program



Need Help?
Chat with Emma™

Plaintiffs' Combined MSJ Exhibits - Page 59

- - The Filipino World War II Veterans Parole Program

⤢ Close All    ⤢ Open All

## Terminology                                                    ⌄

## What Is Parole?                                                ⌄

## Who Can Apply for Parole?                                      ⌄

## The Need for a Financial Supporter                             ⌄

## Eligibility for Parole                                         ⌄

## Parole Process                                                 ⌄

## How to Apply                                                   ⌄

## Travel for Parolees                                            ⌄

## Re-Parole                                                      ⌄

## Related Links                                                  ⌄

⤢ Close All    ⤢ Open All

Last Reviewed/Updated: 10/11/2024

Plaintiffs' Combined MSJ Exhibits - Page 60

# EXHIBIT 8

Plaintiffs' Combined MSJ Exhibits - Page 61

**OFFICE OF INSPECTOR GENERAL**

# The Unified Coordination Group Struggled to Track Afghan Evacuees Independently Departing U.S. Military Bases


Homeland Security

**September 29, 2022**

**OIG-22-79**

Plaintiffs' Combined MSJ Exhibits - Page 62



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

September 29, 2022

MEMORANDUM FOR:    The Honorable Alejandro N. Mayorkas
Secretary
Department of Homeland Security

FROM:    Joseph V. Cuffari, Ph.D.
Inspector General

JOSEPH V CUFFARI

Digitally signed by JOSEPH V CUFFARI
Date: 2022.09.29 18:01:59 -04'00'

SUBJECT:    *The Unified Coordination Group Struggled to Track Afghan Evacuees Independently Departing U.S. Military Bases*

Attached for your action is our final report, *The Unified Coordination Group Struggled to Track Afghan Evacuees Independently Departing U.S. Military Bases.* We incorporated the formal comments from the Department of Homeland Security in the final report.

The report contains one recommendation to ensure DHS contacts and counsels Afghan evacuees who independently departed and have not yet completed parole requirements. Your office concurred with this recommendation. Based on information provided in your response to the draft report, we consider this recommendation open and resolved. Once your office has fully implemented the recommendation, please submit a formal closeout letter to us within 30 days so that we may close the recommendation. The memorandum should be accompanied by evidence of completion of agreed-upon corrective actions. Please send your response or closure request to OIGISPFollowup@oig.dhs.gov.

Consistent with our responsibility under the *Inspector General Act*, we will provide copies of our report to congressional committees with oversight and appropriation responsibility over the Department of Homeland Security.

Please call me with any questions, or your staff may contact Thomas Kait, Deputy Inspector General for Inspections and Evaluations, at (202) 981-6000.

Attachment

# DHS OIG HIGHLIGHTS
## *The Unified Coordination Group Struggled to Track Afghan Evacuees Independently Departing U.S. Military Bases*

**September 29, 2022**

## Why We Did This Evaluation

We conducted this evaluation to assess DHS' efforts to track Afghan evacuees independently departing U.S. military bases and how independent departures affect immigration status.

## What We Recommend

We made one recommendation to ensure DHS contacts and counsels Afghan evacuees who independently departed and have not yet completed parole requirements.

**For Further Information:**
Contact our Office of Public Affairs at (202) 981-6000, or email us at
DHS-OIG.OfficePublicAffairs@oig.dhs.gov

## What We Found

The Unified Coordination Group (UCG) struggled to track Afghan evacuees who independently departed U.S. military bases designated as "safe havens." Specifically, UCG officials had difficulties documenting when independent departures occurred. Hummingbird, the case tracking system used by UCG officials, was not designed to track independent departures, and data quality issues included missing departure dates and contact information for evacuees. In some instances, officials noticed that Afghan evacuees recorded as present at safe havens had already left.

Some Afghan evacuees independently departed safe havens without completing medical requirements. In addition, the UCG's Independent Departure Task Force did not attempt to locate all Afghan evacuees who independently departed safe havens to verify their compliance with parole conditions. These evacuees could face challenges obtaining long-term immigration status due to their failure to comply with parole conditions or to submit immigration applications.

## DHS Response

DHS concurred with our recommendation. We consider this recommendation resolved and open. Appendix B contains DHS' full response.



# OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

## Table of Contents

Introduction ................................................................... 2

Background ................................................................... 3

Results of Evaluation ..................................................... 6

    Safe Havens Had Difficulties Tracking Independent Departures ............. 7

    Some Afghan Evacuees Independently Departed Safe Havens without Completing Medical Requirements ........................................... 9

    The Task Force Did Not Consistently Verify Parole Compliance for Evacuees Who Independently Departed Safe Havens............................ 10

    Afghan Evacuees Who Independently Departed Could Face Challenges Obtaining Long-Term Immigration Status ............................................. 11

Conclusion................................................................... 12

Recommendation ........................................................... 13

Management Comments and OIG Analysis .................................... 13

## Appendixes

    Appendix A:  Objective, Scope, and Methodology  ................................. 15
    Appendix B:  DHS Comments to the Draft Report ................................. 16
    Appendix C:  Office of Inspections and Evaluations Major Contributors to This Report ............................................. 24
    Appendix D:  Report Distribution......................................................... 25

## Abbreviations

| | |
|---|---|
| CBP | U.S. Customs and Border Protection |
| ICE | U.S. Immigration and Customs Enforcement |
| UCG | Unified Coordination Group |
| USCIS | U.S. Citizenship and Immigration Services |



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

# Introduction

Between August 20, 2021, and February 19, 2022, the U.S. Government flew approximately 85,000 Afghan evacuees to the United States.[1]  These Afghan evacuees arrived at U.S. ports of entry located at Washington Dulles and Philadelphia International Airports.  The Department of Homeland Security determined an estimated 12,000 Afghan evacuees had U.S. citizenship or long-term immigration status,[2] including lawful permanent residence or special immigrant visas for assisting the United States in Afghanistan.[3]  U.S. Customs and Border Protection (CBP) granted the remaining estimated 73,000 evacuees humanitarian parole into the United States,[4] most for 2 years.[5]

DHS established a process to temporarily house Afghan evacuees on military bases in the continental United States, designated as "safe havens," until nongovernmental organizations helped resettle them into U.S. communities.  However, DHS determined that approximately 11,700 of the evacuees departed the safe havens without resettlement assistance; these departures were called independent departures.  Our objective was to review DHS' efforts to track Afghan evacuees who independently departed safe havens and how independent departures affect evacuees' immigration status.

---

[1] *Operation Allies Welcome Daily Report*, Feb. 19, 2021.  This was the largest U.S. evacuation of a wartime ally since the evacuation of 130,000 Vietnamese from South Vietnam in 1975. *Afghanistan, Iraq, Vietnam: How the U.S. Has Resettled Its Wartime Allies*, Council on Foreign Relations, Sep. 28, 2022.

[2] DHS led the interagency effort to resettle Afghan evacuees.  DHS and its interagency partners released reports with data related to the evacuees.

[3] In this report, "long-term immigration status" refers to evacuees who are granted, for example, special immigrant visas, refugee status, or asylum, and/or evacuees who applied for lawful permanent residence and received a favorable decision.

[4] Humanitarian parole is a discretionary immigration mechanism provided "on a case-by-case basis" that grants foreign nationals who are otherwise inadmissible to the United States permission to remain for a designated period and temporary employment authorization" (see *Immigration and Nationality Act* § 212(d)(5)(A), 8 U.S.C. § 1182(d)(5)(A); 8 C.F.R. § 212.5; see also 8 C.F.R. § 274a.12(c)(11)).  Parolees are expected to depart the United States when the parole period expires, obtain authorization to re-parole, or apply for another immigration status that will permit them to remain in the United States, such as asylum (see *Immigration and Nationality Act* § 212(d)(5); 8 C.F.R. § 212.5(e)).

[5] On August 23, 2021, the DHS Secretary instructed the CBP Acting Commissioner to parole eligible Afghan nationals into the United States for 2 years, after appropriate vetting.  See memorandum from Alejandro N. Mayorkas, DHS Secretary, to Troy Miller, CBP Acting Commissioner, *Guidance for the Immigration Processing of Afghan Citizens During Operations Allies Refuge,* Aug. 23, 2021.

Plaintiffs' Combined MSJ Exhibits - Page 66



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

## Background

DHS led the interagency effort to support and resettle Afghan evacuees.  The DHS Secretary established a Unified Coordination Group (UCG)[6] to coordinate efforts to provide Afghan evacuees with temporary housing, vaccinations,[7] a tuberculosis screening, and immigration processing.[8]  The UCG Senior Response Official[9] oversaw these operations at eight safe havens, managed by DHS officials, with representatives from the Department of Defense, Department of State, and Department of Health and Human Services.  The UCG partnered with nongovernmental organizations known as resettlement agencies, which helped the evacuees at safe havens locate housing and jobs to resettle in the United States.  See Figure 1 for a map showing the locations of the eight safe havens and two ports of entry.

### Figure 1. Map of Safe Havens and Ports of Entry

*Source:* DHS Office of Inspector General analysis of UCG and DHS documents

---

[6] According to the *DHS National Response Framework, Fourth Ed.*, Oct. 28, 2019, a UCG is made up of senior leaders representing state, tribal, territorial, insular area, and Federal interests, and in some instances includes local jurisdictions, the private sector, and nongovernmental organizations.  A UCG is responsible for determining staffing levels and coordinating staff based on incident requirements.  Further, a UCG should include operations, planning, public information, and logistics to integrate personnel for unity of government effort.

[7] The UCG provided vaccinations for mumps, measles, rubella, polio, COVID-19, and other age-appropriate vaccinations.

[8] Immigration processing could include, for example, completing an application for employment authorization.

[9] The Senior Response Official led the UCG and provided direction and guidance to UCG officials.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

All Afghan evacuees had U.S. citizenship, long-term immigration status, or received parole, and they could depart ports of entry[10] or safe havens and could choose to relocate without assistance from a resettlement agency.[11]  The UCG referred to departures without assistance from a resettlement agency as "independent departures."  DHS implemented and refined certain conditions for evacuees with parole to lawfully remain in the United States, such as completing vaccinations and a tuberculosis screening.[12]

An estimated 20,300 total evacuees independently departed either a port of entry or a safe haven without assistance from a resettlement agency.  Of this total, approximately 8,600 Afghan evacuees independently departed ports of entry rather than proceeding to a safe haven.  The remaining 11,700 evacuees independently departed after arriving at a safe haven but before receiving assistance from a resettlement agency.  These evacuees at the safe havens left at various stages of the resettlement process,[13] as depicted in Figure 2.[14]

---

[10] As an exception, on September 7, 2021, DHS began requiring evacuees with parole to proceed to safe havens to receive vaccinations and a tuberculosis screening, as described later.
[11] The UCG referred to evacuees as "guests," underscoring the voluntary nature of their participation in the resettlement process.
[12] DHS may set conditions on parole, including compliance with public health measures (see 8 C.F.R. § 212.5(c)).  As discussed later in the report, DHS implemented and refined its medical requirements for evacuees with parole between August 20 and September 7, 2021.  Evacuees with U.S. citizenship and long-term immigration status were not subject to these medical requirements.
[13] We identified data quality issues related to certain stages of the resettlement process, such as evacuees completing medical requirements, as discussed below.  As a result, we cannot determine the total number of Afghan evacuees who completed each stage of the process.
[14] For example, some Afghan evacuees independently departed safe havens after receiving a resettlement offer.  With high housing costs and resettlement agencies' limited resources in areas with an established Afghan community, such as Sacramento, CA, and northern Virginia, some Afghan evacuees were offered resettlement in communities outside of these areas where they had no established ties.  In these instances, some Afghan evacuees rejected the resettlement offers and independently departed safe havens.



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

**Figure 2. Stages of Independent Departures**



*Source:* DHS OIG analysis of UCG documents

The UCG officials located at each safe haven established their own processes for meeting with Afghan evacuees electing to independently depart and for recording data on their departures, and on September 9, 2021, officials received instruction to record the information in Hummingbird, a Department of State case tracking system.  During these independent departure meetings, UCG officials offered to counsel the evacuees about the benefits they would forego if they left the UCG's resettlement process, including immigration processing, facilitated travel to U.S. communities, and help locating housing and jobs.  The UCG officials also offered to counsel the evacuees with parole about the need to comply with parole conditions after their departure, which could include completing medical requirements.[15]  UCG data indicates that more than 95 percent of the evacuees received this counseling before independently departing safe havens.[16]

---

[15] DHS medical requirements for Afghan evacuees with parole evolved over time, as discussed later in the report.
[16] UCG data reflects that 2.4 percent of evacuees did not receive counseling, and UCG data on counseling is missing for 2 percent of evacuees.  See Figure 3.

Plaintiffs' Combined MSJ Exhibits - Page 69



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

In early September 2021, UCG officials discussed creating a task force to ensure all evacuees with parole met their parole conditions.  On September 8, 2021, the UCG Senior Response Official sent an email to the U.S. Immigration and Customs and Enforcement (ICE) Acting Director stating the task force should focus on evacuees with parole "departing [U.S.] facilities that did not comply with conditions … to ensure that [the UCG is] able to verify a 100% [sic] received vaccinations."

Following these discussions, the UCG established the Independent Departure Task Force (Task Force), located in DHS headquarters, to assist with verifying that evacuees who had already independently departed complied with parole conditions.  The UCG management plan, which provided work assignments to offices within the UCG, instructed the Task Force to "[l]ocate and verify completion of parole requirements for all [i]ndependent [d]epartures."  In addition, the UCG developed guidance on how to deliver parole compliance information to Afghan evacuees who independently departed ports of entry and safe havens.

The Task Force, made up of four ICE officers serving as Director, Deputy Director, and two additional members,[17] sought to identify the current locations of Afghan evacuees with parole who independently departed.  The Task Force then either asked ICE officers in field offices to deliver information to them on how to meet their parole requirements or delivered the information electronically via email.

## Results of Evaluation

The UCG struggled to track Afghan evacuees who independently departed safe havens.  UCG officials had difficulties documenting when independent departures occurred.  Additionally, the Hummingbird system was not designed to track independent departures, and data quality issues included missing departure dates and contact information for evacuees.  In some instances, officials noticed that Afghan evacuees recorded as present at safe havens had already left.

Some Afghan evacuees independently departed safe havens without completing medical requirements.  In addition, the Task Force did not attempt to locate all Afghan evacuees who independently departed safe havens to verify their compliance with parole conditions.  These evacuees could face challenges

---

[17] The Director and Deputy Director were the only two members assigned day-to-day management and planning responsibilities.  The other two members provided temporary assistance.



obtaining long-term immigration status due to their failure to comply with parole conditions or to submit immigration applications.

## Safe Havens Had Difficulties Tracking Independent Departures

As the Afghan evacuees arrived, UCG officials at each safe haven established their own processes to meet with evacuees electing to independently depart and record data on their departures, including their U.S. points of contact, destination addresses, and departure dates.[18] UCG officials initially recorded this information in various ways at each safe haven, such as on paper or in Excel spreadsheets, but received instruction from the DHS Chief Information Officer on September 9, 2021, to record the information in Hummingbird.

Our analysis of Hummingbird data identified missing or erroneous information for Afghan evacuees who independently departed each of the safe havens. For example, the data in Hummingbird did not contain departure dates for more than 100 independent departures, while Hummingbird listed January 1, 1900, as the departure date for 11 others. Additionally, we observed independent departure data fields missing the following:

- first, middle, and last names;
- alien registration numbers;
- contact information;
- whether the evacuees received independent departure counseling; or
- whether the evacuees completed medical requirements.

When UCG officials received Hummingbird access, the system initially lacked important data fields, such as a field for the destination of Afghan evacuees independently departing and a field for compliance with medical requirements. Although the UCG later added these fields, one UCG official said she was not confident that safe havens updated the fields with data from individuals who previously independently departed.[19] Another official said system updates, which added medical fields, created a technical issue that erased prior data entries, which they needed to reenter.

The process of tracking independent departures for one safe haven in particular demonstrates the difficulties that UCG officials encountered. In

[18] Resettlement agency staff provided assistance holding these meetings and recording independent departure data.
[19] This official explained that she was impressed with how quickly the UCG began using a system that was not originally designed for recording this information. She said she does not think the UCG could have performed better unless it had more time to plan for the resettlement effort.

# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

January and February 2022, resettlement agency staff informed UCG officials at the Joint Base McGuire-Dix-Lakehurst safe haven that they could not locate some Afghan evacuees to provide resettlement assistance. UCG officials attempted to locate them by posting the evacuees' names in a common area at the safe haven, messaging a mobile application used by the evacuees, and calling the evacuees or their U.S. points of contact. After these efforts, the Joint Base McGuire-Dix-Lakehurst safe haven determined that some of the evacuees had already departed:

- On January 19, 2022, a UCG official determined that three evacuees had departed in September, but he could not confirm the specific date of each departure.
- On January 28, 2022, the official attempted to contact an evacuee and determined, "[t]here is no way [the evacuee] is still on base.… He had a phone number listed but it goes unanswered." The official said he felt "comfortable marking [the evacuee] as departed."
- On February 10, 2022, the official determined that two evacuees "were confirmed not to be on base," but it was "[u]ndetermined when they left or how."

The UCG official who attempted to contact these evacuees informed us that the safe haven initially failed to establish good record-keeping procedures, and evacuees "were likely allowed to [independently depart] without counseling or were counseled but their departure was not documented." He explained that the safe haven recorded information on paper before it had access to Hummingbird, and when the safe haven received access to Hummingbird and transferred data to the system, the data quality was poor. When another UCG official at this safe haven attempted to contact evacuees to determine whether they had already left, he noted that many had missing contact information. As a result, UCG officials at the Joint Base McGuire-Dix-Lakehurst safe haven were unable to contact all Afghan evacuees who independently departed to determine when and how they left.

A UCG official at the Holloman Air Force Base safe haven told us that officials at the safe haven realized certain Afghan evacuees had independently departed after they missed appointments related to their resettlement process. He said the UCG tried to identify how many evacuees had already left the Holloman Air Force Base safe haven and determined that approximately 20 evacuees listed in Hummingbird were no longer at the safe haven.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Some Afghan Evacuees Independently Departed Safe Havens without Completing Medical Requirements

Some Afghan evacuees were able to independently depart safe havens without completing the necessary medical requirements.  DHS has the authority to require public health measures as a condition of parole.[20]  During the first weeks of the resettlement effort, DHS implemented and refined its medical requirements, including vaccinations and a tuberculosis screening, for Afghan evacuees paroled into the United States, as described below:

- From August 20 to 24, 2021, DHS did not make medical requirements a condition of parole for Afghan evacuees.[21]
- From August 25 to September 6, 2021, DHS made vaccinations and a tuberculosis screening within 7 days of arrival a condition of parole but gave evacuees the option of independently departing ports of entry or safe havens and completing medical requirements on their own.[22]
- On September 7, 2021, following an outbreak of measles among evacuees awaiting travel to the United States and at several safe havens, DHS required evacuees to receive vaccinations and a tuberculosis screening at the safe havens before independently departing, as a condition of their parole.

The UCG estimated that "fewer than 600" of the 45,000 Afghan evacuees who arrived between August 25 and September 6, 2021, independently departed without completing medical requirements.[23]  Because the safe havens had difficulties recording when independent departures occurred, as discussed above, we cannot confirm whether this estimate is correct.

The DHS Chief Medical Officer told us there were "very little to no concerns of risk" to public health because the "overwhelming majority" of Afghan evacuees received vaccinations following DHS' changes to medical requirements. Nonetheless, the UCG established the Task Force and instructed the Task Force to verify evacuees' parole compliance.

---

[20] 8 C.F.R. § 212.5(c).
[21] The UCG estimated that 500 evacuees with parole arrived during this timeframe.  DHS required the remaining evacuees with parole to meet medical requirements.
[22] U.S. Citizenship and Immigration Services developed a website where evacuees could report that they completed their medical requirements.
[23] These Afghan evacuees lawfully left the resettlement process.  However, if they did not complete their medical requirements within 7 days, they would have violated their parole.  After September 6, 2021, Afghan evacuees could not lawfully independently depart without completing medical requirements.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## The Task Force Did Not Consistently Verify Parole Compliance for Evacuees Who Independently Departed Safe Havens

As described earlier, the UCG instructed the Task Force to locate and verify completion of parole requirements for all evacuees who independently departed.  On September 21, 2021, a senior UCG official sent an email to Task Force members with a spreadsheet of Afghan evacuees with parole who independently departed Washington Dulles International Airport.  The spreadsheet was missing addresses and contact information for many evacuees, and Task Force members were responsible for finding the missing data and delivering information to the evacuees about parole compliance.  In the email, the senior UCG official wrote that in addition to the data for evacuees who independently departed from the Washington Dulles International Airport, "[l]et's ... work with [the Philadelphia International Airport] and the [safe havens] to get the info they have" regarding independent departures.

Instead, the Task Force focused mainly on locating and verifying parole compliance for only the Afghan evacuees who independently departed from Washington Dulles International Airport.  For example, in October 2021, when the Task Force asked ICE officers in field offices to locate 67 Afghan evacuees who independently departed to verify their parole compliance, 65 had departed from Washington Dulles International Airport.  Similarly, in December 2021, when the Task Force asked ICE officers to locate 21 Afghan evacuees who independently departed, all had departed from Dulles.  On December 13, 2021, a UCG official informed the Task Force Deputy Director about an additional 93 Afghan evacuees who departed the Fort Bliss safe haven without completing medical requirements.  In response, the Task Force Deputy Director requested and received the data on these evacuees and added them to a list of evacuees whom the Task Force planned to contact.[24]

We are not aware of the other seven safe havens providing independent departure data to the Task Force,[25] and the Task Force's list of evacuees to contact never included data from safe havens other than Fort Bliss.  The Task Force Director said he did not recall receiving instructions to contact all Afghan

---

[24] At the time of our review, the Task Force confirmed that some evacuees who independently departed Fort Bliss completed their parole requirements, and the Task Force was trying to locate the other evacuees.
[25] Additionally, although the UCG issued daily reports about the total number of independent departures, these reports did not include data on how many Afghan evacuees independently departed without completing medical requirements.



## OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

evacuees independently departing from safe havens.[26]  Additionally, the Task Force Deputy Director[27] said he understood the UCG had already counseled these individuals about complying with parole conditions when they left the safe havens.[28]

Despite the Task Force Deputy Director's belief that all individuals had been counseled prior to leaving a safe haven, we found evidence that this was not always the case.  As shown in Figure 3, Hummingbird data reflected that 277 Afghan evacuees independently departed safe havens without counseling (2.4 percent of independent departures).[29]  Hummingbird was missing counseling data for another 239 Afghan evacuees (2.0 percent of independent departures), and we could not determine whether they also did not receive counseling.

**Figure 3. Counseling Data for Safe Haven Independent Departures**



*Source:* DHS OIG analysis of UCG documents

## Afghan Evacuees Who Independently Departed Could Face Challenges Obtaining Long-Term Immigration Status

Recipients of humanitarian parole are expected to depart the United States when the parole period expires, obtain authorization to re-parole, or apply for long-term immigration status.  Afghan evacuees who independently departed

---

[26] It is unclear why the Task Force Director did not recall these instructions, as he had received the September 21, 2021 email instructing the Task Force to request lists of independent departures from safe havens.
[27] This Deputy Director replaced the original Task Force Deputy Director in January 2022.
[28] As discussed previously, counseling included informing evacuees with parole about the need to comply with parole conditions after their departure, such as completing medical requirements.
[29] We identified data quality issues in Hummingbird, as stated previously, and cannot confirm the accuracy of Hummingbird's counseling data.  As a result of issues identified by a UCG official with the quality of medical requirements data, we did not assess how many Afghan evacuees who independently departed without counseling also did not complete their medical requirements.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

and did not receive parole compliance information could face challenges obtaining long-term immigration status.[30]

Resettlement agencies at the safe havens could help evacuees find legal aid for assistance applying for long-term immigration status. After leaving, Afghan evacuees who independently departed could still contact resettlement agencies and request assistance obtaining legal aid. However, the UCG noted in counseling materials for independent departures that "it could take several weeks or months to get an appointment or you may not be able to be served at all."

Although U.S. Citizenship and Immigration Services (USCIS) periodically reports to Congress on the immigration status of Afghan evacuees,[31] DHS does not track independent departures separately from other types of evacuees. DHS, therefore, does not have an estimate of the number of Afghan evacuees who independently departed and have not yet applied for long-term immigration status. DHS has discretion to re-parole evacuees as needed, which would provide evacuees with more time to apply. However, authorizing re-parole is not guaranteed.

DHS could revoke parole for Afghan evacuees who did not complete medical requirements. Although the UCG guidance on how to deliver parole compliance information includes procedures for DHS to revoke parole for noncompliance, we found no indication DHS had taken such measures. Nonetheless, the UCG's requirement to locate and counsel these evacuees will help ensure they are knowledgeable about their parole conditions.

## Conclusion

The UCG developed processes to record when independent departures occurred, locate Afghan evacuees after their independent departures, and verify their parole compliance. However, the UCG officials at safe havens had difficulties tracking when Afghan evacuees independently departed safe havens, and the Task Force did not attempt to locate all Afghan evacuees who independently departed safe havens to verify their parole compliance. Evacuees could face challenges obtaining long-term immigration status due to their failure to comply with parole conditions or to submit immigration applications.

---

[30] In a separate review, OIG is evaluating USCIS' preparation to adjudicate requests for long-term legal status.
[31] *Afghanistan Supplemental Appropriations Act*, 2022 (P.L.117-43), Sept. 30, 2021, Title V, Section 2503, Reporting Requirement.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

# Recommendation

**Recommendation 1:** We recommend the DHS Secretary ensure U.S. Immigration and Customs Enforcement and U.S. Citizenship and Immigration Services:

- identify Afghan evacuees who independently departed safe havens, were not on the Task Force's list of evacuees to contact, and have not yet completed medical requirements; and
- provide Afghan evacuees with counseling on their parole requirements.

## Management Comments and OIG Analysis

In response to our draft report, DHS concurred with our recommendation and described corrective actions to address the issues we identified. We consider the recommendation resolved and open. Appendix B contains DHS' management comments in their entirety. We also received technical comments on the draft report and revised the report as appropriate.

DHS expressed concerns with our portrayal of the Task Force's scope of work; specifically, that we found the Task Force did not attempt to locate all Afghan evacuees who independently departed safe havens to verify their compliance with parole conditions. DHS explained that the Task Force "focused its efforts" on Afghan evacuees who independently departed from the airport, rather than safe havens, based on its understanding of the instructions. However, documentation provided by the UCG, including the work assignments in the UCG management plan, UCG guidance on delivering parole compliance information, and additional instructions to the Task Force, directed the Task Force specifically to locate evacuees who independently departed safe havens.

DHS also disagreed that Afghan evacuees who independently departed safe havens "will not know how to comply with parole conditions." DHS stated that CBP provided information to Afghan evacuees about their parole conditions at ports of entry, and USCIS and DHS websites provided parole information for Afghan evacuees. However, the UCG also took steps to counsel evacuees who independently departed safe havens and established the Task Force to verify their parole compliance. This indicates that steps taken at ports of entry and on websites were not sufficient for providing information to evacuees about parole conditions. Based on the UCG's requirement to locate and counsel Afghan evacuees who independently departed, we concluded that Afghan evacuees who did not receive this counseling could face challenges obtaining long-term immigration status.



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

A summary of DHS' response to our recommendation and our analysis follows.

**Recommendation 1:** We recommend the DHS Secretary ensure U.S. Immigration and Customs Enforcement and U.S. Citizenship and Immigration Services:

- identify Afghan evacuees who independently departed safe havens, were not on the Task Force's list of evacuees to contact, and have not yet completed medical requirements; and
- provide Afghan evacuees with counseling on their parole requirements.

**DHS Response to Recommendation 1:** Concur.  DHS has already taken, or will take, steps to provide counseling on parole requirements to Afghan evacuees with parole.  For example, USCIS External Affairs Directorate will further amplify its public information campaign regarding the importance of compliance.  USCIS Field Operations Directorate will continue to issue Requests for Evidence to Afghan evacuees with parole who have applied for Adjustment of Status in the United States and are determined to have not yet fulfilled the medical conditions of their parole.  USCIS Asylum Division will instruct its asylum officers to remind Afghan evacuees with parole who have applied for asylum in the United States about their parole conditions and provide them an information sheet.  USCIS will also notify Afghan evacuees applying for re-parole of the requirement to complete the medical conditions of their parole if they have not yet done so.

In addition, ICE Enforcement and Removal Operations will establish procedures to provide counseling on parole requirements upon encountering Afghan evacuees with parole who independently departed safe havens between August 25, 2021, and September 6, 2021, who have not yet completed their medical requirements, and were not on the Task Force's list of parolees to contact.

DHS estimates completion by December 30, 2022.

**OIG Analysis:** We consider these actions responsive to the recommendation, which is resolved and open.  ICE's proposed actions include identifying Afghan evacuees who independently departed safe havens, were not on the Task Force's list of evacuees to contact, and have not yet completed medical requirements, but only counseling them if an ICE encounter occurs.  We will close this recommendation when we receive documentation showing that DHS has implemented its proposed steps to provide counseling to Afghan evacuees, including steps to identify Afghan evacuees who meet the criteria and proactively deliver parole compliance information.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Appendix A
## Objective, Scope, and Methodology

The Department of Homeland Security Office of Inspector General was established by the *Homeland Security Act of 2002* (Pub. L. No. 107−296) by amendment to the *Inspector General Act of 1978*.

Our objective was to review DHS efforts to track Afghan evacuees departing safe havens without assistance from resettlement agencies and how these departures affect Afghan evacuees' immigration status.

We reviewed more than 300 documents related to independent departures. These included:

- policies, procedures, and guidance in draft and final form related to independent departures;
- information provided to evacuees who independently departed, including information on parole requirements provided by CBP and counseling documents provided by USCIS, the Department of State, and the Task Force;
- correspondence within the UCG regarding tracking and counseling evacuees who independently departed; and
- information provided to members of Congress and the media about independent departures.

We collected and analyzed data on Afghan evacuees who independently departed ports of entry and safe havens, including spreadsheets developed by the Department of State and the Task Force, and data obtained from the Hummingbird data system.

We conducted more than 30 interviews with relevant DHS employees, other Federal employees, and nongovernmental organization representatives.

We coordinated with other OIG teams within DHS and seven other departments conducting reviews related to Afghan evacuees.

We conducted our fieldwork between January and April 2022 under the authority of the *Inspector General Act of 1978*, as amended, and according to the *Quality Standards for Inspection and Evaluation* issued by the Council of the Inspectors General on Integrity and Efficiency.

Plaintiffs' Combined MSJ Exhibits - Page 79



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Appendix B
## DHS Comments to the Draft Report

U.S. Department of Homeland Security
Washington, DC 20528



September 9, 2022

MEMORANDUM FOR:    Joseph V. Cuffari
                   Inspector General

FROM:              Jim H. Crumpacker, CIA, CFE    JIM H       Digitally signed by JIM H
                   Director                        CRUMPACKER  CRUMPACKER
                   Departmental GAO-OIG Liaison Office           Date: 2022.09.09 13:01:02
                                                                 -04'00'

SUBJECT:           Management Response to Draft Report: "The Unified
                   Coordination Group Struggled to Track Afghan Evacuees
                   Independently Departing U.S. Military Bases"
                   (Project No. 22-018-ISP-SEC)

Thank you for the opportunity to comment on this draft report. The U.S. Department of
Homeland Security (DHS or the Department) appreciates the work of the Office of
Inspector General (OIG) in planning and conducting its review and issuing this report.

DHS leadership is pleased to note OIG's recognition that the Unified Coordination Group
(UCG) developed processes to record and counsel Afghan nationals about the benefits
they would forgo if they independently departed the UCG's resettlement process.
Operation Allies Welcome (OAW) was, and continues to be, a historic undertaking for
DHS. Specifically, on August 29, 2021, President Joseph R. Biden, Jr. directed
the Secretary of Homeland Security to lead coordination of ongoing efforts across the
federal government to resettle vulnerable Afghans, including those who worked on behalf
of the United States (U.S.).[1] The Secretary was also directed to establish a UCG and
name a Senior Response Official (SRO) to lead these efforts, which was done that same
day.

