Plaintiffs' Combined MSJ Exhibits - Page 316

# EXHIBIT F

# EXPERT DECLARATION OF
# LLOYD B. POTTER, PH.D.

1.   My name is Lloyd B. Potter, and I am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge and expertise in the matters stated herein.

2.   I was appointed State Demographer of Texas in June of 2010. I hold degrees of Ph.D. in sociology from The University of Texas at Austin, a Master of Public Health in epidemiology from Emory University, a Master of Science in Education from the University of Houston at Clear Lake, and a Bachelor of Science in sociology from Texas A&M University. I have worked as an Assistant Professor at Fordham University, a post-doctoral fellow at Emory University and Centers for Disease Control and Prevention, a Behavior Scientist at the Centers for Disease Control and Prevention, and as a Research Scientist at the non-profit company Education Development Center, Inc. I am currently a professor in the Department of Sociology and Demography at The University of Texas at San Antonio. I also serve as the director of the Institute for Demographic and Socioeconomic Research (IDSER). I have extensive experience working as an applied demographer, and my current work focuses on public policy-related research and training applied demographers. I have not testified at either deposition or trial in the last four years. Attached as Exhibit 1 is my curriculum vitae setting forth my experience and education. Attached as Exhibit 2 is a list of my publications for the last ten years.

3.   My area of specialization is applied demography. Applied demographers study population size, distribution, and composition and of the processes of fertility, mortality, and migration with emphases on gaining knowledge of the consequences and concomitants of demographic change to guide decision making related to the planning, development, and/or distribution of public-or private-sector goods or services for current

1

Plaintiffs' Combined MSJ Exhibits - Page 318

and future use in the study area or areas (Murdock, 2019).

4.   I was asked by Plaintiffs to provide my assessment of the magnitude of undocumented immigrants in Texas who were married to U.S. Citizens in Texas, and to provide my assessment of the likelihood that undocumented immigrants would return to their country of origin or leave the United States if they were to lose permission to work in the United States.

5.   Based on my education, qualifications, experience, and knowledge of the relevant literature, I believe the following statements are true and accurate.

6.   Using data from the American Community Survey, FWD.US estimated that there are about 155,000 undocumented immigrants married to U.S. Citizens in the State of Texas in 2021 (FWD.US, 2024). Another study by the Migration Policy Institute, employed different methodology from the FWD.US study, used the U.S. Census Bureau's Survey of Income and Program Participation (SIPP) and the American Community Survey, estimated that there were about 204,000 unauthorized immigrants married to U.S. citizens in the State of Texas in 2019. (Migration Policy Institute, 2019). The methodologies used in both estimates seem reasonable, given data limitations, and the estimates are consistent with other estimates.

7.   Economic factors are strongly associated with many migrant flows. For example, differences in economic growth, wages, and the employment situation between the United States and Mexico are critical determinants of immigration, and migration of labor out of Mexico (Aguila, 2012). Most unlawful migrants coming to the U.S. are doing so to work. Massey, et. al., found that that undocumented migration from Mexico appears to reflect U.S. labor demand and access to migrant networks (Massey, Durand, & Pren, 2014).

8.   Kennan and Walker found that interstate migration decisions are influenced to a

Plaintiffs' Combined MSJ Exhibits - Page 319

substantial extent by income prospects. Their research suggests that the link between income and migration decisions is driven both by geographic differences in mean wages and by a tendency to move in search of a better locational match when the income realization in the current location is unfavorable (Kennan & Walker, 2011).

9. In part, the Immigration Reform and Control Act (IRCA) is intended to restrict unauthorized immigration into to the United States by making it illegal for employers to hire unauthorized immigrants and imposing sanctions on employers who employ unauthorized immigrants (Wishnie, 2007). Several States have adopted laws to require E-Verify to make hiring of unlawful immigrants more difficult. Orrenius and Zadvodny found that possible unauthorized immigrants in States that had implemented such efforts may have more difficulty working and more difficulty changing jobs (Orrenius & Zavodny, 2016). They also found some evidence suggesting "... that most of the drop in the number of already-present unauthorized immigrants in [S]tates that adopt universal E-Verify laws is due to them leaving the USA entirely." (Orrenius & Zavodny, 2016).

10. While unlawful immigrants are motivated to stay in the United States, it is reasonable to conclude that some will return to their country of origin if they lose or are not given permission to work in the United States. The causes of return migration are difficult to assess because there is limited research and understanding of return migration.

11. In a study of young immigrants to the United States, Regan and Olsen found they were less likely than older immigrants to return to their country of origin (Reagan & Olsen, 2000). Child and young immigrants who migrated later in their childhood (having spent more time in their country of origin) were more likely to return to their country of origin than those who immigrated when they were

Plaintiffs' Combined MSJ Exhibits - Page 320

younger. They also found that immigrants with college degrees were more likely to return to their country of origin than those without.

12.   In a national survey, Wong, et al., found that 22.3% of recipients of deferred action and work authorization under the Deferred Action for Childhood Arrivals (DACA) program stated that they were likely or very likely to leave the United States without DACA status. (Wong, et al., 2017).

13.   In a study of characteristics associated with emigration of foreign-born persons in the United States (return migration), Van Hook and Zhang found that "indicators of economic integration (home ownership, school enrollment, poverty) and social ties in the United States (citizenship, having young children, longer duration in the United States) deter emigration." (Van Hook & Zhang, 2011). They found that indicators favoring return migration to country of origin included having connections with the sending society, such having a spouse or close family there.

14.   Although undocumented immigrants who have been in the United States for a shorter period are more likely to voluntarily return to their country of origin, some who have been in the United States for 10 years or longer also voluntarily return. Fazel-Zarandi, Feinstein, & Kaplan note that the consensus estimate is that undocumented immigrants who have been in the United States for more than 10 years return to their countries of origin at a rate of 1% each year. (Fazel-Zarandi, Feinstein, & Kaplan, 2018).

15.   Without permission to work in the United States, some unlawful immigrants could be expected to migrate out of the  United States back to their country of origin or  to another country where they would be able to work. Those unlawful immigrants who migrated to the United States when they were older, who  have strong family relationships in their country of origin, those who had met savings goals, and those who had achieved higher levels of education would be more likely to emigrate under conditions of not being able to work in the United States.

Plaintiffs' Combined MSJ Exhibits - Page 321

16. In addition to some number of unlawful immigrants voluntarily departing the United States if they lack work authorization or lawful presence, a number of such unlawful immigrants would be removed from the United States if they lacked such protections. This can be seen with former DACA recipients who were subsequently removed—during the second term of the Obama Administration, 365 persons who formerly had DACA status were removed from the United States. (Jarvie, 2017).

17. In a study of the impact of divorce on return migration conducted in the Netherlands, Govert E. Bijwaard and Stijn van Doeselaar (2012) found that family migrants primarily move to a new country, to live with their spouse or intended spouse. However, as with many marriages in the Western world, the study found that a substantial number of these unions end in divorce.  The study also found that when a family migrant's marriage dissolves, the original purpose of their migration—living with their spouse—no longer exists. As a result, one or both partners may choose to relocate, often leading to a return to their country of origin.

18. References:

19. Aguila, E. (2012). United States and Mexico: Ties That Bind, Issues That Divide (2 ed.). Santa Monica, CA: RAND.

20. Bijwaard, G. E. & van Doeselaar, S. (2012). *The Impact of Divorce on Return-Migration of Family Migrants*. Institute for the Study of Labor (IZA) Discussion Paper No. 6852, available at https://ftp.iza.org/dp6852.pdf.

21. Ihrke, D. (2014). Reason for Moving: 2012 to 2013. Current population reports. Washington, DC: US Census Bureau, 20, 574.

