

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**David A. O'Toole**  **Leigh Lyon**
**Clerk of Court**  **Chief Deputy Clerk**

October 21, 2024

No. 6:24-cv-00306    State of Texas v. DHS

Mr. Robert A. Heghmann
P.O. Box 2108
Leander, TX 78646

Dear Mr. Heghmann:

We received your letter dated October 14, 2024, requesting that the court take action on your documents entitled Petitioner's Motion for Declaratory Judgment That Joseph Boden and Kamala Harris Through the Department of Homeland Security are Guilty if a Crime Against Humanity and Genocide and Petition for a Writ of Error Coram Nobis. As previously stated, however, you are not a party to this case, nor have you requested or received leave to intervene.

In light of the aforementioned, we are taking no action on your documents. *See Texas v. DHS*, No. 24-40571, ECF No. 88-2 (5th Cir. Sept. 18, 2024) (same). You remain free to seek intervention in this case or to seek to bring a new case for the relief you seek.

Sincerely,
David A. O'Toole, Clerk

By: *Nicole Cadenhead*
Nicole Cadenhead, Deputy Clerk
October 21, 2024