# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | No.: 6:24-cv-00306 |

## PROPOSED INTERVENOR DEFENDANTS' MOTION
## FOR LEAVE TO FILE EXCESS PAGES

Proposed Intervenor Defendants respectfully request that the Court extend the page limitation for their Motion to Intervene from 15 pages to 25 pages. The additional pages are necessary to fully address the important and material issues before the Court.

A proposed order is attached.

1

Dated: October 22, 2024                                    Respectfully submitted,

**Paige Austin*** 
New York Bar No. 5246954 
paige.austin@maketheroadny.org

*/s/ Harold A. Solis* 
**Harold A. Solis*** 
New York Bar No. 5122726 
Harold.Solis@maketheroadny.org

MAKE THE ROAD NEW YORK 
301 Grove Street 
Brooklyn, NY 11237 
Telephone: (718) 418-7690 
Facsimile: (866) 420-9169

* *admitted pro hac vice*

**Esther H. Sung* (Lead Attorney)** 
California Bar No. 255962 
esther.sung@justiceactioncenter.org

**Karen C. Tumlin*** 
California Bar No. 234961 
karen.tumlin@justiceactioncenter.org

**Hillary Li*** 
Georgia Bar No. 898375 
hillary.li@justiceactioncenter.org

**Laura Flores-Perilla*** 
California Bar No. 355645 
laura.flores-perilla@justiceactioncenter.org

**Brandon Galli-Graves*** 
Texas Bar No. 24132050 
brandon.galli-graves@justiceactioncenter.org

JUSTICE ACTION CENTER 
P.O. Box 27280 
Los Angeles, CA 90027 
Telephone: (323) 450-7272 
Facsimile: (323) 450-7276

*Counsel for Proposed Intervenor Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Harold A. Solis*
Harold A. Solis

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Proposed Intervenors have complied with the meet and confer requirements of Local Rule CV-7(h). On October 22, 2024, counsel for Proposed Intervenors—Harold A. Solis—conferred with counsel for Defendants—Erez Reuveni—by telephone about the relief requested in this motion. Defendants do not oppose this motion. On October 22, 2024, counsel for Proposed Intervenors—Harold A. Solis—conferred with counsel for Plaintiffs—Ryan Walters and Alan Hurst—by videoconference about the relief requested in this motion. Plaintiffs oppose this motion. Pursuant to Local Rule CV-7(i), discussions have conclusively ended at an impasse, leaving an open issue for the Court to decide.

*/s/ Harold A. Solis*
Harold A. Solis

3