# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:24-cv-0306 |
| U.S. Department of Homeland Security, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## <u>EXPERT DECLARATION OF CHARIS KUBRIN</u>

CHARIS KUBRIN declares pursuant to 28 U.S.C. § 1746:

1.      I am a Professor of Criminology, Law & Society, and (by courtesy) Sociology at the University of California, Irvine.  I am also a member of the Council on Criminal Justice, the Racial Democracy, Crime and Justice Network, the Diversity Scholars Network, the Scholars Strategy Network, the UC Consortium on Social Science and Law, and UCI's Center for Population, Inequality, and Policy.  Finally, I am an expert for the Crime and Justice Research Alliance. I have attached my Curriculum Vitae as Exhibit A to this Declaration.

2.      I hereby submit the following opinion in support of Intervenor Defendants in *Texas v. Department of Homeland Security*, filed in the Eastern District of Texas, Tyler Division, on August 23, 2024.  I base my opinion on a review of the materials cited and on my education and experience in the field of criminology and law & society.  A complete summary of

my opinions and materials relied upon are included herein.  I reserve the right to amend this declaration.

## **Assignment**

3.    I have been engaged by counsel for the Intervenors in this case to evaluate certain assertions made by the Plaintiff States in *Texas v. Department of Homeland Security*, filed in the Eastern District of Texas, Tyler Division, on August 23, 2024.  The lawsuit challenges a new humanitarian parole process, announced in June 2024 and implemented in August 2024, which allows certain non-citizen spouses and stepchildren of U.S. citizens—who must qualify and meet certain requirements—to apply to  be considered on a case-by-case basis for parole for a period of up to three years.  *See, e.g.*, Implementation of Keeping Families Together, 89 Fed. Reg. 67459 (Jan. 9, 2023).  To complete my assignment, I have relied on the research detailed below and in the attached Exhibit B.  I also have reviewed Plaintiff States' pleadings, including the Complaint, ECF. No. 1;  the Plaintiff States' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action, ECF. No. 3; and Plaintiff States' Motion for Summary Judgement, ECF No. 78.  I have agreed to receive payment in the amount of $1,500 total to compensate for my expert analysis.

## **Summary of Opinions**

4.    Plaintiffs' claims about increased crime and incarceration-related costs due to immigration are incorrect and do not reflect what the overwhelming majority of studies on this topic find, both with respect to immigrant criminality and the immigration-crime nexus.  Increases in immigration do not lead to a corresponding increase in crime or incarceration rates, and immigrants are generally less likely to be involved in crime compared to nonimmigrants.  This is

true for immigrants as a whole as well as undocumented immigrants specifically, and for locales all over the United States including Texas.

**Qualifications**

5.    I am a nationally known criminologist with over twenty-five years of experience.  I have conducted substantial research about immigrant criminality and the immigration-crime nexus.  I have authored or co-authored two books and more than 26 articles on this specific topic, including in leading peer-reviewed journals such as *Social Problems*, *Journal of Research in Crime and Delinquency*, *Journal of Quantitative Criminology*, *British Journal of Criminology*, and *Annual Review of Criminology*, as well as scholarly reports published by diverse organizations including the National Academies of Sciences, Engineering and Medicine and the Council on Criminal Justice.  I served as the Co-Editor of a journal special issue dedicated to the topic of immigration and crime for the journal *Migration Letters*.  I have provided analyses and advice on this topic to various state governments and non-governmental organizations.  I have received extensive grant funding from the National Institute of Justice and the National Science Foundation to conduct research on immigration and crime.  Finally, I have given dozens of academic talks as well as dozens of public talks on my research in this area (*see* my CV).

6.    More broadly I have expertise in race, ethnicity, and crime and in quantitative data analysis.  I have conducted quantitative analyses for most of my career, and the vast majority of my published research involves quantitative analysis.  I have authored or co-authored 6 books, more than 55 papers in peer-reviewed journals, more than 23 chapters in edited volumes, and dozens of other reports, most of which include quantitative analyses.  I have received several national awards including the Ruth Shonle Cavan Young Scholar Award from the American Society of Criminology (for outstanding scholarly contributions to the discipline of

criminology); the Herbert Bloch Award from the American Society of Criminology (for outstanding service contributions to the ASC and to the professional interests of criminology); the Coramae Richey Mann Award from the Division on People of Color and Crime, the American Society of Criminology (for outstanding contributions of scholarship on race/ethnicity, crime, and justice); the W.E.B. DuBois Award from the Western Society of Criminology (for significant contributions to racial and ethnic issues in the field of criminology);and the Paul Tappan Award from the Western Society of Criminology (for outstanding contributions to the field of criminology).  In 2019, I was named a Fellow of the American Society of Criminology.

7.    I received my M.A. in Sociology from the University of Washington in 1995 and my PhD. in Sociology from the University of Washington in 2000.  Prior to becoming a faculty member at the University of California, Irvine, I was a faculty member in the Sociology Department at George Washington University (from 2000-2011).

**Materials Relied Upon**

8.    I have attached as Exhibit B the list of materials on which I relied to form my opinion.

**Plaintiff States' Claims Regarding Costs Associated with Increased Crime Are Incorrect**

9.    In their Complaint (filed Aug. 23, 2024), the Plaintiff States assert that Texas sustains harms because it "spends tens of millions of dollars each year for increased law enforcement as its citizens suffer increased crime…due to illegal immigration" (Dkt. No. 1, ¶ 84). Based on my expertise in this field, as well as decades of academic research studying this topic, the statement that "citizens suffer increased crime … due to illegal immigration" is untrue and has been thoroughly disproven.

**Immigrants Are Less Likely To Be Involved in Crime than Non-Immigrants**

10.    Concerning immigrant criminality, research on the question of whether immigrants are more likely to offend compared to their native-born counterparts has a substantial history that has consistently concluded that immigrants are less likely to be involved in crime compared to non-immigrants.  Nearly ninety years ago, the Wickersham Commission wrote a report on "Crime and the Foreign-born" (National Commission on Law Observance and Enforcement 1931), which examined immigrants' involvement in crime and their relationship with the criminal justice system.  One notable conclusion is that involvement in crime was lower among immigrants than the native-born (National Commission on Law Observance and Enforcement 1931).

11.    Almost a century later, contemporary research bolsters that conclusion. Studies reveal that immigrants have lower involvement than the native-born on an array of crime measures including overall offending (Butcher and Piehl 1998; McCann, Zhang, and Boateng 2022), violent crime (DiPietro and Bursik 2012; DiPietro and McGloin 2012; Jiang and Peterson 2012; Reingle, Jennings, and Maldonado-Molina 2011; Sampson, Morenoff and Raudenbush 2005; Vaughn and Salas-Wright 2018; Vaughn et al. 2014), property crime (Vaughn and Salas-Wright 2018; Vaughn et al. 2014), drinking and driving (Maldonado, Reingle, Jennings and Prado 2011) and school-rule violations and crime (Peguero 2011; Peguero and Jiang 2014; Peguero, Irizarry, King, Dunning-Lozano, Hong, and Bondy 2023).

12.    Differences between immigrants and native-born individuals also appear in studies examining arrests, both self-reported and official, again revealing lower levels among the foreign-born relative to the native-born (Bersani and DiPietro 2016; Light, He and Robey 2020; Orrick, Guerra and Piquero 2021).

13. Longitudinal research finds differences in the trajectories, or life-course patterns, of offending for immigrants and non-immigrants. Relative to the native-born, the foreign-born are less likely to exhibit high-rate persistent patterns of offending (Bersani, Loughran and Piquero 2014). Additionally, desistance (i.e., the declining of criminality) occurs more quickly among immigrants as compared to non-immigrants as they transition to early adulthood (Bersani, Loughran and Piquero 2014).

14. This finding extends to studies that examine rates of institutionalization, including incarceration. Butcher and Piehl (2008) find that 18- to –40-year-old immigrant men were less likely than the native-born to be confined in correctional facilities, mental hospitals, or other institutions. Landgrave and Nowrasteh's (2018) analysis of national incarceration rates for individuals aged 18-54 finds that both documented and undocumented immigrants had lower incarceration rates than those who are U.S.-born. Most recently, constructing the first nationally representative long-run time series (1870–2020) of incarceration rates for immigrants and the U.S..-born, Abramaitzky et al. (2023) find that: 1) as a group, immigrants have had lower incarceration rates than the U.S.-born for 150 years, 2) relative to the U.S.-born, immigrants' incarceration rates have declined since 1960: immigrants today are 60% less likely to be incarcerated (30% relative to U.S.-born whites), and, 3) this relative decline occurred among immigrants from all regions of the world.

15. Specific to Texas, Orrick, Updegrove, Piquero and Kovandzic (2021) show that homicide incarceration rates in Texas during 2013-2015 were markedly higher for U.S.-born individuals than for foreign-born individuals, including those identified as unauthorized immigrants. In a follow-up study, Orrick, Guerra, and Piquero (2023) find that in analyses covering

a large portion of the life course, U.S. citizens were always observed to have a higher level of offending—regardless of offense type—than immigrants in the non-Texas born offender sample.

**Increased Immigration Does Not Increase Crime**

16.    Texas does not document a correlation between the number of immigrants in the state and the money that it expends incarcerating immigrants through the SCAAP program, nor does it claim to expend any money incarcerating the population eligible for KFT parole (who would not fall under the SCAAP program) in particular. Finally, it does not explain how altering the immigration status of individuals already present in the state of Texas would impact the number of individuals incarcerated in the state. It asserts only that "[t]he amounts of unreimbursed expenses [for incarceration] will likely increase if more illegal aliens are paroled under the PIP Program." TRO at 47.

17.    Research concerning the immigration-crime nexus confirms that increased immigration does not increase crime or incarceration rates. The rapid proliferation of research investigates whether higher or increasing immigration across metropolitan areas, counties, cities, census tracts, block groups, and neighborhood clusters affect crime levels.  An essential takeaway from this literature is that higher or increased immigration does not lead to more crime and, if anything, can decrease crime (Kubrin and Ousey 2023).  That is, the vast majority of findings from studies fail to document consistent, systematic evidence of a positive association between immigration and crime.

18.    Rather, the most common result is that immigration and crime are not significantly related (Butcher and Piehl 1998; Emerick, Curry, Collins and Rodriguez 2014; Feldmeyer and Steffensmeier 2009; Graif and Sampson 2009; Kirk and Papachristos 2011; Kreager, Lyons and Hays 2011; Stansfield, Akins Rumbaut and Hammer 2013; Schnapp 2012;

Schnapp 2015; Stucky 2003; for a detailed review of these studies, see Kubrin and Ousey 2023). Ousey and Kubrin's (2018) meta-analysis, or systematic quantitative review of the literature, indicated that more than 60 percent of the 543 immigration-crime findings in their data were not significant, indicating an overall null relationship between immigration and crime.

19.     The next most common is a finding of a significant negative relationship between immigration and crime (MacDonald, Hipp and Gill 2013; Kubrin and Ishizawa 2012; Martinez, Lee and Stowell 2010; Martinez and Stowell 2012; Ousey and Kubrin 2009; Ousey and Kubrin 2014; Stowell, Messner, McGeever and Raffalovich 2009; for a detailed review of these studies, see Kubrin and Ousey 2023). According to Ousey and Kubrin (2018), statistically significant negative associations outnumbered significant positive associations by more than two-to-one in their data. Overall, their study reports an average immigration-crime association that is significant and negative (as immigration goes up, crime goes down) but of a very small magnitude.

20.     Results from the most recent studies—published after those analyzed in Ousey and Kubrin (2018)—are consistent with these findings (Disha 2019; Green 2016; Harris, Mutimer and Thomas 2021; Kubrin, Hipp and Kim 2018; Kubrin, Luo and Hipp (2024); Light and Miller 2018; Light, Miller and Kelly 2017; Ramos, Hernandez and Shelfer (2023); Wolff, Intravia, Baglivio and Piquero 2018).  Thus, research evidence to date reinforces a conclusion Lee and Martinez (2009) offered nearly 15 years ago: "Contrary to the predictions of classic criminological theories and popular stereotypes, immigration generally does not increase crime and often suppresses it" (p. 3).

**Undocumented Immigration Does Not Increase Crime**

21.     I understand that the programs Texas challenges in this case concern people who have been or will be granted permission to be in the United States pursuant to parole, and thus

will not be undocumented immigrants.  However, even if Texas's conclusion with respect to undocumented immigration and crime is considered relevant to the subject matter at issue, this conclusion is also incorrect and unsupported by the research.

22.    There is a smaller but growing body of research that examines undocumented immigration and crime, at both the individual and aggregate levels, that similarly concludes that undocumented immigration does not increase violence. As to the aggregate-level undocumented immigration-crime association, among the first major studies published are those by Michael Light and his colleagues (Light et al. 2017; Light and Miller 2018).  Light et al. created a unique dataset that combines newly developed estimates of the unauthorized population (from two sources, the Center for Migration Studies and the Pew Research Center) with criminal, socio-economic, and demographic information from other sources. In a series of papers, Light and colleagues use these data to analyze how the presence of undocumented immigration is associated with different types of crime across 50 states (and Washington, D.C.) from 1990-2014.  In the most cited of these papers, Light and Miller (2018) conduct the first longitudinal analysis of the macro-level relationship between undocumented immigration and violent crime.  Findings reveal that undocumented immigration does not increase violence; rather, the relationship is negative or null, depending on the violent crime type.  Light and Miller (2018) confirm these findings in robustness checks that address questions related to selective migration (i.e., whether the observed negative finding is biased by undocumented immigrants relocating to areas to avoid violence) and under-reporting (i.e., whether those who lack legal status may be hesitant to report violent victimizations to avoid detection from legal officials).

23.    Notably, these results are consistent with those from an earlier cross-sectional study; also using state-level data, Green (2016:519) does "not find a relationship between

immigrant population size by any measure and violent crime." Light and Miller's (2018) results are also consistent with research that analyzes the impact of unauthorized immigration on crime across U.S. metropolitan areas and finds that "as immigration—in this case, unauthorized immigration specifically—increases in metropolitan areas, crime decreases" (Adelman et al. 2020:18).

24.     A related study by Light and colleagues examines the influence of undocumented immigration on various drug and alcohol problems including drug arrests, drug overdose fatalities, driving under the influence (DUI) arrests, and DUI deaths (Light et al. 2017). Light et al. (2017:9) find that increased undocumented immigration is significantly associated with reductions in drug arrests, drug overdose deaths, and DUI arrests, net of other factors (there is no significant relationship between increased undocumented immigration and DUI deaths). They conclude that their findings "…significantly undermine arguments that the public is at greater risk for DUI or drug problems as a result of undocumented immigration. If anything, we suggest the opposite" (pg. 1453). Similar findings are reported in micro-level studies, including in Texas (Light, He and Robey 2020) and Florida (Ramos and Wenger (2020). It is also clear that fewer arrests leads to fewer people incarcerated.

25.     In sum, based on the collective research, including studies conducted in Texas specifically, immigrants, including undocumented immigrants, are disproportionately less likely to engage in crime compared to their native-born counterparts and increases in immigration are not associated with crime increases, resulting in a very low risk that citizens will "suffer increased crime…due to illegal immigration," as feared by the Plaintiff States. Lower crime rates also lead to lower rates of incarceration. I am not aware of any reputable research that contradicts this broader conclusion.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Charis Kubrin, Ph.D.

Executed on October 19, 2024 at Irvine, California.

# <u>EXHIBIT A</u>

# Charis E. Kubrin

Department of Criminology, Law and Society
University of California, Irvine
Social Ecology II, Room 3379
Irvine, CA 92697-7080
949-824-0704 (work); 949-824-3001 (fax); ckubrin@uci.edu

## EDUCATION

| | | |
|---|---|---|
| 2000 | Ph.D. | Sociology, University of Washington |
| | | Dissertation: *Neighborhood Structure and Criminal Homicide: Socio-Economic and Demographic Correlates of Homicide Types and Trends* |
| | | Committee: Robert Crutchfield (chair), George Bridges, Avery Guest, Judith Howard |
| 1995 | M.A. | Sociology, University of Washington |
| 1993 | B.A. | Sociology / Spanish Language & Literature, Smith College |

## EMPLOYMENT HISTORY

2014-        Professor, Department of Criminology, Law and Society, University of California, Irvine

2014-        Professor (by courtesy), Department of Sociology, University of California, Irvine

2011-14     Associate Professor, Department of Criminology, Law and Society, University of California, Irvine

2006-11     Associate Professor, Department of Sociology, George Washington University

2000-06     Assistant Professor of Sociology, George Washington University

## OTHER POSITIONS/AFFILIATIONS

2022-        (Invited) Member, Center for Population, Inequality, and Policy, University of California, Irvine

2021-        (Elected) Member, Council on Criminal Justice

2019-        (Invited) Member, Scholars Strategy Network, Cambridge, MA.

