# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-00306 |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' RENEWED MOTION TO INTERVENE

Pending before the Court is Proposed Intervenor-Defendants' Renewed Motion to Intervene. After reviewing the Motion, any further briefing, and the record and applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

1