IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No.: 6:24-cv-00306 |

**PROPOSED DOE INTERVENORS' RENEWED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

In conjunction with Salvador Doe's and Justin Doe's ("Proposed Doe Intervenors") renewed motion to intervene, *see* ECF No. 84, Proposed Doe Intervenors respectfully move to renew their prior Motion For Leave To Proceed Under Pseudonyms and Brief In Support (ECF No. 19), including the accompanying exhibits in support (ECF Nos. 19-1, 19-2, 19-3), and hereby incorporate by reference those previous filings. A new Proposed Order accompanies this motion. The Court denied Proposed Intervenors' original motion to proceed pseudonymously as moot when it denied their first motion to intervene. ECF No. 49 at 9.

Proposed Doe Intervenors' sensitive and highly personal information is described in their renewed motion to intervene and will necessarily be described in detail in further documents filed in this matter as the case proceeds, should the motion to intervene be granted. The Doe Intervenors are a married couple and are both members of the LGBTQ+ community. Salvador Doe is a noncitizen from Mexico who has applied to the new parole-in-place process ("Keeping Families Together Parole") currently enjoined by this Court. Justin Doe is the U.S. citizen spouse of

1

Salvador Doe. Each Doe Intervenor reasonably fears that revealing their names would subject them and their extended family members to anti-LGBTQ+ and anti-immigrant harassment, discrimination, and possibly violence given their disclosure of highly personal details regarding their relationship and their sexuality. Plaintiff States[1] will not be prejudiced by allowing Doe Intervenors to proceed using pseudonyms. Doe Intervenors are again are willing to provide their names and identities to all parties and the Court under an appropriate protective order, but wish to remain anonymous in public court filings. State Plaintiffs oppose this motion, but Federal Defendants consent to it.

For the reasons set out above and in Proposed Doe Intervenors' original motion, ECF No. 19, the Court should grant Proposed Doe Intervenors' Motion for Leave to Proceed Under Pseudonym.

Dated: October 22, 2024                                                            Respectfully submitted,

**Paige Austin\***
New York Bar No. 5246954
paige.austin@maketheroadny.org

*/s/ Harold A. Solis*
**Harold A. Solis\***
New York Bar No. 5122726
Harold.Solis@maketheroadny.org

MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Telephone: (718) 418-7690
Facsimile: (866) 420-9169

*\* admitted pro hac vice*

**Esther H. Sung (Lead Attorney)\***
California Bar No. 255962
esther.sung@justiceactioncenter.org

**Karen C. Tumlin\***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Hillary Li\***
Georgia Bar No. 898375
hillary.li@justiceactioncenter.org

**Laura Flores-Perilla\***
California Bar No. 355645
laura.flores-perilla@justiceactioncenter.org

---

[1] Plaintiffs are sixteen states including Texas, Idaho, Alabama, Arkansas, Florida, Georgia, Iowa, Kansas, Louisiana, Missouri, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, and Wyoming.

**Brandon Galli-Graves\***
Texas Bar No. 24132050
brandon.galli-graves@justiceactioncenter.org

JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

*Counsel for Proposed Intervenor Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I caused this motion to be electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/Harold A. Solis
Harold A. Solis

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Proposed Intervenors have complied with the meet and confer requirements of Local Rule CV-7(h). On October 22, 2024, counsel for Proposed Intervenors—Harold A. Solis—conferred with counsel for Defendants—Erez Reuveni—by telephone about the relief requested in this motion. Defendants consent to this motion. On October 22, 2024, counsel for Proposed Intervenors—Harold A. Solis—conferred with counsel for Plaintiffs—Ryan Walters and Alan Hurst—by videoconference about the relief requested in this motion. Plaintiffs oppose this motion. Pursuant to Local Rule CV-7(i), discussions have conclusively ended at an impasse, leaving an open issue for the Court to decide.

/s/ Harold A. Solis
Harold A. Solis