IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-00306 |

**[PROPOSED] ORDER GRANTING PROPOSED DOE INTERVENORS' RENEWED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

Upon consideration of Proposed Doe Intervenors' Renewed Motion for Leave to Proceed Under Pseudonyms (the "Motion"), the incorporated-by-reference Brief in Support of the Motion (ECF No. 19), and the accompanying declarations of Salvador Doe, Justin Doe, and Paige Austin, Esq. (ECF Nos. 19-1, 19-2, 19-3), the Court hereby ORDERS that the Motion is GRANTED. Finding good cause therefore, Proposed Intervenors Salvador Doe and Justin Doe may proceed in the action using pseudonyms.

It is SO ORDERED.

1