UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | CASE NO. 6:24-CV-306-JCB |

# NOTICE

Plaintiffs should not be required to file a response to the Proposed Intervenors' frivolous attempt, ECF No. 84, to evade the Fifth Circuit's unanimous affirmance of this Court's denial of intervention, which is now law of the case. Opinion and Order Affirming Denial of Intervention, No. 24-40571 (5th Cir. Oct. 4, 2024), ECF No. 111. Proposed Intervenors have neither sought panel reconsideration nor petitioned for en banc review.

During the meet-and-confer, counsel for Proposed Intervenors maintained that there was a changed circumstance from their prior intervention motion—namely that there is now evidence of adversity of interest with Federal Defendants. This supposed "adversity" is based on the Federal Defendants' opposition to their attempt to seek mandamus and an emergency stay of this Court's extension of the administrative stay of the agency action. Federal Defendants—while expressing agreement with Proposed Intervenors that this Court's administrative stay was erroneous— stated that they had "decided to defend the lawfulness of the [agency action] through the expedited merits schedule entered by the district court rather than by seeking emergency relief from [the Fifth Circuit], and nonparties like [Proposed Intervenors] cannot properly circumvent that considered judgment." DOJ Resp. to Petitioners' Motion for Stay, No. 24-40671 (5th Cir. Oct. 15, 2024), ECF No. 43 at 4. But a "[d]ifference[] of opinion regarding an existing party's

1

litigation strategy or tactics used in pursuit thereof, without more, do[es] not rise to adversity of interest." *Guenther v. BP Ret. Accumulation Plan*, 50 F.4th 536, 543 (5th Cir. 2022) (per curiam).

More fundamentally, the determination of whether the Proposed Intervenors should be allowed to intervene in this case remains within the Court of Appeals until the issuance of the mandate on November 26, 2024. No. 24-40571 (5th Cir. Oct. 4, 2024), ECF Nos. 111, 112. Until that time, this Court has no jurisdiction over that issue at all.

Finally, Proposed Intervenors have missed this Court's deadline to file any trial motions or motion for summary judgment. *See* ECF No. 69 (setting October 18, 2024, deadline). So even without all the problems identified above, intervention would not be timely—and, because of that passed deadline, Proposed Intervenors could have no relevant participation at the hearing and bench trial scheduled for November 5, 2024, even if intervention were granted. Any attempt to intervene at this point is frivolous and potentially sanctionable.

Dated: October 22, 2024

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

*/s/Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas Bar No. 24105085
Ryan.Walters@oag.texas.gov

**KATHLEEN T. HUNKER**
Special Counsel
Texas Bar No. 24118415
Kathleen.Hunker@oag.texas.gov

**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217
Garrett.Greene@oag.texas.gov

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

Respectfully submitted,

**GENE P. HAMILTON**
Virginia Bar No. 80434

**JAMES ROGERS**
Arizona Bar No. 027287

**RYAN GIANNETTI**
DC Bar no. 1613384

**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Ave. SE #231
Washington, DC 20003
(202) 964-3721
Gene.Hamilton@aflegal.org
James.Rogers@aflegal.org
Ryan.Giannetti@aflegal.org

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

**RAÚL R. LABRADOR**
Idaho Attorney General

*/s/ Alan Hurst*
Alan Hurst
Solicitor General
Michael A. Zarian
Deputy Solicitor General
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Alan.Hurst@ag.idaho.gov
Michael.Zarian@ag.idaho.gov

**COUNSEL FOR STATE OF IDAHO**

<div style="display: flex;">
<div style="flex: 1;">

**STEVE MARSHALL**
Attorney General of Alabama

*/s/ Robert M. Overing*
**ROBERT M. OVERING**
Deputy Solicitor General
Robert.Overing@AlabamaAG.gov
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400

**COUNSEL FOR STATE OF ALABAMA**

**TIM GRIFFIN**
Attorney General of Arkansas

Nicholas J. Bronni
Solicitor General

*/s/ Dylan L. Jacobs*
**DYLAN L. JACOBS\***
Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-2007
Dylan.jacobs@arkansasag.gov

**COUNSEL FOR STATE OF ARKANSAS**
*\*admission application forthcoming*

**ASHLEY MOODY**
Attorney General of Florida

*s/ James Percival*
**JAMES H. PERCIVAL**
Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
James.percival@myfloridalegal.com

