# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 23, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-40671 In re: Oscar Silva Perez
USDC No. 6:24-CV-306

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Paige Austin
Mr. Philip Jordan Axt
Mr. William Francis Cole
Ms. Laura Flores-Perilla
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garrett M. Greene
Mr. Alan M. Hurst
Mr. Sean Janda
Ms. Hillary Li
Mr. Aaron Lloyd Nielson
Mr. David O'Toole
Mr. Stephen John Petrany
Mr. Erez Reuveni
Mr. Harold A. Solis
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Eric Harris Wessan

# United States Court of Appeals for the Fifth Circuit

A True Copy
Certified order issued Oct 23, 2024

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-40671

In re Oscar Silva Perez; Natalie Taylor; Justin Doe; Salvador Doe; Cindy Siqueiros Maduena; Jessika Ocampo Hernandez; Ricardo Ocampo Hernandez; Genaro Vicencio Palomino; Foday Turay; Jaxhiel Turay; Carmen Miranda Zayas; Coalition for Humane Immigrant Rights,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-306

UNPUBLISHED ORDER

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for a writ of mandamus is DENIED. The emergency motion for stay of the district court's administrative stay is DENIED AS MOOT.

Further, under 5th Cir. R. 46.3, attorneys are required to cite in their entry of appearance form "all pending related cases and any cases on the docket of the Supreme Court, or this or any other United States Court of Appeals, which involve a similar issue or issues." Petitioners are directed to

SHOW CAUSE in writing within 15 days why the court should not impose disciplinary action for failing to list the appeal in No. 24-40571 in their Notice of Form for Appearance.