# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § No. 6:24-cv-0306 <br> UNITED STATES DEPARTMENT OF § <br> HOMELAND SECURITY, *et al.*, § <br> § <br> Defendants. § | |

## NOTICE OF APPEARANCE OF COUNSEL

Undersigned counsel, Amanda Waterhouse, hereby enters her appearance as counsel for amicus curiae the American Immigration Lawyers Association in the above-captioned case. Ms. Waterhouse is a member in good standing with the State Bar of Texas and is authorized to practice in the Eastern District of Texas. Her contact information is in the signature block below.

Dated: October 25, 2024

Respectfully Submitted,

/s/ *Amanda Waterhouse*
WATERHOUSE DOMINGUEZ & STROM, PLLC
P.O. Box 671067
Houston, Texas 77267
Tel: (713) 930-1430
Fax: 346) 576-8080
Texas Bar No. 24047676

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed this Notice of Appearance of Counsel with the Clerk of the Court for the United States District Court for the Eastern District of Texas using the CM/ECF system. All counsel in this matter are registered CM/ECF users and service will be electronically accomplished via the CM/ECF system.

/s/ *Amanda Waterhouse*
Amanda Waterhouse