# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, §<br><br>§<br>Plaintiffs, §<br><br>§<br>v. §<br><br>§<br>UNITED STATES DEPARTMENT OF §<br>HOMELAND SECURITY, *et al.*, §<br><br>§<br>Defendants. §<br><br>§ | No. 6:24-cv-0306 |

## [PROPOSED] ORDER GRANTING MOTION
## FOR LEAVE TO FILE AMICUS BRIEF

Pending before the Court is a Motion for Leave to File Amicus Brief, filed by proposed amicus curiae the American Immigration Lawyers Association ("AILA"). All parties consented to the filing of the motion and submission of a timely amicus brief. After reviewing the Motion, record, and applicable law, the Court hereby GRANTS the motion.