UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| State of Texas, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>United States Department of Homeland Security, *et al.*,<br><br>    *Defendants*. | Case No. 6:24-cv-306-JCB |

**JOINT NOTICE OF STIPULATIONS**

    The Court has consolidated resolution of preliminary relief with summary judgment and—if necessary to resolve factual disputes—a bench trial, all part of an omnibus hearing on November 5, 2024. *See* ECF No. 69 at 3. For the hearing, the Plaintiff States and the Federal Defendants (the "Parties") adopt the following stipulations:

    **1.**    Unless good cause is shown, no evidentiary materials, including exhibits or declarations, shall be considered at the hearing unless

        **a.**  They were attached to the briefing to the omnibus motions filed on October 18, 2024, or to the responses to the other side's omnibus motion due on October 25, 2024, and

        **b.**  Included in the final exhibit list exchanged pursuant to the provisions of ¶ 3 below, and filed with the Court on November 1, 2024.

This provision does not apply to any portion of the administrative record.

    **2.**    At the hearing, subject to the Parties' prior stipulations on the scope of discovery (ECF No. 36), any Party may rely on any evidentiary materials, including exhibits and declarations, attached to their briefing and included on their final exhibit list. Any Party may also rely on any portion of the administrative record. Nothing in this Joint Notice of Stipulations waives any argument by any Party that certain evidence should be given no

weight or is inadmissible, including any argument that the Court may not consider any evidence outside the administrative record when evaluating the merits of Plaintiffs' claims.

3. The Parties will exchange exhibit lists on the following schedule:

   a. October 28, 2024: The Parties exchange their exhibit lists.

   b. October 31, 2024: The Parties exchange their objections to their opponent's exhibit list. If a Party has no objection to the admissibility of a certain exhibit, it should state so during this exchange.

   c. November 1, 2024: Both Parties to finalize their exhibit lists, objections, and file with the same with the Court. If applicable, this finalized exhibit list will indicate any agreement between the Parties about the admissibility of exhibits.

4. The Parties agree that no live witnesses will be presented at the hearing. All witness testimony will be submitted through written declarations, which shall serve as the sole method of presenting witness evidence. These declarations shall be treated as direct testimony, and no in-person presentation by the declarants will be required. This stipulation covers all declarations included in the briefing and responses to the omnibus motions and included on the final exhibit list.

In addition, if the Court finds a bench trial necessary at that hearing, the Parties adopt the following stipulations:

1. The Parties agree that no live witnesses will be presented at any bench trial. All witness testimony will be submitted through written declarations, which shall serve as the sole method of presenting witness evidence. These declarations shall be treated as direct testimony, and no in-person presentation by the declarants will be required. This stipulation covers all declarations included in the briefing and responses to the omnibus motions and included on the final exhibit list.

2. The Parties agree that the evidentiary materials, including exhibits and declarations attached to their omnibus motions filed on October 18, 2024, and to their responses to the other side's omnibus motion due on October 25, 2024, are authentic and can be offered for

admission without a sponsoring witness.

3. Any declarations submitted by any Party as part of the evidentiary materials described above shall be treated as declarations in lieu of direct testimony rather than as exhibits.

4. Each Party may rely upon any declaration or other evidentiary material in support of its case regardless of which Party submitted the declaration or other evidentiary material.

5. Nothing in this Joint Notice of Stipulations prevents a Party from objecting to, or otherwise challenging, the admissibility, accuracy, or relevance of any fact or opinion contained in a declaration to the same extent that such objection or challenge would be appropriate if the declarant had offered the same testimony live in court.

Dated: October 25, 2024          Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

DAVID MCCONNELL
*Director*
Office of Immigration Litigation
General Litigation and Appeals Section

EREZ REUVENI
*Acting Deputy Director*

BRIAN C. WARD
*Acting Assistant Director*

KATIE J. SHINNERS
*Senior Litigation Counsel*

ELISSA P. FUDIM
JOSEPH A. DARROW
ERIN RYAN
*Trial Attorney*

/s/ *Caroline McGuire*
CAROLINE MCGUIRE
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P. O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-4268
Email: caroline.mcguire@usdoj.gov
*Counsel for Federal Defendants*

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

/s/Ryan D. Walters
**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas Bar No. 24105085
Ryan.Walters@oag.texas.gov

**KATHLEEN T. HUNKER**
Special Counsel
Texas Bar No. 24118415
Kathleen.Hunker@oag.texas.gov

**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217
Garrett.Greene@oag.texas.gov

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

**GENE P. HAMILTON**
Virginia Bar No. 80434

**JAMES ROGERS**
Arizona Bar No. 027287

**RYAN GIANNETTI**
DC Bar No. 1613384

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003
(202) 964-3721
Gene.Hamilton@aflegal.org
James.Rogers@aflegal.org
Ryan.Giannetti@aflegal.org

