# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | No. 6:24-cv-000306 |

## NOTICE OF APPEARANCE OF COUNSEL

Undersigned counsel, Lisa S. Graybill, hereby enters her appearance as counsel for amicus curiae American Families United in the above-captioned case. Ms. Graybill is a member in good standing with the State Bar of Texas and is authorized to practice in the Eastern District of Texas. Her contact information is provided in the signature block below.

Dated: October 25, 2024                                         Respectfully submitted,

*/s/ Lisa S. Graybill*
**Lisa S. Graybill (Lead Attorney)**
NATIONAL IMMIGRATION LAW CENTER
(Texas Bar No. 24054454)
P.O. Box 40476
Austin, Texas 78704
Phone: (213) 493-6503
Facsimile: (213) 639-3911
graybill@nilc.org

1

## CERTIFICATE OF SERVICE

  I hereby certify that on October 25, 2024 I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court for the U.S. District Court for the Eastern District of Texas by using the TXED CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the TXED CM/ECF system.

                */s/ Lisa S. Graybill*
                Lisa S. Graybill