# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No. 6:24-cv-00306 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pending before the Court is a Motion for Leave to File Amicus Brief, filed by proposed *amicus curiae* American Families United. The parties consent to the filing of this motion. After reviewing the Motion, record and applicable law, the Court hereby GRANTS the motion.