Since its establishment, OAW has been a whole-of-government effort, the largest such
effort since 1975, to resettle more than 86,000 vulnerable Afghans to the U.S. over the
past year. Before Afghan evacuees were approved to travel and enter the U.S., they
underwent a rigorous and multi-layered screening and vetting process that began overseas
before individuals were permitted to a board a plane to the U.S. As with other arrivals at

---

[1] https://www.whitehouse.gov/briefing-room/statements-releases/2021/08/29/memorandum-on-the-designation-of-the-department-of-homeland-security-as-lead-federal-department-for-facilitating-the-entry-of-vulnerable-afghans-into-the-united-states/



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

U.S. ports of entry, Afghan nationals completed a primary inspection upon arriving at a U.S. airport. This inspection was conducted by U.S. Customs and Border Protection (CBP) officers and included additional biographic and biometric checks. All parolees are subject to recurrent vetting, as are other foreign nationals visiting the U.S., to further enable the federal government to identify and appropriately act upon any information of concern. This included more than 77,000 Afghans who were paroled into the U.S. by CBP under Operation Allies Refuge (OAR) and later under OAW.[2] Within two weeks of being named the lead federal agency for OAW, DHS coordinated the support, care, and security for nearly 54,000 Afghans who were temporarily housed at eight military bases (or "safe havens") around the country. These designated safe havens provided a range of services, including medical care and testing, vaccinations, mental health services, and immigration processing, while the Afghan nationals waited to be connected to resettlement services.

The timeline of events discussed in this response are outlined in detail below.

- August 25, 2021: The UCG placed medical conditions on arriving Afghan nationals paroled into the U.S. via to OAR/OAW, including requiring Afghan nationals to obtain age-appropriate vaccinations and a tuberculosis screening within 7 days of arrival;
- September 2, 2021: The Centers for Disease Control and Prevention (CDC) issued a memorandum[3] to the SRO recommending that medical screening, including all age-appropriate vaccines and tuberculosis testing for Afghans arriving to the U.S. under OAW be conducted at a federal facility;
- September 5, 2021: The SRO issued a memorandum[4] requiring Afghan nationals paroled pursuant to OAW to undergo the medical screening (as suggested by CDC) as a condition of their parole at a safe haven;
- September 7, 2021: The new parole conditions were implemented by UCG officials, and CBP updated the information sheet issued to Afghan nationals at ports of entry to include these parole conditions; and
- September 8, 2021: The SRO directed U.S. Immigration and Customs Enforcement (ICE) to form the Independent Departure Task Force (IDTF).

As the UCG placed medical conditions on all arriving Afghan nationals who were paroled into the U.S. starting on August 25, 2021, each Afghan national was informed of these conditions in writing, in English, Dari, and Pashto, through an informational sheet provided by CBP personnel at the port of entry. In addition, U.S. Citizenship and

---

[2] Parolees mentioned throughout this document refer solely to those individuals paroled into the U.S. by CBP pursuant to OAR and OAW.
[3] "Public Health Recommendation for Medical Screening," Centers for Disease Control and Prevention, dated September 2, 2021.
[4] "Medical Requirements for Operation Allies Welcome," SRO, UCG, dated September 5, 2021.

2



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

Immigration Services (USCIS) developed a website[5] for Afghan nationals paroled into the U.S. to register their compliance with the medical requirements. On September 2, 2021, four days after DHS was named the lead of the UCG, the CDC Director's memorandum to the OAW SRO recommended that the UCG institute a process that required all arriving Afghan nationals (other than U.S. citizens and returning lawful permanent residents) to complete a medical screening process at a federal center, rather than allowing them to leave the federal facility in order to seek the required processing in the local community.

In response to the CDC's memorandum, the SRO also issued a memorandum that required all arriving Afghan nationals paroled into the U.S. to be transported to the safe havens to receive all age-appropriate vaccinations, including the measles-mumps-rubella and COVID-19 vaccines, and a tuberculosis screening at the safe havens as a condition of their parole. The UCG immediately implemented these new requirements and communicated the revised conditions of parole, in writing, through information sheets provided to Afghans at the time of processing by CBP at the port of entry, beginning September 7, 2021. USCIS[6] and DHS[7] websites were also updated to reflect these revised requirements, and the information sheets and related websites included translations in Dari and Pashto.

It is important to note, however, that although each safe haven initially established its own processes to meet with independently departing Afghan nationals and to record data on those departures, the SRO issued a memorandum on October 18, 2021,[8] recommending that data on independent departures be captured solely in the Hummingbird database. This was intended to create consistent data collection procedures across all eight safe havens, as well as encourage orderly processing of independent departures. Procedures and materials developed for independent departure counseling were then formalized across all safe havens by October 29, 2021.

DHS also believes it is important to emphasize that Afghan nationals paroled into the U.S. who did choose to independently depart had been provided information about parole conditions in several ways at the time of their parole. This includes information sheets provided in their native language at time of entry, as well as providing advice and encouragement at safe havens to complete medical requirements from individuals such as cultural competency advisors, who assisted in communicating with Afghan nationals at the safe havens. DHS also developed materials such as an Information Sheet for Afghan Parolees Departing Safe Havens[9] issued at the safe havens to Afghan nationals paroled

---

[5] https://www.uscis.gov/vaccination-status
[6] https://www.uscis.gov/humanitarian/information-for-afghan-nationals
[7] https://www.dhs.gov/allieswelcome
[8] "Safe Haven Data Collection on 'Independent Departures,'" UCG, SRO, dated October 18, 2021.
[9] https://www.uscis.gov/sites/default/files/document/fact-sheets/Information_Sheet_for_Afghans_Departing_Safe_Havens-English.pdf

3



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

into the U.S. who were considering independent departure, which explained once again the requirements for Afghan nationals paroled into the U.S. as part of OAW to complete the medical conditions of their parole. USCIS also created and regularly maintains a landing page on its website for Afghans to find the latest information on conditions of parole, work authorization, seeking asylum or adjustment of status as a special immigrant, and the full range of other immigration issues that could be of assistance to Afghans who independently departed.[10]

As previously noted, the SRO also directed ICE to form the IDTF on September 8, 2021, to verify and encourage compliance with the parole conditions for those Afghan nationals paroled into the U.S. who departed U.S. facilities. Although DHS has attempted to clarify to the OIG that the IDTF's assigned scope of work is not accurately reflected in this draft report, the Department is concerned that OIG's report confuses the intent and purpose of the IDTF. For example, the report indicates that the OIG believes the IDTF was instructed to locate and verify completion of parole requirements for all independent departures, including any Afghan national paroled into the U.S. as part of OAW who is found to have independently departed from the arrival airports, transit locations or the safe havens, whether that departure occurred prior to or after the SRO announced the new parole requirements on September 5, 2021.

However, the UCG and IDTF leadership understood the instruction to have been limited to only those Afghan nationals paroled into the U.S. who independently departed prior to the implementation of the new requirements on September 7, 2021, when the conditions of parole did not require these Afghans to go to a safe haven. The UCG management plan specifically qualifies the instruction is to locate and verify completion of parole requirements for all independent departures "**that have reached or exceeded the 7 days from time of departure from APOE [Airport Port of Entry], Safe Haven or other entry point into the U.S.**" (Emphasis added). In addition, a revised UCG management plan was signed by the SRO on March 8, 2022, to further clarify the instruction, directing the IDTF to "[l]ocate Independent Departures that have reached or exceeded the 7 days from time of departure from APOE, Safe Haven or other entry points into the U.S. between the dates of August 20th, 2021, and September 7th, 2021."[11]

Accordingly, the IDTF focused its efforts on the arrivals with the least opportunities to benefit from engagements with UCG personnel that took place at the safe havens, and thus could be at greatest risk of non-compliance—namely, OAW Afghan nationals paroled into the U.S. between August 25, 2021, and September 6, 2021 who independently departed from the airport prior to completing all of their vaccinations. Given the more limited opportunities to engage with this group of Afghans, the IDTF largely focused outreach efforts on this population, and either verified compliance or was

---

[10] https://www.uscis.gov/humanitarian/information-for-afghan-nationals
[11] "Incident Action Plan," UCG, dated March 8, 2022.

4



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

able to make direct contact to encourage compliance by providing parole information, to 100 percent of the individuals (or for minors, their parents/adult relatives) referred for outreach by the UCG.

Again, as noted above, Afghans paroled into the U.S. have been provided information about parole conditions in several ways from the time of their parole at the port of entry, through counseling and an information sheet at safe havens, to a regularly maintained landing page and ongoing public awareness outreach. The IDTF efforts and scope were one piece of this layered approach.

Further, the Department believes that the OIG's finding that Afghan nationals paroled into the U.S. who independently departed and did not receive parole compliance information could face challenges obtaining long-term immigration status appears to assume that: (1) these Afghans would not know how to comply with the conditions of their parole; and (2) failure to comply with these conditions will negatively impact their ability to obtain long-term status in the U.S. To the contrary, DHS disagrees that the Afghan nationals paroled into the U.S. who departed without completing medical processing at safe havens or related counseling will not know how to comply with parole conditions. Not only did DHS inform arriving Afghan nationals of parole conditions in a variety of ways previously mentioned in this letter, but many of the Afghan nationals who independently departed from the airport have registered their compliance with medical requirements on the USCIS-developed website. DHS also continues to provide information to Afghan nationals paroled into the U.S. about their status, the medical processing that must be completed to comply with the conditions set on their parole, and detailed explanations on how Afghans nationals can obtain long-term status in the U.S. on both USCIS and DHS public-facing websites, with links to the information provided in Dari and Pashto.

To date, with respect to Afghans paroled through OAW, DHS has not revoked parole, nor precluded access to an immigration benefit due solely to noncompliance with medical parole conditions. DHS's efforts have focused, and continue to focus, on informing Afghan nationals paroled into the U.S. about the need to fulfill medical requirements in order to promote the underlying public health goals of the parole conditions. This intention is reflected in the IDTF's communication with Afghan nationals paroled into the U.S. urging compliance and provide information to assist them to do so, and in DHS and USCIS website content and accessibility of tools to help Afghan nationals paroled into the U.S. to update their vaccination status online. Moreover, this approach is consistent with the institutionalized counseling provided at safe havens and the greater whole-of-government approach for encouraging compliance with medical requirements during other USG touchpoints and interactions with Afghan nationals paroled into the U.S.

5

Plaintiffs' Combined MSJ Exhibits - Page 84



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

The draft report contained one recommendation, with which DHS concurs. Enclosed find our detailed response to the recommendation. DHS previously submitted technical comments addressing several accuracy, contextual and other issues under a separate cover for OIG's consideration.

Again, thank you for the opportunity to review and comment on this draft report. Please feel free to contact me if you have any questions.

Enclosure

6



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

### Enclosure:  Management Response to Recommendation
### Contained in OIG-22-018-ISP-SEC

OIG recommended that the Secretary for Homeland Security ensure that ICE and USCIS:

**Recommendation 1:**

- identify Afghan evacuees who independently departed safe havens, were not on the Task Force's list of evacuees to contact, and have not yet completed medical requirements; and
- provide Afghan evacuees with counseling on their parole requirements.

**Response:**  Concur.  DHS has already taken, or will take, the following steps to provide counseling on the parole requirements to Afghan nationals paroled into the U.S. as part of OAW, including individualized counseling whenever an Afghan national who has yet to complete the medical requirements is identified:

1. USCIS External Affairs Directorate will further amplify its already existing public information campaign regarding the importance of compliance, which will include updates to existing webpages and providing existing information sheets to Afghan nationals whenever public forums involving the Afghan community are held, such as Welcome Centers.

2. USCIS Field Operations Directorate will continue to issue Requests for Evidence to Afghan nationals paroled into the U.S. as part of OAW who have applied for Adjustment of Status in the U.S. and are determined to have not yet fulfilled the medical conditions of their parole.  In completing the medical exam required for adjustment of status, the Afghan national will have complied with the medical conditions placed on their parole.

3. USCIS Asylum Division will instruct its Asylum Officers to ask Afghan nationals paroled into the U.S. as part of OAW who have applied for asylum in the U.S. whether they have completed the conditions of their parole into the U.S. and, in any circumstance where it is determined that it is unclear if they have complied, the Asylum Officer will remind the Afghan national of the conditions placed on their parole and provide them an Information Sheet reminding Afghan nationals paroled into the U.S. of the obligation to complete the required vaccinations and medical screening.

4. Should an Afghan paroled pursuant to OAW apply for re-parole, they will be notified of the requirement to complete the medical conditions of their parole if they have not yet done so, referring them to the USCIS.gov site to attest to the

7



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

satisfaction of those conditions once they have obtained the required vaccinations and tuberculosis screening.

5. ICE Enforcement and Removal Operations will establish procedures to provide counseling on parole requirements upon encounter to Afghan nationals paroled into the United States as part of OAW, who independently departed safe havens between August 25, 2021, and September 6, 2021, have not yet completed their medical requirements, and were not on the IDTF's list of parolees to contact.

Estimated Completion Date:  December 30, 2022.

8

Plaintiffs' Combined MSJ Exhibits - Page 87



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

**Appendix C**
**Office of Inspections and Evaluations Major Contributors to This Report**

Tatyana Martell, Chief Inspector
Seth Winnick, Chief Inspector
Lorraine Eide, Lead Inspector
Gregory Flatow, Lead Inspector
Stephanie Murguia, Inspector
Lisa Knight, Communications Analyst
Anthony Crawford, Independent Referencer

Plaintiffs' Combined MSJ Exhibits - Page 88



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

**Appendix D**
**Report Distribution**

**Department of Homeland Security**

Secretary
Deputy Secretary
Chief of Staff
Deputy Chiefs of Staff
General Counsel
Executive Secretary
Director, GAO/OIG Liaison Office
Under Secretary for Office of Strategy, Policy and Plans
Assistant Secretary for Office of Public Affairs
Assistant Secretary for Office of Legislative Affairs

**Office of Management and Budget**

Chief, Homeland Security Branch
DHS OIG Budget Examiner

**Congress**

Congressional Oversight and Appropriations Committees

## Additional Information and Copies

To view this and any of our other reports, please visit our website at: www.oig.dhs.gov.

For further information or questions, please contact Office of Inspector General Public Affairs at: DHS-OIG.OfficePublicAffairs@oig.dhs.gov.
Follow us on Twitter at: @dhsoig.



## OIG Hotline

To report fraud, waste, or abuse, visit our website at www.oig.dhs.gov and click on the red "Hotline" tab. If you cannot access our website, call our hotline at (800) 323-8603, fax our hotline at (202) 254-4297, or write to us at:

Department of Homeland Security
Office of Inspector General, Mail Stop 0305
Attention: Hotline
245 Murray Drive, SW
Washington, DC 20528-0305

# EXHIBIT 9

**Homeland Security**

U.S. Department of Homeland Security

# DHS Announces Re-parole Process for Afghan Nationals in the United States

**Release Date:** June 8, 2023

WASHINGTON – Today, the Department of Homeland Security (DHS) announced a new process (https://www.uscis.gov/humanitarian/information-for-afghan-nationals/re-parole-process-for-certain-afghans) that will enable Afghan nationals to renew their parole and continue to live and work in the United States. The new process is streamlined and will be at no cost, and will provide for a two-year renewal of parole for qualifying individuals. This action is part of the Biden-Harris Administration's ongoing commitment to the safety, security, and well-being of the thousands of Afghan nationals who arrived in the United States through Operation Allies Welcome and Enduring Welcome.

"DHS is proud to have led Operation Allies Welcome and we are committed to supporting our Afghan allies as they continue to settle into their communities across the country," **said Secretary of Homeland Security Alejandro N. Mayorkas**. "Through this new streamlined and fee-exempt process, eligible Afghan nationals will be able to continue living and working here as they pursue a permanent status."

Afghan national who are currently parolees may now apply for a renewal of their parole and employment authorization through a new streamlined and fee-exempt application process that is available online and on paper and that uses Form I-131, Application for Travel Document. The renewal requests will be considered on a case-by-case basis for urgent humanitarian reasons and for a significant public benefit.

DHS will also consider a two-year extension of parole for those Afghan parolees who applied and continue to apply for asylum (Form I-589) or for adjustment of status to that of lawful permanent resident (Form I-485) (for example, adjustment of status as a special immigrant). The extensions will be considered on a case-by-case basis for urgent humanitarian reasons and for a significant public benefit. If an extension is approved, the applicant's original employment authorization will be extended and sent to the applicant's last address of record with USCIS.

The Administration has repeatedly put forward an adjustment act and publicly called on Congress to support a bipartisan adjustment act that would provide a durable, more streamlined immigration pathway for those currently in parole.

Afghan nationals are encouraged to pursue a permanent status in the United States for which they may be eligible, including through the Special Immigrant and asylum processes. On May 17, 2023, DHS began hosting Afghan Support Centers across the country – the first two were held in Phoenix and Tucson, Arizona, and the next Afghan Support Center will be held June 21-24 at the SAFE Credit Union Convention Center in Sacramento, California. U.S. government personnel and nongovernmental organizations at the Afghan Support Centers will provide information regarding immigration and social services available for those who arrived through Operation Allies Welcome and Enduring Welcome. Additional dates and locations for Afghan Support Centers will be announced in the coming weeks.