22. Fazel-Zarandi, M, Feinstein, J., & Kaplan, E. (2018). The number of undocumented immigrants in the United States: Estimates based on demographic modeling with data from 1990 to 2016. PLOS ONE 13(9): e0201193. https://doi.org/10.1371/journal.pone.0201193.

23. FWD.US, (2024). Millions of long-term undocumented residents could be protected by

the Biden Administration, available at https://www.fwd.us/news/undocumented-immigrants/.

24. Jarvie, Jenny, 2017. "Deportations of 'Dreamers' who've lost protection have surged under Trump." "Deportations of 'Dreamers' who've lost protection have surged under Trump." Los Angeles Times, April 19.

25. Kennan, J., & Walker, J. R. (2011). The Effect of Expected Income on Individual Migration Decisions. Econometrica, 79(1), 211-251. doi:doi:10.3982/ECTA4657.

26. Massey, D. S., Durand, J., & Pren, K. A. (2014). Explaining Undocumented Migration to the U.S. International Migration Review, 48(4), 1028-1061. doi:doi:10.1111/imre.12151

27. Migration Policy Institute (2019), *Profile of the Unauthorized Population: Texas*, available at https://www.migrationpolicy.org/data/unauthorized-immigrant-population/state/TX .

28. Murdock, S. H., & Ellis, D. R. (2019). Applied Demography: An Introduction To Basic Concepts, Methods, And Data. (First edition.). Routledge

29. Orrenius, P. M., & Zavodny, M. (2016). Do state work eligibility verification laws reduce unauthorized immigration? IZA Journal of Migration, 5(1), 5. doi:10.1186/s40176-016-0053-3

30. Reagan, P. B., & Olsen, R. J. (2000). You can go home again: Evidence from longitudinal data. Demography, 37(3), 339-350. doi:10.2307/2648046

31. Van Hook, J., & Zhang, W. (2011). Who Stays? Who Goes? Selective Emigration Among the Foreign-Born. Population Research and Policy Review, 30(1), 1-24. doi:10.1007/s11113-010-9183-0

32. Wishnie, M. J. (2007). Prohibiting the employment of unauthorized immigrants: The experiment fails. U. Chi. Legal F., 193.

Wong, T., et al. (2017). 2017 National DACA Study, available at

https://www.americanprogress.org/wp-content/uploads/sites/2/2017/11/2017 _DACA_study_economic_report_updated.pdf.

Materials Reviewed: Cited reference documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of September 2024.

_____

LLOYD POTTER, PH.D.

**Lloyd B. Potter**

**Department of Sociology and Demography and
Institute for Demographic and Socioeconomic Research**
The University of Texas at San Antonio
One UTSA Circle
Main Building
San Antonio, Texas 78249
Lloyd.Potter@utsa.edu

**Educational Background:**

| | |
|---|---|
| M.P.H. | Epidemiology, Emory University, Rollins School of Public Health, spring 1993. |
| Ph.D. | Sociology/Demography, the University of Texas at Austin, fall 1989. Dissertation: Proximate and Non-Proximate Causes of Racial Life Expectancy Differentials in the U.S., 1970 and 1980. |
| M.S. | Education, University of Houston Clear Lake, spring 1981. |
| B.S. | Sociology, Texas A&M University, fall 1979. |

**Professional Employment History**

| | |
|---|---|
| 2010-present | State Demographer of Texas and Director of the Texas Demographic Center. |
| 2008-present | Director, Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, San Antonio, TX. |
| 2008-present | Professor, Department of Sociology and Demography, the University of Texas at San Antonio, San Antonio, TX. |
| 2019-2020 | Interim-Dean, College of Public Policy/College for Health, Community and Policy, the University of Texas at San Antonio, San Antonio, TX. |
| 2014-2016 | Associate Dean for Research, College of Public Policy, the University of Texas at San Antonio, San Antonio, TX. |
| 2008-2020 | Adjunct Faculty, The University of Texas School of Public Health at Houston through the San Antonio Regional Campus. |
| 2009- 2011 | Interim-Chair, Department of Demography, the University of Texas at San Antonio, San Antonio, TX. |
| 2001-2004 | Adjunct faculty member, University of Michigan School of Public Health, Summer Epidemiology Seminar. |
| 2000-2008 | Director, Center for the Study and Prevention of Injury, Violence, and Suicide. Education Development Center Inc., Newton, MA. |
| 1998-99 | Detail from C.D.C. to Massachusetts Department of Public Health (9 months) – Injury Surveillance Program, Boston, Massachusetts. Developed surveillance reports on suicide in the state. |
| 1997 | Detail from C.D.C. to Hanoi School of Public Health, Field Epidemiology Training Program, Hanoi, Vietnam (1.5 months). Developed a course on demographic methods in public health. |

Plaintiffs' Combined MSJ Exhibits - Page 325

L.B. Potter – September 2024

| | |
|---|---|
| 1995-2000 | Team Leader (Branch Chief), Youth Violence and Suicide Prevention, Division of Violence Prevention, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention, Atlanta, Georgia. Managed C.D.C.'s scientific and grant program portfolio on youth violence and suicide prevention. |
| 1993-1995 | Team Leader, Suicide Prevention, Division of Violence Prevention, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention, Atlanta, Georgia. Manage C.D.C. scientific program on suicide prevention. |
| 1992 | Consultant, Field Epidemiology Training Program, Taiwan Department of Health, Taipei, Taiwan, R.O.C. Provided research and survey methodology training. |
| 1991-93 | National Institute of Mental Health HIV/AIDS Post-Doctoral Fellow, Emory University School of Public Health/Centers for Disease Control and Prevention, Atlanta, Georgia. Received Master of Public Health and conducted HIV/AIDS prevention research at C.D.C. |
| 1989-91 | Assistant Professor of Sociology, Fordham University, Bronx, New York. |
| 1990 & 91 | Lecturer, summers, the University of Texas at Austin, Department of Sociology. Managed and taught the NSF-funded Research Experience for Undergraduates (R.E.U.) program. |
| 1989 | Research Associate, the University of Texas at Austin, Departments of Social Work and Home Economics. Conducted research on adoption. |
| 1988 | Research Associate, the University of Texas at Austin, Population Research Center. |
| 1987-88 | Research Associate, Texas A&M University, Department of Rural Sociology, College Station, Texas. Assisted with a book on farm financial crisis, Texas population estimates and projections, and socioeconomic impact assessments |
| 1986 | Social Science Analyst, Summer, Center for International Research, U.S. Bureau of the Census, Washington D.C. Developed population estimates, projections, and profiles for various countries |
| 1985 | United Nations Intern, summer, Population Policy Section, New York, New York. Developed population estimates, projections, and profiles for multiple countries |
| 1984-87 | Research Assistant, the University of Texas at Austin, Population Research Center. Conducted research on consumer bankruptcy |
| 1983-84 | Research Assistant, Texas A&M University, Department of Rural Sociology, College Station, Texas. Assisted with population estimates and projections for Texas. |
| 1981-83 | Teacher, LaPorte Independent School District, LaPorte, Texas. |

## Awards and Honors

| | |
|---|---|
| 2024 | National Academy of Sciences, Division of Behavioral and Social Sciences and Education, Committee on National Statistics (CNSTAT), Member (to begin October 2024). |
| 2022-present | Texas State Demographer Distinguished Professorship |
| 2022 | Texas Department of Transportation Road Hand Award. |
| 2021-2023 | National Academies of Sciences, Engineering, and Medicine Panel to Evaluate the Quality of the 2020 Census |
| 2019-2020 | Mark G. Yudof Endowed Professor, the University of Texas at San Antonio |