2019-        (Invited) Member, Diversity Scholars Network, National Center for Institutional Diversity, University of Michigan

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| 2015- | (Invited) Member, UC Consortium on Social Science and the Law |
| 2003- | (Invited) Member, Racial Democracy, Crime and Justice- Network |
| 2005 | (Invited) Member, National Consortium on Violence Research |
| 2004-11 | George Washington Institute of Public Policy Research Affiliate |
| 2009-10 | Director, Dean's Scholars in Globalization Program, George Washington University |
| 2007-08 | President, District of Columbia Sociological Society |
| Apr-July 07 | Visiting Fellow, Centre for Criminology, Oxford University |
| 2000-03 | Senior Fellow, Institute on Crime, Justice and Corrections, George Washington University |
| 1997-00 | Senior Research Assistant, Seattle Police Department with Office of Community Oriented Policing Services, Department of Justice (Grant #s: 98SBWX0149; 97PRWX0535; 97CKWXK036) |

## **PUBLICATIONS**

### ***Books***

Kubrin, Charis E. and Graham C. Ousey. 2023. Immigration and Crime: Taking Stock. NY: Springer.

Kubrin, Charis E. and Thomas D. Stucky, Eds. 2013. Introduction to Criminal Justice: A Sociological Perspective. CA: Stanford University Press.

Kubrin, Charis E., Marjorie S. Zatz, and Ramiro Martinez, Jr., Eds. 2012. Punishing Immigrants: Policy, Politics, and Injustice. NY: New York University Press.

Kubrin, Charis E., Thomas D. Stucky, and Marvin D. Krohn. 2008. Researching Theories of Crime and Deviance. NY: Oxford University Press.

Crutchfield, Robert D., Charis E. Kubrin, Joseph G. Weis, and George S. Bridges, Eds. 2007. Crime and Society: Crime, 3rd Edition. Thousand Oaks, CA: Sage Publications.

Squires, Gregory D. and Charis E. Kubrin. 2006. Privileged Places: Race, Residence, and the Structure of Opportunity. Boulder, CO: Lynne Rienner Publishers.

    Chapter 4, "Racial Profiling, Insurance Style" reprinted in 2006 Journal of Insurance

Charis E. Kubrin
10/21/2024

Regulation 24:33-60.


***Journal Articles***

Kubrin, Charis E, Xiaoshuang Iris Luo, and John R. Hipp. 2024. "Immigration and Crime: Is the Relationship Non-Linear?" *British Journal of Criminology*. https://doi.org/10.1093/bjc/azae045

Kubrin, Charis E., Kyle Winnen and Rebecca Rogers. 2024. "Rap Rhyme, Prison Time: How Prosecutors Use Rap Evidence in Gang Cases." Chapman Law Review 27:369-404.

Kubrin, Charis E. and Bradley J. Bartos. 2024. "The COVID-19 Pandemic, Prison Downsizing, and Crime Trends." Journal of Contemporary Criminal Justice 40:113–137.

Sola, Justin and Charis E. Kubrin. 2023. "Making the Call: How Does Perceived Race Affect Desire to Call the Police?" Journal of Experimental Criminology. https://doi.org/10.1007/s11292-023-09571-z

> Paper received 2023 ASC Division of Experimental Criminology Student Paper Award.

Ballard, Meghan Maree and Charis E. Kubrin. 2023. "Immigrant Victimization: Centering Language in Theory, Data and Method." Societies 13, 101:1-17.

Kubrin, Charis E. and Rebecca Tublitz. 2022. "How to Think about Criminal Justice Reform: Conceptual and Practical Considerations." American Journal of Criminal Justice 47:1050-1070.

Kim, Young-An, John R. Hipp, and Charis E. Kubrin. 2022. "Immigrant Organizations and Neighborhood Crime." Crime & Delinquency 68:1948-1976.

Kubrin, Charis E., Bradley Bartos, and Richard McCleary. 2022. "The Debt Crisis, Austerity Measures, and Suicide in Greece." Social Science Quarterly 103:120-140.

Kubrin, Charis E., Nicholas Branic, and John R. Hipp. 2021. "(Re)conceptualizing Neighborhood Ecology in Social Disorganization Theory: From a Variable-Centered Approach to a Neighborhood-Centered Approach." Crime & Delinquency 68:2008-2032.

Kubrin, Charis E. and Bradley Bartos. 2020. "Sanctuary Status and Crime in California: What's the Connection?" Justice Evaluation Journal 3:115-133.

Bartos, Bradley, Charis E. Kubrin, Carol Newark and Richard McCleary. 2019. "Medical Marijuana Laws and Suicide." Archives of Suicide Research 14:1-14.

Kim, Young-An, John R. Hipp, and Charis E. Kubrin. 2019. "Where They Live and Go:

Charis E. Kubrin
10/21/2024

Immigrant Ethnic Activity Space and Neighborhood Crime in Southern California." <u>Journal of Criminal Justice</u> 64:1-12.

Kubrin, Charis E., Young-An Kim, and John R. Hipp. 2019. "Institutional Completeness and Crime Rates in Immigrant Neighborhoods." <u>Journal of Research in Crime and Delinquency</u>. 56:175-212.

Dunbar, Adam and Charis E. Kubrin. 2018. "Imagining Violent Criminals: An Experimental Investigation of Music Stereotypes and Character Judgments." <u>Journal of Experimental Criminology</u> 14:507-528.

       Paper cited in California Assembly Bill 2799 (September 30, 2022)

Bartos, Bradley and Charis E. Kubrin. 2018. "Can We Downsize our Prisons and Jails without Compromising Public Safety? Findings from California's Prop 47." <u>Criminology & Public Policy</u> 17:1-23.

Adelman, Robert, Charis E. Kubrin, Graham C. Ousey, and Lesley W. Reid. 2018. "New Directions in Research on Immigration, Crime, Law and Justice." <u>Migration Letters</u> 15:139-146.

Ousey, Graham and Charis E. Kubrin. 2018. "Immigration and Crime: Assessing a Contentious Issue." <u>Annual Review of Criminology</u> 1:63-84.

Kubrin, Charis E., John R. Hipp, and Young-An Kim. 2018. "Different than the Sum of its Parts: Examining the Unique Impacts of Immigrant Groups on Neighborhood Crime Rates." <u>Journal of Quantitative Criminology</u> 34:1-36.

Pendergast, Philip, Tim Wadsworth, and Charis E. Kubrin. 2017. "Suicide Rates in Happy Places: Is There a Paradox?" <u>Journal of Happiness Studies</u> 20:81-99.

Kubrin, Charis E. 2017. "Delinquency and Modernity in Cyberspace?: Comments on *America's Safest City*." <u>Crime, Law and Social Change</u> 67:505-512.

Hipp, John R. and Charis E. Kubrin. 2017. "From Bad to Worse: The Relationship between Changing Inequality in Nearby Areas and Local Crime." <u>RSF: The Russell Sage Foundation Journal of the Social Sciences</u> 3:129-151.

Dunbar, Adam, Charis E. Kubrin, and Nicholas Scurich. 2016. "The Threatening Nature of 'Rap' Music." <u>Psychology, Public Policy, and Law</u> 22:280-292.

       Paper received 2016 ASC Division of Experimental Criminology Student Paper Award.

       Paper Cited in Counterman v. Colorado (United States Supreme Court) (June 27, 2023)

Charis E. Kubrin
10/21/2024

Kubrin, Charis E. and Carroll Seron. 2016. "The Prospects and Perils of Ending Mass Incarceration in the United States." The Annals of the American Academy of Political and Social Science 664:16-24.

Kubrin, Charis E. and John R. Hipp. 2016. "Do Fringe Banks Create Fringe Neighborhoods?: Examining the Spatial Relationship between Fringe Banking and Neighborhood Crime Rates." Justice Quarterly 33:755-784.

Kubrin, Charis E. and Scott A. Desmond. 2015 "The Power of Place Revisited: Why Immigrant Communities have Lower Levels of Adolescent Violence." Youth Violence and Juvenile Justice 13:345-366.

Kubrin, Charis E. 2014. "Secure or Insecure Communities?: Seven Reasons to Abandon the Secure Communities Program." Criminology & Public Policy 13:323-338.

Kubrin, Charis E. and Erik Nielson. 2014. "Rap on Trial." Race and Justice 4:185-211.

Ousey, Graham C. and Charis E. Kubrin. 2014. "Immigration and the Changing Nature of Homicide in U.S. Cities, 1980-2010." Journal of Quantitative Criminology 30:453-483.

Wadsworth, Tim, Charis E. Kubrin, and Jerald Herting. 2014. "Investigating the Rise (and Fall) of Young Black Male Suicide in the U.S., 1982-2001." Journal of African American Studies 18:72-91.

Kubrin, Charis E. and Hiromi Ishizawa. 2012. "Why Some Immigrant Neighborhoods are Safer than Others: Divergent Findings from Los Angeles and Chicago." Annals of the American Academy of Political and Social Science 641:148-173.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. 2011. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Investigating the Social Ecology of Payday Lending." Criminology and Public Policy 10:437-466.

Kubrin, Charis E., Steven F. Messner, Glenn Deane, Kelly McGeever, and Thomas D. Stucky. 2010. "Proactive Policing and Robbery Rates across U.S. Cities" Criminology 48:57-98.

Kubrin, Charis E. and Tim Wadsworth. 2009. "Explaining Suicide among Blacks and Whites: How Socio-Economic Factors and Gun Availability Affect Race-Specific Suicide Rates." Social Science Quarterly 90:1203-1227.

Weitzer, Ronald and Charis E. Kubrin. 2009. "Misogyny in Rap Music: A Content Analysis of Prevalence and Meanings." Men and Masculinities 12:3-29.

        Reprinted in Michelle Inderbitzin, Kristin A. Bates, and Randy S. Gainey (Eds.), Forthcoming 2020, Deviance and Social Control: A Sociological Perspective, 3rd Edition. Sage Publications.

Charis E. Kubrin
10/21/2024

Reprinted in Michael S. Kimmel and Michael A. Messner (Eds.), 2018, Men's Lives, 10th Edition. Oxford: Oxford University Press.

Reprinted in Michael S. Kimmel and Amy Aronson (Eds.), 2011, The Gendered Society Reader, 4th Edition. New York: Oxford University Press. Pp. 453-470.

Desmond, Scott A. and Charis E. Kubrin. 2009. "The Power of Place: Immigrant Communities and Adolescent Violence." Sociological Quarterly 50:581-607.

Ousey, Graham C. and Charis E. Kubrin. 2009. "Exploring the Connection between Immigration and Crime Rates in U.S. Cities, 1980-2000." Social Problems 56:447-473.

Deane, Glenn, Steven F. Messner, Thomas D. Stucky, Kelly McGeever, and Charis E. Kubrin. 2008. "Not 'Islands, Entire of Themselves': Exploring the Spatial Context of City-Level Robbery Rates." Journal of Quantitative Criminology 24:363-380.

Kubrin, Charis E. 2008. "Making Order of Disorder: A Call for Conceptual Clarity." Criminology & Public Policy 7:203-214.

Guest, Avery M., Charis E. Kubrin, and Jane K. Cover. 2008. "Heterogeneity and Harmony: Neighboring Relationships among Whites in Ethnically-Diverse Neighborhoods in Seattle" Urban Studies 43:501-526.

Wadsworth, Tim and Charis E. Kubrin. 2007. "Hispanic Suicide in U.S. Metropolitan Areas: Examining the Effects of Immigration, Assimilation, Affluence, and Disadvantage." American Journal of Sociology 112:1848-1885.

Pollak, Jessica and Charis E. Kubrin. 2007. "Crime in the News: How Crimes, Offenders and Victims are Portrayed in the Media." Journal of Criminal Justice and Popular Culture 14:59-83.

Reprinted in Lindsay Prior (Ed.), 2011, Using Documents and Records in Social Research. Thousand Oaks, CA: Sage Publications. Volume 1.

Kubrin, Charis E., Gregory D. Squires, and Eric A. Stewart. 2007. "Neighborhoods, Race and Recidivism: The Community Reoffending Nexus and Its Implications for African Americans." Sage Race Relations Abstracts 32:7-37.

Guest, Avery M., Jane K. Cover, Charis E. Kubrin, and Ross L. Matsueda. 2006. "Neighborhood Context and Neighboring Ties." City and Community 5:363-385.

Kubrin, Charis E., Tim Wadsworth, and Stephanie DiPietro. 2006. "Deindustrialization, Disadvantage and Suicide among Young Black Males." Social Forces 84:1559-1579.

Kubrin, Charis E. and Eric A. Stewart. 2006. "Predicting Who Reoffends: The Neglected Role of

Neighborhood Context in Recidivism Studies." <u>Criminology</u> 44:171-204.

Kubrin, Charis E. 2005. "'I See Death around the Corner': Nihilism in Rap Music." <u>Sociological Perspectives</u> 48:433-459.

Kubrin, Charis E. 2005. "Gangstas, Thugs, and Hustlas: Identity and the Code of the Street in Rap Music." <u>Social Problems</u> 52:360-378.

> Reprinted in Mark R. Pogrebin's (Ed.), 2012, <u>About Criminals: A View of the Offenders' World, 2nd Edition</u>. Thousand Oaks, CA: Sage Publications. Pp. 64-78.

> Reprinted in Patricia Adler and Peter Adler (Eds.), 2009, <u>Sociological Odyssey: Contemporary Readings in Introductory Sociology, 3rd Edition</u>. Belmont, CA: Wadsworth Cengage. Pp. 79-90.

> Reprinted in Ronald J. Berger and Paul D. Gregory (Eds.), 2009, <u>Juvenile Delinquency and Justice: Sociological Perspectives</u>. Boulder, CO: Lynne Rienner Publishers. Pp. 407-432.

> Reprinted in Susan L. Wortmann (Ed.), 2006, <u>Society: A User's Guide, Readings and Applications</u>. Iowa: Kendall/Hunt Publishing. Pp. 209-223.

Squires, Gregory D. and Charis E. Kubrin. 2005. "Privileged Places: Race, Uneven Development, and the Geography of Opportunity in Urban America." <u>Urban Studies</u> 42:47-68.

> Reprinted in 2016 special issue of <u>Urban Studies</u>, "The racial state and resistance in Ferguson and beyond," edited by Kate Driscoll Derickson.

> Reprinted in 2007 <u>Urban Planning International</u> 22:13-25.

Weitzer, Ronald and Charis E. Kubrin. 2004. "Breaking News: How Local TV News and Real-World Conditions Affect Fear of Crime." <u>Justice Quarterly</u> 21:497-520.

> Reprinted in Robert D. Crutchfield, Charis E. Kubrin, Joseph G. Weis, and George S. Bridges (Eds.), 2007, <u>Crime and Society: Crime, 3rd Edition</u>. Thousand Oaks, CA: Sage Publications. Pp. 43-47.

> Reprinted in Gary W. Potter and Victor E. Kappeler (Eds.), 2006, <u>Constructing Crime: Perspectives on Making News and Social Problems, 2nd Edition</u>. Ill: Waveland Press, Inc. Pp. 345-365.

Wadsworth, Tim and Charis E. Kubrin. 2004 "Structural Factors and Black Interracial Homicide: A New Examination of the Causal Process." <u>Criminology</u> 42:647-672.

Kubrin, Charis E. and Ronald Weitzer. 2003. "New Directions in Social Disorganization

Theory." <u>Journal of Research in Crime and Delinquency</u> 40:374-402.

 Reprinted in Stuart Henry and Scott A. Lukas (Eds.), 2009, <u>Recent Developments in Criminological Theory: Toward Disciplinary Diversity and Theoretical Integration</u>. Aldershot, UK: Ashgate. Pp. 265-296.

Kubrin, Charis E. and Jerald R. Herting. 2003. "Neighborhood Correlates of Homicide Trends: An Analysis Using Growth-Curve Modeling." <u>Sociological Quarterly</u> 44:329-350.

Kubrin, Charis E. and Ronald Weitzer. 2003. "Retaliatory Homicide: Concentrated Disadvantage and Neighborhood Culture." <u>Social Problems</u> 50:157-180.

 Reprinted in Robert Hornsby and Richard Hobbs (Eds.), 2008, <u>Gun Crime</u> from The International Library of Criminology, Criminal Justice, and Penology, Second Series. Burlington, VT: Ashgate Publishing Ltd. Pp. 369-392.

Kubrin, Charis E. 2003. "Structural Covariates of Homicide Rates: Does Type of Homicide Matter?" <u>Journal of Research in Crime and Delinquency</u> 40:139-170.

Kubrin, Charis E. and Tim Wadsworth. 2003. "Identifying the Structural Correlates of African-American Killings: What Can We Learn from Data Disaggregation?" <u>Homicide Studies</u> 7:3-35.

Kubrin, Charis E. 2000. "Racial Heterogeneity and Crime: Measuring Static and Dynamic Effects." <u>Research in Community Sociology</u> 10:189-219.

Steen, Sara, Chris Bader and Charis E. Kubrin. 1999. "Rethinking the Graduate Seminar." <u>Teaching Sociology</u> 27:167-173.


### ***Invited Chapters in Edited Volumes***

Kubrin, Charis E. and Elliott Alvarado. Forthcoming. "Immigration and Crime around the Globe: Key Findings across a Diverse Range of Contexts." Pp. X-X in Dietrich Oberwittler and Rebecca Wickes (Eds.), <u>The Handbook on Cities and Crime</u>. Edward Elgar Publishing.

Kubrin, Charis E. and Rebecca Tublitz. 2024. "Social Disorganization Theory and Community-Based Interventions." Pp. 13-25 in Edelyn Verona and Bryanna Fox (Eds.), <u>Handbook of Evidence-Based Criminal Justice Practices</u>. London: Routledge.

Kubrin, Charis E. and Graham Ousey 2021. "Understanding Victimization: The Role of Cultural Theories." Pp. 77-103 in Jillian Turanovic and Travis Pratt (Eds.), <u>Revitalizing Victimization Theory: Revisions, Applications, and New Directions</u>. London: Routledge.