**COUNSEL FOR STATE OF FLORIDA**

</div>
<div style="flex: 1;">

**CHRISTOPHER M. CARR**
Attorney General of Georgia

*/s/Stephen J. Petrany*
**STEPHEN J. PETRANY**
Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

**COUNSEL FOR STATE OF GEORGIA**

**BRENNA BIRD**
Attorney General of Iowa

*/s/ Eric H. Wessan*
**ERIC H. WESSAN**
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

**COUNSEL FOR STATE OF IOWA**

**KRIS W. KOBACH**
Attorney General of Kansas

*s/ Abhishek S. Kambli*
**ABHISHEK S. KAMBLI**
Deputy Attorney General – Special Litigation
& Constitutional Issues Division
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-6109 | Fax: (785) 221-3938
abhishek.kambli@ag.ks.gov

**COUNSEL FOR STATE OF KANSAS**

</div>
</div>

4

| | |
|---|---|
| **ELIZABETH B. MURRILL**<br>Attorney General of Louisiana<br><br>*s/ J. Benjamin Aguiñaga*<br>**J. BENJAMIN AGUIÑAGA**<br>Solicitor General<br>Office of the Attorney General<br><br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746<br>AguinagaB@ag.louisiana.gov<br><br>**COUNSEL FOR STATE OF LOUISIANA**<br><br>**ANDREW BAILEY**<br>Attorney General of Missouri<br><br>*/s/ Samuel C. Freedlund*<br>**SAMUEL C. FREEDLUND**, 73707MO<br>*Deputy Solicitor General*<br>Office of the Attorney General<br>815 Olive St., Suite 200<br>St. Louis, MO 63188<br>Phone: (314) 340-4869<br>Fax (573) 751-1774<br>Samuel.Freedlund@ago.mo.gov<br><br>**COUNSEL FOR THE STATE OF MISSOURI**<br><br>**DREW H. WRIGLEY**<br>Attorney General of North Dakota<br><br>*/s/ Philip Axt*<br>**PHILIP AXT**<br>*Solicitor General*<br>Office of Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck, ND 58505<br>Phone: (701) 328-2210<br>pjaxt@nd.gov<br><br>**COUNSEL FOR STATE OF NORTH DAKOTA** | **DAVE YOST**<br>Attorney General of Ohio<br><br>*/s/ T. Elliot Gaiser*<br>**T. ELLIOT GAISER**<br>Ohio Solicitor General<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>614.466.8980<br>614.466.5087 fax<br>thomas.gaiser@ohioago.gov<br><br>**COUNSEL FOR STATE OF OHIO**<br><br>**MARTY JACKLEY**<br>Attorney General of South Dakota<br><br>*/s/ Clifton E. Katz*<br>**CLIFTON E. KATZ**<br>Assistant Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, South Dakota 57501<br>Telephone: 605-773-3215<br>E-Mail: clifton.katz@state.sd.us<br><br>**COUNSEL FOR STATE OF SOUTH DAKOTA**<br><br>**ALAN WILSON**<br>Attorney General of South Carolina<br><br>*s/ J. Emory Smith, Jr.*<br>**JAMES EMORY SMITH, JR**.<br>Deputy Solicitor General<br>Email:  esmith@scag.gov<br>Office of the Attorney General<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>Phone: (803) 734-3642<br>Fax: (803) 734-3677<br><br>**COUNSEL FOR STATE OF SOUTH CAROLINA** |

**JONATHAN SKRMETTI**
Attorney General of Tennessee

/s/ *Whitney D. Hermandorfer*
**WHITNEY D. HERMANDORFER**
*Director of Strategic Litigation*
Tennessee Bar. No. 041054
Whitney.Hermandorfer@ag.tn.gov
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726

**COUNSEL FOR STATE OF TENNESSEE**

**BRIDGET HILL**
Attorney General of Wyoming

*/s/ Ryan Schelhaas*
**RYAN SCHELHAAS**

Chief Deputy Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

**COUNSEL FOR STATE OF WYOMING**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2024, I electronically filed this notice with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                     */s/Ryan D. Walters*
                                                     **RYAN D. WALTERS**