**COUNSEL FOR PLAINTIFF
STATE OF TEXAS**

**RAÚL R. LABRADOR**
Idaho Attorney General

/s/ Alan Hurst
Alan Hurst
Solicitor General
Michael A. Zarian
Deputy Solicitor General
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Alan.Hurst@ag.idaho.gov
Michael.Zarian@ag.idaho.gov

**COUNSEL FOR STATE OF IDAHO**

**STEVE MARSHALL**
Attorney General of Alabama

*/s/ Robert M. Overing*
**ROBERT M. OVERING**
Deputy Solicitor General
Robert.Overing@AlabamaAG.gov
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400

**COUNSEL FOR STATE OF ALABAMA**

**TIM GRIFFIN**
Attorney General of Arkansas

Nicholas J. Bronni
Solicitor General

*/s/ Dylan L. Jacobs*
**DYLAN L. JACOBS\***
 Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201
Telephone: (501) 682-2007
Dylan.jacobs@arkansasag.gov

**COUNSEL FOR STATE OF ARKANSAS**
*\*admission application forthcoming*

**ASHLEY MOODY**
Attorney General of Florida

*s/ James Percival*
**JAMES H. PERCIVAL**
Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
James.percival@myfloridalegal.com

**COUNSEL FOR STATE OF FLORIDA**

**CHRISTOPHER M. CARR**
Attorney General of Georgia

*/s/Stephen J. Petrany*
**STEPHEN J. PETRANY**
Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

**COUNSEL FOR STATE OF GEORGIA**

**BRENNA BIRD**
Attorney General of Iowa

*/s/ Eric H. Wessan*
**ERIC H. WESSAN**
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

**COUNSEL FOR STATE OF IOWA**

**KRIS W. KOBACH**
Attorney General of Kansas

*s/ Abhishek S. Kambli*
**ABHISHEK S. KAMBLI**
Deputy Attorney General – Special Litigation
& Constitutional Issues Division
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-6109 | Fax: (785) 221-3938
abhishek.kambli@ag.ks.gov

**COUNSEL FOR STATE OF KANSAS**

**ELIZABETH B. MURRILL**
Attorney General of Louisiana

*s/ J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA**
Solicitor General
Office of the Attorney General

1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

**COUNSEL FOR STATE OF LOUISIANA**

**ANDREW BAILEY**
Attorney General of Missouri

*/s/ Samuel C. Freedlund*
**SAMUEL C. FREEDLUND**, 73707MO
 *Deputy Solicitor General*
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, MO 63188
Phone: (314) 340-4869
Fax (573) 751-1774
Samuel.Freedlund@ago.mo.gov

**COUNSEL FOR THE STATE OF MISSOURI**

**DREW H. WRIGLEY**
Attorney General of North Dakota

*/s/ Philip Axt*
**PHILIP AXT**
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
pjaxt@nd.gov

**COUNSEL FOR STATE OF NORTH DAKOTA**

**DAVE YOST**
Attorney General of Ohio

*/s/ T. Elliot Gaiser*
**T. ELLIOT GAISER**
Ohio Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
614.466.5087 fax
thomas.gaiser@ohioago.gov

**COUNSEL FOR STATE OF OHIO**

**MARTY JACKLEY**
Attorney General of South Dakota

*/s/ Clifton E. Katz*
**CLIFTON E. KATZ**
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: 605-773-3215
E-Mail: clifton.katz@state.sd.us

**COUNSEL FOR STATE OF SOUTH DAKOTA**

**ALAN WILSON**
Attorney General of South Carolina

*s/ J. Emory Smith, Jr.*
**JAMES EMORY SMITH, JR**.
Deputy Solicitor General
Email:  esmith@scag.gov
Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3642
Fax: (803) 734-3677

**COUNSEL FOR STATE OF SOUTH CAROLINA**

| | |
|---|---|
| **JONATHAN SKRMETTI**<br>Attorney General of Tennessee<br><br>/s/ *Whitney D. Hermandorfer*<br>**WHITNEY D. HERMANDORFER**<br>*Director of Strategic Litigation*<br>Tennessee Bar. No. 041054<br>Whitney.Hermandorfer@ag.tn.gov<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-8726<br><br>**COUNSEL FOR STATE OF TENNESSEE** | **BRIDGET HILL**<br>Attorney General of Wyoming<br><br>/s/ *Ryan Schelhaas*<br>**RYAN SCHELHAAS**<br>Chief Deputy Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>**COUNSEL FOR STATE OF WYOMING** |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2024, I electronically filed this joint notice with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                              */s/Ryan D. Walters*
                                              **RYAN D. WALTERS**