## Topics

CITIZENSHIP AND IMMIGRATION SERVICES (/TOPICS/CITIZENSHIP-AND-IMMIGRATION-SERVICES)
SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

## Keywords

OPERATION ALLIES WELCOME (/KEYWORDS/OPERATION-ALLIES-WELCOME)
U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) (/KEYWORDS/US-CITIZENSHIP-AND-IMMIGRATION-SERVICES-USCIS)

Last Updated: 06/08/2023

Plaintiffs' Combined MSJ Exhibits - Page 92

# EXHIBIT 10

10/15/24, 1:5 PM    Re-Parole Process for Certain Afghans Nationals    Case 6:24-cv-00306-JCB    Document 79-1    Filed 10/19/24    Page 93 of 248 PageID #: 1725

Plaintiffs' Combined MSJ Exhibits - Page 93



**U.S. Citizenship and Immigration Services**

MENU

[Home](#) > [Humanitarian](#) > [Information for Afghan Nationals](#) > Re-Parole Process for Certain Afghans Nationals

# Re-Parole Process for Certain Afghans Nationals

ℹ **ALERT:** We will automatically consider you for re-parole (an additional period of parole) on a case-by-case basis if you are an Afghan national and you:

- Were under age 14 years on Sept. 26, 2023;
- Were paroled into the United States between July 30, 2021, and Sept. 30, 2022; and
- Were paroled with an OAR or PAR class of admission.

We also will automatically consider you for re-parole on a case-by-case basis if you are an Afghan national and you:

- Are age 14 years or older on Sept. 26, 2023;
- Were paroled into the United States with an OAR or PAR class of admission;
- Have a pending [Form I-589, Application for Asylum and for Withholding of Removal](#), or [Form I-485, Application to Register Permanent Residence or Adjust Status](#); and
- Filed Form I-589 or Form I-485 before your initial parole expired.

If you are an Afghan national and you want re-parole, but you do not meet these conditions, we will not consider you for re-parole automatically. You must file [Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records](#), to apply for re-parole before your parole period expires. We encourage you to file Form I-131 using an online account. Please see the [Re-Parole Process for Certain Afghans](#) webpage for more information about filing online.

ℹ **ALERT:** The Office of Refugee Resettlement (ORR) has issued [updated guidance](#) clarifying that ORR benefits and services will be available to eligible Afghan parolees who have a pending re-parole application, a pending asylum application, or a pending adjustment of status application with USCIS. This guidance applies to eligible Afghan parolees whose initial period of parole expires while their applications are pending with USCIS.

We will accept and consider, on a case-by-case basis, re-parole requests under section 212(d)(5) of the Immigration and Nationality Act (INA) from certain noncitizen Afghan nationals. You can file either:

Need Help? Chat with Emma™

- Were initially paroled into the United States with an "OAR" or "PAR" class of admission on their Form I-94, Arrival/Departure Record (even if they subsequently traveled with advance parole and received a different class of admission when they were paroled back into the United States); or

- Their Form I-94 class of admission has been updated to "OAR" or "PAR." *

For information regarding fees and fee exemptions, please see Form G-1055.

Through Jan. 31, 2025, these re-parole requests (**from self-petitioners only**) are exempt from:

- The Form I-131 filing fee to apply for re-parole;

- The filing fee for the associated Form I-765, Application for Employment Authorization; and

- The requirement to file Form I-134, Declaration of Financial Support, with Form I-131.

For information regarding fees and fee exemptions, please see Form G-1055.

*Individuals who received their Form I-94 from U.S. Customs and Border Protection (CBP) when they were paroled into the United States should visit the CBP Form I-94 website to view and print a copy of their current Form I-94, which will be updated if their request for re-parole is approved. CBP has instructions in English (PDF), Dari (PDF), and Pashto (PDF) on how to look up your Form I-94.

Before you file a request for re-parole, you may need to contact CBP to update your class of admission, if you did not receive an "OAR" or "PAR" class of admission on your Form I-94 and you:

- Are an Afghan national who was paroled into the United States between July 31, 2021, and Sept. 30, 2023;

- Were paroled into the United States after Sept. 30, 2023, and are the spouse or child of an individual paroled into the United States between July 31, 2021, and Sept. 30, 2023; **or**

- Are the parent or legal guardian of an individual who was paroled into the United States between July 31, 2021, and Sept. 30, 2023, as an unaccompanied child.

To contact CBP, go to CBP's I-94 OAW Questions webpage. At the top of the question form there is a "Topic" drop-down menu; select "I-94/Traveler Compliance." Next, for the "Applicable Issue" drop-down menu, select "Operation Allies Refuge (OAR/OAW)."

↗ Close All   ↗ Open All

---

If You Apply for Asylum or a Green Card                                    ⌄

---

Mental Health and Emotional Support                                        ⌄

---

Re-parole Videos                                                           ⌄

---

Applying Online: How to Self-Petition for Fee-Exempt Re-Parole and an
Employment Authorization Document (EAD) at the Same Time                   ⌄

---

Applying by Paper: How to Apply for Fee-Exempt Re-Parole and Request a Fee-Exempt Employment Authorization Document (EAD)  ⌄

---

Submitting Identity Documents  ⌄

---

Filing Fee  ⌄

---

Social Security Number and Card  ⌄

---

Actions to take if you are filing for fee-exempt re-parole and EAD on or a er June 8, 2023  ⌄

---

Actions to take if you filed for re-parole before June 8, 2023  ⌄

---

Additional Information and FAQs  ⌄

---

↗ Close All    ↗ Open All

Last Reviewed/Updated: 10/11/2024

# EXHIBIT 11

# Fees for Visa Services

[Coming to the United States Temporarily - Nonimmigrant Visa Services](#)
[Coming to the United States Permanently - Immigrant Services](#)
[Special Visa Services](#)

This webpage lists visa application fees and other visa related fees collected by Department of State. Note that many immigration-related forms are submitted to the Department of Homeland Security's United States Citizenship and Immigration Services (USCIS), and not to the Department of State. If the type of information or form you are seeking is not shown here, select [USCIS Forms and Fees](#)⧉ to go to the USCIS Website to review more.

## Coming to the United States Temporarily - Nonimmigrant Visa Services

Nonimmigrant visa application processing fees are tiered, as shown below, based on the visa category for which you are applying.

**Notice:** Every visa applicant must pay the visa application processing fee for the visa category being applied for, unless the application fee is not required, as listed [below](#).

## Description of Service and Fee Amount (All fees = $ in US currency)

**Nonimmigrant visa application processing fee (non-refundable) for all categories below**

- Non-petition-based nonimmigrant visa (except E): **$185.00**

Includes (but not limited to), the following visa categories:

| B | Visitor Visa: Business, Tourism, Medical treatment |
|---|---|
| C-1 | Transiting the United States |
| D | Crewmembers - Airline, Ship |
| F | Student, Academic |
| I | Media and Journalists |

| J | Exchange Visitors

*Applicants for J visas participating in official U.S. Government-sponsored educational and cultural exchanges: **No Fee** (See Exchange Visitor Visas for further detailed fee information.) |
|---|---|
| M | Students, Vocational |
| TN/TD | NAFTA Professionals |
| S | Witness or Informant* |
| T | Victim of Trafficking in Persons* |
| U | Victim of Criminal Activity* |

*Though petition-based nonimmigrant visas, the processing fee for these visas is $185.00

- Petition based visa categories: **$205.00**

Includes these visa categories:

| H | Temporary Workers/Employment or Trainees |
|---|---|
| L | Intracompany Transferees |
| O | Persons with Extraordinary Ability |
| P | Athletes. Artists & Entertainers |
| Q | International Cultural Exchange |
| R | Religious Worker |

- E - Treaty Trader/Investor, Australian Professional Specialty category visa: **$315.00**
- K – Fiancé(e) or Spouse of U.S. citizen category visa: **$265.00**

## Border crossing card fees

- Border crossing card - age 15 and over (Valid 10 years): **$185.00**
- Border crossing card - under age 15; for Mexican citizens if parent or guardian has or is applying for a border crossing card (valid 10 years or until the applicant reaches age 15, whichever is sooner): **$15.00**

## Other Fees

- L visa fraud prevention and detection fee - for visa applicant included in L blanket petition (principal

- The Consolidated Appropriations Act of 2016 (Public
Law 114-113) increases fees for certain H-1B and L-1
petitioners.  Consular sections collect this fee for
blanket L-1 visa applications (principal applicant
only) filed by petitioners who employ 50 or more
individuals in the United States if more than 50
percent of those individuals are in H-1B or L-1
nonimmigrant status: **$4,500.00**

### When the nonimmigrant visa application processing fee is not required:

- Applicants for A, G, C-2, C-3, NATO, and diplomatic
visas (defined in 22 CFR 41.26): **No Fee**
- Applicants for J visas participating in official U.S.
Government-sponsored educational and cultural
exchanges: **No Fee** (See Exchange Visitor Visas for
further detailed fee information.)
- Replacement of machine-readable visa when the
original visa was not properly affixed or needs to be
reissued through no fault of the applicant: **No Fee**
- Applicants exempted by international agreement as
determined by Visa Services, including members and
staff of an observer mission to United Nations
Headquarters recognized by the UN General
Assembly, and their immediate families: **No Fee**
- Applicants travelling to provide charitable services as
determined by
Visa Services: **No Fee**
- U.S. government employees travelling on official
business: **No Fee**
- A parent, sibling, spouse or child of a U.S.
government employee killed in the line of duty who is
traveling to attend the employee's funeral and/or
burial; or a parent, sibling, spouse, son or daughter of
a U.S. government employee critically injured in the
line of duty for visitation during emergency treatment
and convalescence: **No Fee**

### Nonimmigrant visa issuance fee, including border-crossing cards.

- See the Visa Reciprocity Tables to find out the visa
issuance fee amount, if applicable:  Fee varies
(Reciprocal)

(Reciprocal)

**When the nonimmigrant visa issuance fee is not required:**

- An official representative of a foreign government or an international or regional organization of which the United States is a member; members and staff of an observer mission to United Nations Headquarters recognized by the UN General Assembly; and applicants for diplomatic visas as defined under item 22(a); and their immediate families: **No Fee**
- An applicant transiting to and from the United Nations Headquarters: **No Fee**
- An applicant participating in a U.S. government sponsored program which may include applicant's dependent spouse and children: **No Fee**
- An applicant travelling to provide charitable services as determined by Visa Services: **No Fee**

**Other - When a Visa is Not Required - Visa Waiver Program**

- Citizens of Visa Waiver Program participating countries, and meeting requirements pay a small fee. Select USCIS fees⧉ to learn more.

**Coming to the United States Permanently - Immigrant Services**

Immigrant visa application processing fees are tiered, as shown below, based on the visa category you apply for.

Notice: Every visa applicant must pay the visa application processing fee for the visa category being applied for.

**Description of Service and Fee Amount (All fees = $ in US currency)**

**Filing an Immigrant Visa Petition** (When collected by U.S. Embassies and Consulates for USCIS. Fees subject to change.)

| | |
|---|---|
| Immigrant petition for relative (I-130) | $675.00 |
| Orphan (intercountry adoption) immediate relative petition (I-600, I-800) | $775.00 |

Plaintiffs' Combined MSJ Exhibits - Page 101

**Immigrant Visa Application Processing Fees (non-refundable, per person)**

| | |
|---|---|
| [Immediate relative and family preference applications](#) (processed on the basis of an approved I-130, I-600 or I-800 petition) | $325.00 |
| [Employment-based applications](#) (processed on the basis of an approved I-140 or I-526 petition) | $345.00 |
| [Other immigrant visa applications](#) (including approved I-360 self-petitioners, special immigrant visa applicants, returning resident (SB-1) applicants, and all others, except DV program selectees) | $205.00 |
| Certain Iraqi and Afghan special immigrant visa applications | No Fee |

**Other Fees**

| | |
|---|---|
| Diversity Visa Lottery fee (per person applying as a DV program selectee for a [DV category immigrant visa](#)) | **$330.00** |
| Affidavit of Support Review (only when reviewed domestically) | **$120.00** |

**Note:** Forms and fee amounts are listed for immigration petitions which are submitted to Department of State, either accepted at a U.S. Embassy or Consulate abroad, or within the United States to the National Visa Center or Kentucky Consular Center. Other immigration related forms can only be approved by the Department of Homeland Security's United States Citizenship and Immigration Services (USCIS). For other fees (relating to forms starting with an "I" select [USCIS Forms and Fees](#) for additional information.

**Special Visa Services**

**Description of Service and Fee Amount (All fees = $ in US currency)**

| | |
|---|---|
| Application for Determining Returning Resident Status, [Form DS-117](#) | **$180.00** |
| Transportation letter for Legal Permanent Residents of the United States | **$575.00** |
| [Application for Waiver](#) of two-year residency | |

| | |
|---|---|
| Application for Waiver of two year residency requirement, J Waiver, Form DS-3035 | $120.00 |
| Application for Waiver of visa ineligibility, Form I-601 (Collected for USCIS and subject to change) | $930.00 |
| Refugee or significant public benefit parole case processing | No Fee |

**Note:**  These fee charts are based on the Code of Federal Regulations - Title 22, Part 22, Sections 22.1 through 22.7.)

Plaintiffs' Combined MSJ Exhibits - Page 103

# EXHIBIT 12

Plaintiffs' Combined MSJ Exhibits - Page 104

# DS-260
# IV Application

# **SAMPLE**

October 2019



Bureau of Consular Affairs
Consular Systems and Technology

Plaintiffs' Combined MSJ Exhibits - Page 105

# Sign In Page



Plaintiffs' Combined MSJ Exhibits - Page 106

# Sign In Page



## Contact Us

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Immigrant Visa

## Sign In

Welcome to the Consular Electronic Application Center – Immigrant/Diversity Visa portal. To access your case, please enter your case number below.

**Please do not use the browser's back or refresh buttons while using the CEAC site. Instead, use the navigation links on the page. You will lose information if you use the browser's back or refresh button, and will need to log back into the application.**

Case Number

Enter the Invoice ID Number that the National Visa Center sent you

I am the
-- SELECT ONE --                                              ▼



Enter the characters as shown:

**Continue**

**Important: Before You Begin**

Browser Requirements

\*\*Please be patient. Download times may vary depending on your internet connection speed.\*\*



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information 🗗    Disclaimers 🗗                                                    (126)

3

Plaintiffs' Combined MSJ Exhibits - Page 107

# Sign In Page



## U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Contact Us

**Immigrant Visa**

## Sign In



Welcome to the Consular Electronic Application Center – Immigrant/Diversity Visa portal. To access your case, please enter your case number below.

**Please do not use the browser's back or refresh buttons while using the CEAC site. Instead, use the navigation links on the page. You will lose information if you use the browser's back or refresh button, and will need to log back into the application.**

Case Number

[                    ]

Enter the Invoice ID Number that the National Visa Center sent you

00002754823

I am the

| -- SELECT ONE -- |
|---|
| -- SELECT ONE -- |
| APPLICANT |
| ATTORNEY |
| PETITIONER |
| THIRD-PARTY AGENT |

Enter the characters as shown:

[                    ]

**Important: Before You Begin**

Browser Requirements

**Please be patient. Download times may vary depending on your internet connection speed.**

[ Continue ]



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information    Disclaimers

(134)

4

Plaintiffs' Combined MSJ Exhibits - Page 108

# Summary Information Page

### Example of a piVot case Summary page.



# Getting Started Page – Immigration Visa and Alien Registration Application





# Personal Information 1 Page

Displayed for all applicants. Answered 'No' to the question "Have you ever used other names (i.e., maiden, religious, professional, alias, etc.)?".



Plaintiffs' Combined MSJ Exhibits - Page 111

# Personal Information 1 Page

Displayed for all applicants. Answered 'Yes' to the question 'Have you ever used other names (i.e., maiden, religious, professional, aliases, etc.)?'.



# Personal Information 2 Page

Displayed for all applicants. Answered "Passport" for "Document Type".  Answered 'No' to the question 'Do you hold or have you held any nationality other than the one you have indicated above?'.



10

# Personal Information 2 Page

Displayed for all applicants. Answered "Other Travel Document" for "Document Type'". Answered 'Yes' to the questions 'Do you hold or have you held any nationality other than the one indicated in question above on nationality?' and 'answer "No" to the question " Do you hold a passport for the other nationality above?'.





11

Plaintiffs' Combined MSJ Exhibits - Page 115

# Personal Information 2 Page

Displayed for all applicants. Answered "Other Travel Document" for "Document Type".  Answered 'Yes' to the questions 'Do you hold or have you held any nationality other than the one indicated in question above on nationality?' and 'Do you hold a passport for the other nationality above?'.