2

Plaintiffs' Combined MSJ Exhibits - Page 326
L.B. Potter – September 2024

| | |
|---|---|
| 2017-2019 | Peter Flawn Professor, the University of Texas at San Antonio |
| 2012 | Outstanding Clear Creek Independent School District (CCISD) Alumni Award, Clear Creek Education Foundation. |
| 2005 | Allies for Action Award, Suicide Prevention Action Network |
| 2000 | Special Act of Service Award, C.D.C. For leadership in conceptualizing and producing "Best Practices of Youth Violence Prevention." |
| 2002 | Surgeon General's Exemplary Service Award. For leadership in developing a National Strategy for Suicide Prevention. |
| 1998 | Builder Award for the National Strategy for Suicide Prevention, Suicide Prevention Advocacy Network |
| 1996 | Special Act of Service Award, C.D.C. For leadership toward establishing C.D.C.'s Behavioral and Social Science Working Group. |
| 1996 | Special Act of Service Award, C.D.C. For efforts to assess the achievement of Healthy People 2000 objectives in injury and violence. |
| 1993-96 | Equal Opportunity Award, C.D.C. For leadership toward creating a diverse work environment. |
| 1986 | Professional Development Award, Graduate School, the University of Texas at Austin |
| 1984-85 & 1988-89 | National Institute of Child Health and Development Trainee. the University of Texas at Austin. |

## Research Activities

*Peer-Reviewed*

1. National Academies of Sciences, Engineering, and Medicine. 2023. Assessing the 2020 Census: Final Report. Washington, DC: The National Academies Press. https://doi.org/10.17226/27150. (panel member and chair of data analysis sub-panel)

2. National Academies of Sciences, Engineering, and Medicine. 2022. Understanding the Quality of the 2020 Census: Interim Report. Washington, DC: The National Academies Press. https://doi.org/10.17226/26529. (panel member and member of data analysis sub-panel)

3. Potter, L.B.; Tremaine, D.M.; Banner, J.L. Predictors of Variations in Residential Water Consumption in Central Texas. Water 2022, 14, 1804. https://doi.org/10.3390/w14111804 (Impact factor 3.53).

4. Roghani, A., Nyarko, S.H. & Potter, L. Smoking Cigarettes, Marijuana, and the Transition to Marriage among Cohabiters in the U.S.A. Glob Soc Welf (2021). https://doi.org/10.1007/s40609-021-00211-w (Impact factor: 0.31).

5. Nyarko SH, Potter L (2021) Levels and socioeconomic correlates of nonmarital fertility in Ghana. PLoS O.N.E. 16(2): e0247189. https://doi.org/10.1371/journal.pone.0247189 (Impact factor: 2.74)

6. Bitew, F.H., Nyarko, S.H., Potter, L. Sparks, C., Machine learning approach for predicting under-five mortality determinants in Ethiopia: evidence from the 2016 Ethiopian Demographic and Health Survey. Genus 76, 37 (2020). https://doi.org/10.1186/s41118-020-00106-2. (Impact factor:1.40)

3

Plaintiffs' Combined MSJ Exhibits - Page 327

L.B. Potter – September 2024

7. Nyarko SH, Potter L., Effect of socioeconomic inequalities and contextual factors on induced abortion in Ghana: A Bayesian multilevel analysis. PLoS One. 2020;15(7):e0235917. Published 2020 July 9. DOI: https://doi.org/10.1371/journal.pone.0235917 (Impact factor: 2.74)

8. Kim, J., Potter, L.B., U.S. Fertility Decline and Recuperation Following the Great Recession by County-Level Industrial Composition of the Labor Force. Spatial Demography, 8, 193–210 (2020). https://doi.org/10.1007/s40980-020-00063-6 (impact factor 1.2).

9. Valenzuela, C., Valencia, A., White, S., Jordan, J. J., Cano, S. L., Keating, J. P.,  Nagorski, J. J.,  Potter, L.B.,  An analysis of monthly household energy consumption among single-family residences in Texas, 2010, Energy Policy, 2014(69):263-272, ISSN 0301-4215, http://dx.doi.org/10.1016/j.enpol.2013.12.009. (corresponding author with a student as first, Impact factor:4.039).

10. Howard, J.T., Potter, L.B., An assessment of the relationships between overweight, obesity, related chronic health conditions, and worker absenteeism. Obesity Research & Clinical Practice 2014(8):1-15. (student first author  - Impact factor: 2.062)

11. Goldston D, Walrath C, McKeon R, Puddy R, Lubell K, Potter L, Rodi M.. The Garrett Lee Smith Memorial Suicide Prevention Program. Suicide & Life-Threatening Behavior 2010;40 (3):245-256. (Impact factor:3.032)

12. Durant T, Mercy J, Kresnow M, Simon T, Potter L, Hammond R. Racial Differences in Hopelessness as a Risk Factor for a Nearly Lethal Suicide. Journal of Black Psychology.2006; 32: 285-302 (Impact factor 1.55)

13. Stone D, Barber C, Potter L. Public health training online: the National Center for Suicide Prevention Training. American Journal of Preventive Medicine, 2005;29: 247–51.

14. Potter L, Stone D. Suicide prevention in schools: what can and should be done. American Journal of Health Education,  2003, 34(5 Suppl): s35-s41

15. Powell K, Kresnow M, Mercy J, Potter L, Swann A, Frankowski R, Lee R, Bayer T. Alcohol Consumption and Nearly Lethal Suicide Attempts. Suicide and Life-Threatening Behavior, 2001;31(5): S.S. 30-41.

16. Potter L, Kresnow M, Powell K, Simon T, Mercy J, Lee R, Frankowski R, Swann A, Bayer T, O'Carroll P. The Influence of Geographic Mobility on Nearly Lethal Suicide Attempts. Suicide and Life-Threatening Behavior, 2001;31(5): S.S. 42-48.

17. Kresnow M, Ikeda R, Mercy J, Powell K, Potter L, Simon T, Lee R, Frankowski R. An Unmatched Case-Control Study of Nearly Lethal Suicide Attempts in Houston, Texas: Research Methods and Measurements. Suicide and Life-Threatening Behavior, 2001;31(5): S.S. 7-20.

18. Swahn M, Potter L. Factors Associated with the Medical Severity of Suicide Attempts in Youths and Young Adults. Suicide and Life-Threatening Behavior, 2001;31(5): S.S. 21-29.

19. Simon T, Swann A, Powell K, Potter L, Kresnow M, O'Carroll P. Characteristics of Impulsive Suicide Attempts and Attempters. Suicide and Life-Threatening Behavior, 2001;31(5): S.S. 49-59.

20. Ikeda R, Kresnow M, Mercy J, Powell K, Simon T, Potter L, Durant T, Swahn M. Medical Conditions and Nearly Lethal Suicide Attempts. Suicide and Life-Threatening Behavior, 2001;31(5): S.S. 60-68.

21. Anderson M,  Kaufman J,  Simon T, Barrios L. Paulozzi L, Ryan G, Hammond R, Modzeleski W, Feucht T, Potter L, School-Associated Violent Deaths Study Group. "School-Associated Violent Deaths in the United States, 1994-1999," JAMA. 2001;286:2695-2702.

22. Dahlberg LL., Potter LB. Youth violence: developmental pathways and prevention challenges. American Journal of Preventive Medicine 2001;20(1 Suppl 1):3-14.