Kubrin, Charis E. 2021. "Understanding Lethal Violence: Homicide and Suicide." Pp. 55-69 in

Charis E. Kubrin
10/21/2024

Lorine Hughes and Lisa Broidy (Eds.), <u>Social Bridges and Contexts in Criminology and Sociology: Reflections on the Intellectual Legacy of James F. Short, Jr</u>. London: Routledge.

Kubrin, Charis E. 2020." Criminal Justice Reform in California: A Lesson for the Nation? Pp. 253-258 in Pam Lattimore, Beth Huebner, and Faye Taxman (Eds.), <u>Handbook on Moving Corrections and Sentencing Forward: Building on the Record</u>. New York: Taylor & Francis.

Kubrin, Charis E. and Michelle Mioduszewski. 2019. "Social Disorganization Theory: Past, Present and Future." Pp. 197-211 in Marvin D. Krohn, Alan J. Lizotte, and Gina Penly Hall (Eds.), <u>Handbook on Crime and Deviance, 2nd Edition</u>. New York: Springer Science+Business Media.

Trager, Glenn and Charis E. Kubrin. 2018. "Aligning Public Policy, Criminological Theory, and Empirical Findings on the Immigration-Crime Relationship." Pp. 146-168 in Scott Decker and Kevin Wright (Eds.), <u>Criminology and Public Policy: Putting Theory to Work</u>. Philadelphia: Temple University Press.

Kubrin, Charis E. and Michelle Mioduszewski. 2018. "Theoretical Perspectives on the Immigration-Crime Relationship." Pp. 66-78 in Holly Ventura Miller and Anthony Peguero (Eds.), <u>Routledge Handbook of Immigration and Crime</u>. New York: Routledge.

Branic, Nicholas and Charis E. Kubrin. 2018. "Gated Communities and Crime in the United States." Pp. 401-423 in Gerben Bruinsma and Shane Johnson (Eds.), <u>The Oxford Handbook of Environmental Criminology</u>. Oxford: Oxford University Press.

Kubrin, Charis E. and Nicholas Branic. 2017. "Chicago School." Pp. 96-99 in Avi Brisman, Eamonn Carrabine, and Nigel South (Eds.), <u>The Routledge Companion to Criminological Theory and Concepts</u>. London: Routledge.

Kubrin, Charis E. and James Wo. 2015. "Social Disorganization Theory's Greatest Challenge: Linking Structural Characteristics to Crime in Socially Disorganized Communities." Pp. 121-136 in Alex R. Piquero (Ed.), <u>Handbook of Criminological Theory</u>. Oxford: Wiley-Blackwell.

Kubrin, Charis E. 2015. "'Come Along and Ride on a Fantastic Voyage': My Journey through Rap Music Lyrics." Pp. 77-87 in Michael Maltz and Stephen Rice (Eds.), <u>Envisioning Criminology: Researchers on Research as a Process of Discovery</u>. Springer.

Kubrin, Charis E. 2015. "Cultural Disorganization and Crime." Pp. 193-213 in Francis T. Cullen, Pamela Wilcox, Robert J. Sampson, and Brendan Dooley (Eds.), <u>Challenging Criminological Theory: The Legacy of Ruth Kornhauser</u>. Transaction Publishers.

Glenn Trager and Charis E. Kubrin. 2014. "Complicating the Immigration-Crime Nexus:

Theorizing the Role of Gender in the Relationship between Immigration and Crime." Pp. 527-548 in Rosemary Gartner and Bill McCarthy (Eds.), The Oxford Handbook of Gender, Sex, and Crime. New York: Oxford University Press.

Kubrin, Charis E. and Glenn Trager. 2014. "Immigration and Crime in U.S. Communities: Charting Some Promising New Directions in Research." Pp. 529-550 in Sandra M. Bucerius and Michael Tonry (Eds.), The Oxford Handbook on Ethnicity, Crime and Immigration. New York: Oxford University Press.

Kubrin, Charis E. 2013. "Immigration and Crime." Pp. 440-455 in Francis T. Cullen and Pamela Wilcox (Eds.), The Oxford Handbook of Criminological Theory. New York: Oxford University Press.

Kubrin, Charis E. 2012. "Communities and Delinquency." Pp. 272-286 in Barry Feld and Donna Bishop (Eds.), The Oxford Handbook of Juvenile Crime and Juvenile Justice. New York: Oxford University Press.

Kubrin, Charis E. and Ronald Weitzer. 2010. "Rap Music's Violent and Misogynistic Effects: Fact or Fiction?" Pp. 121-144 in Mathieu Deflem (Ed.), Popular Culture, Crime, and Social Control. Sociology of Crime, Law, and Deviance, Vol. 14. Bingley, UK: Emerald/JAI Press.

Kubrin, Charis E. 2010. "Social Disorganization Theory: Then, Now, and In the Future." Pp. 225-236 in Marvin D. Krohn, Alan J. Lizotte, and Gina Penly Hall (Eds.), Handbook on Crime and Deviance. New York: Springer Science+Business Media.

Kubrin, Charis E. and Graham Ousey. 2009. "Immigration and Homicide in Urban America: What's the Connection?" Pp. 17-32 in William F. McDonald (Ed.), Immigration, Crime and Justice. Sociology of Crime, Law, and Deviance, Vol. 13. Bingley, UK: Emerald/JAI Press.

Matsueda, Ross L., Kevin Drakulich, and Charis E. Kubrin. 2006. "Race, and Neighborhood Codes of Violence." Pp. 334-356 in Ruth D. Peterson, Lauren J. Krivo, and John Hagan (Eds.), The Many Colors of Crime: Inequalities of Race, Ethnicity and Crime in America. New York: New York University Press.

Steen, Sara, Christine E.W. Bond, George S. Bridges, and Charis E. Kubrin. 2005. "Explaining Assessments of Future Risk: Race and Attributions of Juvenile Offenders in Pre-Sentencing Reports." Pp. 245-269 in Darnell F. Hawkins and Kimberly Kempf-Leonard (Eds.), Our Children, Their Children: Confronting Racial and Ethnic Differences in American Juvenile Justice. Chicago: University of Chicago Press.

Austin, James, John Irwin and Charis E. Kubrin. 2003. "It's About Time: America's Imprisonment Binge." Pp. 433-469 in Thomas G. Blomberg and Stanley Cohen (Eds.), Punishment and Social Control, 2nd Edition. New York: Aldine de Gruyter.

Charis E. Kubrin
10/21/2024

### *Special Editor*

Adelman, Robert M., Charis E. Kubrin, Graham Ousey, and Lesley Reid. 2018. *Immigration and Crime*. Migration Letters 15.

Kubrin, Charis E. and Carrol Seron. 2016. *The Great Experiment: Realigning Criminal Justice in California and Beyond*. The Annals of the American Academy of Political and Social Science 664.

### *Book Reviews*

Kubrin, Charis E. 2016. Book Review. *Community Criminology: Fundamentals of Spatial and Temporal Scaling, Ecological Indicators, and Selectivity Bias*, by Ralph B. Taylor. Contemporary Sociology 45:803-805.

Kubrin, Charis E. 2015. Book Review. *Chicago Hustle & Flow*, by Geoff Harkness. American Journal of Sociology 121:999-1001.

Kubrin, Charis E. 2012. Book Review. *Divergent Social Worlds: Neighborhood Crime and the Racial-Spatial Divide*, by Ruth D. Peterson and Lauren J. Krivo. City & Community 11:119-121.

Kubrin, Charis E. 2008. Book Review. *Neither Angels nor Demons: Women, Crime, and Victimization*, by Kathleen J. Ferraro. American Journal of Sociology 114:857-859.

Kubrin, Charis E. 2007. Book Review. *From Black Power to Hip Hop: Racism, Nationalism, and Feminism*, by Patricia Hill Collins. New Political Science: A Journal of Politics and Culture 29:391-394.

Kubrin, Charis E. 2007. Book Review. *Immigration and Crime: Race, Ethnicity, and Violence*, edited by Ramiro Martinez Jr. and Abel Valenzuela Jr. Contemporary Sociology 36:365-366.

Kubrin, Charis E. 2007. Book Review. *Gender and Crime*, edited by Karen Heimer and Candace Kruttschnitt. American Journal of Sociology 112:1968-1970.

Kubrin, Charis E. 2005. Book Review. *Rethinking Homicide: Exploring the Structure and Process Underlying Deadly Situations*, by Terance D. Miethe and Wendy C. Regoeczi. Contemporary Sociology 34:314-315.

### *Reports, Amicus Briefs, Encyclopedia Entries, Commentaries*

Kubrin, Charis E. and Bradley J. Bartos. 2022. "The Future of Criminal Justice Reform and Public Safety: A California 100 Report on Policies and Future Scenarios."

Charis E. Kubrin
10/21/2024

https://california100.org/app/uploads/2022/04/California-100-Criminal-Justice-Reform-FOT-Report-working-paper.pdf

Hipp, John, Charis E. Kubrin, and Benjamin Forthun. 2021. *Irvine at 50: A Tale of Continuity and Change*. https://news.uci.edu/2021/12/10/approaching-its-golden-anniversary-irvine-sets-a-gold-standard-for-safety/

Lerner, Jack and Charis E. Kubrin. June. 2021. *Rap on Trial: A Legal Guide for Attorneys*. https://ipat.law.uci.edu/endrapontrial/

Kubrin, Charis E. 2021. *Control and Compassion: The 1994 Crime Bill and Immigration*. Council on Criminal Justice, https://counciloncj.foleon.com/reports/crime-bill/iv-immigration/

Kubrin, Charis E. 2021. *Punishing Immigrants: Policy, Politics, and Injustice*. Newsletter of the Division on Critical Criminology and Social Justice (DCCSJ), American Society of Criminology. June 2021.

Kubrin, Charis E. 2018. Foreword to *Development of Criminological Theory*, written by Chad Posick, Routledge.

Nielson, Erik, Charis E. Kubrin, Travis L. Gosa, and Michael Render. 2015. Amicus Brief on Rap Music for *Taylor Bell* v. *Itawamba County School Board*, submitted via Arnold and Porter LLP (No. 15-666). December 21.

Nielson, Erik and Charis E. Kubrin. 2014. Amicus Brief on Rap Music for *Elonis* v. *US*, submitted via the University of Florida's Marion B. Brechner First Amendment Project (No. 13-983). August 18.

Kubrin, Charis E. 2014. "Crime and Immigration: Reviewing the Evidence and Charting Some Promising New Directions in Research." Report prepared for National Academies of Sciences, Engineering and Medicine panel on the Integration of Immigrants into American Society. Washington, D.C.

Kubrin, Charis E. 2014. "Crime and the Racial Composition of Communities." Pp. 673-681 in David Weisburd and Gerben Jan Nicolaas Bruinsma (Eds.) Encyclopedia of Criminology and Criminal Justice. Springer.

Kubrin, Charis E. 2013. "The Challenge of Prisoner Reentry." Contexts 12(3):40.

Sohoni, Tracy, Charis E. Kubrin, and Bianca Bersani. 2013. "How Parenthood Made Us Better Academics." The Criminologist 38(4):38-39.

Rice, Stephen, Kevin Beaver, Charis E. Kubrin, Alex Piquero, and Travis Pratt. 2012. "Meet the Members of Your Search Committee Part II: The Application and Interview Package. The Criminologist 37(5):21-22.

Rice, Stephen, Kevin Beaver, John Hipp, Charis E. Kubrin, Alex Piquero, and Travis Pratt. 2012. "Meet the Members of Your Search Committee: Part I. <u>The Criminologist</u> 37(3):26-27.

Kubrin, Charis E. 2010. "Shaw, Clifford R. and Henry D. McKay: Social Disorganization Theory." Pp. 827-834 in Francis Cullen and Pamela Wilcox (Eds.) <u>Encyclopedia of Criminological Theory</u>. Thousand Oaks, CA: Sage Publications.

Crutchfield, Robert D. and Charis E. Kubrin. 2002. "Urban Crime." Pp. 1596-1602 in Joshua Dressler (Ed.), <u>Encyclopedia of Crime and Justice: 2nd Edition</u>. New York: Macmillan Reference.

Crutchfield, Robert D. and Charis E. Kubrin. 2000. "Criminology." Pp. 527-539 in Edgar Borgatta and Rhonda J.V. Montgomery (Eds.), <u>Encyclopedia of Sociology, 2nd Edition</u>. New York: Macmillan Reference.

Thompson, Heather Lynn, Charis E. Kubrin, Scott Desmond, and Ross Bartley. 2000. *Final Report: Denny Regrade Problem Solving Partnership*. Seattle Police Department and Department of Justice.

Bridges, George S., Chris Bader, Christine Bond, and Charis E. Kubrin. 1997. *A Study on Racial and Ethnic Disparities in Superior Court Bail and Pre-Trial Detention Practices in Washington State*. Washington State Minority and Justice Commission.

Kubrin, Charis E. et al. 1997. *Teaching Resources to Accompany Sociology: Exploring the Architecture of Everyday Life*. Thousand Oaks, CA: Pine Forge Press.

Steen, Sara, Charis E. Kubrin and Kristin A. Bates. 1996. *Instructors' Manual and Test Items to Accompany the Pine Forge Press Series in <u>Crime and Society</u>*. Thousand Oaks, CA: Pine Forge Press.


### *<u>Op-Eds and Opinion Pieces</u>*

Kubrin, Charis E. and Sarah Shannon. 2024. "Opinion: Laken Riley's killing does reflect a broader danger. But it isn't 'immigrant crime.'" <u>Los Angeles Times</u>. April 1.

Kubrin, Charis E. and Bradley J. Bartos. 2023. "Decarceration and Crime Do Not Go Hand in Hand." <u>Scientific American</u>. September 14.

Kubrin, Charis E. and Bradley J. Bartos. 2022. "Which Path Will our State Take on Criminal Justice." <u>OC Register</u>. May 1.

Kubrin, Charis E. 2019. "Convicted for rap lyrics." <u>Los Angeles Daily Journal</u> 132(31):1. February 14.

Charis E. Kubrin
10/21/2024

Kubrin, Charis E. and Bradley J. Bartos. 2018. "The Myth that Crime Rises as Prisons Shrink." Governing Magazine. September 11.

Kubrin, Charis E. and Benjamin Leffel. 2017. "California sanctuary cities bill is humane and effective." The Hill. December 15.

Kubrin, Charis E. and Graham C. Ousey. 2017. "Immigration and crime: What does the research say?" The Conversation. February 1. (Reprinted in Scientific American, Newsweek, PBS Newshour, Business Insider)

Kubrin, Charis E. 2016. "Should the Police Wear Body Cameras? Experts Pick Sides." WalletHub. October 5.

Kubrin, Charis E., Carroll Seron, and Joan Petersilia. 2016. "Releasing low-level offenders did not unleash a crime wave in California." Washington Post. March 17.

Sohoni, Tracy and Charis E. Kubrin. 2015. "Is the Ferguson Effect a myth?" Baltimore Sun. September 12.

Kubrin, Charis E. 2014. "A Potential Censorship or Criminalization of Rap Music." New York Times. December 4.

Nielson, Erik and Charis E. Kubrin. 2014. "Will top court challenge prosecution of rap?" CNN.com. June 23.

Calvert, Clay, Erik Nielson, and Charis E. Kubrin. 2014. "Rap Lyrics or True Threats? It's Time for the High Court to Decide." Forbes. May 24.

Kubrin, Charis E. and Erik Nielson. 2014. "A new California trend—prosecuting rap." Los Angeles Times. April 7.

Nielson, Erik and Charis E. Kubrin. 2014. "Rap Lyrics on Trial." New York Times. January 14.

Kubrin, Charis E. 2013. "Prison shift raises crucial, unresolved questions." OC Register. April 22.

Kubrin, Charis E., Gregory D. Squires, and Steven M. Graves. 2009. "Payday Lending's Steep Cost Isn't Just in Fees." American Banker. December 16.

Squires, Gregory D. and Charis E. Kubrin. 2007. "Privileged Places: Race, Opportunity, and Uneven Development in Urban America." Focus Magazine. March/April:6-7.

Squires, Gregory D. and Charis E. Kubrin. 2006. "Privileged Places: Race, Opportunity and Development in Urban America." Shelterforce 147:12-15.

Charis E. Kubrin
10/21/2024

Reprinted in James DeFillippis and Susan Saegert (Eds.), 2012, <u>The Community Development Reader, 2nd Edition.</u> New York and London: Routledge. Pp. 347-352.

Squires, Gregory D. and Charis E. Kubrin. 2005. "Bush to Cities: "Drop Dead." <u>Progressive Planning</u> 163:23-24.

Squires, Gregory D. and Charis E. Kubrin. 2005. "Expanding CRA Would Boost 'Ownership Society." <u>National Underwriter</u>. April 4.

Squires, Gregory D. and Charis E. Kubrin. 2005. "Closed Doors? Policy Shift Could Make Homeownership Just a Dream for the Poor." <u>Milwaukee Journal Sentinel</u>. February 27.

Kubrin, Charis E. and Gregory D. Squires. 2004. "Build Homes, Not Jails." <u>dollars & sense</u> 255:11-12.

Kubrin, Charis E. and Gregory D. Squires. 2004. "The Home Lender as Crime Fighter." <u>American Banker</u>. 88:11.