# Personal Information 2 Page





# Present and Previous Address Information Page

Displayed for all applicants. All questions answered 'No'. Please note sections added for Additional Telephone and Email Address. Additional field for Social Media and Other Social Media.



# Present and Previous Address Information Page

Displayed for all applicants. All questions answered 'Yes'. Please note sections added for Additional Telephone and Email Address. Additional field for Social Media and Other Social Media.



Page Continued



Page Continued

## Social Media

Select from the list below each social media platform you have used within the last five years. In the space next to the platform's name, enter the username or handle you have used on that platform. Please do not provide your passwords. If you have used more than one platform or more than one username or handle on a single platform, click the 'Add Another' button to list each one separately. If you have not used any of the listed social media platforms in the last five years, select 'None.'

**Social Media Provider/Platform**
ASK.FM

**Social Media Identifier**
TESTID1

⦿ Add Another     ⊟ Remove

### Help: Social Media

Enter information associated with your online presence, including the types of online providers/platforms, applications, and websites that you use to collaborate, share information, and interact with others. List the username, handle, screenname, or other identifiers associated with your social media profile. You do not need to list accounts designed for use by multiple users within a business or other organization.

## Other Social Media

Do you wish to provide information about your presence on any other websites or applications you have used within the last five years to create or share content (photos, videos, status updates, etc.)?

**A:** ⦿ Yes  ◯ No

Please provide the name of the platform and the associated unique social media identifier (username or handle) for each social media platform you would like to list. This does not include private messaging on person-to-person messaging services, such as WhatsApp.

**Other Social Media Provider/Platform**
SOCIAL2

**Other Social Media Identifier**
SOCIALID2

⦿ Add Another     ⊟ Remove

Please provide the name of the platform and the associated unique social media identifier (username or handle) for each social media platform you would like to list. This does not include private messaging on person-to-person messaging services, such as WhatsApp.

**Other Social Media Provider/Platform**
SOCIAL3

**Other Social Media Identifier**
SOCIALID3A

⦿ Add Another     ⊟ Remove

◀ Back: Personal     🖫 Save     Next: Mailing/Permanent ▶



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information ⧉   Disclaimers ⧉   Paperwork Reduction Act and Confidentiality Statement ⧉     (148)

17

# Mailing and Permanent Address Page

Displayed for all applicants who do not list "United States of America" as their Present Address Country/Region. All questions answered 'Yes'.



Plaintiffs' Combined MSJ Exhibits - Page 122

# Mailing and Permanent Address Page

Displayed for all applicants who do not list "United States of America" as their Present Address Country/Region.. All questions answered 'No'.



Plaintiffs' Combined MSJ Exhibits - Page 123

# Mailing and Permanent Address

Displayed for all applicants who list "United States of America" as their Present Address Country/Region. .
All questions answered 'Yes'.



Plaintiffs' Combined MSJ Exhibits - Page 125

# Mailing and Permanent Address Page

Displayed for all applicants who list "United States of America" as their Present Address Country/Region. Answered 'No' to the question 'Is this address where you want your Permanent Residence Card (Green Card) mailed?'.



# Family Information: Parents Page

Displayed for all applicants.



# Family Information: Parents Page

Displayed for all applicants.   Answers to all questions are "Yes".



Plaintiffs' Combined MSJ Exhibits - Page 129

# Family Information: Parents Page

Displayed for all applicants. Answers to all questions are "No".



# Family Information: Parents Page



Displayed for all applicants. Answered 'Yes' to "Is your father/mother still living?" and answered 'No' to the question "If your mother's address the same as your father's?"

# Family Information: Parents Page

Displayed for all applicants. Answered 'Do Not Know' to the questions 'Surname' and 'Given Name'.



# Family Information: Spouse Page

Displayed for applicants who indicate they are currently married or separated. Answered 'No' to the question 'Is your spouse immigrating to the U.S. with you?'.



Plaintiffs' Combined MSJ Exhibits - Page 133

# Family Information: Spouse Page

Displayed for applicants who indicate they are currently married or separated. Answered 'Yes' to the question 'Is your spouse immigrating to the U.S. with you?'.



# Family Information: Spouse Page

Displayed for applicants who indicate they are currently married or separated. Selected 'Same as Present Address' and 'Not Employed' for 'Occupation'.



# Family Information: Spouse Page

Displayed for applicants who indicate they are currently married or separated. Selected 'Other (Specify Address)' for 'Spouse's Address' and 'Other' for 'Occupation'.



# Family Information: Previous Spouse Page



# Family Information: Previous Spouse Page

Displayed for all applicants. Answered 'No' to the question 'Do you have any previous spouses?'.

Displayed for all applicants. Answered 'Yes' to the question 'Do you have any previous spouses?'.
Answered 'Other' to the question 'How was your marriage terminated?'.



Displayed for all applicants. Answered 'No' to the question 'Do you have any children?'.



Displayed for all applicants. Answered 'Yes' to all questions.

Plaintiffs' Combined MSJ Exhibits - Page 139



| Home | Contact Us | Help | Sign Out |

## U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

| COMPLETE | REVIEW | SIGN |

Online Immigrant Visa and Alien Registration Application (DS-260)

✔ Getting Started
✔ Personal
✔ Address and Phone
Family ▶
   Parents
   Spouse
   Previous Spouse
▪ Children
Previous U.S. Travel
Work / Education / Training
Petitioner
Security and Background
Social Security Number

# Family Information: Children

NOTE: The Immigration and Nationality Act (INA) does not allow derivative status to family members of immediate relatives. For example, IR1, CR1, IR2, CR2 and IR5 classifications are immediate relative visa categories. The petitioner must file separate immediate relative petitions for the spouse, each child and each parent.

**Q:** Do you have any children?

**A:** ⦿ Yes ◯ No

Number of Children: [ ]

Provide the following information on each of your children (this includes all natural children, adopted children, and step children).

**Child 1**

Surnames
[ ]

Given Names
[ ]

Date of Birth
[ ▾ ] [ ▾ ] [ ]
(Format: DD-MMM-YYYY)

Place of Birth

City
[ ]
☐ Do Not Know

State/Province
[ ]
☐ Does Not Apply

Country/Region
[ - SELECT ONE - ▾ ]

**Q:** Does this child live with you?

**A:** ⦿ Yes ◯ No

**Q:** Is this child immigrating to the U.S. with you?

**A:** ⦿ Yes ◯ No

✚ Add Another     ⚊ Remove

### Help: Children Information

The Immigration and Nationality Act (INA) does not allow derivative status for family members of immediate relatives. IR1, CR1, IR2, CR2 and IR5 classifications are immediate relative visa categories. If you have questions about whether or not your child is allowed to immigrate to the U.S. with you or is allowed to follow to join in the U.S., please see travel.state.gov for more information.

◀ Back: Previous Spouse     🖫 Save     Next: Previous U.S. Travel ▶



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information ⧉    Disclaimers ⧉    Paperwork Reduction Act and Confidentiality Statement ⧉

36

Displayed for all applicants. Answered 'Yes' to the question 'Do you have any children?'. Answered 'No' to the question 'Is this child immigrating to the U.S. with you?'.





37

# Previous U.S. Travel Information Page

Displayed for all applicants. All questions are answered 'No'.



# Previous U.S. Travel Information Page

### Displayed for all applicants that answer 'Yes.'



Plaintiffs' Combined MSJ Exhibits - Page 143

# Present Work/Education/Training Information Page

Displayed for all applicants over the age of 14



# Present Work/Education/Training Information Page

Displayed for all applicants over the age of 14. Primary Occupation and 'In which occupation do you intend to work in the U.S.?' is 'Agriculture', 'Business', 'Communications', 'Computer Science', 'Culinary/Food Services', 'Education', 'Engineering', 'Government', 'Homemaker', 'Legal Profession', 'Medical/Health', 'Military', 'Natural Science', 'Physical Sciences', 'Religious Vocation', 'Research', 'Social Science', or 'Student'. Answer to 'Do you have other occupations?' is 'No'.



Displayed for all applicants over the age of 14. Primary Occupation and 'In which occupation do you intend to work in the U.S.?' is 'Agriculture', 'Business', 'Communications', 'Computer Science', 'Culinary/Food Services', 'Education',

Plaintiffs' Combined MSJ Exhibits - Page 145

# Present Work/Education/Training Information Page

'Engineering', 'Government', 'Homemaker', 'Legal Profession', 'Medical/Health', 'Military', 'Natural Science', 'Physical Sciences', 'Religious Vocation', 'Research', 'Social Science', or 'Student'.  Answer to 'Do you have other occupations?' is 'Yes' and 'Other Occupation' is not 'Other' or 'Homemaker'.



Displayed for all applicants. Primary Occupation and 'In which occupation do you intend to work in the U.S.?' is

# Present Work/Education/Training Information Page

'Agriculture', 'Business', 'Communications', 'Computer Science', 'Culinary/Food Services', 'Education', 'Engineering', 'Government', 'Homemaker', 'Legal Profession', 'Medical/Health', 'Military', 'Natural Science', 'Physical Sciences', 'Religious Vocation', 'Research', 'Social Science', or 'Student'.  Answer to 'Do you have other occupations?' is 'Yes' and 'Other Occupation' is 'Homemaker'.



# Present Work/Education/Training Information Page

Displayed for all applicants over the age of 14. . Primary Occupation and 'In which occupation do you intend to work in the U.S.?' is 'Other'.



# Present Work/Education/Training Information Page

Displayed for all applicants. Primary Occupation and 'In which occupation do you intend to work in the U.S.?' is 'Not Employed'.



Displayed for all applicants over the age of 14. Primary Occupation and 'In which occupation do you intend to work in the U.S.?' is 'Homemaker' or 'Retired'.

45

# Present Work/Education/Training Information Page



Displayed for all applicants over the age of 14. Primary Occupation and 'In which occupation do you intend to work in the U.S.?' is 'Homemaker' or 'Retired'.

46

# Present Work/Education/Training Information Page





This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information 🗗  Disclaimers 🗗  Paperwork Reduction Act and Confidentiality Statement 🗗

# Present Work/Education/Training Information Page

Displayed only for Diversity Visa (DV) principal applicants when Primary Occupation is not "HOMEMAKER", "NOT EMPLOYED" or "STUDENT".





48

# Present Work/Education/Training Information Page



Displayed only for Diversity Visa (DV) principal applicants when Primary Occupation is not "HOMEMAKER", "NOT EMPLOYED" or "STUDENT".  Answer to "Do you have other occupations?" is "Yes".

# Present Work/Education/Training Information Page



Displayed only for  Diversity Visa (DV) principal applicants when Primary Occupation is not    "HOMEMAKER", "NOT EMPLOYED" or "STUDENT".
Answer to "Do you have        other occupations?"      is
"Yes".  Other  Occupation is "OTHER".

# Previous Work/Education/Training Information Page

Displayed for all applicants who meet one of the following criteria:
•The applicant is male and age is between 14 and 60
•The applicant is over the age of 14 and is from Burma, China, Cuba, India, Iran, North Korea, Pakistan, Saudi Arabia,
Sudan, Syria, or Stateless
•The applicant is retired, not employed, or is a homemaker
•The applicant is a principal applicant and is applying for any of the following visa classes: E11, E12, E13, E21, E31, E32, EW3, SD1, SR1, SE1, C51, T51, SI1, SQ1, SF1, SG1, SH1, SJ1, SK1, SN1, R51, and I51, DV-1.

The answer to both questions is 'No'.



Displayed for all applicants who meet one of the following criteria:

51

# Previous Work/Education/Training Information Page

- The applicant is male and age is between 14 and 60
- The applicant is over the age of 14 and is from Burma, China, Cuba, India, Iran, North Korea, Pakistan, Saudi Arabia, Sudan, Syria, or Stateless
- The applicant is retired, not employed, or is a homemaker
- The applicant is a principal applicant and is applying for any of the following visa classes: E11, E12, E13, E21, E31, E32, EW3, SD1, SR1, SE1, C51, T51, SI1, SQ1, SF1, SG1, SH1, SJ1, SK1, SN1, R51, and I51, DV-1.

Answer to both questions is 'Yes'.



# Previous Work/Education/Training Information Page

Displayed for all applicants who selected 'Afghanistan' for 'Nationality' and is over the age of 14. The answer to



both questions is 'Yes'.

Plaintiffs' Combined MSJ Exhibits - Page 157

# Previous Work/Education/Training Information Page

Displayed for all applicants who selected 'Iraq' for 'Nationality' and is over the age of 14. . The answer to both

# Previous Work/Education/Training Information Page



questions is 'Yes'.

Plaintiffs' Combined MSJ Exhibits - Page 159

# Previous Work/Education/Training Information Page

Displayed for all DV principal applicants who answer "Yes" to the first question and "No" to the other questions on the page.

# Previous Work/Education/Training Information Page



# Previous Work/Education/Training Information Page

answer "Yes" to all questions on the page.



# Additional Work/Education/Training Information Page

Displayed for all applicants who are 14 years or older. The answer to the question is unanswered.  No additional questions are triggered if answered 'No'.



Displayed for all applicants who are 14 years or older. The answer to the question is 'Yes'.

# Additional Work/Education/Training Information Page



# Additional Work/Education/Training Information Page

Displayed for all applicants who selected 'Iraq' for 'Nationality' or 'Other Nationality, is 14 years or older, and is Male. Answers to questions are 'No'.



Displayed for all applicants who meet one of the following two criteria:

•The applicant is Male and age is between 14 and 60 and Nationality (or Other Nationality) is NOT AFGHANISTAN, BURMA, CHINA, CUBA, INDIA, IRAQ, IRAN, NORTH KOREA, PAKISTAN, SAUDI ARABIA,  SUDAN, SYRIA, OR STATELESS

•The applicant is 14 years or older and Nationality (or Other Nationality) is AFGHANISTAN, BURMA, CHINA, CUBA, INDIA, IRAN, NORTH KOREA, PAKISTAN, SAUDI ARABIA, SUDAN, SYRIA, OR STATELESS.

•The applicant is 14 years or older, Nationality is IRAQ, and is Female.

Answers to questions are 'No'.

Plaintiffs' Combined MSJ Exhibits - Page 165

# Additional Work/Education/Training Information Page



Displayed for all applicants who meet one of the following two criteria:    •The applicant is Male and age is between 14 and 60 and Nationality (or Other Nationality) is NOT
AFGHANISTAN, BURMA, CHINA,
CUBA, INDIA, IRAQ, IRAN, NORTH
KOREA, PAKISTAN, SAUDI ARABIA,  SUDAN, SYRIA, OR STATELESS
•The applicant is 14 years or older and
Nationality (or Other Nationality) is
AFGHANISTAN, BURMA, CHINA,
CUBA, INDIA, IRAQ, IRAN, NORTH  KOREA, PAKISTAN, SAUDI ARABIA, SUDAN, SYRIA, OR
STATELESS.

Answers to questions are 'Yes'.  Part 1

# Additional Work/Education/Training Information Page



Part 2

63

# Additional Work/Education/Training Information Page



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information ⧉   Disclaimers ⧉   Paperwork Reduction Act and Confidentiality Statement ⧉

# Additional Work/Education/Training Information Page

Displayed for all applicants who meet one of the following two criteria:    •The applicant is Male and age is between 14 and 60 and Nationality (or Other Nationality) is
NOT AFGHANISTAN,
BURMA, CHINA, CUBA,
INDIA, IRAQ, IRAN,
NORTH KOREA,
PAKISTAN, SAUDI
ARABIA, SUDAN,
SYRIA, OR STATELESS
•The applicant is 14 years or older and Nationality (or Other Nationality) is
AFGHANISTAN,
BURMA, CHINA, CUBA,
INDIA, IRAQ, IRAN,
NORTH KOREA,
PAKISTAN, SAUDI ARABIA, SUDAN, SYRIA, OR STATELESS.

'Iraq' is selected for
'Name of Country/Region'.  Answers to questions are 'No' except for 'Have you ever served in the military?'.
'Name of
Country/Region' is 'Iraq'.

# Additional Work/Education/Training Information Page





66

# Petitioner Information Page

Displayed for all applicants.



Displayed for all applicants. Answered 'Father' to 'Petitioner is my'.  The same questions display if 'Mother',  'Brother', 'Sister', 'Spouse', 'Child', 'Stepfather', 'Stepmother', 'Uncle', 'Aunt', 'Grandparent', or 'In-law' is selected.

67

# Petitioner Information Page



Displayed for all applicants. Answered 'Employer' to the question 'Petitioner is my'. The same questions display if 'Prospective Employer' is selected. If 'Other' is selected, an additional 'Specify Other' box is displayed.