23. Kresnow M, Powell KE, Webb KB, Mercy JA, Potter LB, Simon TR, Ikeda RM, Frankowski R. Assigning time-linked exposure status to controls in unmatched case-control studies: alcohol use and nearly lethal suicide attempts. Statistics in Medicine 2001;20(9/10):1479-85

24. Mercy J, Kresnow M, O'Carroll P, Lee R, Powell K, Potter L, Swann A, Frankowski R, Bayer T. Is Suicide Contagious? A Study of the Relation between Exposure to the Suicidal Behavior of Others and Nearly Lethal Suicide Attempts. Am. J. Epidemiol. 2001 154: 120-127

25. Johnson G, Krug E, Potter L. Suicide Among Adolescents And Young Adults: A Cross-National Comparison Of 34 Countries. Suicide and Life-Threatening Behavior, 2000 Spring; 30(1):74-82.

26. Potter L, Sacks J, Kresnow M, Mercy J. Nonfatal Physical Violence, United States, 1994. Public Health Reports. 1999 Jul-Aug;114(4):343-52.

27. Potter L, Kresnow M, Powell K, O'Carroll P, Lee R, Frankowski R, Swann A, Bayer T, Bautista M, Briscoe M. Identification of nearly fatal suicide attempts: Self-Inflicted Injury Severity Form. Suicide and Life-Threatening Behavior. 28(2):174-186, 1998.

28. Grabbie L, Demi A, Camann M, Potter L. Suicide and health status among the elderly: The National Mortality Followback Survey. American Journal of Public Health, 1997 Mar;87(3):434-7.

29. Mercy J, Potter L.  Combining analysis and action to solve the problem of youth violence. American Journal of Preventive Medicine 1996; Supplement to Volume 12(5):1-2.

30. Kachur S., Potter L, Powell K, Rosenberg M. Suicide: Epidemiology, Prevention, Treatment. Adolescent Medicine: State of the Art Reviews, 25(2):171-182, 1995.

31. Potter L, Powell K, Kachur S. Suicide Prevention from a Public Health Perspective. Suicide and Life-Threatening Behavior, 25(1):83-92, 1995.

32. Potter L, Rogler L, Moscicki E. Depression Among Puerto Ricans in New York City: The Hispanic Health and Nutrition Examination Survey. Social Psychiatry and Psychiatric Epidemiology, 30:185-193, 1995.

33. Potter L, Anderson J.  Patterns of Condom Use, Sexual Behavior and STDs/H.I.V. Among Never-Married Women. Sexually Transmitted Diseases, 20(4), 1993.

34. Burr J, Potter LB, Galle O, Fossett M.  Migration and Metropolitan Opportunity Structures: A Demographic Response to Racial Inequality. Social Science Research, 22, 1992.

35. Galle O, Burr J, Potter L.  Rethinking Measures of Migration: On the Decomposition of Net Migration. Social Indicators Research, 28, 1992.

36. Potter L.  Socioeconomic Determinants of Black-White Male Life Expectancy Differentials, 1980. Demography, 28(2):303-322, 1991.

37. Potter L, Galle O.  Residential and Racial Mortality Differentials in the South by Cause-of-Death. Rural Sociology, Summer 1990.

Plaintiffs' Combined MSJ Exhibits - Page 329

L.B. Potter – September 2024

*Peer-reviewed – under review*

1. Uddin MS, Potter  L. Applicability of the Nighttime Light Data as an Ancillary Tool to Estimate the Population at the County and Place Level of Texas. Journal of Spatial Demography. Revised and resubmitted (8-22-24); currently under review.

*Edited Book*

1. Hoque, N., Potter, LB. (eds), Emerging Techniques in Applied Demography, Dordrecht Heidelberg New York London: Springer, (2014). ISBN 978-94-017-8989-9.

*Book Chapters*

1. Potter, L. Chapter 13 Youth Suicide. In Liller K.D. (ed), Injury Prevention for Children and Adolescents: Research, Practice, and Advocacy 2nd Edition. Washington, DC: American Public Health Association, 2012, eISBN: 978-0-87553-250-9

2. Potter L. Violence Prevention. In Gorin SS, Arnold J (eds), Health Promotion in Practice, Chapter 12 (pp. 392-426). San Francisco, CA: Jossey-Bass, 2006.

3. Potter L. Youth Suicide. In Liller K.D. (ed), Injury Prevention for Children and Adolescents: Research, Practice, and Advocacy, Chapter 13 (pp. 321-340). Washington, DC: American Public Health Association, 2006.

4. Potter L. Public Health and Suicide Prevention. In Lester D (ed), Suicide Prevention: Resources for the New Millennium, Chapter 5 (pp. 67-82). Ann Arbor, MI: Sheridan Books, 2000.

5. Potter L. Understanding the Incidence and Origins of Community Violence: Toward a Comprehensive Perspective of Violence Prevention. In Gullotta T (ed), Violence In Homes And Communities, Chapter 4 (pp. 101-132). Sage Publications, 1999.

6. Cohen L, Potter L.  Injuries and Violence: Risk Factors and Opportunities for Prevention During Violence. In: Fisher M, Juszczak L, Klerman L, eds. Adolescent Medicine: Prevention Issues in Adolescent Health Care. Philadelphia, PA: Hanley & Belfus, Inc., 1999:125-135.

7. Potter L, Mercy J.  Public health perspective on interpersonal violence among youths in the United States. In Stoff DM, Breiling J, Maser JD, editors.  Handbook of antisocial behavior. New York: John Wiley & Sons, Inc; 1997

8. Potter L, Powell K. The Public Health Approach to Suicide Prevention in the United States. Pp.329-345, in Ramsey RF, Tanney BL (`eds), Global Trends in Suicide Prevention: Toward the Development of National Strategies for Suicide Prevention. Mumbai, India: Tata Institute of Social Sciences, 1996.

9. Murdock S, Leistritz F, Hamm R, Albrecht D, Potter L, Backman K.  Impacts of the Farm Financial Crisis of the 1980s on Resources and Poverty in Agriculturally Dependent Counties in the United States. Pp. 67-94 in Rodgers H, Weiher G, (eds.). Rural Poverty: Special Causes and Policy Reforms. NY: Greenwood Press 1989.

10. Murdock S, Leistritz F, Hamm R, Albrecht D, Potter L, Backman K.  Impacts of the Farm Financial Crisis of the 1980s on Resources and Poverty in Agriculturally Dependent Counties in the United States. Policy Studies Review, 1988;7(4):810-827.

11. Murdock S, Potter L, Hamm R, Backman K, Albrecht D, Leistritz L.  The Implications of the Current Farm Crisis for Rural America. Pp. 169-184 in Steve Murdock and Larry

Plaintiffs' Combined MSJ Exhibits - Page 330
L.B. Potter – September 2024

Leistritz (eds.)  The Farm Financial Crisis: Socioeconomic Dimensions and Implications for Producers and Rural Areas. Boulder, Colorado: Westview Press, 1988.

12. Murdock S, Potter L, Hamm R, Albrecht D. Demographic Characteristics of Rural Residents in Financial Distress and Social and Community Impacts of the Farm Crisis. Pp. 113- 140 in Steve Murdock and Larry Leistritz (eds.) The Farm Financial Crisis: Socioeconomic Dimensions and Implications for Producers and Rural Areas. Boulder, Colorado: Westview Press, 1988.

13. Murdock S, Albrecht D, Potter L, Backman K, Hamm R.  Demographic, Socioeconomic and Service Characteristics of Rural Areas in the United States: The Human Resource Base for the Response to the Crisis. Pp. 45-73 in Murdock S, Leistritz L, (eds.)  The Farm Financial Crisis: Socioeconomic Dimensions and Implications for Producers and Rural Areas. Boulder, Colorado: Westview Press, 1988.