Kubrin, Charis E. and Gregory D. Squires. 2003. "Mortgage Lending Up, Crime Down." <u>Seattle Post Intelligencer</u>. December 11.

## <u>GRANTS AND FELLOWSHIPS</u>

### *<u>External Research Grants</u>*

6/21-10/21    "Criminal Justice Reform and Public Safety: Trends and Scenarios for California's Future." **California 100: Inspiring and Visioning California's Next Century, The People Lab, UC Berkeley**. PI (with Bradley Bartos). $70,000.

1/20-12/22    "New Directions in Research on Immigration and Crime." **National Institute of Justice**. PI (with Emily Owens and John Hipp). $713,114.

9/15-8/17    "Explaining Low Crime Rates in Immigrant Communities." **National Science Foundation**. PI (with John Hipp and Deva Ramanan). $268,368.

9/13-8/14    "Realigning California Corrections: Legacies of the Past, the Great Experiment, and Trajectories for the Future." **National Science Foundation**. PI (with Carroll Seron, Susan Turner, John Hipp). $49,831.

1/13-12/14    "Crime in Metropolitan America: Patterns and Trends across the Southern California Landscape." **National Institute of Justice**. Co-PI (with John Hipp). $560,620.

4/09-3/10    "Social Science Research on Immigration: The Role of Transnational Migration,

Charis E. Kubrin
10/21/2024

Communities, and Policy." **National Science Foundation**. Co-PI (with Marjorie Zatz, Ramiro Martinez). $58,230.

1/08-12/08    "What's Behind the Increase?: Explaining Recent Trends in Suicide among African American Males." **Harry Frank Guggenheim Foundation**. Co-PI (with Tim Wadsworth). $23,869.

1/07-12/07    "Suicide and Homicide in the U.S.: Incorporating Firearm Availability in Macro-Level Research." **Joyce Foundation**. Co-PI (with Tim Wadsworth). $20,000.

2004-05    "Back Home from Prison: Understanding Why Offenders Recidivate." **Smith Richardson Foundation**. PI. $60,000.

2003-05    "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." **National Consortium on Violence Research**. PI. $10,000.

10/03-12/04    "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." **American Sociological Association/National Science Foundation**. PI. $3,250.

8/02-12/03    "From Redlining to Reinvestment: The Effects of Access to Capital and Other Community Factors on Community Crime Rates in Disadvantaged Neighborhoods." The Open Society Institute, **Soros Foundation**. Co-PI (with Gregory Squires). $94,000.

1/02    Program Evaluation of the Center on Juvenile and Criminal Justice's Detention Diversion Advocacy Program in Philadelphia. **William Penn Foundation**. PI. $6,935.

8/01-1/04    "Racial Heterogeneity, Neighborhood Controls, and Violence." **National Science Foundation**. Co-PI (with Ross Matsueda, Robert Crutchfield, Avery Guest). $303,000.

8/01-8/03    "Racial Heterogeneity, Neighborhood Change, and Violence: A Multi-Level Victimization Survey." **National Consortium on Violence Research**. Co-PI (with Ross Matsueda, Robert Crutchfield, Avery Guest). $88,391.

2000    "Neighborhood Structure and Criminal Homicide: Socio-Economic and Demographic Correlates of Homicide Types and Trends." Dissertation Fellowship, **Association for Women in Science Educational Foundation**. $1,000.

1999-00    "Neighborhood Structure and Criminal Homicide: Socio-Economic and Demographic Correlates of Homicide Types and Trends." Dissertation Scholarship, **Kosciuszko Foundation**, New York. $2,000.

Charis E. Kubrin
10/21/2024

1995            Scholarship for "Contemporary Mexico" Seminar, **El Colegio de Mexico**, Mexico City, Mexico.


### *Internal Research Grants*


12/23           Newkirk Center for Science & Society Faculty Fellowship. "Rap Lyrics and Juror Decision-Making in Criminal Cases: Autobiographical Confessions of Illegal Behavior or Artistic Expression?" **University of California, Irvine**. $5000.

12/23           Seed Funding. "Rap Lyrics and Juror Decision-Making in Criminal Cases: Autobiographical Confessions of Illegal Behavior or Artistic Expression?" Center for Population, Inequality, and Policy, **University of California, Irvine**. $8109.

1/13            Conference Support Program Award. "Realigning California Corrections: Legacies of the Past, the Great Experiment, and Trajectories for the Future." Academic Senate Council on Research, Computing and Libraries, **University of California Irvine**. $2,463.

5/10-5/11       Public Policy Research Scholar Fellowship. "The Collateral Consequences of Immigration Policy." **George Washington Institute of Public Policy**. $10,000.

7/08-6/09       University Facilitating Fund (UFF) Grant. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? The Ecology of Alternative Financial Institutions and Social Disorganization in America." **George Washington University**. $12,774.

08-09           Selective Excellence Fellowship. "Rap Music, Youth Culture, and Violence in the Inner City: What's the Connection?" **George Washington University**. Course reduction and $1,000.

5/06-5/07       Public Policy Research Scholar Fellowship. "Explaining Suicide in the U.S.: Incorporating Firearm Availability in Macro-Level Research." **George Washington Institute of Public Policy**. $8,000.

6/05            Luther Rice Collaborative Fellowship. "Community Courts: Rebuilding Communities, Healing Offenders, and Restoring Justice." **George Washington University**. $1000 (+$4000 for undergraduate student).

8/03            Dean's Seminar Teaching Fellowship to develop course, American Criminal Justice Philosophy: Myths and Realities. **George Washington University**. $2,000

1/03-12/03      Public Policy Research Scholar Fellowship. "A Tale of Two Cities: Youth Crime, Detention Rates, and the Detention Diversion Advocacy Program in Washington, D.C. and Baltimore." **George Washington Institute of Public Policy**. $8,000.

Charis E. Kubrin
10/21/2024

7/02        Junior Scholar Incentive Award. "Identifying the Structural Correlates of African-
            American Killings: What Can We Learn from Data Disaggregation?" **George
            Washington University**. $5,000.

6/02-12/02  Hewlett Foundation Fellowship, **Hewlett Foundation** and **George Washington
            University** to develop inquiry-based course, American Criminal Justice
            Philosophy: Myths and Realities. $4,400.

6/01        Banneker Faculty Research Grant. "The Crime Drop: Socio-Economic and
            Demographic Correlates of Washington, D.C.'s Declining Crime Rates." **Center
            for Washington Area Studies at George Washington University**. $5,000.

6/01        Released Time for Research Proposal Writing Program "The Decline in Urban
            Crime: Exploring the Connections Among Increased Access to Capital,
            Residential Stability, and Urban Crime Rates." **George Washington University**.
            Course reduction.

1999-00     Social Sciences Dissertation Fellowship. "Neighborhood Structure and Criminal
            Homicide: Socio-Economic and Demographic Correlates of Homicide Types and
            Trends." **University of Washington**. $4,000.

## **AWARDS AND HONORS**

2024         Herbert Bloch Award, *American Society of Criminology*

2020         Paul Tappan Award, *Western Society of Criminology*

2020 - 2021  Social Ecology Honors Program Faculty Mentorship Award, Social Ecology,
             University of California, Irvine

2019         Fellow, *American Society of Criminology*

2018         W.E.B. DuBois Award, *Western Society of Criminology*

2015         Cicero Speechwriting Award (Category: "Controversial or Highly Politicized
             Topic"), *Vital Speeches of the Day* (for "Rap on Trial" TEDx talk, with Barbara
             Seymour Giordano)

2014         Coramae Richey Mann Award, Division on People of Color and Crime, *American
             Society of Criminology*

2014         Dean's Diversity Research Award, School of Social Ecology, University of
             California, Irvine (for paper, "Rap on Trial")

2005         Ruth Shonle Cavan Young Scholar Award, *American Society of Criminology*

18

Charis E. Kubrin
10/21/2024

2005          Morris Rosenberg Award for Recent Achievement, *District of Columbia Sociological Society*

2005          Best Paper in Housing or Community Development Award, *Urban Affairs Association/Fannie Mae Foundation*

1998          Student Paper Competition Award, Crime, Law, and Deviance Section, *American Sociological Association*

1998          Gene Carte Student Paper Competition Award, *American Society of Criminology*

1997          Award for Excellence in Teaching, Department of Sociology, University of Washington

1993          Phi Beta Kappa, Smith College

1993          Cum Laude, Smith College

1993          First Group Scholar, Smith College

1993          Jean Fine Spahr Fellowship Fund for Graduate School, Smith College

1993          Pauline Fox Boorstein '20 Fellowship, Smith College

## **TESTIMONY**

2024          Expert witness, People of the State of California vs. Steven Wade (No. 5-182204-8). May 17.

2024          Testimony before the Little Hoover Commission, Hearing on Retail Theft. Sacramento, CA. January 25.

2022          Expert witness, United States Department of Justice Executive Office for Immigration Review in the matter of Rouben Dossous. December 22.

2022          Expert witness, People of the State of California vs. Gary Bryant, Jr. (05-152003-0). Via Zoom. February 25, March 11.

2019          Testimony before the U.S. House of Representatives, Committee on the Judiciary, Subcommittee on Crime, Terrorism, and Homeland Security Hearing, "California Criminal Justice Reform: Potential Lessons for the Nation." Los Angeles, CA. July 13.

2017          Expert witness, People of the State of California vs. Damon James Stevenson, Jr.

Charis E. Kubrin
10/21/2024

(CEN 15036014). San Jose, CA. February 27.

2016    Expert witness, United States of America vs. Jerry Green, Jr. (8:12-cr-205-T-17MAP). Tampa, FL. August 11.

2016    Expert witness, United States of America vs. Tony Brown (13-CR-4510-JAH). San Diego, CA. July 7.

2013    Expert witness, People of the State of California vs. Ediberto Cabrera (CC773303). San Jose, CA. August 29.

2011    Expert witness, People of the State of Illinois vs. Olutosin Oduwole (07-CF-1648). Madison County, IL. October 25.

## SELECT MEDIA INTERVIEWS

7/3/24    USA Today, quoted in "Viral street signs not proof that theft is legal in California | Fact check"

6/28/24    CNN, quoted in "Trump made more than 30 false claims during CNN's presidential debate — far more than Biden"

6/28/24    Stateline, quoted in "Despite what some politicians say, crime rates are decreasing"

6/18/24    Associated Press, quoted in "Authorities across US grapple with a rash of violence in final days of spring"

4/25/24    Los Angeles Times, quoted in "'The bane of retail.' To prevent theft, many big chains now lock up all kinds of merchandise"

4/11/24    Reuters, research profiled in "Trump says migrants are fueling violent crime. Here is what the research shows"

3/24/24    The Washington Post, quoted in "Other than Trump, virtually no one was doing better four years ago"

3/11/24    MSN.com, research profiled in "FactChecking Trump's 'Fact Check' of the State of the Union"

3/10/24    The Washington Post, quoted in "Killings by police brought reforms. Fear of crime is unraveling them"

3/8/24    New York Times, quoted in "Address Showed Biden Seeking Tricky Balance on Immigration"

Charis E. Kubrin
10/21/2024

2/29/24          Washington Post, quoted in "The truth about illegal immigration and crime"

2/27/24          PBS NewsHour, interviewed for segment "Murder of Georgia student fuels heated debate over immigration policies"

2/26/24          Washington Post, quoted in "Slaying of Georgia student becomes part of U.S. immigration debate"

2/24/24          San Diego Union-Tribune, quoted in "In the wake of retail theft outrage, change feels inevitable. Is amending Prop. 47 the answer?"

2/21/24          KQED, interviewed for segment "What's Driving Brazen Retail Theft and What Should We Do About It?"

2/15/24          CNN, quoted in "I asked criminologists about immigration and crime in the US. Their answers may surprise you."

2/14/24          KQED, quoted in "Proposition 47's Impact on California's Criminal Justice System"

2/3/24           The Guardian, quoted in "Will murder trial finally solve mystery of Run-DMC's Jam Master Jay?

12/17/23         Miami Herald, quoted in "Is rap on trial? How lyrics can be used against rappers in courtrooms"

12/11/23         Stateline, quoted in "How many inmates return to prison? Inconsistent reporting makes it hard to tell"

12/7/23          CNN, research profiled in "Opinion: The danger in putting rap lyrics on trial"

12/4/23          San Francisco Chronicle, quoted in "S.F.'s crackdown on car break-ins has led to a staggering trend in the data. Will it last?"

11/16/23         USA Today, quoted in "Is shoplifting on the rise? Retail data shows it's fallen in many cities post-pandemic"

11/11/23         Sacramento Bee, quoted in "Sacramento County sheriff accuses major retail stores of stymieing efforts to stop theft"

11/6/23          Sacramento Bee, quoted in "California lawmakers want to stop 'alarming rise' in retail theft. How big is the problem?"

10/29/23         San Diego Union Tribune, quoted in "San Diego jail populations fell sharply during the pandemic. It didn't impact crime, researchers say"

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| 10/18/23 | <u>Los Angeles Times</u>, quoted in "What we know (and don't) about the rise in retail theft" |
| 10/6/23 | <u>USA Today</u>, quoted in "50 Cent, ScarLip on hip-hop and violence stereotype: 'How about we look at society?'" |
| 9/27/23 | <u>MSNBC</u>, appeared on segment, "Groups of young people loot stores in Philadelphia" |
| 9/13/23 | <u>USA Today</u>, quoted in "No, California Proposition 47 doesn't allow you to steal $950 in store items" |
| 8/14/23 | <u>San Francisco Chronicle</u>, quoted in "She was arrested outside S.F.'s Mid-Market Whole Foods a week before it closed. Here's what happened next" |
| 8/3/23 | <u>USA Today</u>, quoted in "Stores are locking up products to curb shoplifters. How that's affecting paying customers" |
| 6/29/23 | <u>KQED</u>, quoted in "Did Mac Dre Really Go to Prison Because of His Lyrics?" |
| 6/20/23 | <u>Forbes</u>, quoted in "Playing Eminem At Work May Be Sexual Harassment, According To Court" |
| 6/12/23 | <u>San Francisco Chronicle</u>, quoted in "Bay Area mass shootings- is gun violence going up?" |
| 1/23/23 | <u>Yahoo News</u>, quoted in "Young Thug, YSL trial underway as lawyers challenge use of rap lyrics in RICO case" |
| 1/13/23 | <u>NBC News</u>, quoted in "Black rappers call out double standard of using hip-hop lyrics as evidence in rapper Young Thug's criminal trial" |
| 12/23/22 | <u>The Progressive Magazine</u>, research profiled in "Rap v. United States" |
| 12/6/22 | <u>Associated Press</u>, quoted in "Robar no es legal en California; ley contempla multa y cárcel" |
| 10/28/22 | <u>BBC</u>, Americast, interviewed for "How crime is shaping the US elections" |
| 10/13/22 | <u>Los Angeles, Times</u>, quoted in "'You're obviously a target': Rappers rethink security protocols in wake of PnB Rock killing" |
| 8/26/22 | <u>New York Times</u>, quoted in "California Bill Could Restrict the Use of Rap Lyrics in Court" |

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| 7/8/22 | <u>New York Times</u>, quoted in "A Month of Shootings: One on Top of Another" |
| 6/3/22 | <u>Bloomberg</u>, quoted in "LA Crime Targeting Rich Shifts Mayor Race to Billionaire Caruso" |
| 4/17/22 | <u>New York Times</u>, quoted in "A Violent Crisis" |
| 4/12/22 | <u>New York Times</u>, quoted in "Angry Drivers, Lots of Guns: An Explosion in Road Rage Shootings" |
| 3/30/22 | <u>New York Times</u>, research profiled in "This Rap Song Helped Sentence a 17-Year-Old to Prison for Life" |
| 3/18/22 | <u>Billboard</u>, quoted in "Rap Lyrics are Still Cited in Court, But That Might be About to Change" |
| 1/28/22 | <u>USA Today</u>, quoted in "Fact check: No evidence defunding police to blame for homicide increases, experts say" |
| 12/17/21 | <u>The Guardian</u>, quoted in "California's 'smash and grab' robberies – what's really going on behind the headlines?" |
| 12/10/21 | <u>Christian Science Monitor</u>, quoted in "Smash-and-grabs, California, and the limits of criminal justice reform" |
| 12/6/21 | <u>KPCC</u>, Fresh Air, interviewed for segment, "A Look into Retail and Property Crime Trends and How Recent Incidents Are Impacting Consumers and Industry Workers" |
| 11/28/21 | <u>CNN</u>, interviewed for segment, "Smash-and-grab robberies hit stores across U.S." |
| 11/23/21 | <u>Reuters</u>, quoted in "As holidays near, 'smash-and-grab' robbers hit U.S. retailers" |
| 10/19/21 | <u>San Francisco Chronicle</u>, quoted in "The ultimate guide to San Francisco crime data" |
| 7/23/21 | <u>Associated Press</u>, quoted in "Proposition 47 did not end prosecution of thefts under $950 in California" |
| 7/21/21 | <u>USA Today</u>, quoted in "Shameless shoplifters: Retail thefts getting bolder in California and beyond" |
| 7/14/21 | <u>NBC News</u>, quoted in "After San Francisco shoplifting video goes viral, officials argue thefts aren't rampant" |
| 7/2/21 | <u>Mother Jones</u>, quoted in "Stop Blaming Crime Rates on Defunding the Police" |

Charis E. Kubrin
10/21/2024

6/11/21      San Francisco Chronicle, quoted in "San Francisco crime is starting to look more like it did before the pandemic"

12/7/20      Scientific American, research profiled and quoted in "Undocumented Immigrants Are Half as Likely to Be Arrested for Violent Crimes as U.S.-Born Citizens"

10/27/20     The Conversation, research profiled in "Undocumented immigrants may actually make American communities safer – not more dangerous – new study finds"

9/16/20      Los Angeles Times, quoted in "Grocery stores are pushing California to be tougher on crime. Here's why."