# Petitioner Information Page



Displayed for all applicants. Answered 'Self' to the question 'Petitioner is my'.

# Petitioner Information Page



Plaintiffs' Combined MSJ Exhibits - Page 174

# Security and Background: Medical and Health Information Page

Displayed for all applicants. Answers to questions are 'No'.

Home | Contact Us | Help | Sign Out

## U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

| COMPLETE | REVIEW | SIGN |

Online Immigrant Visa and Alien Registration Application (DS-260)

# Security and Background: Medical and Health Information

Getting Started

Personal

Address and Phone

Family

Previous U.S. Travel

Work / Education / Training

Petitioner

Security and Background

Medical and Health

Criminal

Security 1

Security 2

Immigration Law Violations 1

Miscellaneous 1

Miscellaneous 2

Social Security Number

NOTE: Provide the following security and background information. Provide complete and accurate information to all questions that require an explanation. A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you? A YES answer does not automatically signify ineligibility for a visa. **Please note that should you answer Yes to any of the following questions, you may be requested to provide documentation to support your explanation.**

**Q:** Do you have a communicable disease of public health significance such as tuberculosis (TB)?

**A:** ○ Yes  ● No

**Q:** Do you have documentation to establish that you have received vaccinations in accordance with U.S. law?

**A:** ○ Yes  ● No

Explain

**Q:** Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others?

**A:** ○ Yes  ● No

**Q:** Are you or have you ever been a drug abuser or addict?

**A:** ○ Yes  ● No

◄ Back: Petitioner | 🖫 Save | Next: Criminal ►



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information 🗗   Disclaimers 🗗   Paperwork Reduction Act and Confidentiality Statement 🗗

72

# Security and Background: Medical and Health Information Page

Displayed for all applicants. Answers to questions are 'Yes'.



# Security and Background: Criminal Information Page

Displayed for all applicants. Answers to questions are 'No'.



Plaintiffs' Combined MSJ Exhibits - Page 178

# Security and Background: Criminal Information Page

Displayed for all applicants. Answers to questions are 'Yes'.

Plaintiffs' Combined MSJ Exhibits - Page 179

# Security and Background: Security Information 1 Page

Displayed for all applicants. Answers to questions are 'No'.

Plaintiffs' Combined MSJ Exhibits - Page 180



# Security and Background: Security Information 1 Page

Displayed for all applicants. Answers to questions are 'Yes'.



# Security and Background: Security Information 2 Page

Displayed for all applicants. Answers to questions are 'No'.



# Security and Background: Security Information 2 Page

Displayed for all applicants. Answers to questions are 'Yes'.

# Security and Background: Immigration Law Violation Information 1 Page

Displayed for all applicants who answered "No" to "Have you ever been to the U.S.?" on the Previous U.S. Travel page.





.

Plaintiffs' Combined MSJ Exhibits - Page 185

# Security and Background: Immigration Law Violation Information 1 Page

Displayed for all applicants who answered "No" to "Have you ever been to the U.S.?" on the Previous U.S. Travel page. Displayed when you answer 'Yes'.



Plaintiffs' Combined MSJ Exhibits - Page 186

# Security and Background: Immigration Law Violation Information 1 Page

Displayed for all applicants who answered 'Yes' to 'Have you ever been to the U.S.?' on the Previous U.S. Travel Page. Answers to questions are 'No'.



Plaintiffs' Combined MSJ Exhibits - Page 187

# Security and Background: Immigration Law Violation Information 1 Page

Displayed for all applicants who answered 'Yes' to 'Have you ever been to the U.S.?' on the Previous U.S. Travel page. Answers to questions are 'Yes'.

Part 1:



84

# Security and Background: Immigration Law Violation Information 1 Page



Plaintiffs' Combined MSJ Exhibits - Page 189

# Security and Background: Immigration Law Violation Information 2 Page

Displayed for all applicants who answered 'Yes' to 'Have you ever been to the U.S.?' on the Previous U.S. Travel page.  Answers to questions are 'No'.



# Security and Background: Immigration Law Violation

Displayed for all applicants who answered 'Yes' to 'Have you ever been to the U.S.?' on the Previous U.S. Travel page.  Answers to questions are 'Yes'.

86



# Security and Background: Miscellaneous Information 1 Page

Displayed for all applicants. Answers to questions are 'No'.



88

# Security and Background: Miscellaneous Information 1 Page

Displayed for all applicants. Answers to questions are 'Yes'.

Plaintiffs' Combined MSJ Exhibits - Page 193

# Security and Background: Miscellaneous Information 2 Page

Displayed for all applicants. Answers to questions are 'No'.

Home | Contact Us | Help | Sign Out

# U.S. DEPARTMENT of STATE
**CONSULAR ELECTRONIC APPLICATION CENTER**

| COMPLETE | REVIEW | SIGN |

Online Immigrant Visa and Alien Registration Application (DS-260)

## Security and Background: Miscellaneous Information 2

- ✔ Getting Started
- ✔ Personal
- ✔ Address and Phone
- ✔ Family
- ✔ Previous U.S. Travel
- ✔ Work / Education / Training
- ✔ Petitioner
- **Security and Background** ▶
- Medical and Health
- Criminal
- Security 1
- Security 2
- Immigration Law Violations 1
- Miscellaneous 1
- ■ Miscellaneous 2
- Social Security Number

NOTE: Provide the following security and background information. Provide complete and accurate information to all questions that require an explanation. A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you? A YES answer does not automatically signify ineligibility for a visa. **Please note that should you answer Yes to any of the following questions, you may be requested to provide documentation to support your explanation.**

**Q:** Are you a health care worker seeking to perform such work in the United States but have not yet received certification from the Commission on Graduates of Foreign Nursing Schools or from an equivalent approved independent credentialing organization?

**A:** ○ Yes ● No

**Q:** Are you permanently ineligible for U.S. citizenship?

**A:** ○ Yes ● No

**Q:** Have you ever departed the United States in order to evade military service during a time of war?

**A:** ○ Yes ● No

**Q:** Are you coming to the U.S. to practice polygamy?

**A:** ○ Yes ● No

**Q:** Are you a former exchange visitor (J) who has not yet fulfilled the two-year foreign residence requirement?

**A:** ○ Yes ● No

**Q:** Has the Secretary of Homeland Security of the United States ever determined that you knowingly made a frivolous application for asylum?

**A:** ○ Yes ● No

**Q:** Are you likely to become a public charge after you are admitted to the United States?

**A:** ○ Yes ● No

◀ Back: Miscellaneous 1 | 💾 Save | Next: Social Security Number ▶



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information ⧉  Disclaimers ⧉  Paperwork Reduction Act and Confidentiality Statement ⧉

91

Plaintiffs' Combined MSJ Exhibits - Page 195

# Security and Background: Miscellaneous Information 2 Page

Displayed for all applicants. Answers to questions are 'Yes'.



# Social Security Number Information Page

Displayed for all applicants. Answers to questions are 'No'.





# Social Security Number Information Page

Displayed for all applicants. Answers to questions are 'Yes'.





Plaintiffs' Combined MSJ Exhibits - Page 199

# Social Security Number Information Page

Displayed for all applicants. Answers to the first three questions are 'Yes' with the last question answered 'No'.



# Sign and Submit Page

Displayed for all applicants. Answered 'No' to the question 'Did anyone assist you in filling out this application?'.



Plaintiffs' Combined MSJ Exhibits - Page 201

# Sign and Submit Page

Displayed for all applicants. Answered 'Yes' to the question 'Did anyone assist you in filling out this application?'.



Plaintiffs' Combined MSJ Exhibits - Page 203

# Sign and Submit Page

Displayed for all applicants. Answered 'No' to the question 'Did anyone assist you in filling out this application?'. If you are from Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Egypt, Eritrea, Ethiopia, Gambia, Ghana, Guinea, Guinea-Bissau, Iraq, Kenya, Liberia, Mali, Mauritania, Niger, Nigeria, Senegal, Sierra Leone, Somalia, Sudan, Tanzania, Togo, Uganda, Yemen then you will have an extra box on your Sign and Submit page. Applicants must certify they reviewed the FGM/C government fact sheet, given they are from a FGM/C prevalent country/region.

Home | Contact Us | Help | Sign Out

## U.S. DEPARTMENT *of* STATE
CONSULAR ELECTRONIC APPLICATION CENTER

| COMPLETE | REVIEW ▼ | SIGN |

Online Immigrant Visa and Alien Registration Application (DS-260)

# Sign and Submit

**E-Sign and Certification**

**Read the following information carefully before dating, electronically signing and submitting the application.**

Your application is now ready to be submitted. Please note that this does not necessarily mean that your application for a immigrant visa is complete, as additional information may be needed after Department of State personnel have reviewed the application.

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury (28 U.S.C. 1746). If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). If you wish to correct a record as it appears in the FBI's CJIS Division Records System, you should follow procedures to change, correct or update a record that are set forth in Title 28, CFR, Section 16.34. The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes.

**Wednesday, October 16, 2019 · 11:32:15 AM EDT**

## Preparer of Application

**Q:** Did anyone assist you in filling out this application?

**A:** ○ Yes  ● No

## E-Signature

Immigrant visa applicants are required to undergo a medical examination with an authorized physician to assess visa eligibility consistent with INA Sections 212(a) and 221 (d). I understand that failure to provide required information may cause delay or denial of my visa application. If required to undergo a medical examination, I understand that my medical examination information may be collected and temporarily stored in the eMedical system hosted, operated, and maintained by the Australian Department of Home Affairs. If my medical examination is collected in eMedical, I understand and consent to its collection and temporarily being stored in such system, and being transferred to the U.S. Government for the purposes of enabling the U.S. Department of State to determine my medical eligibility and for the U.S. Centers for Disease Control and Prevention to undertake public health functions under the Public Health Service Act Section 325 and INA Section 212(a). I understand that if I am issued a visa, I am required to display my visa to the United States Immigration Officer at the port of entry where I apply to enter the United States and that possession of a visa does not entitle me to enter the United States if, at that time, I am found to be inadmissible under the immigration law.

I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may result in refusal of the visa, denial of admission to the United States and, may subject me to criminal prosecution and/or removal from the United States.

I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application have been made by me are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted to the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity the purpose of which is the opposition to or the control or overthrow of, the Government of the United States by force, violence, or other unconstitutional means.

Enter your NVC Case Number:

[                    ]

Enter your Passport Number:

[                    ]



Enter the code below as shown:

[                    ]

---

Female Genital Mutilation/Cutting (FGM/C) Prevention

Pursuant to Section 644 the Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA), Public Law 104-208 (8 U.S.C. 1374), the Department of State is required to provide you with access to copy the information sheet on the severe harm to physical and psychological health caused by female genital mutilation/cutting (FGM/C).

**Click on the following link to view the Female Genital Mutilation or Cutting Government Fact Sheet**

Female Genital Mutilation or Cutting Government Fact Sheet

☐ I certify that I have received the U.S. Government Fact Sheet on Female Genital Mutilation or Cutting (FGM/C)

---

**Click the button below to electronically sign your application:**

[ Sign and Submit Application ... ]

| ◄ Back: REVIEW | 💾 Save | Next: Confirmation ► |



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information ⧉ | Disclaimers ⧉ | Paperwork Reduction Act and Confidentiality Statement ⧉

(143)

101

Plaintiffs' Combined MSJ Exhibits - Page 205

# Sign and Submit Page

Displayed for all applicants. Answered 'Yes' to the question 'Did anyone assist you in filling out this application?'.
If you are from Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Cote d'Ivoire, Democratic
Republic of the Congo, Djibouti, Egypt, Eritrea, Ethiopia, Gambia, Ghana, Guinea, Guinea-Bissau, Iraq, Kenya,
Liberia, Mali, Mauritania, Niger, Nigeria, Senegal, Sierra Leone, Somalia, Sudan, Tanzania, Togo, Uganda,
Yemen then you will have an extra box on your Sign and Submit page. Applicants must certify they reviewed the
FGM/C government fact sheet, given they are from a FGM/C prevalent country/region.

Plaintiffs' Combined MSJ Exhibits - Page 206

| Home | Contact Us | Help | Sign Out |

## U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

| COMPLETE | REVIEW | ▼ | SIGN |

Online Immigrant Visa and Alien Registration Application (DS-260)

# Sign and Submit

**E-Sign and Certification** ▶

**Read the following information carefully before dating, electronically signing and submitting the application.**

Your application is now ready to be submitted. Please note that this does not necessarily mean that your application for a immigrant visa is complete, as additional information may be needed after Department of State personnel have reviewed the application.

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury (28 U.S.C. 1746). If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). If you wish to correct a record as it appears in the FBI's CJIS Division Records System, you should follow procedures to change, correct or update a record that are set forth in Title 28, CFR, Section 16.34. The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes.

Wednesday, November 06, 2019 - 8:19:05 AM EST

### Preparer of Application

**Q:** Did anyone assist you in filling out this application?

**A:** ○ Yes  ◉ No

understand that failure to provide required information may cause delay or denial of my visa application. If required to undergo a medical examination, I understand that my medical examination information may be collected and temporarily stored in the eMedical system hosted, operated, and maintained by the Australian Department of Home Affairs. If my medical examination is collected in eMedical, I understand and consent to its collection and temporarily being stored in such system, and being transferred to the U.S. Government for the purposes of enabling the U.S. Department of State to determine my medical eligibility and for the U.S. Centers for Disease Control and Prevention to undertake public health functions under the Public Health Service Act Section 325 and INA Section 212(a). I understand that if I am issued a visa, I am required to display my visa to the United States Immigration Officer at the port of entry where I apply to enter the United States and that possession of a visa does not entitle me to enter the United States if, at that time, I am found to be inadmissible under the immigration law.

I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may result in refusal of the visa, denial of admission to the United States, and, may subject me to criminal prosecution and/or removal from the United States.

I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application have been made by me are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted to the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity the purpose of which is the opposition to or the control or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means.

I understand that if I am issued an immigrant visa and I am a male between the ages of 18 and 25, I am required by law to register with the Selective Service System in accordance with the Military Service Act.

NOTE: You must read the Selective Service System DS-1810 (pdf) form before signing. Adobe Acrobat Reader is required to open the form. If you don't have Adobe Acrobat Reader go here to download a free copy. **Click on the following link to view the form:**

Selective Service System DS-1810 (pdf)

**Enter your NVC Case Number:**

[                    ]

**Enter your Passport Number:**

[                    ]



**Enter the code below as shown:**

[                    ]

Plaintiffs' Combined MSJ Exhibits - Page 207

# Confirmation Page

Displayed for applicants when the case is at NVC.





Plaintiffs' Combined MSJ Exhibits - Page 209

# Confirmation Page

Displayed for applicants when the case is at Post  Displayed for DV applicants when



the case is at KCC

# Confirmation Page



# Confirmation Page

Displayed for DV applicants when the case is at Post





Plaintiffs' Combined MSJ Exhibits - Page 212

# Copyright Page – Immigrant Visa and Alien Registration Application



Plaintiffs' Combined MSJ Exhibits - Page 213

# Disclaimer Page – Immigrant Visa and Alien Registration Application



Home | Contact Us | Sign Out

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

## Disclaimer

For site management, see Privacy and Computer Fraud and Abuse Act Notices

The information content and design/organization of the web site launched in 1995.

The Federal Depository Library at the University of Illinois at Chicago provides technical and reference support for the web site at http://travel.state.gov. Please direct technical questions about http://travel.state.gov to our contact us page.

Some bureaus/offices maintain servers separately from the site maintained by CA/EX/CSD/DO. However, CA/EX/CSD/DO coordinates release of information on those servers to ensure that it is linked appropriately with the site at contact us page; your message will be forwarded to the appropriate office or bureau.

ca-travel-webmaster@state.gov.

Links to External Web Sites
Links to web sites outside the U.S. Federal Government or the use of trade, firm, or corporation names within the State Department web sites are for the convenience of the user. Such use does not constitute an official endorsement or approval by the U.S. State Department of any private sector web site, product, or service.

Computer Fraud and Abuse Act Unauthorized attempts to upload information and/or change information on these web sites are strictly prohibited and are subject to prosecution under the Computer Fraud and Abuse Act of 1986 and Title 18 U.S.C. Sec.1001 and 1030.