*Commentary*

1. Potter L, Salvo J.  "STANDARD DEVIATIONS: Data Utility vs. Confidentiality: How Can We Square the Circle for the 2030 Census Data Products?" Posted on May 22, 2024, by The Census Project, Posted in Census 2020. https://thecensusproject.org/2024/05/22/standard-deviations-data-utility-vs-confidentiality-how-can-we-square-the-circle-for-the-2030-census-data-products/.

2. Rosenberg M, Mercy J, Potter L. Firearms and suicide. New England Journal of Medicine. 1999 Nov 18;341(21):1609-11

3. Potter L, Rosenberg M, Hammond W. Suicide in youth: a public health framework [comment]. Journal of the American Academy of Child & Adolescent Psychiatry. 37(5);484-7, 1998 May.

*Other*

1. You, H., Geppert, J., Potter, L. Evaluating the Impact of Differential Privacy Using the Census Bureau's 2010 Demonstration Data Products. Texas Demographic Center, May 2021.

2. You, H., Huang, P., Geppert, J., Potter, L., Jordan, J., Texas Household Trends and Projections, 2010-2050. Texas Demographic Center, April 2021.

3. Huang, P., Jordan, J., You, H., Potter, L., Evaluation of the Proposed 2020 Metropolitan Statistical Areas Criteria. Texas Demographic Center, March 2021.

4. Valencia, A., You, H., Huang, P., Geppert, J., Potter, L.B. Texas's Most Vulnerable Populations. Texas Demographic Center, September 2020.

5. Huang, P., You, H., Valencia, A., Potter, L.B., 2018 Estimated Population of Texas, Its Counties, and Places. Texas Demographic Center, December 2019.

6. You, H., Potter, L.B., Valencia, A., Geppert, J., Huang, P. Texas Population Projections 2010 to 2050. Texas Demographic Center, September 2019.

7. Potter, L. Community Assessment AVANCE-San Antonio Head Start and Early Head Start Program 2019. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2019

8. Robinson, S., Valencia, L. You, H., Potter, L.B., White, S., Jordan, J.,  Diabetes in Texas. Texas Demographic Center, December 2018.

7

Plaintiffs' Combined MSJ Exhibits - Page 331

L.B. Potter – September 2024

9. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., Urban Texas - Part Four. Texas Demographic Center, November 2017

10. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J., Robinson, S., Urban Texas - Part Three. Texas Demographic Center, October 2017

11. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., Urban Texas - Part Two. Texas Demographic Center, September 2017

12. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., Robinson, S., Urban Texas - Part One. Texas Demographic Center, August 2017

13. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., Texas Migration, Texas Demographic Center, January 2017

14. White, S., Potter, L. B., You, H., Valencia, A., Jordan, J., Pecotte, B. Texas Mobility. Texas Demographic Center, November 2016.

15. Valencia, A., Potter, L. B., White, S., You, H., Jordan, J., Pecotte, B. Aging in Texas: Introduction. Texas Demographic Center, June 2016

16. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., Introduction to Texas Domestic Migration. Texas Demographic Center, April 2016.

17. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., The Foreign-Born Population in Texas: Sources of Growth Texas Demographic Center, October 2015.

18. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., Origins of Immigrants to Texas Texas Demographic Center, May 2015.

19. White, S., Potter, L.B., You, H., Valencia, A., Jordan, J. Pecotte, B., Introduction to Migration in Texas Brief. Texas Demographic Center, March 2015.

20. Potter, L.B., Hoque, N., Texas Population Projections, 2010 to 2050. Texas Demographic Center, November 2015.

21. Potter, L. Community Assessment: Wintergarden Head Start and Early Head Start Program 2015. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2015.

22. Potter, L. Community Assessment AVANCE-San Antonio Head Start and Early Head Start Program 2015. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2015

23. You, H., Potter, L.B. Educational Attainment Projections of the Texas Civilian Workforce, 2011-2030. Texas Demographic Center, 2014

24. Potter, L. Community Assessment: Wintergarden Head Start and Early Head Start Program 2014. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2014.

25. Potter, L. Community Assessment AVANCE-San Antonio Head Start and Early Head Start Program 2014. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2014.

26. Potter, L., Valenzuela, C., Flores, M., Jordan, J., Valencia, l., White, S., Keating, J., Canos,S., Nagorski, J., Karuppusamy, S. Robinson. S. Modeling Household Energy Consumption in Bexar County, 2010, Confidential Research Report. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2014.

27. Potter, L. Community Assessment Update, City of San Antonio Head Start Program. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2013

8

Plaintiffs' Combined MSJ Exhibits - Page 332
L.B. Potter – September 2024

28. Potter, L (Chair), Horowitz, R., Robin, D., Tillyer, R. Recommendations for Fostering Research Productivity and Creating a Research Culture at the University of Texas at San Antonio. UTSA Research Advisory Board - Sub-Committee on Macro Research Issues, 2013

29. You, H., White, S., Potter, L. An Examination of Static and Dynamic Aspects of Uninsurance In Texas. Institute for Demographic and Socioeconomic Research. Report for Methodist Healthcare Ministries. The University of Texas at San Antonio, 2012.

30. Potter, L., Ozuna, C., Campbell, J. Community Assessment San Antonio & Bexar County Head Start Program 2012. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2012

31. Garza, J., Flores, M., Jordan, J., Potter, L. Community Assessment Report for San Antonio Head Start. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2010

32. Garza, J., Potter, L., Jordon, J. Community Assessment Report for San Antonio Head Start. Institute for Demographic and Socioeconomic Research, the University of Texas at San Antonio, 2009.

33. Malley E, Posner M, Potter L. Suicide risk and prevention for lesbian, gay, bisexual, and transgender youth. Suicide Prevention Resource Center. Newton, MA: Education Development Center, Inc. 2008.

34. Potter L, Silverman M, Connorton E, Posner M. Promoting Mental Health and Preventing Suicide in College and University Settings. Suicide Prevention Resource Center, Newton, MA: Education Development Center, Inc., 2004.

35. Potter L. Suicide Prevention: Prevention Effectiveness and Evaluation. Atlanta, GA: SPAN, U.S.A., 2001.

36. Silverman M, Davidson L, Potter L, (eds.) National Suicide Prevention Conference Background Papers, October 1998, Reno, Nevada. Suicide and Life-Threatening Behavior, 31(S), 2001.

37. Potter L, Hasbrouk L. Influence of Homicide on Racial Disparity in Life Expectancy --- United States, 1998. MMWR, September 14, 2001 / 50(36);780-3.

38. Davidson L, Potter L, Ross V. The Surgeon General's Call To Action To Prevent Suicide. Washington, DC: U.S. Public Health Service,1999.

39. Moscicki E, Muehrer P, Potter L. Introduction to Supplemental Issue: Research Issues in Suicide and Sexual Orientation. Suicide and Life-Threatening Behavior 1995; Supplement:25:1-3.

40. Kachur S, Potter L, James S, Powell K. Suicide in the United States, 1980-1992. Atlanta: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control, 1995. Violence Surveillance Summary Series, No. 1.

41. O'Carroll P, Potter L., Mercy J. Suicide Contagion and the Reporting of Suicide: Recommendations from a National Workshop. MMWR 43(No. RR-6):8-18, 1994

42. O'Carroll P, Potter L. Programs for the Prevention of Suicide Among Adolescents and Young Adults. MMWR 43(No.RR-6):1-7, 1994

43. Murdock S, Potter L, Backman K, Hamm R, Hwang S. Patterns of Post-1980 Population Change in Towns and Cities in Texas: An Analysis of the U.S. Bureau of the Census Population Estimates for 1982, 1984 and 1986. Department of Rural Sociology

Technical Report No. 88-2. College Station, Texas: The Texas Agricultural Experiment Station, March 1988.