8/17/20      Christian Science Monitor, Perception Gaps podcast, interviewed for segment, "Why do Americans think more immigration means more crime?"

7/29/20      Politico, quoted in "California's tough-on-crime movement runs into coronavirus, Floyd activism"

4/19/20      Bloomberg, quoted in "Some Crimes are Spiking in America's Major Cities"

4/9/20       Wall Street Journal, quoted in "In These Gated Communities, Security Personnel Act More Like Concierges"

2/15/20      Science Magazine, quoted in "Crime did not surge when California became a 'sanctuary state'"

4/2/19       Washington Post, quoted in "Nipsey Hussle's death capped a notably violent week in Los Angeles — 26 shootings, 10 homicides"

3/28/19      San Diego Union-Tribune, quoted in "Crime Counts: As crime falls to record lows, some neighborhoods are left behind"

1/21/19      New York Times, quoted in "In California, Criminal Justice Reform Offers a Lesson for the Nation"

12/29/18     Los Angeles Times, quoted in "Crime is down in Los Angeles for the first time in five years"

12/20/18     Los Angeles Times, research profiled in "California transformed its justice system. But now crime is up, and critics want rollbacks"

7/23/18      The Chronicle of Higher Education, quoted in "Rap Is Art. So Why Do Some Academics Still Feel as if They Have to Defend It?"

7/11/18      New York Times, research profiled in "Are Criminal Justice Reforms Making the

24

Charis E. Kubrin
10/21/2024

State Safer?"

| | |
|---|---|
| 5/9/18 | <u>Los Angeles Times</u>, quoted in "Opposition to 'sanctuary state' law gains ground, but is it a pointless political ploy?" |
| 4/9/18 | <u>Associated Press</u>, quoted in "Groups debate if California has gone too far on crime reform" |
| 3/30/18 | <u>New York Times</u>, my research cited in "The Myth of the Criminal Immigrant" |
| 12/5/17 | <u>Los Angeles Times</u>, quoted in "Crime rates down in California, up in L.A. County, during period of criminal justice reform" |
| 11/30/17 | <u>Wall Street Journal</u>, research profiled in "Illegal Immigrant Found Not Guilty in San Francisco Killing" |
| 7/26/17 | <u>Wall Street Journal</u>, quoted in "Illegal Immigrant to Go on Trial For Murder in Case Cited by Donald Trump" |
| 6/29/17 | <u>Washington Post</u>, research profiled in "House passes bills to crack down on 'sanctuary cities' and deported criminals who return to U.S." |
| 6/12/17 | Hidden Brain, <u>NPR</u>, interviewed for segment, "Rap on Trial: How An Aspiring Musician's Words Led To Prison Time" |
| 5/2/17 | <u>Washington Post</u>, quoted in "Sessions says 42 percent of federal cases involve non-Americans, but half of arrests are immigration crimes" |
| 4/17/17 | <u>Fox News</u>, quoted in "Did California prison reform lead to an increase in crime?" |
| 10/28/16 | <u>McClatchy DC</u>, quoted in "What's the evidence of an immigrant crime wave in California?" |
| 9/30/16 | <u>Los Angeles Times</u>, quoted in "In Canada, prosecutors are using suspects' own rap lyrics to win convictions" |
| 3/31/16 | <u>The Guardian</u>, quoted in "Las Vegas crime spike blamed on police shortage and California prison policy" |
| 11/22/15 | <u>Associated Press</u>, quoted in "As crime rises in Los Angeles, police, community take action" |
| 10/9/15 | <u>Associated Press</u>, quoted in "Shocking video shows Calif. cops ignore dying man's distress, pleas for medical help" |

Charis E. Kubrin
10/21/2024

7/22/15      <u>New York Times</u>, quoted in "Dispute Over Sandra Bland's Mental State Follows Death in a Texas Jail"

7/11/15      <u>Associated Press</u>, quoted in "After Years of Declining Crime, A Spike in City Violence"

2/27/15      <u>Los Angeles Times</u>, quoted in "Weekends are the deadliest time for Latinos"

1/2/15       <u>Los Angeles Times</u>, quoted in "Crime numbers in sheriff's territory drop—but why?"

11/26/14     <u>Bloomberg</u>, my co-authored amicus brief on rap music was featured in the article, "Do Free-Speech Rights Apply on Facebook?"

11/24/14     <u>Washington Post</u>, my co-authored amicus brief on rap music was featured in the article, "Supreme court case tests the limits of free speech on Facebook and other social media"

7/10/14      <u>Los Angeles Times</u>, quoted in "Number of aggravated assaults in L.A. rose during first half of 2014"

6/17/14      <u>Los Angeles Times</u>, quoted in "L.A. area resident, how safe do you feel?"

3/26/14      <u>New York Times</u>, quoted in "Legal Debate on Using Boastful Lyrics as a Smoking Gun"

12/28/12     <u>Los Angeles Times</u>, quoted in front-page article, "L.A. crime tally falls at a slower rate"; also quoted in <u>NBC Southern California</u>, "Crime Drops in Los Angeles," <u>LA Observed</u>, "Murder and theft up in LA, but overall crime down again," and  Mother Jones, "Why Has the Crime Decline in Los Angeles Slowed Down?"

6/18/12      <u>Los Angeles Times</u>, my co-authored study of the media and fear of crime published in *Justice Quarterly* was discussed in the article, "Think You Know about Crime in the U.S.? Think Again"

9/1/09       Evening News, <u>BBC America</u>, Interviewed about mounted police patrols

11/3/03      All Things Considered, <u>National Public Radio</u>, Interviewed about Washington D.C.'s rising homicide rate

## **INVITED TALKS**

### *<u>Academic</u>*

Charis E. Kubrin
10/21/2024

| 2024 | Indiana University, Jacobs School of Music, Department of Sociology, Department of Criminal Justice, "Art or Confessions: Rap Music as Evidence in Criminal Trials." April 15. |
|------|---|

2024        Indiana University, Jacobs School of Music, Department of Sociology, Department of Criminal Justice, "Art or Confessions: Rap Music as Evidence in Criminal Trials." April 15.

2024        SUNY Buffalo, Department of Sociology, "New Directions in Research on Immigration and Crime." March 29.

2024        Chapman University, Fowler School of Law, "Rap Lyrics in Criminal Cases: Autobiographical Confessions of Illegal Behavior or Artistic Expression," as part of Rhythm, Rhyme and the Rule of Law Symposium. February 2.

2023        University of Miami, Department of Sociology and Criminology, "New Directions in Research on Immigration and Crime." March 22.

2022        San Diego State University, Department of Sociology, "New Directions in Research on Immigration and Crime." May 3.

2021        Tulane University, Department of Sociology, "New Directions in Research on Immigration and Crime." November 12. (virtual due to COVID19)

2021        University of Illinois, Springfield, Department of Art, Music and Theater, "Rap on Trial." October 6. (virtual due to COVID19)

2021        University of Pennsylvania, Department of Criminology, "New Directions in Research on Immigration and Crime." September 22. (virtual due to COVID19)

2021        Penn State University, Department of Sociology and Criminology, "New Directions in Research on Immigration and Crime." May 13. (virtual due to COVID19)

2021        Northumbria University, Centre for Evidence and Criminal Justice Studies, "Rap on Trial." February 2. (virtual due to COVID19)

2019        Simon Fraser University, School of Criminology, "Immigration and Crime: Is the Narrative Fact or Fiction?" December 6.

2019        Rochester Institute of Technology, Department of Criminal Justice, "Immigration and Crime: Is the Narrative Fact or Fiction?" October 16.

2019        Vera Institute of Justice, "Can We Downsize Our Prisons and Jails Without Compromising Public Safety?: Findings from California's Criminal Justice Reforms." May 10.

2018        Keynote Address, Summer School 2018, Reign of Chaos? Die USA unter Trump

|      | vor den Zwischenwahlen, hosted by Atlantische Akademie, "Immigration and Crime in the U.S.: Is the Narrative Fact or Fiction?" Lambrecht, Germany. August 2. |
|------|------|
| 2017 | Chapman University, Department of Sociology, "Rethinking Crime and Immigration." October 13. |
| 2017 | Montana State University, Department of Sociology and Anthropology, "Rap on Trial." September 12. |
| 2017 | Dartmouth College, Department of Sociology, "Rap on Trial." April 21. |
| 2017 | University of Missouri, St. Louis, 16th Annual Youth Violence Prevention Conference, jointly hosted by the Department of Criminology and Criminal Justice, Arts & Sciences, and other community organizations, "I Gave You Power: Guns, Gun Violence and Rap Music." April 6. |
| 2017 | University of Southern California, Los Angeles Institute for the Humanities, "Rap on Trial." March 24. |
| 2016 | University of Iowa, Department of Sociology, "Rap on Trial." December 9. |
| 2016 | Opening Talk, 17th Annual UCLA Health Equity Symposium, jointly hosted by UCLA Kaiser Permanente Center for Health Equity, the UCLA Jonsson Comprehensive Cancer Center, Kaiser Permanente, and the UCLA Fielding School of Public Health, "Violence Nationally, Violence Locally: Understanding Trends and Findings Solutions." November 2. |
| 2015 | University of California, Irvine, School of Law, "Rap Lyrics on Trial." October 21. |
| 2015 | University of Manchester, American Studies, "Prosecuting Rap: Raising Public Awareness and Ensuring Fair Trials." October 16. |
| 2015 | Georgia State University, Department of Criminal Justice and Criminology, "Rap on Trial: 'For Every Rhyme I Write it's 25 to Life.'" August 11. |
| 2015 | University of Colorado, Boulder, Department of Sociology, "'For Every Rhyme I Write, It's 25 to Life': Rap on Trial." March 5. |
| 2015 | University of Missouri, St. Louis, Department of Criminology and Criminal Justice, "'For Every Rhyme I Write, It's 25 to Life': Rap on Trial." February 20. |
| 2014 | The National Academy of Sciences, Panel on the Integration of Immigrants into American Society, "Crime and Immigration: Reviewing the Evidence and Charting Some Promising New Directions in Research." October 30. |

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| 2014 | University of California, Irvine, Center for Psychology and the Law, "Rethinking Crime and Immigration." October 27. |
| 2014 | Criminal Justice Research Center, Ohio State University, "Art or Confession? Using Rap Lyrics as Evidence in Criminal Trials." September 25. |
| 2014 | Rutgers University, School of Criminal Justice, "Rap on Trial." April 21. |
| 2014 | University of California, Irvine, Center for Psychology and the Law, "Rap on Trial." January 22. |
| 2012 | University of California, Irvine, Immigration Colloquium at the Law School, "Why Some Immigrant Neighborhoods are Safer than Others: Divergent Findings from Los Angeles and Chicago." November 8. |
| 2012 | University of California, Irvine, Center for Immigration, Population and Public Policy, "Promoting Healthy Communities: What Role Can Immigration Play?" January 10. |
| 2011 | University of Missouri, St. Louis, Department of Criminology and Criminal Justice, "Promoting Healthy Communities: What Role Can Immigration Play?" October 21. |
| 2011 | University of Pennsylvania, Conference on Immigration and the Changing Social Fabric of American Cities sponsored by The American Academy of Political and Social Science. "Why Some Immigrant Neighborhoods are Safer than Others: Divergent Findings from Los Angeles and Chicago." May 26. |
| 2011 | University of New Mexico, Department of Sociology, "Promoting Healthy Communities: What Role Can Immigration Play?" April 15. |
| 2010 | University of Maryland, Department of Criminology and Criminal Justice, "Promoting Healthy Communities: What Role Can Immigration Play?" November 2. |
| 2010 | University of California, Irvine, Department of Criminology, Law and Society, "Promoting Healthy Communities: What Role Can Immigration Play?" October 11. |
| 2010 | Arizona State University, Department of Criminology and Criminal Justice, "Promoting Healthy Communities: What Role Can Immigration Play?" September 17. |
| 2010 | Keynote Address, Southeastern Undergraduate Sociology Symposium, |

Departments of Sociology, Emory University and Morehouse College, "The Power of Place: Why Context Matters." February 19.

2010    University of Pennsylvania, Robert Wood Johnson Health and Society Scholars Program, "Promoting Healthy Communities: What Role Can Immigration Play?" January 21.

2009    Old Dominion University, Department of Sociology and Criminal Justice, "The Power of Place: Immigrant Communities and Adolescent Violence." April 9.

2008    University of South Florida, Department of Criminology, "The Power of Place: Crime and Immigrant Communities." October 3.

2008    George Washington University, Seminar in Urban Studies, "The Power of Place: Crime and Immigrant Communities." September 19.

2008    University of Colorado at Boulder, Department of Sociology, "The Power of Place: Crime and Immigrant Communities." May 1.

2008    University of California Merced, School of Social Sciences, Humanities and Arts, "The Power of Place: Crime and Immigrant Communities." March 18.

2008    University of Cincinnati, Department of Criminal Justice, "Immigrant Communities and Adolescent Violence." January 11.

2007    Penn State University, Department of Sociology, "The Power of Place: Crime and Immigrant Communities." October 16.

2007    Oxford University, Centre for Criminology, "The Power of Place: Crime and Immigrant Communities." May 30.

2007    College of William and Mary, Department of Sociology, "The Power of Place: Crime and Immigrant Communities." March 29.

2006    Ball State University, Department of Sociology, "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." October 9.

2006    University of Toronto, Centre of Criminology, "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." September 18.

2006    Netherlands Institute for the Study of Crime and Law Enforcement, "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." July 5.

Charis E. Kubrin
10/21/2024

2005        Florida State University, School of Criminology and Criminal Justice.
            "Deindustrialization, Disadvantage, and Suicide among Young Black Males."
            April 22.

2005        Indiana University, Department of Criminal Justice. "Deindustrialization,
            Disadvantage, and Suicide among Young Black Males." March 4.


### *Public Sociology/Criminology*

2024        Council on Criminal Justice, panelist on "Beyond Borders: A Conversation about
            Immigration and Crime." August 27.

2024        SciLine, American Association for the Advancement of Science, "Crime in the
            U.S.: Dynamics and Social Facts for Reporting." July 18.

2024        Democratic Club of West Orange County, "Can We Downsize our Prisons and
            Jails without Compromising Public Safety? Findings from California's Criminal
            Justice Reforms," May 2.

2024        KALW-91.7 FM- San Francisco Bay Area. Participant on panel, "Prop 47 at 10
            Years Old" for podcast YOUR LEGAL RIGHTS. May 1.

2024        Florida Association of Criminal Defense Lawyers. Panelist on Defending the Mic:
            Decriminalizing Rap Lyrics. April 24.

2024        Council on Criminal Justice. "Immigration and Crime: Taking Stock." April 23.

2024        UCI School of Social Ecology, Reimagining the Justice System Event,
            "Decriminalizing Artistic Expression." April 11.

2024        Areva Martin in Real Time. Panelist on The Crime of Rolling Back Criminal
            Justice Reform. April 8.

2024        Criminal Justice Reform Committee, League of Women Voters of Greater Los
            Angeles, "Can We Downsize Our Prisons and Jails Without Compromising
            Public Safety? Findings from California's Criminal Justice Reforms." March 12.

2024        Contra Costa Public Defenders, "Tools for Challenging Rap Evidence in the
            Courtroom." March 7.

2023        KNX News. Panelist on Smash & Grab: Stealing the Season: A Town Hall.
            December 12.

2023        LA County Public Defender's Office. "When Your Client's Art is Used as
            Evidence: AB2799, Rap and Freedom of Artistic Expression." May 16.

Charis E. Kubrin
10/21/2024

2023    UC Law San Francisco. "Rap Lyrics on Trial." March 31.

2023    Office of the State Public Defender. "New Tools for Challenging Rap Lyrics in the Courtroom." January 17.

2022    New York City Mayor's Office of Criminal Justice. "Rap on Trial." April 26.

2022    Division on People of Color and Crime, American Society of Criminology and Jane Addams College of Social Work, University of Illinois Chicago, "Advancing Public Scholarship that is 'Controversial'." April 12.

2022    Office of the State Public Defender. "Rap on Trial." January 13.

2021    National Press Foundation. "Rethinking Crime and Immigration." November 16.

2021    Minnesota Public Defender's Office. "Rap on Trial." October 28.

2020    Committee on Revision of the Penal Code, Can We Downsize Our Prisons and Jails Without Compromising Public Safety?: Findings from California's Criminal Justice Reforms." June 24.

2019    National Press Foundation. "Can We Downsize Our Prisons and Jails Without Compromising Public Safety?: Findings from California's Criminal Justice Reforms." November 10.

2019    Laguna Woods Democratic Club. "Immigration & Crime: Is the Narrative Fact or Fiction?" April 16.

2018    Blue Ribbon Commission on Public Safety. "Prop 47 and its Impact on Crime in California." May 23.

2018    UCI School of Social Ecology, Daybreak Dialogues. "Immigration & Crime: Is the Narrative Fact or Fiction?" April 17.