Disclaimer of Liability Every effort is made to provide accurate and complete information. However, with the thousands of documents available, often uploaded within short deadlines, we cannot guarantee that there will be no errors. With respect to documents and information on the current and archive State Department web sites, neither the U.S. Government, the U.S. Department of State, the University of Illinois at Chicago (UIC), Digex (web host), ClearBlue Technologies (formerly Applied Theory, an independent software development contractor), nor their employees and contractors make any warranty, expressed or implied, including the warranties of merchantability and fitness for a particular purpose with respect to documents available from State Department web sites. Additionally, the U.S. Government, U.S. State Department, Digex, ClearBlue Technologies, and UIC assume no legal liability for the accuracy, completeness, or usefulness of any information, product, or process disclosed herein and do not represent that use of such information, product, or process would not infringe on privately owned rights.

Please read the State Department's guidelines pursuant to the Data Quality Information Act before submitting inquiries under this Act.

If you would like verification or a hard copy of information released on State Department web sites or if you have any questions or comments about the information presented here, please contact the public information staff in the Bureau of Public Affairs.

Public Communication Division
PA/PL, Room 2206
U.S. Department of State
Washington, D.C. 20520
202-647-6575
Also see http://contact-us.state.gov/

Non Compliance with LEP

Translations are not available for most of the material on this site as it is updated frequently. Travel.State.Gov will be offering some translations in the future when we are able to keep tranlations up-to-date and therefore accurate.

OK



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

110

# Paperwork Reduction Act Page – Immigrant Visa and  Alien Registration Application



**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

## Paperwork Reduction Act and Confidentiality Statement

**PAPERWORK REDUCTION ACT:** Public reporting burden for this collection of information is estimated to average 158 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: **PRA_BurdenComments@state.gov**

**CONFIDENTIALITY STATEMENT:** The information asked for on this form is requested pursuant to Section 222 of the Immigration and Nationality Act. Section 222(f) provides that the records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance and refusal of visas or permits to enter the United States shall be considered confidential and shall be used only for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States. Certified copies of such records may be made available to a court provided the court certifies that the information contained in such records is needed in a case pending before the court. The U.S. Department of State uses the facts you provide on this form primarily to determine your classification and eligibility for a U.S. immigrant visa. Individuals who fail to submit this form or who do not provide all the requested information may be denied a U.S. immigrant visa. Although furnishing this information is voluntary, failure to provide this information may delay or prevent the processing of your case. If you are issued an immigrant visa and are subsequently admitted to the United States as an immigrant, the Department of Homeland Security will use the information on this form to issue you a Permanent Resident Card, and, if you so indicate, the Social Security Administration will use the information to issue a social security number. The information provided may also be released to federal agencies for law enforcement, counterterrorism and homeland security purposes; to Congress and courts within their sphere of jurisdiction; and to other federal agencies who may need the information to administer or enforce U.S. laws.

Plaintiffs' Combined MSJ Exhibits - Page 215

# EXHIBIT 13

Plaintiffs' Combined MSJ Exhibits - Page 216



**U.S. Citizenship and Immigration Services**

MENU

[Home](#) > [Newsroom](#) > [All News](#) > [Alerts](#) > Reminders on the Process to Promote the Unity and Stability of Families

# Reminders on the Process to Promote the Unity and Stability of Families

Release Date: 07/17/2024

On June 18, the Department of Homeland Security (DHS) [announced](#) actions to promote family unity in the immigration process. This announcement is consistent with the Biden-Harris administration's commitment to keep families together. DHS is establishing a process to consider, on a case-by-case basis, requests for parole in place from certain noncitizen spouses of U.S. citizens who have been in the U.S. for at least a decade. If parole is granted, noncitizens who are eligible to apply for lawful permanent residence based on their marriage to a U.S. citizen will be able to do so without having to leave the United States.

USCIS is not currently accepting applications under this process. We will begin accepting applications on Aug. 19. If you apply before Aug. 19, we will reject your application. More information about eligibility and the application process will be published in a forthcoming Federal Register notice.

## Eligibility

To be considered for a discretionary grant of parole, on a case-by-case basis, under this process, you must:

- Be present in the United States without admission or parole;

- Have been continuously present in the United States for at least 10 years as of June 17, 2024;

- Have a legally valid marriage to a U.S. citizen as of June 17, 2024;

- Not have any disqualifying criminal history or otherwise constitute a threat to national security or public safety; and

- Otherwise merit a favorable exercise of discretion.

More information about these eligibility criteria will be available in the forthcoming Federal Register notice.

We may also consider certain noncitizen children of requestors under this process if, as of June 17, 2024, they were physically present in the United States without admission or parole, and have a qualifying stepchild relationship to a U.S. citizen.

## Timeline

Need Help? Chat with Emma™

**You cannot apply for this process yet.** We will publish a Federal Register notice that will further explain eligibility and the application process, including the form to use, and the associated filing fees. If you apply before the implementation date in the Federal Register notice, we will reject your application.

We will provide additional information on the Process to Promote the Unity and Stability of Families webpage as it becomes available.

## What You Can Do Now

Although we are not currently accepting applications, you can begin to prepare to file a parole application by gathering evidence of your eligibility, such as:

- Evidence of a legally valid marriage to a U.S. citizen as of June 17, 2024, such as a marriage certificate;

- Documentation of proof of identity, including expired documents may include:

  - Valid state or country driver's license or identification;

  - Birth certificate with photo identification;

  - Valid passport; or

  - Any government issued document bearing the requestor's name, date of birth, and photo.

- Evidence of your spouse's U.S. citizenship, such as a passport, birth certificate or Certificate of Naturalization;

- Documentation to establish your continued presence in the United States for at least 10 years, as of June 17, 2024. While more information will be made available in the forthcoming Federal Register Notice and subsequent FAQs, examples of documentation could include copies of:

  - Rent receipts or utility bills;

  - School records (letters, report cards, etc.);

  - Hospital or medical records;

  - Attestations to your residence by religious entities, unions, or other organizations, identifying you by name;

  - O icial records from a religious entity confirming participation in a religious ceremony;

  - Money order receipts for money sent into or out of the United States;

  - Birth certificates of children born in the United States

  - Dated bank transactions;

  - Automobile license receipts, title, or registration;

  - Deeds, mortgages, or rental agreement contracts;

  - Insurance policies; or

Plaintiffs' Combined MSJ Exhibits - Page 218

- Tax returns or tax receipts.

For noncitizen children of requestors, evidence of eligibility could include:

- Evidence of the child's relationship to the noncitizen parent, such as a birth certificate or adoption decree;

- Evidence of the noncitizen parent's legally valid marriage to a U.S. citizen as of June 17, 2024, such as a marriage certificate; and

- Evidence of the child's presence in the United States as of June 17, 2024.

If you are interested in this process, you should consider creating or updating your myUSCIS account at my.uscis.gov.

<u>**Beware of Scams**</u>

We want to remind you that immigration scams are pervasive.

Remember, **you cannot apply for this process yet.** If you see someone selling their services to file an application before we publish the Federal Register notice or open the process, please see our Report Immigration Scams webpage.

Remember that in the United States, a notario público is not authorized to provide you with any legal services related to immigration. Only an attorney licensed to practice law in the United States or an accredited representative working for a Department of Justice-recognized organization can give you legal advice.

If you seek legal counsel, beware of individuals who pose as immigration attorneys (such as unlicensed individuals or disbarred attorneys). The signs of an unethical practitioner may include:

- Promising guaranteed outcomes or money-back guarantees;
- Using predatory or threatening pricing structures;

- Asking you to sign a blank paper or not allowing you to review a paper you have signed; and

- Asking to keep your signature on file.

To protect yourself from potential scams, remember:

- Do not pay for government application forms – forms are free, and you can download them at uscis.gov/forms;

- Ask for a written agreement that describes the services to be provided and is signed by the provider. Read the agreement before signing it, and keep the signed copy for your records;

- Get copies of documents prepared for you; and

- Ask for a written receipt that includes the name and address of the provider.

**USCIS officials will never reach out to you directly through social media platforms.** We will only contact you through official government channels. This may include a secure private message to your

Plaintiffs' Combined MSJ Exhibits - Page 219

myUSCIS account. Report questionable users on social media platforms and see our Report Immigration Scams webpage.

USCIS is committed to protecting the integrity of the immigration system. Individuals committing immigration fraud, including the development and submission of fictitious or altered documents in support of any immigration benefit request, may be found ineligible for this and future benefits and punishable by law. The public may report immigration fraud and abuse through our online tip form.

Visit our Avoid Scams page for more information on how to help safeguard your information and avoid becoming a victim.

Last Reviewed/Updated: 07/17/2024

Plaintiffs' Combined MSJ Exhibits - Page 220

# EXHIBIT 14



🇺🇸 An official website of the United States government    Here's how you know


**Medicaid.gov**
Keeping America Healthy

Home › Medicaid › Enrollment Strategies › Lawfully Residing Immigrant Children & Pregnant Individuals

# Medicaid and CHIP Coverage of Lawfully Residing Children & Pregnant Individuals

### Additional Resources

- Overview of Eligibility for Non-Citizens in Medicaid and CHIP

- Lawfully Residing Children and Pregnant Women Eligible for Medicaid and CHIP, National Immigration Law Center

- Facts About Federal Funding for States to Provide Health Coverage to Immigrant Children and Pregnant Women, National Immigration Law Center

- New Option for States to Provide Federally Funded Medicaid and CHIP Coverage to Additional Immigrant Children and Pregnant Women, Kaiser Commission on Medicaid and the Uninsured

The Children's Health Insurance Program Reauthorization Act of 2009 (CHIPRA) included a new option for states to provide Medicaid and CHIP coverage to children and pregnant individuals who are lawfully residing in the United States, including those within their first five years of having certain legal status. Previously, federal law required a 5-year waiting period before many legal immigrants were permitted to enroll in Medicaid and CHIP, although many states offered health coverage to these populations with state-only funds. This coverage may be applied to pregnant individuals in Medicaid and CHIP and/or children up to age 19 for CHIP or up to age 21 for Medicaid who would otherwise be eligible for cove through these programs.

Learn more about providing health coverage to lawfully residing children and pregnant women.

States providing Medicaid or CHIP coverage to lawfully residing children and/or pregnant individuals include:

**State**

American Samoa***

**CHIP**

**Medicaid**
Children and pregnant individuals

**State**
Arkansas

**CHIP**
Children

**Medicaid**
Children and pregnant individuals*

**State**
California

**CHIP**
Children

**Medicaid**
Children and pregnant individuals

**State**
Colorado

**CHIP**
Children and pregnant individuals

**Medicaid**
Children and pregnant individuals*

**State**
Connecticut

**CHIP**
Children

**Medicaid**
Children and pregnant individuals

**State**
Commonwealth of the Northern Mariana Islands (CNMI)***

**CHIP**

**Medicaid**

Children and pregnant individuals*

**State**

Washington, D.C.***

**CHIP**

**Medicaid**

Children and pregnant individuals

**State**

Delaware

**CHIP**

Children

**Medicaid**

Children and pregnant individuals

**State**

Florida

**CHIP**

Children

**Medicaid**

Children*

**State**

Hawaii***

**CHIP**

**Medicaid**

Children and pregnant individuals*

**State**

Illinois

**CHIP**

Children

**Medicaid**

Children*

**State**

Feedback

10/16/24, 3:43 AM    Case 6:24-cv-00306-JCB    Document 79-1    Filed 10/10/24    Page 224 of 248 PageID #:
1856
Medicaid and CHIP Coverage of Lawfully Residing Children & Pregnant Individuals | Medicaid

Plaintiffs' Combined MSJ Exhibits - Page 224

Iowa

**CHIP**
Children

**Medicaid**
Children

**State**
Kentucky

**CHIP**
Children and pregnant individuals

**Medicaid**
Children and pregnant individuals*

**State**
Louisiana

**CHIP**
Children

**Medicaid**
Children*

**State**
Maine

**CHIP**
Children

**Medicaid**
Children and pregnant individuals

**State**
Maryland***

**CHIP**

**Medicaid**
Children and pregnant individuals

**State**
Massachusetts

**CHIP**
Children

**Medicaid**
Children and pregnant individuals

**State**
Minnesota

**CHIP**
Children

**Medicaid**
Children and pregnant individuals

**State**
Montana

**CHIP**
Children

**Medicaid**
Children*

**State**
Nebraska

**CHIP**
Children

**Medicaid**
Children and pregnant individuals*

**State**
New Jersey

**CHIP**
Children and pregnant individuals

**Medicaid**
Children and pregnant individuals

**State**
New Mexico***

**CHIP**

**Medicaid**
Children and pregnant individuals

**State**

New York

**CHIP**

Children

**Medicaid**

Children and pregnant individuals

**State**

Nevada

**CHIP**

Children

**Medicaid**

Children and pregnant individuals*

**State**

North Carolina

**CHIP**

Children

**Medicaid**

Children and pregnant individuals*

**State**

Ohio***

**CHIP**

**Medicaid**

Children and pregnant individuals

**State**

Oregon

**CHIP**

Children

**Medicaid**

Children*

**State**

Pennsylvania

**Feedback**

**CHIP**
Children

**Medicaid**
Children and pregnant individuals

**State**
Rhode Island

**CHIP**
Children and pregnant individuals

**Medicaid**
Children*

**State**
South Carolina***

**CHIP**

**Medicaid**
Children and pregnant individuals

**State**
Texas

**CHIP**
Children

**Medicaid**
Children*

**State**
U.S. Virgin Islands***

**CHIP**

**Medicaid**
Children and pregnant individuals

**State**
Utah

**CHIP**
Children

**Medicaid**

10/16/24, 3:33 PM    Case 6:24-cv-00306-JCB    Medicaid and CHIP Coverage of Lawfully Residing Children & Pregnant Individuals | Medicaid
Document 79-1    Filed 10/10/24    Page 228 of 248 PageID #:
1860

Plaintiffs' Combined MSJ Exhibits - Page 228

Children*

**State**
Vermont***

**CHIP**

**Medicaid**
Children and pregnant individuals

**State**
Virginia**

**CHIP**
Children and pregnant individuals

**Medicaid**
Children and pregnant individuals*

**State**
Washington

**CHIP**
Children

**Medicaid**
Children and pregnant individuals

**State**
West Virginia

**CHIP**
Children and pregnant individuals

**Medicaid**
Children and pregnant individuals*

**State**
Wisconsin

**CHIP**
Children

**Medicaid**
Children and pregnant individuals*

**State**
Wyoming

Feedback

Plaintiffs' Combined MSJ Exhibits - Page 229

**CHIP**

**Medicaid**

Pregnant individuals

Updated as of May 4, 2023.

\* These states cover children in Medicaid up to age 19.

\*\* Virginia is using an 1115 demonstration to cover pregnant individuals.

\*\*\* These states are CHIP Medicaid expansion programs.

Feedback

Plaintiffs' Combined MSJ Exhibits - Page 230

# EXHIBIT 15

HOUSE

# House outlines immigration provisions in latest Build Back Better package

BY REBECCA BEITSCH - 11/03/21 6:47 PM ET

Share          Post        • • •    More



The latest version of the House's $1.75 trillion social spending package includes immigration provisions that would give up to 10 years of work authorization for undocumented people living in the U.S. — an effort to comply with Senate rules that have killed two previous plans.

The Build Back Better package released by the House on Wednesday does not provide a pathway to citizenship for the estimated 11 million undocumented people already living in the U.S.

It instead relies on a process known as parole to waive immigration requirements for five years for those who have been living in the U.S. prior to 2011. Once approved, beneficiaries could apply for a five-year extension, allowing them to stay in the country until the end of 2031.

It's a bid to appeal to the Senate parliamentarian, who twice has batted down more expansive immigration proposals, arguing they did not meet the budgetary rules that allow the measure to get around a GOP filibuster.

But it leaves open the question of whether House Democrats will be able to wrangle the backing of those who have lobbied for both stronger and weaker immigration provisions.

According to a source familiar with the conversation, Speaker Nancy Pelosi (D-Calif.) quelled any notion that the immigration language would go beyond what the Rules Committee released Wednesday.

That would quash any attempt to insert a change of registry date provision — providing a sort of statute of limitations for those who entered the U.S.

It would also block any more ambitious immigration proposals, an unnerving concept to those who argue the House is negotiating against itself by trying to anticipate what might get blocked in the Senate.

"The responsibility for what happens next is to rest with the Senate. We should not be doing all the lifting, throwing things out, eliminating things on a perceived problem in the Senate or on a perceived risk adverse situation here," said Rep. Raúl Grijalva (D-Ariz.), a member of the Congressional Hispanic Caucus (CHC).

Also at issue is the bill's silence on whether those who receive parole should also be able to access other social services — nixing a provision that would have expressly blocked parolees from receiving such services.

"There are a lot of moderate Democrats that have a problem. They're OK to give people work permits. They're OK to have people move around, but they have a problem with benefits. I personally, I think that if you ask my constituents … do you want to give the illegals benefits, they're going to say no," Rep. Henry Cuellar (D-Texas), another CHC member, told The Hill.