44. Murdock S, Schriner E, Hamm R, Jones L, Potter L. An Analysis of Selected Human Resource and Environmental Impact Dimensions of the Amarillo and Dallas-Fort Worth Super-Conducting Super Collider Siting Areas. Report submitted to The National Research Laboratory Commission, Office of the Governor, State of Texas, July 1987.

## Granting Activities (Proposals Academic Year 23-24)

1. "Unveiling Air Quality and Environmental Justice: Integrating Concentration and Source-Specific Emission with Exposure Inequalities in the U.S." Muhammad Salaha  Uddin Lead PD/PI, Lloyd Potter, Co-PI, 10%, Sponsored by National Aeronautics & Space Administration,  $921,640 (August 2, 2024).

2. "24-hour movement guideline adherence among children and youth in Texas from 2015 to 2023: Time trends, geographic determinants and associations with overweight/obesity." Timothy Grigsby, Lead PD/PI, Lloyd Potter, Co-PI, 5%, Sponsored by National Institutes of Health,  $240,742 (October 20, 2023).

3.

## Granting Activities (Awards)

1. "Head Start 2024 Comprehensive Community Needs Assessment Update" Lloyd Potter, Lead PD/PI, 100.00%, $5,835.(March-24-2024).

2. "Demographic Data and Assistance One-Stop Demographic Data Analysis Tool, Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Dept of Transportation,  $1,526,538. (September 1, 2023 - August 31, 2026).

3. "Demographic Factors" Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by Texas Workforce Commission, $21,235 (December 15, 2021-March 31, 2022).

4. "Sustainable Transportation Electrification for an Equitable and Resilient Society, P.I.'s/Co-PI's;, Cynthia PI - 30.00% Gatsis, Nikolaos Co-PI - 30.00% Potter, Lloyd Co-PI - 20.00% Kumar, Amit Co-PI - 20.00%  Sponsor: National Science Foundation, Texas A&M University, $24,995 (September 1, 2021-August 31,2022.

5. "Demographic Data Research and Analysis for Modelling Transportation Demand and Demographic Research Technical Assistance," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Dept of Transportation 601,  $911,243. (October 1, 2021 - August 31, 2023).

6. "Upbring Early Head Start Community Assessments," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by Center for New Communities, $30,468.00. (June 1, 2021 – October 31, 2021).

7. "2021 Comprehensive Community Needs Assessment Update." Sponsored by South San Antonio I.S.D., $5,188 (June 21, 2021-September 27, 2021.

8. "AVANCE San Antonio Service Area Head Start/Early Head Start Community Assessment Update 2017," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $8,264. (March 22, 2021 - June 30, 2021).

9. "AVANCE Wintergarden Service Area Head Start/Early Head Start Community Assessment Update 2017," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $7,941. . (March 22, 2021 - June 30, 2021).

10. "Texas Workforce Commission - Allocation Factors," Lloyd Potter, PD/PI, 100.00%, Sponsored by TX Workforce Comm 320, ~ $16,207.00. (December 1, 2013 - 2021).

11. "The New 100th Meridian: Urban Water Resiliency in a Climatic and Demographic Hot Spot," Lloyd Potter, CoPI, 100.00%, Sponsored by National Science Foundation through Univ of TX at Austin 721, $24,219.00. (June 1, 2016 - August 31, 2020).

12. "Demographic Data Research and Analysis for Modelling Transportation Demand and Demographic Research Technical Assistance," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Dept of Transportation 601, $573,601.60. (September 1, 2017 - August 31, 2019).

13. "Texas Workforce Commission Allocation Factors," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Workforce Comm 320, $17,323.00. (October 1, 2018 - May 31, 2019).

14. "Center for New Communities Early Head Start Community Assessment Update," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by Center for New Communities, $4,443.00. (May 1, 2018 - August 31, 2018).

15. "Texas Workforce Commission," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Workforce Comm 320, $17,323.00. (October 1, 2017 - August 31, 2018).

16. "AVANCE Wintergarden Head Start Community Assessment Update 2018," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $12,365.00. (April 15, 2018 - August 15, 2018).

17. "COSA Head Start Community Assessment Update 2018 and 2019," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by City of San Antonio, $13,000.00. (May 1, 2018 - July 31, 2018).

18. "San Antonio Service Area Community Assessment Update 2018," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $12,365.00. (April 15, 2018 - July 15, 2018).

19. "UTSA Graduate Student Services for CIVHTR:  Deleveaux Jamiko," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by U.S. Dept of Vet Affairs, $38,250.00. (May 1, 2016 - September 30, 2017).

20. "Comprehensive Community Needs Assessment Update," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by Center for New Communities, $4,308.00. (July 10, 2017 - September 29, 2017).

21. "COSA Head Start and Early Head Start Community Assessment Update 2017," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by City of San Antonio, $13,000.00. (April 1, 2017 - August 31, 2017).

22. "Demographic Data and Assistance," Lloyd Potter, Lead PD/PI, 100.00%; Jeffrey Jordan, Co-PD/P.I., 0.00%, Sponsored by TX Dept of Transportation 601, $506,870.00. (September 1, 2015 - August 31, 2017).

23. "Estimation allocation factors for local workforce development areas," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Workforce Comm 320, $17,323.00. (February 1, 2017 - August 30, 2017).

24. "AVANCE San Antonio Service Area Head Start/Early Head Start Community Assessment Update 2017," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by

Plaintiffs' Combined MSJ Exhibits - Page 335
L.B. Potter – September 2024

AVANCE-San Antonio Inc, $10,692.00. (January 30, 2017 - March 31, 2017).

25. "AVANCE Wintergarden Service Area Head Start/Early Head Start Community Assessment Update 2017," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $13,954.00. (January 30, 2017 - March 31, 2017).

26. "Evaluation of the COSA Financial Empowerment Counselling program," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by City of San Antonio, $24,562.00. (July 1, 2016 - November 30, 2016).

27. "Intergovernmental Personnel Assignment Agreement," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by U.S. Dept of Vet Affairs, $34,875.00. (June 15, 2015 - September 30, 2016).

28. "Task order for the base year Support Services," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by U.S. Dept of Vet Affairs, $13,407.00. (May 16, 2016 - September 28, 2016).

29. "Task order for the base year Support Services," Lloyd Potter, Lead PD/PI, 50.00%; Adel Alaeddini, Co-PD/P.I., 50.00%, Sponsored by U.S. Dept of Vet Affairs, $33,116.52. (September 29, 2015 - September 28, 2016).

30. "Estimation allocation factors for local workforce development areas," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Workforce Comm 320, $16,903.00. (November 1, 2015 - August 31, 2016).

31. "COSA Head Start Community Assessment Update 2016," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by City of San Antonio, $13,000.00. (April 1, 2016 - June 30, 2016).

32. "2016 Comprehensive Community Assessment Wintergarden Head Start/Early Head Start Service Area," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $12,451.00. (February 2, 2016 - April 30, 2016).

33. "Community Service Block Grant (CSBG) and Head Start Community Assessment Report," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by City of San Antonio, $27,067.00. (April 1, 2015 - January 31, 2016).

34. "Research collaboration on health care and veterans," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by U.S. Dept of Vet Affairs, $270,000.00. (September 15, 2014 - September 14, 2015).

35. "Texas Workforce Commission Allocation Factors," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by TX Workforce Comm 320, $16,207.00. (November 1, 2014 - August 31, 2015).

36. "San Antonio Health Care Data Analysis Cluster (SAHCDAC)," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by UTSA VPR Office, $149,406.00. (September 1, 2014 - August 31, 2015).