2018    Federal Public Defender's Office. Central Office of California. "Rap on Trial." February 21.

2017    Pillars of the Community, DocumentMe Conference, San Diego. "Rap on Trial." August 5.

2017    University of California, Los Angeles, Beyond the Headline Series. "Rethinking Crime and Immigration." May 9.

2016    Zocalo Public Square. "How Do You Fix a 'Bad' Neighborhood?" November 1.

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| 2016 | Keynote Address, Museum of Man, in conjunction with their exhibit, Race: Are We So Different? "Rap, Race and the Reproduction of Inequality." May 11. |
| 2016 | Rotary Club of Newport-Irvine. "Rethinking Crime and Immigration." April 28. |
| 2015 | UCI Chief Executive Roundtable Retreat. "Rap on Trial: 'For Every Rhyme I Write it's 25 to Life.'" May 1. |
| 2015 | Appellate Judicial Attorneys Institute. "Rap on Trial." April 13. |
| 2015 | Pittsburgh Humanities Festival. "Rap Lyrics on Trial." March 28. |
| 2014 | TEDxOrangeCoast. "Rap on Trial." September 20. |
| 2014 | Virginia DUI Drug Treatment Court Training: Advancing Recovery & Solutions. "Rap on Trial." August 7. |
| 2012 | University of California, Irvine, UCLUB Forum Talk. "Rethinking Crime and Immigration." December 5. |
| 2012 | University of California, Irvine, High School Summer Scholar Program. "How I Got Into Crime." July 16. |
| 2007 | George Washington University, Alumni Weekend. "Crime in the News: How Crimes, Offenders and Victims are Portrayed in the Media." September 29. |
| 2007 | District of Columbia Sociological Society. "The Power of Place: Crime and Immigrant Communities." March 1. |
| 2006 | Busboys and Poets Bookstore, Washington, D.C. Panelist on A Continuing Talk on Race. December 3. |
| 2006 | U.S. Department of Housing and Urban Development (HUD). "Privileged Places: Race, Residence and the Structure of Opportunity." October 17. |

## **PAPERS DELIVERED AT PROFESSIONAL MEETINGS**

Winnen, Kyle and Charis E. Kubrin. "Prosecutor Narratives in Rap on Trial Cases." *Western Society of Criminology*, Long Beach, 2024.

Alvarado, Elliott, Charis E. Kubrin and Amanda Geller. "Familial Assimilation and Native-Born Adolescent Delinquency." *Western Society of Criminology*, Long Beach, 2024.

Kubrin, Charis E. and Bradley J. Bartos. "The COVID-19 Pandemic, Decarceration and Crime Trends." *American Society of Criminology*, Philadelphia, 2023.

Charis E. Kubrin
10/21/2024

Alvarado, Elliott and Charis E. Kubrin. "A Comparative Review of Immigration and Crime Research: Findings from Across the Globe." *Western Society of Criminology*, Vancouver, 2023.

Kubrin, Charis E., John Hipp, and Emily Owens. "Immigration and Crime in Context: An Examination Across Neighborhoods in a Large Sample of U.S. Cities." *American Society of Criminology*, Atlanta, 2022.

Sola, Justin and Charis E. Kubrin. "Making a Call: What Impacts Desire to Call the Police in Ambiguous Situations?" *American Society of Criminology*, Atlanta, 2022.

Alvarado, Elliott and Charis E. Kubrin. "Immigration and Crime around the Globe: Key Findings across a Diverse Range of Contexts." *American Society of Criminology*, Atlanta, 2022.

Lerner, Jack and Charis E. Kubrin. "Rap on Trial." *National Association of Public Defenders*, Virtual due to COVID19, 2022.

Bradley Bartos, Kubrin, Charis E., and Richard McCleary. "The Debt Crisis, Austerity Measures, and Suicide in Greece." *Western Society of Criminology*, Honolulu, 2022.

Sola, Justin and Charis E. Kubrin. "Call Me Maybe? The Role of Race in Desire to Call the Police." *Western Society of Criminology*, Honolulu, 2022.

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: The Urban Commons: How Data and Technology Can Rebuild Our Communities." *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E., Bradley Bartos, and Richard McCleary. "The Debt Crisis, Austerity Measures, and Suicide in Greece." *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E. Invited panelist on panel, Engaging with the Public in Communities, Place, and Crime Research (Organized by the Division of Communities, Place, and Crime). *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E. "Criminal Justice Reform in California: A Lesson for the Nation?" *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E. Invited panelist on panel, Immigration, Crime, and Justice: A Data-driven Investigation, "Sanctuary Status and Crime in California: Is there a Connection?" *American Association for the Advancement of Science*, Seattle, 2020.

Kubrin, Charis E. Invited Keynote, "Can We Downsize our Prisons and Jails without Compromising Public Safety? Findings from California's Criminal Justice Reforms." *Western Society of Criminology*, Phoenix, 2020.

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: No Place on the Corner: The

Costs of Aggressive Policing." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited discussant on panel, "Units of Analysis in the Study of Communities, Place and Crime: Conceptual and Methodological Challenges and Future Innovation." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited moderator on panel, "Presidential Panel: Crimmigration: Reflections, Critiques, and Future Steps." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited discussant on panel, "Professional Development: Navigating Media and Public Criminology as a Young Scholar." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited discussant on roundtable, "Fostering a Family Friendly Environment in your Department." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: Uneasy Peace." *American Society of Criminology*, Atlanta, 2018.

Kubrin, Charis E. Invited participant on roundtable, "Roundtable: Doing Public Criminology in a Politicized Climate." *American Society of Criminology*, Atlanta, 2018.

Kubrin, Charis E. and Graham Ousey. "The Declining Significance of Threat? A Critical Analysis of Research on Racial/Ethnic Threat Theory." *American Society of Criminology*, Atlanta, 2018.

Dunbar, Adam and Charis E. Kubrin. "Imagining Violent Criminals: Rap Music Stereotypes and Character Judgments." *American Society of Criminology*, Atlanta, 2018.

Forthun, Benjamin, Charis E. Kubrin, and John R. Hipp. "Do Immigrants Moderate the Dynamics of Intra- and Inter-Group Violence in Los Angeles Egohoods over Time?" *American Society of Criminology*, Atlanta, 2018.

Kubrin, Charis E., Nicholas Branic, and John R. Hipp. "Reconceptualizing Neighborhood Structure in Social Disorganization Theory." *American Society of Criminology*, Atlanta, 2018.

Dunbar, Adam and Charis E. Kubrin. "Imagining Violent Criminals: Examining the Effect of Rap Music Stereotypes on Personality Judgments." *American Sociological Association*, Philadelphia, 2018.

Kubrin, Charis E., Nicholas Branic, and John Hipp. "(R)econceptualizing Neighborhood Structure in Social Disorganization Theory." *Western Society of Criminology*, Long Beach, 2018.

Kubrin, Charis E. Invited Policy Panel: Latino/a Criminology in the Age of Trump. *American*

Charis E. Kubrin
10/21/2024

*Society of Criminology*, Philadelphia, 2017.

Kubrin, Charis E. and Graham Ousey. "Are Immigration and Crime Related? A Meta-Analysis." *Western Society of Criminology*, Las Vegas, 2017.

Dunbar, Adam, Charis E. Kubrin, and Nicholas Scurich. "The Threatening Nature of 'Rap.'" *American Society of Criminology*, New Orleans, 2016.

Kubrin, Charis E., John R. Hipp, and Young-An Kim. "Different than the Sum of its Parts: Examining the Unique Impacts of Immigrant Groups on Neighborhood Crime Rates." *American Society of Criminology*, New Orleans, 2016.

Branic, Nicholas, Charis E. Kubrin, and John R. Hipp. "Whither Park or Withering Park? Extending Research on the Parks-Crime Relationship." *American Society of Criminology*, New Orleans, 2016.

Wadsworth, Tim, Philip Pendergast, and Charis E. Kubrin. "Suicide Rates in Happy Places: Is There a Paradox?" *American Society of Criminology*, New Orleans, 2016.

Kubrin, Charis E. and Graham Ousey. "Are Immigration and Crime Related? A Meta-Analysis." *American Sociological Association*, Seattle, 2016.

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: America's Safest City: Critiquing and Discussing a Theory of Modernity." *American Society of Criminology*, Washington, D.C., 2015.

Branic, Nicholas, John R. Hipp, and Charis E. Kubrin. "Digital Space: Using Google Street View in the Study of Place." *American Society of Criminology*, Washington, D.C., 2015.

Ousey, Graham C. and Charis E. Kubrin. "Assessing the Macro-Level Relationship between Immigration and Crime Rates: A Meta-Analysis." *American Society of Criminology*, Washington, D.C., 2015.

Kubrin, Charis E. Invited participant on panel "Students-Meet-Scholars: Intersections and Oppressions in Criminology." *American Society of Criminology*, San Francisco, 2014.

Kubrin, Charis E. Invited participant on panel "Meet the Members of Your Search Committee." *American Society of Criminology*, San Francisco, 2014.

Hipp, John R. and Charis E. Kubrin. "From Bad to Worse: How Changing Inequality in Nearby Areas Impacts Local Crime." *American Society of Criminology*, San Francisco, 2014.

Kubrin, Charis E. and Erik Nielson. "'For Every Rhyme I Write, It's 25 to Life': Rap Lyrics Stand Trial." *American Sociological Association*, San Francisco, 2014.

Desmond, Scott and Charis E. Kubrin. "The Power of Place Revisited: Why Immigrant

36

Charis E. Kubrin
10/21/2024

Communities Have Lower Levels of Adolescent Violence." *North Central Sociological Association*, Cincinnati, 2014.

Kubrin, Charis E. and John R. Hipp. "Do Fringe Banks Create Fringe Neighborhoods? Examining the Spatial Relationship between Fringe Banking and Neighborhood Crime Rates." *American Society of Criminology*, Atlanta, 2013.

Kubrin, Charis E. Invited Discussant on panel, Community and Neighborhood Context. *American Society of Criminology*, Atlanta, 2013.

Kubrin, Charis E. and John R. Hipp. "Do Fringe Banks Create Fringe Neighborhoods? Examining the Spatial Relationship between Fringe Banking and Neighborhood Crime Rates." *American Sociological Association*, New York City, 2013.

Kubrin, Charis E. "From Rapping about Injustice to Rap on Trial: Why Rap Music Matters for Social Justice Scholars." *Racial Democracy, Crime and Justice Network*, Columbus, 2013.

Kubrin, Charis E. "Why Some Immigrant Neighborhoods are Safer than Others." *American Society of Criminology*, Chicago, 2012.

Kubrin, Charis E. Invited participant on panel "Professional Development: Juggling Parenthood and Academia." *American Society of Criminology*, Chicago, 2012.

Ousey, Graham C. and Charis E. Kubrin. "Immigration and the Changing Nature of Homicide in U.S. Cities." *American Society of Criminology*, Chicago, 2012.

Ousey, Graham C. and Charis E. Kubrin. "Investigating Changes in the Nature of Homicide in U.S. Cities." *Southern Sociological Society*, New Orleans, 2012.

Kubrin, Charis E. and Hiromi Ishizawa. "Why Some Immigrant Neighborhoods are Safer than Others: Divergent Findings from Los Angeles and Chicago." *American Society of Criminology*, Washington, D.C., 2011.

Kubrin, Charis E. Invited participant on panel "Meet the Members of Your Search Committee." *American Society of Criminology*, Washington D.C., 2011.

Kubrin, Charis E. Invited discussant on panel "Social Context and Neighborhood Crime." *American Society of Criminology*, Washington D.C., 2011.

Kubrin, Charis E. ASA Rose Series Authors Meet Critics Session. Divergent Social Worlds: Neighborhood Crime and the Racial-Spatial Divide. *American Sociological Association*, Las Vegas, 2011.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe

Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *Racial Democracy, Crime and Justice Network*, Columbus, 2011.

Kubrin, Charis E. "Collateral Consequences of Immigration Policies: Confounding Effects and Immigrant Responses." *Southwestern Sociological Association*, Las Vegas, 2011.

Kubrin, Charis E. "New Directions in Research on Immigration and Crime." *American Society of Criminology*, San Francisco, 2010.

Wadsworth, Tim, Charis E. Kubrin, and Jerald Herting. "Trends in Suicide among Urban White and African American Males: 1980-2002." *American Society of Criminology*, San Francisco, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *American Society of Criminology*, San Francisco, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *American Sociological Association*, Atlanta, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *Law and Society Association*, Chicago, 2010.

Wadsworth, Tim, Charis E. Kubrin, and Jerald Herting. "Trends in Suicide among Urban White and Urban African American Males: 1980 to 2002." *Population Association of America*, Dallas, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *Urban Affairs Association*, Honolulu, 2010.

Kubrin, Charis E., Tim Wadsworth, and Jerald Herting. "What's Behind the Increase? Explaining Recent Trends in Suicide among African American Males." *American Society of Criminology*, Philadelphia, 2009.

Ousey, Graham and Charis E. Kubrin. "Exploring and Explaining the Immigration-Crime Nexus Across Time: A Longitudinal, City-Level Analysis." *American Society of Criminology*, St. Louis, 2008.

Wadsworth, Tim and Charis E. Kubrin. "What's Behind the Increase? Explaining Recent Trends in Suicide among African American Males." *American Society of Criminology*, St. Louis, 2008.

Kubrin, Charis E. and Ronald Weitzer. "Misogyny in Rap Music: A Content Analysis of

Prevalence and Meanings." *American Sociological Association*, Boston, 2008.

Kubrin, Charis E. and Ronald Weitzer. "Misogyny in Rap Music: Objectification, Exploitation, and Violence Against Women." *American Society of Criminology*, Atlanta, 2007.

Kubrin, Charis E. and Tim Wadsworth. "Explaining Suicide in the U.S.: Incorporating Firearm Availability in Macro-Level Research." *American Sociological Association*, New York City, 2007.

Kubrin, Charis E. and Scott A. Desmond. "Explaining Racial/Ethnic Disparities in Delinquency: The Role of Neighborhood Immigrant Concentration." *American Society of Criminology*, Los Angeles, 2006.

Wadsworth, Tim and Charis E. Kubrin. "Explaining Suicide in the U.S.: Incorporating Firearm Availability in Macro-Level Research. *American Society of Criminology*, Los Angeles, 2006.

Kubrin, Charis E. and Tim Wadsworth. "Hispanic Suicide in U.S. Metropolitan Areas: Examining the Effects of Immigration, Assimilation, Affluence, and Disadvantage." *American Sociological Association*, Montreal, 2006.

Kubrin, Charis E., Gregory D. Squires and Eric A. Stewart. "Neighborhoods, Race and Recidivism: The Community-Reoffending Nexus and its Implications for African Americans." *International Conference on Urban Conditions and Life Chances*, Amsterdam, 2006.

Messner, Steven F., Thomas D. Stucky, Charis E. Kubrin, Kelly McGeever, and Glenn Deane. "Not 'Islands Unto Themselves'": Locating the Spatial Context of City-Level Robbery Rates." *Eastern Sociological Society*, Boston, 2006.

Wadsworth, Tim and Charis E. Kubrin. "Hispanic Suicide in U.S. Metropolitan Areas: Examining the Effects of Economic Disadvantage, Immigration, and Cultural Assimilation." *American Society of Criminology*, Toronto, 2005.

Kubrin, Charis E. and Gregory D. Squires. "The Relationship Between Capital and Crime: Is Access to Home Mortgage Money Associated with Lower Crime Rates?" *Predatory Home Lending: Moving Toward Legal and Policy Solutions*, Chicago, 2005.

Kubrin, Charis E., Tim Wadsworth, and Stephanie DiPietro. "Deindustrialization, Disadvantage, and Suicide among Young Black Males." *American Sociological Association*, Philadelphia, 2005.

Kubrin, Charis E. "Gangstas, Thugs, and Hustlas: Understanding Identity, Culture and Violence in Rap Music." *Eastern Sociological Society*, Washington, D.C., 2005.

Messner, Steven F., Glenn Deane, Kelly McGeever, and Charis E. Kubrin. "Further Explorations

of the Deterrent Effects of Aggressive Policing on Crime Rates." *Eastern Sociological Society*, Washington, D.C., 2005.

Kubrin, Charis E. "Gangstas, Thugs, and Hustlas: Understanding Identity, Culture and Violence in Rap Music." *American Society of Criminology*, Nashville, 2004.

Kubrin, Charis E., Steven F. Messner and Glen D. Deane. "Deterrent Effects of the Police on Robbery Rates: A Further Replication and Extension." *American Society of Criminology*, Nashville, 2004.

Squires, Gregory D. and Charis E. Kubrin. "Privileged Places: Race, Uneven Development, and the Geography of Opportunity in Urban America." *Conference on Race, Ethnicity, and Place*, Washington, D.C., 2004.

Kubrin, Charis E. and Gregory D. Squires. "Community Reinvestment and Community Crime: Does Access to Home Mortgage Money Reduce Crime Rates?" *Urban Affairs Association*, Washington, D.C., 2004.

Weitzer, Ronald and Charis E. Kubrin. "Breaking News: How Local TV News and Real-World Conditions Affect Fear of Crime." *Academy of Criminal Justice Sciences*, Las Vegas, 2004.

Wadsworth, Tim and Charis E. Kubrin. "Structural Factors and Interracial Homicide: A New Examination of the Causal Process." *American Society of Criminology*, Denver, 2003.