Grijalva said the Republican's victory in the Virginia governor's race may also have put people on alert.

"I understand that some people are concerned about it and feel that their concerns now get magnified after Virginia. They think that this is the bellwether of all times," he said.

"We have to look at it two ways, do you want to not do anything about [immigration]? I don't think we can get away with that either."

Rep. Chuy García (D-Ill.), one of three lawmakers to meet with Pelosi about the bill Wednesday shortly before the text was released, said the broader provisions in the bill should be enough to secure backing for it regardless of any immigration concerns.

"We know that there's a concern among members who, you know, represent Trump districts or a swing district. So that's understandable," he said. "In the grand scheme of things, this is a huge bill that affects people in so many ways. When you consider all of that, immigration reform is such a tiny piece of it. That, I think, that will be a perspective that hopefully will prevail."

But over in the Senate, some leaders seemingly encouraged the House to be more aggressive.

"Last week we were encouraged when the House included provisions to provide a pathway to citizenship for millions of undocumented immigrants. And today, we strongly urge Senate and House leadership to act boldly and continue fighting for the broadest legal protections possible to fully unleash the economic might of the undocumented community," Sens. Bob Menendez (D-N.J.), Catherine Cortez Masto (D-Nev.), Ben Ray Luján (D-N.M.) and Alex Padilla (D-Calif.) said in a statement.

"That's the only way we can fully Build Back Better and transform the lives of millions of hardworking people and their families."

The bill does include visa recapture, preserving some 222,000 unused family-based visas and roughly 157,000 employment-based visas that would otherwise lapse.

The parole provisions, even without a pathway to citizenship, would still provide temporary status, much like that given to "Dreamers" under President Obama. Some would likely be able

Some advocacy groups cheered the legislation's immigration provisions even though they are less ambitious than earlier Senate proposals.

"Immigration relief that provides work permits and deportation protections would transform the lives of millions of families who have lived, worked and contributed to this country for at least a decade. It would allow people who have been living in this country for an average of 20 years basic freedoms, like the ability to work, the security to remain together with their families, and the opportunity to visit loved ones abroad," Todd Schulte, president of Fwd.Us, said in a statement.

"While short of the explicit pathway to citizenship for all 11 million undocumented immigrants which we know is needed and we will continue to fight to achieve, this would be the most significant immigration measure passed by Congress in decades."

*Rafael Bernal contributed.*

TAGS  ALEX PADILLA   BARACK OBAMA   BEN RAY LUJAN   BOB MENENDEZ   BUILD BACK BETTER   CATHERINE CORTEZ MASTO   IMMIGRATION   JERROLD NADLER   NANCY PELOSI

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE        POST        •••  MORE

SPONSORED CONTENT

Privacy Policy

**Seniors on SS Are Now Entitled To These 12 "Kickbacks" In August (Tap For Full List)**
The-PenniSaver.com | Sponsored      Learn More

**District Of Columbia Drivers: Uncover the Secret to Lower Car Insurance in These Zip Codes**
Forbes | Sponsored      Get Offer

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**
Coupon Code Finder | Sponsored

**Worst Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog**
Dog Food Exposed | Sponsored

**Flight Attendant Reveals Secret To Fly Business Class For The Price of Economy**
Coupon Code Finder | Sponsored

**People Born Between 1941-1971 Entitled To A Big Surprise**
NationalPenny | Sponsored      Click Here

**This Is The Highest Rated Hearing Aid In The US**
hear.com | Sponsored

**Who normally has the cheapest car insurance?**
Forbes | Sponsored      Get Offer

**Never Do This With An Aging Cat**
Dr. Marty | Sponsored      Watch More

**Cesar Millan Shares The #1 Meat You Should Never Give Your Dog**
Dog Food Exposed | Sponsored

Plaintiffs' Combined MSJ Exhibits - Page 234

# EXHIBIT 16

We are experiencing higher than normal call volumes. During these peak times, you may be offered a callback so you can speak with a coordinator directly. Email response times may take at least 5-7 business days. Thank you for patience!



The University of Texas at Austin
Texas One Stop

MENU

Texas OneStc

**KEEP LEARNING**

Managing Costs › **Cost & Tuition Rates**

# Cost of Attendance

The cost of attendance (COA) is an estimate of what it costs the typical student to attend UT. Your COA covers both your tuition and basic living expenses, including housing and food, books and supplies, transportation and travel costs and personal expenses. Your COA is also used to create your financial aid package. Small changes to this estimate may or may not result in adjustments to aid depending on Federal/State policies and regulations. UT and other resources may provide financial aid up to your total COA but will not provide financial aid exceeding that amount.



**Find your estimated COA on the Costs and Tuition calculator.** ›

## 2024-2025 Estimated Costs

The figures below outline the estimated cost of attendance for undergraduate and graduate students to attend UT during the 2024-25 academic year. The tuition amounts listed are based on Fall 2023-Spring 2024, as Fall 2024-Spring 2025 tuition rates are not final at this time. Should the Board of Regents approve tuition increases for the 2024-25 academic year, the rates on this page will be updated. Small changes to the estimate may or may not result in adjustments to aid depending on Federal/State policies and regulations.

Fall & Spring Semesters for Full-Time Undergraduate                                         ›

Fall & Spring Semesters for Full-Time Graduate                                              ›

## 2023-2024 Estimated Costs

10/15/24, 4:36 PM
Cost of Attendance - Texas One Stop · University of Texas at Austin

Case 6:24-cv-00306-JCB     Document 79-1     Filed 10/19/24     Page 236 of 248 PageID #:
1868
Plaintiffs' Combined MSJ Exhibits - Page 236

The figures below outline the estimated cost of attendance for undergraduate and graduate students during the 2024-2025 academic year. Small changes to the estimate may or may not result in adjustments to aid depending on Federal/State policies and regulations.

| Fall & Spring Semesters for Full-Time Undergraduate | ⟩ |

| Fall & Spring Semesters for Full-Time Graduate | ⟩ |

| Summer Undergraduate | ⟩ |

| Summer Graduate | ⟩ |

## Longhorn Fixed Tuition

Longhorn Fixed Tuition is an optional tuition program **available only to undergraduate students enrolling at UT for the first time**. Longhorn Fixed Tuition rates remain the same for four consecutive academic years. The rates are guaranteed each semester the student is enrolled during this period. Fixed tuition rates are higher than traditional rates because they are based on the projected average flat rate tuition over the next four years.

Undergraduate students may be eligible for a tuition rebate of up to $1,000, and students enrolled in the Longhorn Fixed Tuition program are eligible for an additional $2,500 rebate. Eligible students are required to apply for a tuition rebate prior to graduation.

### How to Enroll in Longhorn Fixed Tuition

To enroll in the Longhorn Fixed Tuition program, go to the Enrollment page and sign the electronic agreement. If you are younger than 18 years old or do not have an upgraded UT EID, you may download the agreement, print, manually sign and return it to Student Accounts Receivable.

**You must enroll by the 12th class day (fourth class day of a summer session) of your first semester in attendance to participate in Longhorn Fixed Tuition. Changes to the selection must be made by the 12th class day.**

Students who do not enroll in the Longhorn Fixed Tuition program will default to the traditional flat rate tuition.

### Rebate Eligibility Requirements

· Resident and nonresident undergraduate students may be eligible for the rebate if they are enrolled in the Longhorn Fixed Tuition program.

· Student must have attempted no more than three semester credit hours in excess of the minimum number of semester credit hours required to complete the degree under the catalog which they graduate.

· Students who want to receive the rebate must graduate within four calendar years for a four-year degree program or within five calendar years if the degree requires more than four years to complete.

· Student must complete at least 60 semester credit hours of coursework counted toward the degree in residence.

· Student must not have already received a bachelor's degree.

· A student is required to apply for a tuition rebate prior to graduation.

## Net Price Calculator

Use the Net Price Calculator below to get an estimate on the amount of financial aid you may receive.

Net Price Calculator

*Disclaimer: This information is provided for informational purposes only. Inclusion does not constitute endorsement. Neither the Office of Scholarships and Financial Aid nor The University of Texas at Austin can guarantee the accuracy or the timeliness of information found at the link above. It is critical that students verify information, particularly where deadlines are concerned.*

**BACK TO TOP ^**

Case 6:24-cv-00306-JCB   Document 79-1   Filed 10/19/24   Page 237 of 248 PageID #: 1869

Plaintiffs' Combined MSJ Exhibits - Page 237

# Still Need Help?

**We're here for you.**

**VISIT**

Hours of Operation
Monday–Tuesday, Thursday-Friday: 8:30 a.m.– 4:30 p.m.
Wednesday: 9:00 a.m.– 4:30 p.m.



Visit Texas One Stop ›

MAI 1 (Ground Floor of UT Tower)
110 Inner Campus Dr.
Austin, TX 78712

**CALL**

(512) 232-6988 (myUT)

Hours of operation for phone calls are Monday-Tuesday, Thursday-Friday 8:30 a.m.- 5:00 p.m., Wednesday 9:00 a.m.-5:00 p.m. Call volumes may be higher during peak times.

📞  Call Us

**EMAIL**

onestop@utexas.edu
Email response times may take 5-7 business days.

  email

**FEEDBACK**

  feedback survey

10/15/24, 4:04 PM
Case 6:24-cv-00306-JCB    Document 79-1    Filed 10/19/24    Page 238 of 248 PageID #: 1870
Cost of Attendance - Texas One Stop, University of Texas at Austin

Plaintiffs' Combined MSJ Exhibits - Page 238



  

CONTACT

MY UT

MY FINANCIAL AID

CODE OF CONDUCT

POLICIES

EMERGENCY INFORMATION

FAFSA #003658

SMS Terms and Conditions

Web Privacy Policy

Web Accessibility

Consumer Information Disclosures

Further Information and Disclosures

utexas.edu

Plaintiffs' Combined MSJ Exhibits - Page 239

# EXHIBIT 17

10/15/24, 4:03 PM    Case 6:24-cv-00306-JCB    Document 79-1    Filed 10/19/24    Page 240 of 248 PageID #:
Cost of Attendance | University of Idaho                                                    1872
Plaintiffs' Combined MSJ Exhibits - Page 240

# Cost of Attendance

The estimated total cost of attendance for attending University of Idaho for one academic year (two semesters) is outlined below. It is important to understand these figures are an estimate based on a student's financial aid eligibility and information known. Costs may vary based on individual circumstances.

## University of Idaho Costs and Tuition for 2024-25

| | |
|---|---|
| Undergraduate 2024-25 | + |
| Graduate 2024-25 | + |
| Law 2024-25 | + |

1. **Living expenses** are estimated costs students may anticipate for housing and meals. Actual costs may vary; the figure above is based on an estimated median of housing and meal plan options offered on campus. Students who live with their parents or in Boise may have different housing and meal costs.

2. **Books, Course Materials, Supplies and Equipment** refer to textbooks and other school supplies needed for coursework. These are estimated costs for a full-time student for one academic year.

3. **Transportation**: Actual costs for a student vary greatly depending on factors such as the need for transportation to a job or internship and how far a student must travel to get home on school breaks.

4. **Miscellaneous and personal expenses** include items such as clothing, health insurance, special course fees, federal loan fees, personal care products, laundry, etc. These items are considered indirect costs and will vary for each student.

If you have questions and/or comments about financial aid and the cost of attendance, please contact Student Financial Aid Services.

If you have questions and/or comments about tuition and fees charges on your account, please contact the Student Accounts and Cashier's Office.

10/15/24, 4:08 AM    Case 6:24-cv-00306-JCB    Document 79-1    Filed 10/19/24    Page 241 of 248 PageID #: 1873
Cost of Attendance | University of Idaho

Plaintiffs' Combined MSJ Exhibits - Page 241

## Net Price Calculator

Want your estimated financial aid award offer? Use our Net Price Calculator with your personal information to see your U of I cost of attendance, including potential grants, scholarships and more.

**GET STARTED**

Plaintiffs' Combined MSJ Exhibits - Page 242

# EXHIBIT 18

# Cost of Attendance

Many factors contribute to your education budget, and we're here to help. On this page you will find:

- Cost of attendance estimator

- Types of expenses

- Resident tuition, scholarships and other costs

- Nonresident tuition, scholarships and other costs

Figures on this page offer average costs for full-time undergraduate students with adjustments for automatic scholarships. Additional scholarships, grants and other types of aid are available through our Financial Aid office.

## Cost of Attendance Estimator

The Cost of Attendance Estimator is a tool students can use to estimate tuition and fees for the school year. Boise State offers a calculator to help students and families prepare financially to make a college decision. Get an estimate today!

## Types of Expenses

Your education budget will likely depend on a lot of factors. Some fees are paid directly to Boise State, but you are able to choose the extent of your indirect costs. Will you pedal around our bike-friendly campus, or would you rather

Plaintiffs' Combined MSJ Exhibits - Page 244

bring a car? Which off-campus housing amenities would you like? Tables on this page contain direct costs, average indirect costs, and adjustments for automatic scholarships in their estimates.

## Direct Costs

- Tuition and Fees
- Food and Housing (on-campus)

## Indirect Costs

- Books and Supplies
- Food and Housing (off-campus)
- Meals Away From Home
- Transportation
- Personal and Miscellaneous

## Automatic Scholarships

- **Resident Scholarships**
- **Nonresident Scholarships**

# Resident Tuition and Automatic Scholarships

This table details estimated full-time (12-16 credits) tuition and fees for the 2024-2025 year with and without the Boise State automatic resident scholarships included. Estimated amounts are based on direct costs that are subject to change.

| Expense Type | No Scholarship | True Blue Promise Scholarship | Dean's Scholarship | Presidential Scholarship |
|---|---|---|---|---|
| Tuition and Fees | $9,048 | $9,048 | $9,048 | $9,048 |
| Scholarship Award | $0 | $2,000/year for 4 years | $2,500/year for 4 years | $3,000/year for 4 years |
| Total | $9,048 | $7,048 | $6,548 | $6,048 |

# Other Resident Costs

This table details average estimated full-time (12-16 credits) expenses for the 2024-2025 year for students with Idaho residency living on-campus, off-campus, and with their parent(s). Estimated amounts are based on direct and indirect costs that are subject to change.

| Expense Type | On-Campus | Off-Campus | Living with Parent(s) |
|---|---|---|---|
| Books and Supplies | $800 | $800 | $800 |

| Expense Type | On-Campus | Off-Campus | Living with Parent(s) |
|---|---|---|---|
| **Average Food and Housing** | $14,884 | $13,634 | $6,482 |
| **Transportation** | $2,808 | $2,900 | $2,256 |
| **Personal and Misc.** | $3,652 | $3,652 | $3,652 |
| **Total** | **$22,144** | **$20,986** | **$13,190** |

# Nonresident Tuition and Automatic Scholarships

This table details estimated full-time (12-16 credits) tuition and fees for the 2024-2025 year with and without the Boise State automatic nonresident scholarships included. Estimated amounts are based on direct costs that are subject to change.

| Expense Type | No Scholarship | Ridgeline Scholarship | Summit Scholarship | Western Undergraduate Exchange (WUE) |
|---|---|---|---|---|
| **Tuition and Fees** | $27,788 | $27,788 | $27,788 | $27,788 |
| **Scholarship Award** | $0 | $5,000/year for 4 years | $10,000/year for 4 years | $15,680/year for 4 years |
| **Total** | **$27,788** | **$22,788** | **$17,788** | **$12,108** |

Plaintiffs' Combined MSJ Exhibits - Page 247

# Other Nonresident Costs

**This table details average estimated full-time (12-16 credits) expenses for the 2024-2025 year for students without Idaho residency living on-campus, off-campus, and with their parent(s). Estimated amounts are based on direct and indirect costs that are subject to change.**

| Expense Type | On-Campus | Off-Campus | Living with Parent(s) |
|---|---|---|---|
| **Books and Supplies** | $800 | $800 | $800 |
| **Average Food and Housing** | $14,884 | $13,634 | $6,482 |
| **Transportation** | $3,154 | $2,724 | $2,256 |
| **Personal and Misc.** | $3,652 | $3,652 | $3,652 |
| **Total** | **$22,490** | **$20,810** | **$13,190** |

**Need-based, merit-based and federal student aid**

# FINANCIAL AID

Plaintiffs' Combined MSJ Exhibits - Page 248

## Additional Scholarships

## Types of Aid

## Contact the Financial Aid Office

**BOISE STATE ADMISSIONS**

admissions@boisestate.edu

+1 (208) 426-1156

1910 University Dr. Boise, 83725-1320

**FOLLOW US**