37. "Community Needs Assessment - Community Action Corporation of South Texas (CACOST)," Lloyd Potter, Lead PD/PI, 90.00%; Misty Sailors, Co-PD/P.I., 10.00%, Sponsored by Community Action Corp of So TX (CACOST), $53,689.00. (March 18, 2015 - July 18, 2015).

38. "Head Start Community Assessment Update Wintergarden Head Start/Early Head Start Service Area," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $9,808.00. (January 27, 2015 - March 27, 2015).

39. "Head Start/Early Head Start Community Assessment Update - San Antonio Service Area," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio

Plaintiffs' Combined MSJ Exhibits - Page 336

Inc, $9,808.00. (January 27, 2015 - March 27, 2015).

40. "Survey of Bexar County residents regarding emergency preparedness," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by Bexar County, $15,000.00. (December 1, 2014 - January 31, 2015).

41. "San Antonio Head Start Community Assessment Update," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by City of San Antonio, $25,000.00. (October 11, 2014 - January 31, 2015).

42. "SA2020 Integrated Database System," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by SA2020, $96,033.00. (November 1, 2013 - August 31, 2014).

43. "AVANCE Wintergarden HS EHS CA Update Bid," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $8,101.00. (March 1, 2014 - April 30, 2014).

44. "Head Start Community Assessment for Harlandale," Lloyd Potter, Lead PD/PI, 100.00%, Sponsored by AVANCE-San Antonio Inc, $23,292.00. (November 1, 2013 - February 28, 2014).

45. "San Antonio Head Start Community Assessment," Lloyd Potter, PD/PI, 100.00%, Sponsored by City of San Antonio, $24,170.00. (October 1, 2013 - January 31, 2014).

## Teaching

*Dissertations chaired:*

1. Elahkim Ibrahim, December 2023,  Commonness, Correlates and Consequences of High-Risk Fertility Dissertations chaired:y Behavior Ii Sub-Saharan Africa: Insights from Demographic and Health Surveys

2. Jeffrey Wright, August 2020. The Purpling of the Peach: Demographic Change and Partisanship in the State of Georgia

3. Samuel Nyarko, April 2020, Socioeconomic and contextual determinants of fertility in Ghana: A Bayesian multilevel approach

4. Andrés Gallardo De Las Peñas, May 2019, Measuring the Impact of Aging and Migration on the Economic Activity of the United States

5. Jessica Omoregie, December 2018, Determinants of Women's Health in Nigeria: The Role of Media Exposure and Autonomy

6. Daniela Krotzer, May 2018, Employment Changes Corresponding to the Duration of Disability

7. Jewel Barnett, December 2017, Barriers to Health: Place and Food Insecurity as Determinants of Childhood Obesity

8. Pamela Willrodt, July 2016, Vietnam-Era Veteran Health:  A Life-Course Perspective at the End of Middle-Adulthood

9. Mikiko Oliver, August 2015, Population Aging and Economic Growth in the United States and Japan

10. Alexis Santos Lozano, April 2015, Inequalities in Human Papillomavirus Vaccination for Female Adolescents in the United States

11. John Garza, April 2014, Spatially Oriented Demographic Determinants of Foreclosures in Bexar County

12. Sadasivan Karuppusamy, September 2013, The Determinants and Trends in the Household Energy Consumption for Different End Users in the United States During 2001-2009

Plaintiffs' Combined MSJ Exhibits - Page 337
L.B. Potter – September 2024

13. Carlos Valenzuela, April 2013, An Analysis of Household Energy Consumption by Race/Ethnic Composition:  Incorporating Racial Stratification in the Lifestyle Perspective,

14. Frank Martinez III, December 2012, Las Colonias de la Frontera: A Study of Substandard Housing Settlements along the Texas-Mexico Border

14

Plaintiffs' Combined MSJ Exhibits - Page 338
L.B. Potter – September 2024

*Dissertation committee member:*

Joseph Jaiyeola – in progress
Coda Rayo-Garza – in progress
Jyoti Nepal– in progress
Julie Gonzalez, November 2023
Sarah Sharmin, November 2023
Joshua Reyna, August 2023
Ricardo Ramirez, April 2022
William H. Kazanis, November 2021
Kahlí Hedrick-Romano, June 2020
Ali Roghani, June 2020
Paulina Cano McCutcheon, April 2020
Serge Atherwood, April 2020
Fikrewold Bitew, April 2020
Jeongsoo Kim, March 2020
Stephanie Hernandez, March 2020
Stephen Sano, November 2019
Jamiko Deleveaux, December 2018
Federico Ghirimoldi, April 2018
Brico Vasquez, April 2018
Jose Louro, April 2018
Sara Robinson, May 2018
Lorenzo Sanchez. May 2018
Dorian Galindo, May 2018
Sharon Goodwin, May 2017
Rebecca Adeigbe, May 2017
Clarissa Ozuna, December 2017
Andrea Bautista, November, 2017
Xiaoling Liang, August, 2017
Paul Chance Kinnison, June 2016
Danielle Gordon, May 2016

Dan Shinaberry, April 2016
Daesung Choi, December 2015
Heidy Colon Lugo, December 2015
Romona Serban, August 2015
Mikiko Oliver, August 2015
Jeffrey Howard, April 2014
Susanne Schmidt, December 2013
Jinny Case, June 2013
Brian Munkombwe, April 2013
Rabindra K.C., December 2013
Mathew Martinez, December 2013
Ke Meng, December 2012
Samantha John, December 2012
Victoria Locke, May 2012
Alma Martinez-Jimenez, December 2011
Lila Valencia, May 2011
David Armstrong, May 2011
Emma Mancha, May 2011
Joseph Campbell, May 2011
Mary Hogan, May 2011
Gilbert Suarez, May 2011
Mike Cline, August 2010
Miguel Flores, August 2010
Deborah Perez, August 2010
Eliza Hernandez, August 2010
Jennifer Roth, August 2010
Marguerite Sagna, August 2010
Mary Bollinger, May 2010

*Dissertations chaired - in progress:*
1. Noelia Flores
2. Bryan Solomon
3. Tobias Kuhn
4. Sarah Serpas

*Courses taught at UTSA (all graduate):*
- Disparities in Health and Health Care
- Applied Demography and Urban and Regional Planning
- Applied Demography in Policy Settings
- Demographic Methods of Analysis
- Social Demography and Community Trends
- Social and Economic Impact Assessment
- Survey Methods for Demographers
- Special Topic Reading Courses (multiple)
- Dissertation hours (multiple)

**Service**

*Professional*

*President,* Southern Demographic Association, 2015

*Co-Editor:* Population Research and Policy Review (peer-reviewed journal) 2015

*Peer reviewer:*

Suicide and Life-Threatening Behavior

American Journal of Preventive Medicine

American Journal of Public Health

Archives of General Psychiatry

Demography

Injury Prevention

New England Journal of Medicine

*Miscellaneous:*
- State Demographer of Texas, 2010 to Present
- Testimony on demographic topics for Texas House and Senate standing and special committees
- Consultation with Texas House and Senate members and staff members on various demographic topics
- Demographic analysis for San Antonio Mayor's Office for Pre-K for S.A.
- Public speaking on demographic topics (~35 per year)
- News items using Google search
- Video clips using Google search
- San Antonio P-16 Data Support Council Member 2012-2016
- San Antonio CI Now Board Member and former Chair
- Applied Demography Conference, organizer, and program chair for 2010, 2012, 2014, and 2017.