Kubrin, Charis E. and Gregory D. Squires. "The Impact of Capital on Crime: Does Access to Home Mortgage Money Reduce Crime Rates?" *American Society of Criminology*, Denver, 2003.

Kubrin, Charis E. and Gregory D. Squires. "The Impact of Capital on Crime: Does Access to Home Mortgage Money Reduce Crime Rates?" *Midwestern Criminal Justice Association*, Chicago, 2003.

Wadsworth, Tim and Charis E. Kubrin. "Structural Factors and Interracial Homicide: A New Look at the Causal Process." *World Congress of Criminology*, Rio de Janeiro, 2003.

Kubrin, Charis E. and Tim Wadsworth. "Identifying the Structural Correlates of African American Killings: What Can We Learn From Data Disaggregation?" *American Society of Criminology*, Chicago, 2002.

Feldman, Lisa and Charis E. Kubrin. "Community-Based Alternatives to Juvenile Detention: Problems and Prospects in Changing Local Juvenile Justice Culture." *American Society of Criminology*, Chicago, 2002.

Steen, Sara, Christine E.W. Bond, George S. Bridges, and Charis E. Kubrin. "Explaining

Charis E. Kubrin
10/21/2024

Assessments of Future Risk: Race and Attributions of Juvenile Offenders in Pre-Sentencing Reports." *American Society of Criminology* Chicago, 2002.

Kubrin, Charis E. and Ronald Weitzer. "Retaliatory Homicide: Concentrated Disadvantage and Neighborhood Culture." *American Sociological Association*, Chicago, 2002.

Bridges, George S., Christine E.W. Bond, Charis E. Kubrin, and Chris Bader. "Race, Typifications, and the Pre-Trial Assessment of Criminal Defendants: Perceptions and Process in Legal Decision-Making." *American Sociological Association*, Chicago, 2002.

Kubrin, Charis E. and Jerald R. Herting. "Neighborhood Structure and Homicide Trends: An Analysis of Differing Types of Homicide." *American Society of Criminology*, Atlanta, 2001.

Kubrin, Charis E. and Jerald R. Herting. "Neighborhood Structure and Homicide Trends: An Analysis of Differing Types of Homicide." *American Sociological Association*, Anaheim, 2001.

Kubrin, Charis E. "Longitudinal Profiles of Homicide: An Analysis Using Hierarchical Growth-Curve Modeling." *Academy of Criminal Justice Sciences*, Washington, D.C., 2001

Kubrin, Charis E. "Neighborhood Correlates of Homicide Trends: An Analysis Using Hierarchical Growth-Curve Modeling." *American Society of Criminology*, San Francisco, 2000

Kubrin, Charis E. "Structural Covariates of Criminal Homicide: Does Type of Homicide Matter?" *American Sociological Association*, Washington, D.C., 2000

Kubrin, Charis E. "Neighborhood Structure and Homicide: Does Type of Homicide Matter?" *American Society of Criminology*, Toronto, 1999.

Bridges, George S., Christine E.W. Bond, Charis E. Kubrin and Chris Bader. "Typification Biases in the Pretrial Release of Criminal Offenders: Effects of Uncertainty in Legal Decision-Making." *American Society of Criminology*, Toronto, 1999.

Kubrin, Charis E. "Context and the Social Ecology of Murder." *American Society of Criminology*, Washington, D.C., 1998.

Bond, Christine E.W., Charis E. Kubrin, Chris Bader and George S. Bridges. "Processing Defendants: The Intersection of Legal, Extra-Legal, and Processual Variables in Bail Outcomes." *American Society of Criminology*, Washington, D.C., 1998.

Kubrin, Charis E. "Context and the Social Ecology of Murder." *American Society of Criminology*, San Diego, 1997.

Kubrin, Charis E. "Racial Heterogeneity and Crime: A Study of Seattle." *American Society of

Charis E. Kubrin
10/21/2024

*Criminology*, Boston, 1995.

## **TEACHING EXPERIENCE**

### ***Courses Taught (1996-present):***

- Criminological Theory (Graduate)
- Criminology (Graduate)
- Race, Ethnicity, and Crime (Graduate)
- Research Methods (Graduate)
- Introduction to Criminology, Law and Society (Undergraduate)
- Immigration and Crime in the Global Context (Undergraduate)
- Homicide and Suicide (Undergraduate)
- Deviant Behavior and Social Control (Undergraduate)
- Justice and the Criminal Courts in Washington, D.C. (Undergraduate)

## **PROFESSIONAL SERVICE**

### ***Journal Editorial Positions***

Editor Positions

2020-23       Co-Editor, Criminology (with co-editors David McDowall, Jody Miller, Carter Hay)

Associate / Deputy Editor Positions

2012-2022     Associate Editor, Journal of Crime and Justice, Michael Lieber (Editor)

2011-16       Associate Editor, Oxford Bibliographies Online, Richard Wright (Editor)

2011-14       Associate Editor, Homicide Studies, Wendy Regoeczi (Editor)

2009-11       Associate Editor, Homicide Studies, Gary Jensen (Editor)

2009-11       Associate Editor, Oxford Bibliographies Online, Richard Rosenfeld (Editor)

2008-11       Associate Editor, Social Problems, Theodore Chiricos (Editor)

Editorial Board Member Positions

2023-         Editorial Board Member, Journal of Criminology, Asher Flynn, Rebecca Wickes (Editors)

Charis E. Kubrin
10/21/2024

| 2017-20 | Editorial Board Member, <u>Criminology</u>, David McDowall, Brian Johnson, Jody Miller, Janet Lauritsen (Editors) |
|---|---|
| 2016-2024 | Editorial Board Member, <u>Race and Justice: An International Journal</u>, Kareem Jordan, Jacinta Gau (Editors) |
| 2011-17 | Editorial Board Member, <u>Criminology</u>, Wayne Osgood, Eric Baumer, Rosemary Gartner (Editors) |
| 2009-16 | Editorial Board Member, <u>Race and Justice: An International Journal</u>, Shaun Gabbidon (Editor) |
| 2010-12 | Editorial Board Member, <u>Journal of Crime and Justice</u>, Michael Leiber (Editor) |
| 2008-11 | Editorial Board Member, <u>Criminology</u>, Denise Gottfredson (Editor) |
| 2007-10 | Editorial Board Member, <u>Journal of Crime and Justice</u>, Mitchell Chamlin (Editor) |
| 2006-08 | Editorial Board Member, <u>Homicide Studies</u>, Thomas A. Petee and Jay Corzine (Editors) |

### *Service to Professional Organizations*

| 2024 | Selection Committee, *Racial Democracy, Crime and Justice Network* |
|---|---|
| 2023 | Selection Committee, *Racial Democracy, Crime and Justice Network* |
| 2023-24 | Program Co-Chair, 2024 Annual Meeting, *American Society of Criminology* |
| 2022 | Planning Committee on Crime Rates during the COVID-19 Pandemic, Committee on Law and Justice (CLAJ), *National Academies of Sciences* |
| 2022-23 | Chair, Bloch Award Committee, *American Society of Criminology* |
| 2022 | Selection Committee, *Racial Democracy, Crime and Justice Network* |
| 2021-22 | Block Award Committee, *American Society of Criminology* |
| 2011-present | Steering Committee, *Racial Democracy, Crime and Justice Network* |
| 2018-2019 | Program Area Chair, Immigration/Migration Justice Issues, *American Society of Criminology* Conference, San Francisco |

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| 2018 | Peterson-Krivo Mentoring Award Committee, *American Sociological Association* |
| 2018-20 | Board Member, Crime and Justice Research Alliance, *American Society of Criminology* |
| 2016-17 | Michael J. Hindelang Award Committee, *American Society of Criminology* |
| 2015-18 | Executive Counselor (elected), *American Society of Criminology* |
| 2015 | Reviewer, W.E.B. Du Bois Fellowship for Research on Race, Gender, Culture and Crime Program, *National Institute of Justice* |
| 2013-14 | Program Committee, Crime, Law and Deviance Section, *American Sociological Association* |
| 2013-14 | Program Area Chair, Causes of Crime and Criminal Behavior, *American Society of Criminology* Conference, San Francisco |
| 2013-14 | Ruth Shonle Cavan Young Scholar Award Committee, *American Society of Criminology* |
| 2012 | Ad Hoc Reviewer, Grants on Sustainable Urban Development, CONICYT (National Commission for Scientific and Technological Research, Chile), Santiago, Chile |
| 2012-13 | Ruth Shonle Cavan Young Scholar Award Committee, *American Society of Criminology* |
| 2012-13 | Nominations Committee, *American Society of Criminology* |
| 2011-13 | Reviewer, Sociology Panel, *National Science Foundation* |
| 2010 | Nominations Committee, Crime, Law and Deviance Section, *American Sociological Association* |
| 2010 | Herbert Bloch Award Committee, *American Society of Criminology* |
| 2009 | Program Committee, *Southern Sociological Society Conference*, New Orleans |
| 2009-10 | Reviewer, Sociology Dissertation Panel, *National Science Foundation* |
| 2007-08 | President, *District of Columbia Sociological Society* |
| 2007-10 | Council Member, Crime, Law, and Deviance Section, *American Sociological Association* |

Charis E. Kubrin
10/21/2024

| 2007-08 | Publications Committee, *American Society of Criminology* |
| 2006 | James F. Short Award Committee, Crime, Law, and Deviance Section, *American Sociological Association* |
| 2006 | Program Area Chair, Race/Ethnicity, *American Society of Criminology* Conference, Los Angeles |
| 2005-06 | Minority Affairs Committee, *American Society of Criminology* |
| 2005-07 | Chair, Crime and Juvenile Delinquency Division, *Society for the Study of Social Problems* |
| 2004-05 | August Vollmer Award Committee, *American Society of Criminology* |
| 2002-03 | Constitution and Bylaws Committee, *American Society of Criminology* |
| 2001-03 | Treasurer, *District of Columbia Sociological Society* |
| 2001 | Chair, Awards Committee, *District of Columbia Sociological Society* |

### *Organizer / Invited Participant in National Workshops*

| 2024 | Invited Participant, Arizona State University, "Discovery Convening on Criminal Justice Reform." January 29. Los Angeles, CA. |
| 2015 | Invited Participant, University of California, Riverside, "Immigration and Community Safety." Sept. 25. Riverside, CA. |
| 2014 | Co-Organizer, University of California, Irvine, "Realigning California Corrections: Legacies of the Past, the Great Experiment, and Trajectories for the Future." Oct. 17-18. Irvine, CA (funded by NSF). |
| 2011 | Invited Participant, University of Pennsylvania, "Immigration and the Changing Social Fabric of American Cities." May 26. Philadelphia, PA (funded by American Academy of Political and Social Science). |
| 2009 | Co-Organizer, Arizona State University, Justice and Social Inquiry, "Social Science Research on Immigration: The Role of Transnational Migration, Communities and Policy." September 10-11. Tempe, AZ (funded by NSF). |
| 2006 | Invited Participant, University of Maryland, Program on the Economics of Crime and Justice Policy Summer Workshop, "Criminology and Economics." June. Queenstown, MD. |

Charis E. Kubrin
10/21/2024

2003-          Invited Participant, National Science Foundation Workshops, "Setting a National
               Agenda for Research on Race/Ethnicity, Crime, and Criminal Justice," November
               2003 Denver; July 2004 Columbus; November 2005 Toronto; July 2006
               Columbus; July 2007 Columbus; July 2008 Columbus; July 2009 Columbus; July
               2010 Columbus; July 2011 Columbus; July 2012 Columbus; July 2013
               Columbus; July 2014 Columbus; July 2015 Columbus; July 2018 Newark.

2002-08        Invited Participant, National Consortium on Violence Research Annual
               Workshops, 2002 St. Augustine; 2003 San Juan; 2004 Miami; 2005 Cancun; 2008
               Bermuda.


### *Manuscript/Book Reviewer*

2000-          Reviewer for following refereed journals, *American Journal of Public Health,
               American Journal of Sociology, American Sociological Review, British Journal of
               Sociology, Contemporary Sociology, Criminology, Criminology and Public
               Policy, Homicide Studies, Housing Policy Debate, International Journal of
               Offender Therapy and Comparative Criminology, Journal of Contemporary
               Ethnography, Journal of Crime and Justice, Journal of Criminal Justice, Journal
               of Drug Issues, Journal of Planning Education and Research, Journal of
               Quantitative Criminology, Journal of Research in Crime and Delinquency,
               Justice Quarterly, Men & Masculinities, Poetics, Psychology of Women
               Quarterly, Social Forces, Social Problems, Social Psychology Quarterly, Social
               Science Quarterly, Social Science Research, Sociological Forum, Sociological
               Perspectives, Sociological Quarterly, Western Criminology Review, Western
               Journal of Black Studies*

2000-          Reviewer for academic book publishers: Allyn & Bacon, McGraw Hill, New
               York University Press, Oxford University Press, Praeger, Roxbury, Sage, Wiley-
               Blackwell


### *External Referee on Tenure and Promotion Cases*

Arizona State University (3)
Dartmouth College
Florida State University
George Washington University
Monash University
Montana State University
Northeastern University
Penn State University
Temple University
University of Delaware
University of Maryland (2)

Charis E. Kubrin
10/21/2024

University of Massachusetts at Lowell
University of New Mexico (2)
University of Pennsylvania
University of Richmond
Virginia Tech

## UNIVERSITY SERVICE

2024-          Member, Executive Committee, Center for Population, Inequality, and Policy

Fall 2018      Academic Senate, Council on Planning and Budget Committee

2014-2016      Academic Senate, Academic Planning Group

2012-2016      Academic Senate, Council on Planning and Budget Committee

2012-13        Academic Senate, Space and Planning Team

George Washington University

2004-11        GW Institute of Public Policy Steering Committee

2005-07        University Committee on Research

2007-08        Faculty Senate Committee on Research
2003-05
2001-02

2002-03        Faculty Senate Committee on Faculty Development and Support

2001-08        Faculty Representative, George Washington University Hearing Board

## COLLEGE SERVICE

2022           Member, Phi Beta Kappa Awards Committee

2015           Member, Dean's Search Committee for the School of Social Ecology

2011-12        Member, Social Ecology Executive Committee

George Washington University

2005-08        Research Advisory Council Committee

47

| 2005-06 | Secretary, Columbian College of Arts and Science Faculty Meetings |
|---|---|
| 2005-06
2001-02 | Faculty Advisor, Columbian College of Arts and Sciences Proseminar for Scholarship and Advising |
| 2001-05 | Faculty Advisor, Columbian College of Arts and Sciences Colonial Inauguration |
| 2002-06 | Faculty Evaluator GTA Program Instructional Practicum |

## DEPARTMENTAL SERVICE

| 2023-24 | Member, Criminology Search Committee |
|---|---|
| 2023-24 | Member, Criminology Comps Committee |
| 2022-23 | Chair, Criminology Search Committee |
| 2022-26 | Co-Director, Online Graduate Program in Criminology, Law & Society (MAS) |
| 2021-22 | Chair, Personnel Committee |
| 2021-22 | Member, Phi Beta Kappa School Selection Committee |
| 2020-21 | Member, Graduate Admissions |
| 2014-2020 | Mentor to Naomi Sugie and Bryan Sykes (both tenured) |
| 2018-2021 | Member, Master of Advanced Study (MAS) Executive Advisory Board |
| 2017-18 | Chair, Graduate Admissions |
| 2016-17 | Chair, Mid-Career Hiring Initiative Search Committee |
| 2015-16 | Member, Mid-Career Hiring Initiative Search Committee |
| 2015-16 | Member, Master of Advanced Study (MAS) Executive Advisory Board |
| 2015-16 | Doctoral Student Recruitment |
| 2013-14 | Graduate Committee, Awards and Evaluations |
| 2013 | Chair, Criminology Search Committee |
| 2012-14 | Organizer, Pro-Seminar Series |

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| 2012-13 | Member, Graduate Evaluations Committee |
| 2011-13 | Member, Professional Development Fellowship Awards Committee |

George Washington University

| | |
|---|---|
| 2007-11 | Mentor to junior faculty Fran Buntman, Hiromi Ishizawa, and Robert Penney |
| 2009 | Urban Sociology Search Committee |
| 2009-11 2007-09 2005-06 | Graduate Committee |
| 2001-10 | Departmental Web Designer |
| 2005-08 | Organizer of Pro-Seminar Meetings |
| 2005-06 | Advisor for Alpha Phi Sigma: The National Criminal Justice Honor Society |
| 2009-10 2002-03 | Curriculum Committee |

## THESIS AND DISSERTATION COMMITTEES

Current Students

| | |
|---|---|
| Elliott Alvarado | Dissertation committee Chair, CLS |
| P'trice Jones | Dissertation committee, CLS |
| Rebecca Tublitz | Dissertation committee Chair, CLS |
| Kyle Winnen | Dissertation committee Chair, CLS |