L.B. Potter – September 2024

Plaintiffs' Combined MSJ Exhibits - Page 340

*University (partial listing)*

    2020-24
    HCAP Research Committee
    Faculty Grievance Committee 2017-present
    HCAP College Executive Committee 2019-2020
    Committee on Conflict of Interest (CCOI) in Research and Intellectual Property

    2018-19
    COPP College Executive Council
    Faculty Grievance Committee
    Committee on Conflict of Interest (CCOI) in Research and Intellectual Property

    2017-18
    COPP College Executive Council
    College Faculty Development and Research Committee (CFDRC)
    University Assembly
    Faculty Grievance Committee

    2016-17
    COPP College Executive Council
    COPP College Faculty Council, Chair
    UTSA Faculty Senate Representative- Demography
        Academic Freedom, Evaluation, and Merit Committee
    UTSA Graduate Council - Graduate Program Evaluation Committee
    University Assembly

    2015-16
    COPP College Executive Council
    COPP College Faculty Council, Chair
    College Faculty Development and Research Committee (CFDRC)
    UTSA Faculty Senate Representative- Demography
    Academic Freedom, Evaluation, and Merit Committee
    UTSA Graduate Council Committee
    Graduate Program Evaluation
    University Assembly

    2014-15
    COPP College Executive Council
    UTSA Faculty Senate
    College Faculty Review Advisory Committee (CFRAC)
    College Faculty Development and Research Committee (CFDRC)
    Research Advisory Board

L.B. Potter – September 2024

Plaintiffs' Combined MSJ Exhibits - Page 341

**Summary of student course evaluation surveys**

**Faculty Name:**    Lloyd B. Potter

**Faculty Rank:**    Professor

**Department:**    Sociology and Demography, College for Health, Community and Policy

**Terms Included:** August 1, 2013 – May 31, 2024

| Term | Course/Section | Course Type (L.D., U.D., GR) | New Course Prep? | Course Enrollment | No of Responses | Overall Course Rating* | Overall Instructor Rating* |
|------|----------------|------------------------------|------------------|-------------------|-----------------|------------------------|----------------------------|
| Spring 2024 | DEM 7073-003 | GR | | 15 | 13 | 4.92 | 5.00 |
| Spring 2023 | DEM 7073-001 | GR | | 9 | 5 | 5.00 | 5.00 |
| Fall 2022 | DEM 7013-901 | GR | | 9 | 9 | 4.7 | 4.8 |
| Fall 2021 | DEM 7013 – 901 | GR | | 10 | 1 | 5.00 | 5.00 |
| Spring 2021 | DEM 7073- 901 | GR | X | 6 | 5 | 5.00 | 4.60 |
| Fall 2020 | DEM 7013 – 901 | GR | | 15 | 6 | 4.67 | 4.67 |
| Fall 2019 | DEM 5013 – 901 | GR | | 7 | 4 | 5.00 | 5.00 |
| Spring 2019 | DEM 7153 – 901 | GR | X | 7 | 7 | 5.00 | 5.00 |
| Fall 2018 | DEM 7013 – 901 | GR | | 6 | 4 | 4.50 | 4.50 |
| Fall 2017 | DEM 7013 – 901 | GR | | 6 | 5 | 4.80 | 4.60 |
| Fall 2016 | DEM 7013 – 901 | GR | | 7 | 6 | 4.50 | 4.50 |
| Spring 2016 | DEM 7063 – 901 | GR | | 10 | 10 | 4.40 | 4.60 |
| Fall 2015 | DEM 7013 – 901 | GR | | 10 | 10 | 4.60 | 4.30 |
| Fall 2014 | DEM 7013 – 901 | GR | | 10 | 9 | 4.88 | 4.88 |
| Spring 2014 | DEM 7023 – 901 | GR | | 6 | 4 | 4.25 | 4.50 |
| Fall 2013 | DEM 7013 – 901 | GR | | 9 | 7 | 4.28 | 4.57 |

* 5 highest, 0 lowest

Courses taught:

DEM 5013. Demographic Methods of Analysis (combined master's and Ph.D. students).

DEM 7013. Demographic Methods of Analysis

DEM 7023. Advanced Methods of Demographic Analysis

DEM 7153. Applied Demography in Public Health.

L.B. Potter – September 2024

Plaintiffs' Combined MSJ Exhibits - Page 342

DEM 7063. Applied Demography in Policy Settings

DEM 7073. Disparities in Health and Health Care

DEM 7173. Applied Demography in Urban and Regional Planning (small class-no evaluation).

**Publications Authored or Co-Authored by Lloyd Potter in the Past 10 Years**

1. National Academies of Sciences, Engineering, and Medicine. 2023. Assessing the 2020 Census: Final Report. Washington, DC: The National Academies Press. https://doi.org/10.17226/27150. (panel member and chair of data analysis sub-panel)

2. National Academies of Sciences, Engineering, and Medicine. 2022. Understanding the Quality of the 2020 Census: Interim Report. Washington, DC: The National Academies Press. https://doi.org/10.17226/26529. (panel member and member of data analysis sub-panel)

3. Potter, L.B.; Tremaine, D.M.; Banner, J.L. Predictors of Variations in Residential Water Consumption in Central Texas. Water 2022, 14, 1804. https://doi.org/10.3390/w14111804 (Impact factor 3.53).

4. Roghani, A., Nyarko, S.H. & Potter, L. Smoking Cigarettes, Marijuana, and the Transition to Marriage among Cohabiters in the U.S.A. Glob Soc Welf (2021). https://doi.org/10.1007/s40609-021-00211-w (Impact factor: 0.31).

5. Nyarko SH, Potter L (2021) Levels and socioeconomic correlates of nonmarital fertility in Ghana. PLoS O.N.E. 16(2): e0247189. https://doi.org/10.1371/journal.pone.0247189 (Impact factor: 2.74)

6. Bitew, F.H., Nyarko, S.H., Potter, L. Sparks, C., Machine learning approach for predicting under-five mortality determinants in Ethiopia: evidence from the 2016 Ethiopian Demographic and Health Survey. Genus 76, 37 (2020). https://doi.org/10.1186/s41118-020-00106-2. (Impact factor:1.40)

7. Nyarko SH, Potter L., Effect of socioeconomic inequalities and contextual factors on induced abortion in Ghana: A Bayesian multilevel analysis. PLoS One. 2020;15(7):e0235917. Published 2020 July 9. DOI: https://doi.org/10.1371/journal.pone.0235917 (Impact factor: 2.74)

8. Kim, J., Potter, L.B., U.S. Fertility Decline and Recuperation Following the Great Recession by County-Level Industrial Composition of the Labor Force. Spatial Demography, 8, 193–210 (2020). https://doi.org/10.1007/s40980-020-00063-6 (impact factor 1.2).

9. Valenzuela, C., Valencia, A., White, S., Jordan, J. J., Cano, S. L., Keating, J. P., Nagorski, J. J., Potter, L.B., An analysis of monthly household energy consumption among single-family residences in Texas, 2010, Energy Policy, 2014(69):263-272, ISSN 0301-4215, http://dx.doi.org/10.1016/j.enpol.2013.12.009. (corresponding author with a student as first, Impact factor:4.039).

10. Howard, J.T., Potter, L.B., An assessment of the relationships between overweight, obesity, related chronic health conditions, and worker absenteeism. Obesity Research & Clinical Practice 2014(8):1-15. (student first author - Impact factor: 2.062)

*Peer-reviewed – under review*

1. Uddin MS, Potter L. Applicability of the Nighttime Light Data as an Ancillary Tool to Estimate the Population at the County and Place Level of Texas. Journal of Spatial Demography. Revised and resubmitted (8-22-24); currently under review.

*Edited Book*

1. Hoque, N., Potter, LB. (eds), Emerging Techniques in Applied Demography, Dordrecht Heidelberg New York London: Springer, (2014). ISBN 978-94-017-8989-9.