Completed at UCI (PhD)

| | |
|---|---|
| Mariam Ashtiani | Ph.D. Sociology, 2016 (Cal State Fullerton, Sociology) |
| Bradley Bartos | Ph.D. Criminology, Law & Society 2020 (University of Arizona, Govt. & Public Policy) |
| Adam Boessen | Ph.D. Criminology, Law & Society 2014 (Univ. of Missouri St. Louis, Criminology and Criminal Justice) |
| Adam Dunbar (Chair) | Ph.D. Criminology, Law & Society 2017 (Post-Doc Univ. of Delaware, Sociology and Criminal Justice; Univ. of Nevada, Reno, Criminology and Criminal Justice) |
| Benjamin Forthun | Ph.D. Criminology, Law & Society 2024 (University of Northern Colorado, Criminology and Criminal Justice) |
| Julie Gerlinger | Ph.D. Criminology, Law & Society 2017 (Univ. of Oklahoma, Sociology) |
| Olivia Ha | Ph.D. Criminology, Simon Fraser University 2019 |

49

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| Peter Hanink | Ph.D. Criminology, Law & Society 2018 (Cal Poly Pomona, Sociology) |
| Young-An Kim | Ph.D. Criminology, Law & Society 2018 (Florida State Univ., Criminology) |
| Iris Xiaoshuang Luo | Ph.D. Criminology, Law & Society 2024 (Univ. of Akron, Criminology and Criminal Justice) |
| Matthew Renner | Ph.D. Criminology, Law & Society 2022 |
| Justin Sola | Ph.D. Criminology, Law & Society 2024 (Univ. of North Carolina, Chapel Hill, Sociology) |
| Saundra Trujillo | Ph.D. Criminology and Criminal Justice from University of Missouri, St. Louis) |
| Matthew Valasik | Ph.D. Criminology, Law & Society 2014 (Louisiana State Univ., Sociology) |
| Seth Williams | Ph.D. Criminology, Law & Society 2022 (Post-Doc Rice Univ., Sociology) |
| James Wo | Ph.D. Criminology, Law & Society 2017 (Univ. of Iowa, Sociology) |

Completed at UCI (MA)

| | |
|---|---|
| Elliott Alvarado | Chair, 2nd year project 2023 |
| Matt Barno | Co-Chair, 2nd year project 2017 |
| Derek Christopher | Outside member, MA, Economics 2019 |
| Christopher Contreras | Reader, 2nd year project 2016 |
| Iris Luo | Reader, 2nd year project 2020 |
| Michelle Mioduszewski | Chair, 2nd year project 2016 |
| James Pratt | Reader, 2nd year project 2016 |
| Hyeyeon Ru | Reader, 2nd year project 2024 |
| Hwawon Seo | Chair, 2nd year project 2020 |
| Kyle Winnen | Chair, 2nd year project 2023 |
| James Wo | Reader, 2nd year project 2013 |

Completed at GW

| | |
|---|---|
| Blair Lamb | M.A. Criminal Justice 2011 |
| Corrie Mallery | Ph.D. Counseling, School of Education and Human Development 2010 |
| Stephanie DiPietro | Ph.D. Criminology and Criminal Justice, Univ. of Maryland 2010 (Univ. of Missouri St. Louis, CJ)- tenured 2018 |
| Jeffrey Tienes | M.A. Sociology (Chair) 2010 (Univ. of Pittsburgh, Soc) |
| Patrice Morris | Ph.D. Criminal Justice, Rutgers University 2010 |
| Sara Thompson | Ph.D. Criminology, University of Toronto 2009 |
| Marc Lauterbach | M.A. Criminal Justice 2009 (Chair) |
| Ashley Mauceri | M.A. Sociology 2009 (Chair) |
| Shannon Dolan | M.A. Sociology 2008 |
| April Woolnough | M.A. Criminal Justice 2008 (Chair) (Penn State Univ., Soc) |
| Loren Titorenko | M.A. Criminal Justice 2008 |
| Christina Vouriotis | M.A. Sociology 2007 (Chair) |
| Michele Browne | M.A. Criminal Justice 2007 (Chair) |

Charis E. Kubrin
10/21/2024

| | |
|---|---|
| Ami Lynch | Ph.D. Public Policy 2006 |
| Michael Brizendine | M.A. Criminal Justice 2006 (Chair) |
| Erin Fishburn | M.A. Criminal Justice 2007 (Chair) (Univ. of Nebraska, CJ) |
| Jessica Grosholz | M.A. Sociology 2006 (Chair) (Emory Univ., Soc)- tenured 2020 |
| Sean Goodison | M.A. Criminal Justice 2005 (Chair) (Univ. of Maryland, CJ) |
| Andrew Cook | M.A. Criminal Justice 2005 |
| Lisa Feldman | Ph.D. Public Policy 2004 |
| Stephanie Di Pietro | M.A. Sociology 2003 (Chair) (Univ. of Maryland, CJ) |
| Julie Antinucci | M.A. Sociology 2002 |
| Victoria Marquez | M.A. Sociology 2002 (Chair) |
| Lee Pearson | M.A. Sociology 2002 (Chair) |
| Catherine Saidat | M.A. Sociology 2002 |
| Melissa Labriola | M.A. Sociology 2001 (Chair) |

## **PROFESSIONAL MEMBERSHIPS**

American Society of Criminology
Western Society of Criminology

## **REFERENCES**

Robert D. Crutchfield
Department of Sociology
University of Washington
202 Savery Hall, Box 353340
Seattle, WA 98195-3340
crutch@u.washington.edu

Ruth D. Peterson
Department of Sociology
238 Townshend Hall
1885 Neil Anenue
Ohio State University
Columbus, OH  43210
peterson.5@sociology.osu.edu

# EXHIBIT B

# References

Abramitzky, Ran, Leah Platt Boustan, Elisa Jácome, Santiago Pérez & Juan David Torres. 2023. Law-Abiding Immigrants: The Incarceration Gap Between Immigrants and the US-born, 1870–2020. National Bureau of Economic Research, Working Paper, https://www.nber.org/papers/w31440.

Adelman, Robert M., Yulin Yang, Lesley Williams Reid, James D. Bachmeier, and Mike Maciag. 2020. Using Estimates of Undocumented Immigrants to Study the Immigration-Crime Relationship. *Journal of Crime and Justice* 44 (4): 375–400.

Bersani, Bianca E., and Stephanie M. DiPietro. 2016. Marriage and Offending: Examining the Significance of Marriage among the Children of Immigrants. *The Sociological Quarterly* 57: 304–332.

Bersani, Bianca E., Thomas A. Loughran, and Alex R. Piquero. 2014. Comparing Patterns and Predictors of Immigrant Offending Among a Sample of Adjudicated Youth. *Journal of Youth and Adolescence* 43: 194–1933.

Butcher, Kristin F., and Ann Morrison Piehl. 1998. Cross-City Evidence on the Relationship Between Immigration and Crime. *Journal of Policy Analysis and Management* 17: 457–493.

Butcher, K.F., and A.M. Piehl. 2008. Crime, corrections, and California: What does immigration have to do with it? *California Counts* 9: 1–24.

Disha, Ilir. 2019. Different Paths: The Role of Immigrant Assimilation on Neighborhood Crime. *Social Science Quarterly*. 100: 1129–1153.

DiPietro, Stephanie M., and Robert Bursik, Jr. 2012. Studies of the New Immigration: The Dangers of Pan-Ethnic Classifications. *Annals of the American Academy of Political and Social Science* 641: 247–267.

DiPietro, Stephanie M., and Jean Marie McGloin. 2012. Differential Susceptibility? Immigrant Youth and Peer Influence. *Criminology* 50: 711–742.

Emerick, Nicholas A., Theodore R. Curry, Timothy W. Collins, and S. Fernando Rodriguez. 2014. Homicide and social disorganization on the border: Implications for Latino and immigrant populations. *Social Science Quarterly* 95: 360–379.

Feldmeyer, Ben, and Darrell Steffensmeier. 2009. Immigration Effects on Homicide Offending For Total and Race/Ethnicity-Disaggregated Populations (White, Black, and Latino). *Homicide Studies* 13: 211–226.

Graif, Corina, and Robert J. Sampson. 2009. Spatial Heterogeneity in the Effects of Immigration and Diversity on Neighborhood Homicide Rates. *Homicide Studies* 13: 242–260.

Green, David. 2016. The Trump Hypothesis: Testing Immigration Populations as a Determinant of Violent and Drug-Related Crime in the United States. *Social Science Quarterly* 97: 506–524.

Harris, C. T., Mutimer, A., & Thomas, S. (2021). From Both Near and Far: Examining the Diverse Regions of Origin for Immigration and Its Relationship with Crime Across United States Communities, 2015. *Justice Quarterly*, *40*(1), 51–74.

Jiang, Xin, and Ruth D. Peterson. 2012. Beyond Participation: The Association Between School Extracurricular Activities and Involvement in Violence Across Generations of Immigration. *Journal of Youth and Adolescence* 41: 362–378.

Kirk, David S., and Andrew V. Papachristos. 2011. Cultural Mechanisms and the Persistence of Neighborhood Violence. *American Journal of Sociology* 116: 1190–1233.

Kreager, Derek A., Christopher J. Lyons, and Zachary R. Hays. 2011. Urban Revitalization and Seattle Crime, 1982−2000. *Social Problems* 58: 615–639.

Kubrin, Charis E., and Hiromi Ishizawa. 2012. Why Some Immigrant Neighborhoods are Safer Than Others: Divergent Findings from Los Angeles and Chicago. *The Annals of the American Academy of Political and Social Science* 641: 148–173.

Kubrin, C.E.; Ousey, G.C. Theoretical Perspectives on Immigration and Crime. In *Immigration and Crime*; Springer International Publishing: Cham, Switzerland, 2023; pp. 9–26.

Kubrin, Charis E., John R. Hipp, and Young-An Kim. 2018. Different Than the Sum of Its Parts: Examining the Unique Impacts of Immigrant Groups on Neighborhood Crime Rates. *Journal of Quantitative Criminology* 34: 1–36.

Kubrin, Charis E, Xiaoshuang Iris Luo, and John R. Hipp. 2024. Immigration and Crime: Is the Relationship Non-Liner? British Journal of Criminology. https://academic.oup.com/bjc/advance-article-abstract/doi/10.1093/bjc/azae045/7724999?utm_source=advanceaccess&utm_campaign=bjc&utm_medium=email

Landgrave, Michelangelo, and Alex Nowrasteh. 2018. *Incarcerated Immigrants in 2016: Their Numbers, Demographics, and Countries of Origin*. Immigration Policy Brief CATO Institute. Retrieved August 12, 2022.

https://object.cato.org/sites/cato.org/files/pubs/pdf/irpb7.pdf.

Lee, Matthew T., Ramiro Martinez. 2009. Immigration Reduces Crime: An Emerging Scholarly Consensus. *Sociology of Crime, Law, and Deviance* 13: 3–16.

Light, Michael T., Jingying He, and Json P. Robey. 2020. Comparing Crime Rates between Undocumented Immigrants, Legal Immigrants, and Native-Born US Citizens in Texas. *PNAS* 117: 32340–32347.

Light, Michael, and Ty Miller. 2018. Does Undocumented Immigration Increase Violent Crime? *Criminology* 56: 370.

Light, Michael T., Ty Miller, and Brian C. Kelly. 2017. Undocumented Immigration, Drug Problems and Driving Under the Influence in the United States, 1990–2014. *American Journal of Public Health* 107: 1448–1454.

Light, Michael T., Jingying He, and Json P. Robey. 2020. Comparing Crime Rates between Undocumented Immigrants, Legal Immigrants, and Native-Born US Citizens in Texas. *PNAS* 117: 32340–32347.

MacDonald, John M., John R. Hipp, and Charlotte Gill. 2013. The Effects of Immigrant Concentration on Changes in Neighborhood Crime Rates. *Journal of Quantitative Criminology* 29: 191–215.

Martinez, Jr Ramiro, and Jacob I. Stowell. 2012. Extending Immigration and Crime Studies: National Implications and Local Settings. *Annals of the American Academy of Political and Social Science* 641: 174–191.

Martinez, Ramiro, Jr., Jacob I. Stowell, and Matthew T. Lee. 2010. Immigration and Crime in an Era of Transformation: A Longitudinal Analysis of Homicides in San Diego Neighborhoods, 1980-2000. *Criminology* 48: 797–829.

Maldonado-Molina, Mildred M., Jennifer M. Reingle, Wesley G. Jennings, and Guillermo Prado. 2011. Drinking and Driving Among Immigrant and U.S.-Born Hispanic Young Adults: Results from a Longitudinal and Nationally Representative Study. *Addictive Behaviors* 36: 381–388.

McCann, Wesley S., Saijun Zhang, and Francis D. Boateng. 2022. Immigrants, Crime, and the American Dream: Testing a Segmented Assimilation Theory of Crime. *International Journal of Offender Therapy and Comparative Criminology* 66: 560–586.

National Commission on Law Observance and Enforcement. 1931. *Report on Crime and the Foreign Born*. Washington DC: US Government Printing Office.

Orrick, Erin A., Chris Guerra, and Alex R. Piquero. (2023). Criminal Careers and

Immigration: An Analysis of Offending Over the Life Course Among Homicide Inmates in Texas. *Crime & Delinquency*, 69(1), 34-65. https://journals.sagepub.com/doi/full/10.1177/00111287211039996

Orrick, Erin A., Chris Guerra, and Alex R. Piquero. 2021.  Criminal Careers and Immigration: An Analysis of Offending Over the Life Course Among Homicide Inmates in Texas. *Crime and Delinquency*. https://journals.sagepub.com/doi/abs/10.1177/0011128720940963?journalCode=cadc.

Orrick, Erin A., Alexander H. Updegrove, Alex R. Piquero, and Tomaslav Kovandzic. 2021b. Disentangling Differences in Homicide Incarceration Rates by Immigration Status: A Comparison in Texas. *Crime & Delinquency* 67: 523–550.

Ousey, Graham C., and Charis E. Kubrin. 2009.  Exploring the Connection between Immigration and Violent Crime Rates in U.S. Cities, 1980–2000. *Social Problems* 56: 447–473.

———. 2014.  Immigration and the Changing Nature of Homicide in US Cities, 1980-2010.  *Journal of Quantitative Criminology* 30: 453–483.

———. 2018.  Immigration and Crime: Assessing a Contentious Issue. *Annual Review of Criminology* 1: 63–84.

Peguero, Anthony A. 2011. Immigration, Schools, and Violence: Assimilation and Student Misbehavior. *Sociological Spectrum* 31: 695–717.

Peguero, A. A., Irizarry, Y., Iwama, J., King, S., Dunning-Lozano, J. L., Hong, J. S., & Bondy, J. M. (2023). Is There an Immigration and School-Level Crime Link? *Crime & Delinquency*, *69*(8), 1339-1368.

Peguero, Anthony A., and Xin Jiang. 2014. Social Control Across Immigrant Generations: Adolescent Violence at School and Examining the Immigrant Paradox. *Journal of Criminal Justice* 42: 276–287.

Ramos, Javier, and Marin R. Wenger. 2020. Immigration and Recidivism: What is the Link? *Justice Quarterly* 37: 436–460.

Ramos, J.; Hernandez, C.; Shelfer, D. Illuminating the Immigration–Crime Nexus: A Test of the Immigration Revitalization Perspective. *Societies* 2023, *13*, 137. https://doi.org/10.3390/soc13060137

Reingle, Jennifer M., Wesley G. Jennings, and Mildred M. Maldonado-Molina. 2011. Generational Differences in Serious Physical Violence Among Hispanic Adolescents: Results From a Nationally Representative Longitudinal Study. *Race and Justice* 1: 277–291.

Sampson, Robert J., Jeffrey D. Morenoff, and Stephen Raudenbush. 2005. Social Anatomy of Racial and Ethnic Disparities in Violence. *American Journal of Public Health* 95: 224–232.

Schnapp, Patrick. 2012. Macro-level Research on Immigration and Crime in the Contemporary USA: Problems and Simple Solutions. *International Journal of Criminology and Sociological Theory* 5: 999–1015.

———. 2015. Identifying the Effect of Immigration on Homicide Rates in U.S. Cities: An Instrumental Variables Approach. *Homicide Studies* 19: 103–122.

Stansfield, Richard, Scott Akins, Ruben G. Rumbaut, and Roger B. Hammer. 2013. Assessing the Effects of Recent Immigration on Serous Property Crime in Austin, Texas. *Sociological Perspectives* 56: 647–672.

Stowell, Jacob I., Steven F. Messner, Kelly F. McGeever, and Lawrence E. Raffalovich. 2009. Immigration and the Recent Violent Crime Drop in the United States: A Pooled, Cross-sectional Time-Series Analysis of Metropolitan Areas. *Criminology* 47: 889–928.

Stucky, Thomas D. 2003. Local Politics and Violent Crime in U.S. Cities. *Criminology* 41: 1101–1136.

Vaughn, Michael G., and Christopher P. Salas-Wright. 2018. Immigrants Commit Crime and Violence at Lower Rates Than the US-Born Americans. *Annals of Epidemiology* 28: 58–60.

Vaughn, Michael G., Christopher P. Salas-Wright, Brandy R. Maynard, Zhengmin Qian, Lauren Terzis, Abdi M. Kusow, and Matt DeLisi. 2014. Criminal Epidemiology and the Immigrant Paradox: Intergenerational Discontinuity in Violence and Antisocial Behavior Among Immigrants. *Journal of Criminal Justice* 42: 483–490.

Wolff, Kevin T., Jonathan Intravia, Michael T. Baglivio, and Alex R. Piquero. 2018. The Protective Impact of Immigrant Concentration on Juvenile Recidivism: A Multilevel Examination of Potential Mechanisms. *Crime & Delinquency* 64: 1271–1305.