# Exhibit 3

Joint Declaration of Patricia Gándara and Gary Orfield

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | Civil Action No. 6:24-CV-00306 |
| v. | § | |
| | § | Judge J. Campbell Barker |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | **JOINT EXPERT DECLARATION** |
| | § | **OF PATRICIA GÁNDARA AND** |
| *Defendants* | § | **GARY ORFIELD** |

**JOINT EXPERT DECLARATION OF PATRICIA GÁNDARA AND GARY ORFIELD**

PATRICIA GÁNDARA and GARY ORFIELD declare pursuant to 28 U.S.C. § 1746:

1.      Patricia Gándara, Research Professor and Co-Director of the Civil Rights Project at UCLA: I hold a Ph.D. in Educational Psychology and am a licensed bilingual educational psychologist, having worked with many dozens of English learners and immigrant students on issues of learning and language. I have also directed education research in the California Legislature where my research included issues of school finance.

2.      Gary Orfield, Distinguished Professor of Law, Education, Political Science and Urban Planning, and Co-Director of the Civil Rights Project: I received my Ph.D. in Political Science from the University of Chicago. My research interests are in the study of civil rights, education policy, and urban policy. I am co-founder and director of the Harvard Civil Rights Project, and co-director since 2007 (with Dr. Gándara) of the UCLA Civil Rights Project. The

center has commissioned and published more than 600 studies, many by leading scholars, over twenty-seven years.

3.      We hereby submit the following expert declaration in support of Proposed Intervenors in *Texas v. Department of Homeland Security*, filed in the Eastern District of Texas, Tyler Division, on August 23, 2024.  We base our opinion on a review of the materials cited and our education and experience in the field of education.  A complete summary of our opinions and materials relied upon are included herein.  We reserve the right to amend this declaration if additional evidence becomes available.

**<u>Assignment</u>**

4.      We have been engaged by counsel for Proposed Intervenors in *Texas v. Department of Homeland Security*, filed in the Eastern District of Texas, Tyler Division, on August 23, 2024.   The lawsuit challenges a new parole process that allows certain non-citizen spouses and stepchildren of U.S. citizens—who qualify and meet certain requirements—to apply to be considered on a case-by-case basis for parole for a period of up to three years.  *See, e.g.*, Implementation of Keeping Families Together, 89 Fed. Reg. 67459 (Aug. 20, 2024).  We have been asked to review Texas's Complaint, ECF No. 1; Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action, ECF No. 3; supporting Declaration of Amy Copeland, ECF No. 3-2; Plaintiffs' Corrected Combined Updated Motion for Preliminary Injunction and Stay of Agency Action, Motion for Summary Judgments, and Trial Brief, ECF No. 79; and supporting Declaration of Amy Copeland, ECF 79-3, and to provide a data- and research-based opinion on Texas's claims regarding the effects of the challenged parole process on Texas's educational costs and financial health. We have agreed to direct payment in the amount of $1,500 total to the Civil Rights Project at UCLA to compensate for our expert analysis.

## Summary of Opinions

5.      First, Texas's claim that it suffers financially from the additional cost of educating bilingual students (which it only does at the primary school level) is not supported by its evidence.  Second, Texas's estimates appear to exclude important data, such as federal compensation for students likely to receive bilingual education.  Third, Texas's assertions also discount the value of education as an investment from which the state and its residents benefit.

## Qualifications

### Dr. Patricia Gándara

6.      I, Dr. Patricia Gándara, am an elected fellow of the American Educational Research Association where I was awarded the Lifetime Achievement Award in Bilingual Education Research.  I am also an elected fellow of the National Academy of Education as well as the American Academy of Arts and Sciences.  Between 2011 and 2015, I served on President Obama's Commission on Educational Excellence for Hispanics, and I am the recipient of the Medalla de Reconocimiento Alfonso Garcia Robles of the Universidad Nacional Autónoma de Mexico for my work with immigrant students.

7.      I am the author and/or editor of ten books and dozens of peer-reviewed articles on immigrant students, English learners, and language policy.  Among my recent book publications are *The Bilingual Advantage: Language, Literacy, and the U.S. Labor Market* (2014), "The Students We Share: Preparing US and Mexican Educators for Our Transnational Future (2021), and *"Schools under Siege: The Impact of Immigration Enforcement on Educational Equity"* (2021).

*Dr. Gary Orfield*

8.      I, Dr. Gary Orfield, am an elected member of the National Academy of Education and a Fellow of the American Association for the Advancement of Science (AAAS). Awards I have received include the Columbia University Teachers College Medal, the Social Justice Award of the American Educational Research Association, the American Political Science Association Charles Merriam Award for my "contribution to the art of government through the application of social science research," and two honorary PhDs.

9.      My research includes twenty-one authored, co-authored, or co-edited books and scores of widely cited articles and reports. One of my books was cited by the Supreme Court in *Grutter v. Bollinger*, 539 U.S. 306 (2003). I have taught at six leading universities in political science, education, public administration, and public policy, as well as at the law schools at Harvard University, the University of Chicago, UCLA, and the University of Oregon. My work includes a number of studies of federal, state, and local education policy.

10.     In addition to scholarly work, I have served as expert witness or special master in more than three dozen class-action civil rights cases. For example, I have been appointed by federal judges in St. Louis and San Francisco and by a state judge in Los Angeles to oversee local desegregation efforts. In Little Rock, a judge requested my testimony about the status of an ongoing case. I was also appointed by a federal judge in Tucson to assist a Special Master in designing and evaluating a desegregation process. I have also been retained as a consultant to many school districts; federal, state, and local governments; and civil rights and teacher organizations. Many of my studies, reports, and consultations have included issues of cost and budgets.

11.     Much of my research considers the benefits of education and the costs of discrimination or exclusion.  My 2022 book, *The Walls around College Opportunity*, includes an analysis of research on the benefits of educational attainment, especially for students of color. My widely cited edited book, *Dropouts in America,* shows the dramatic losses related to the failure to finish high school.  I am currently completing a major study on the relationship between educational attainment in the U.S.-Mexico border region.  I have supervised educational expenditures as part of my responsibilities as a court-appointed expert and special master in major federal court cases.

**Texas's Estimates Are Without Support**

12.     Texas contends that educating undocumented immigrant students bilingually represents an inordinate additional cost to the state. ECF No. 1 at 15; ECF No. 3 at 56-57.  We have reviewed the declaration in support of Plaintiffs' Corrected Combined Updated Motion for Preliminary Injunction and Stay of Agency Action, Motion for Summary Judgment, and Trial Brief by Associate Commissioner of School Finance at the Texas Education Agency, Amy Copeland.  In that declaration, Ms. Copeland states that the cost of educating an "average" student in Texas is $10,107, but that an immigrant student raises that cost to $12,316 annually, an additional $2,209 for *bilingual and compensatory education*.  ECF No. 79-3 ¶ 2.  The costs for each of these educational interventions are not broken down.  Based on our research and expertise on the cost of providing bilingual education, we believe this cost estimate to be improbable.

13.     We cannot know how Ms. Copeland arrived at the cost projections, particularly because she does not provide any description of the specific educational services to be rendered that would generate the estimated cost, and her estimates are not supported by any financial documents that Texas produced.

14.    However, in research we and others have published (Gándara & Rumberger, 2006; 2008; Jimenez-Castellanos & Topper, 2012; Rumberger & Gándara, 2015) we find that the additional costs for meeting the instructional needs of students learning English can be as low as zero, depending on myriad factors, including whether there are existing, ongoing bilingual programs; the presence of a bilingual teacher; the amount of time dedicated to this instruction; the existence of materials already available in the schools; and the numbers of these students at a school site.  Overall, research shows that providing instruction to English learners by a bilingual teacher is among the lowest costs of intervention because the bilingual teacher's skills in both languages lowers the costs of external support resources. (Carpenter-Huffman & Samulon, 1981; Parrish, 1994).    Without more information about how Ms. Copeland arrived at her cost projections, it is not possible to know whether any of the cost-reducing factors apply to any bilingual education student in Texas.

15.    It is also important to note that according to Texas educational policy, students are only provided the option of bilingual instruction through 5th grade, although not all students opt for bilingual instruction and most students have exited the program before the 5th grade.[1]    Hence, most immigrant students in Texas are not eligible for bilingual instruction or choose to forego it.  Discussion of costs should be about students actually receiving services, not the total population.  In addition, many states, including some of those involved in this case, do not routinely offer bilingual education to any of their immigrant students, so there would be no costs associated with such instruction there.

---

[1] Gándara, P.  & Rumberger, R.  (2009). "Immigration, Language and education:  How does language policy structure opportunity?" Teachers College Record, 111.  Figure 4.  Percentage of LEP students by grade level, California and Texas, 2005.

16.    The majority of Ms. Copeland's declaration in support of the summary judgment motion, as well as Plaintiff States' assertions in their complaint and motion for summary judgment, reflect assertions about "unaccompanied [immigrant] children."  *See, e.g.*, ECF No. 79-3 ¶¶ 3-5 (demonstrating "the scope of expenditures to the State of Texas for educating non-citizen children by looking at the known particular subset of non-citizen children for which we have concrete data (UAC) [or unaccompanied children]").  It is our understanding that unaccompanied immigrant children are not eligible for the Keeping Families Together parole process at issue in this litigation. This suggests that Texas's comparison is not representative of the population of children implicated by the program at issue in this case.

17.    Moreover, Texas only provides a gross cost estimate for educational services provided to unaccompanied children—and thus, no way to estimate a per-child cost.  This means it is impossible for us, or anyone, to extrapolate a comparison cost for KFT-eligible stepchildren of U.S. citizens, or children of KFT-eligible noncitizen spouses, who are already residing in Texas (a number that is also not provided in the declaration.)  As such, we will not address these assertions, except to state that they are not relevant to our assignment and cannot illuminate any of the pertinent questions as to the cost of educating children as a result of the challenged program.

## Texas's Estimates Appear to Ignore Federal Compensation and Additional Offsetting Benefits

18.    The claim that educating non-English speaking immigrant students involves a major cost for state governments must, of course, take into account the net incremental cost less the net incremental benefits.  Moreover, education is not a sunk cost, it is an investment.  If you pay $100 for supplies but receive $75 in benefits, the net cost is $25.  If the benefits are valued at $125, there is no actual cost and there is a $25 gain.  Incremental costs refer to the actual increased

cost of adding a student to an existing school, which is much lower than the state's actual per student cost because the fixed costs of facilities and staff do not rise significantly from the addition of one or two additional students per class, which would often be the case for students from widely distributed parole families. In some cases, schools actually gain from additional students since the gain in aid is more than the low net incremental costs.

19.    Ms. Copeland additionally fails to note that the federal government provides major compensatory education funds (Title I) for low-income students. Total per student funds from the federal government for Texas students in 2023 was $2,688,[2] and Title III funds for English learners totaled approximately $122 per student identified as an English learner in Texas in 2018, the latest year for which we have data.[3] These funds should offset a significant part of the estimated additional costs for bilingual programs for these students, but do not appear to be netted out in (i.e., subtracted from) the state and local costs that Ms. Copeland claims cause Texas financial harm.

20.    Additionally, professional bilingual education has been shown to have major educational benefits, including increasing students' success in the educational process. Educational success increases the probability of graduating from public schools (Rumberger, 2011), which raises employment and income (Bureau of Labor Statistics, 2022), thus providing substantial benefits to the state and local economy and tax revenue.

21.    Being able to speak, read, and write more than one language is an *asset* for the state, not a liability. Those students who are educated bilingually will have more and better

---

[2] https://tea.texas.gov/about-tea/government-relations-and-legal/government-relations/public-education-state-funding-transparency-may-2024.pdf.
[3] https://ncela.ed.gov/sites/default/files/legacy/files/biannual-reports/OELA-BiReport16-18.508.pdf.

opportunities in the labor market, earn more, and be more likely to go to college (Porras, Ee & Gándara, 2014; Rumbaut, 2014; Santibañez & Zárate, 2014).  This results in higher earnings for these individuals and consequently a bigger tax base for the state.  The benefits of fluent bilingual skills can be particularly important for border states given the enormous and rapidly growing U.S.-Mexico trade and the large numbers of Spanish-speaking workers and customers in the population.

22.     Immigrant students who are not provided quality bilingual instruction do not fare as well academically in English as those who are provided with this instruction (Umansky & Reardon, 20014; Porter et al, 2023).  Individuals, on the other hand, with higher educational attainment, contribute more to their communities than less-educated individuals (Bowen & Bok, 1998) and require fewer state resources.

23.     In reality, fluency in two languages is a labor market advantage and an asset, not a liability.  That is a basic reason why many monolingual English-speaking families are applying for dual-language immersion programs in which children of both languages learn together and work together in a context where they actually become fluent bilinguals.  There is high demand for dual language programs by monolingual U.S. citizen students (American Councils for International Education, 2021), yet the demand often cannot be met.  This induces families to send their children to study abroad or go to private schools to obtain this valuable skill.  Immigrant students who speak a non-English language fluently make these programs possible for more U.S. English-only students even as the immigrant students learn fluent English from native English speakers.  This is a valuable opportunity—fluent language skills become permanent assets (Gándara, 2012).

24.    The United States has insufficient language resources and needs young people entering the workforce with these linguistic skills.  They are an asset to the labor market and an asset to employers.  Our data show that, across all areas of the labor market, employers prefer to hire bilinguals over monolinguals (Porras et al., 2008).  As the country continues to change and the North American common market, extended by the Trump administration's United States-Mexico-Canada Agreement (USMCA)[4] becomes ever more important in breaking the supply chain crisis, their value will only increase.

25.    It is our opinion that Texas's claim of additional net expenses cannot be sustained, and that there is a good chance that there is either little or no net cost for the states.  It is our additional opinion that Texas's assertion is an unsupported hypothetical without any reliable basis, certainly not without a great deal of information the state has not supplied. Finally, Texas ignores that education is an investment, possibly the very best investment, with substantial financial returns for the state, and thus Texas's claim does not represent a serious educational policy concern.  Texas's claim as stated is unsupported and contradicts available data.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.



_____
Patricia Gándara, Ph.D.

---

[4] https://ustr.gov/trade-agreements/free-trade-agreements/united-states-mexico-canada-agreement.

_____
Gary Orfield, Ph.D.


Executed on October 21, 2024 at Los Angeles, California.

# <u>Exhibit A</u>

to Joint Declaration of Patricia Gándara and Gary Orfield

# GARY ORFIELD

## VITA

**Present Position:**

*Distinguished Research Professor of Education, Law, Political Science and Urban Planning, University of California, Los Angeles*; Co-Director, Civil Rights Project/ *Proyecto Derechos Civiles*, 2007-present

**Professional Experience:**

*Director or Co-Director and Co-founder of Civil Rights Project, 1996-present*
*Professor of Education and Social Policy, Harvard University*, 1991-2007, Co-Founder and Director, The Civil Rights Project at Harvard University, 1991-2007
*Professor,* University of Chicago, in the following units:
    Political Science, Social Sciences in the College, Education, and Committee on African and Afro-American Studies, *Lecturer,* University of Chicago School of Law, 1981-1991
*Professor of Political Science and Member, Institute of Government,* University of Illinois at Urbana-Champaign, 1977-82
*Consultant,* Senate Committee on Labor and Public Welfare, 1976
*Research Associate,* Brookings Institution, 1973-77
*Guest Scholar,* Brookings Institution, 1972, 1981-82
*Scholar-in-Residence,* U.S. Civil Rights Commission, 1972-73
*Assistant Professor,* Princeton University, 1969-73
*Assistant Professor,* University of Virginia, 1967-69
*Intern,* Office of Management Planning, Agency for International Development, 1963

**Academic Training:**

B.A., *summa cum laude*, University of Minnesota, 1963
M.A., political science, University of Chicago, 1965
Ph.D., political science, University of Chicago, 1968

**Academic Honors:**

Member, National Academy of Education
Medal of Honor, Teachers College, Columbia University, 2005
Spencer Foundation Senior Fellow Award
Honorary Doctorate, Pennsylvania State Univ., 2011
Honorary Doctorate, Wheelock College, 2004.
Phi Beta Kappa
Minnesota All-College Scholar
General Motors Scholar
Woodrow Wilson Fellow
Danforth Fellow
Falk Fellow
Brookings Institution Research Fellow
Center for Advanced Study Fellow, University of Illinois, Urbana
Charles M. Merriam Award, American Political Science Association
Social Justice Award, American Education Research Association

Member, National Academy of Education
National Public Service Award, Spelman College
U.S. State Department sponsored visits & lectures in Spain, Czech Republic and Slovakia
Visiting scholar, Sciences Po, Paris, 2009
Lectures in universities and research centers in scores of universities in U.S. and
     England, Spain, France, Chile, Mexico,  Czech Republic, Slovakia and South Africa.
Laureate, Kappa Delta Pi, Honor Society in Education
Lifetime achievement award, Fielding Graduate University

**Publications**

**Books:**

Orfield, G., *The Walls Around Opportunity: The Failure of Colorblind Policy in Higher Education*,
     Princeton:  Princeton Univ. Press, 2022

Orfield, G,   (with Nicholas Hillman) eds., *Civil Rights and Federal Higher Education*, Cambridge:
     Harvard Education Press, 2022.

Orfield, G. (with Nicholas Hillman), eds., *Accountability and Opportunity in Higher Education: The Civil*
     *Rights Dimension,* Cambridge: Harvard Education Press, 2018.

Orfield, G. (with Jennifer B. Ayscue, eds. (2018*) Discrimination in Elite Public Schools: The Civil Righs*
     *Dimension*,  New York: Teachers College Press.
                                (
Orfield, G. ( with Erica Frankenberg and associates), *Educational Delusions:  Why Choice Can Deep*
     *Inequality and How to Make Schools Fair*,    2013, Berkeley: University of California Press)

Orfield, G.( with Erica Frankenberg), eds., *The Resegregation of  Suburban Schools:  A Hidden Crisis in*
     *American Education*, Cambridge:  Harvard Education Press, 2012.

Orfield  G. (with Andrew Grant-Thomas), eds., (2009) *Twenty-First Century Color Lines: Multiracial*
     *Change in Contemporary America,* Philadelphia: Temple Univ. Press

Orfield G. (with Erica Frankenberg),eds*. (*2007)*., Lessons in Integration*, Charlottesville: University of
     Virginia Press,

Orfield, G., (with Patricia Gándara  and Catherine Horn), *Expanding  Opportunity  in Higher*

     *Education*,  Albany:  SUNY Press, (2006).

Orfield, G. (with C.L. Horn and Stella M. Flores, (2006) *Latino Educational Opportunity,* San Francisco:
     Jossey-Bass. New Directions in Community Colleges, vol. 133.

Orfield, G. (with Boger, J. C). (Eds.) (2005).  *School Resegregation: Must the South Turn Back?*  Chapel
     Hill: The University of North Carolina Press.

Orfield, G., (with Sunderman, G., and Kim, J..) (2005).  *NCLB Meets School Realities: Lessons from the*
     *Field,* Thousand Oaks, CA:  Corwin Press.

Orfield, G., (with Marin, P., and Horn, C. L. ) (Eds.) (2005). *Higher Education and the Color Line: College Access, Racial Equity, and Social Change*, Cambridge, MA: Harvard Education Press.

Orfield, G. (Ed.) (2004). *Dropouts in America: Confronting the graduation rate crisis*. Cambridge, MA: Orfield, G., Harvard Education Press.

Orfield G., (with Losen, D. J.,) (Eds.). (2002). *Racial inequity in special education*. Cambridge, MA: Harvard Education Press.

Orfield, G. (with, Kurlaender, M. (2001). (eds.)*Diversity challenged: Evidence on the impact of affirmative action*. Cambridge, MA: Harvard Education Press.

Orfield, G. and Kornhaber, M. L. (Eds.) (2001). *Raising Standards or Raising Barriers? Inequality and High-Stakes Testing in Public Education*. New York: Century Foundation Press.

Orfield, G. & Lebowitz, H.J. (Eds.). (1999). *Religion, race and justice in a changing America*. New York: Century Foundation Press.

Orfield, G. and DeBray, Elizabeth (1999*) Hard Work for Good Schools: Facts Not Fads in Title I Reform,* Cambridge: Harvard Civil Rights Project.

Orfield, G., Miller, E. (Eds.). (1998). *Chilling Admissions: The affirmative action crisis and the search for alternatives*. Cambridge, MA: Harvard Education Publishing Group.

Orfield, G., & Eaton, S. (1996). *Dismantling desegregation: The quiet reversal of Brown v. Board of Education*. New York: New Press.

Fuller, B., Elmore, R., & Orfield, G. (Eds.). (1996). *Who chooses? Who loses?* New York: Teachers College Press.

Orfield, G., & Ashkinaze, C. (1991). *The closing door: Conservative policy and minority opportunity*. Chicago: University of Chicago Press.

Jackson, N., Orfield, G., & Fossett, J. (1985). *New federalism in the new south: An assessment of community development block grants*. Atlanta: Southern Education Foundation.

Orfield, G. (1983). *Public school desegregation in the United States, 1968-1980*. Washington: Joint Center for Political Studies. [Reprinted in part, in Lamar P. Miller.]

Orfield, G. (1981). *Toward a strategy of urban integration: Lessons for school and housing policy from twelve cities*. New York: Ford Foundation.

Orfield, G. (1978). *Must we bus? Segregated schools and national policy*. Washington, DC: Brookings Institution.

Orfield, G. (1975). *Congressional Power: Congress and social change*. New York: Harcourt Brace Jovanovich.

Orfield, G. (1971). *Conflict in American public policy*. Berkeley: McCutchan. Reprinted in Hearings of the Senate Select Committee on Equal Educational Opportunity, vol. 3D].

Orfield, G. (1969). *The reconstruction of southern education: The schools and the 1964 Civil Rights Act*.

3

New York: John Wiley & Sons.

*A Study of the Termination Policy*. Washington: National Congress of American Indians, 1966. Hearings of the Senate Subcommittee on Indian Education, 1969.

Orfield, G. (1965). *Ideology and the Indians: A study of the termination policy.* Chicago: University of Chicago.

**Book Chapters** *(Chronological by year beginning with earliest publication)*

Orfield, G. (2012)   Resegregation of Suburban Schools: A Hidden Crisis in American Education,

Orfield, G. (2011_  Lessons in Integration

Orfield, G. (2010), with Patricia Gándara, "Conclusion,' in P. Gándara and  (eds.), *Forbidden Language*,    New York: Teachers College, 2010, pp.

Orfield, G. (2009) "Expectations is the Theory, Opportunity is the Reality," in Robert L. Green, ed., *Expectations in Education*, Columbus: McGraw Hill SRA, pp. 31-62.

Orfield, G. (2009) "Color Lines, the New Society, and the Responsibility of Scholars," in Andrew Grant Thomas), eds., *Twenty-First Century Color Lines: Multiracial Change in Contemporary America,* Philadelphia: Temple Univ. Press, pp. 287-303

Orfield G. (2009) "Conclusions and Implications," in Walter R. Allen, Erin Kimura-Walsh, and Kimberly Griffin, eds., Towards a Brighter Tomorrow, The College Barriers, Hopes and Plans of Black,Latino/a and Asian American Students in California, Information Age Publishers..

Orfield, G. (2008) with Gail Sunderman, "Massive Responsibilities and Limited Resources," The State Response to NCLB," in G. Sunderman, *Holding NCLB Accountable*, Corwin Press, pp. 121-136.

Orfield, G. (2007)  "Lessons Forgotten" and "Challenges for This Generation: Integration and Social Transformation, in Frankenberg and Orfield, *Lessons in Integration*, University of Virginia Press, . pp. 1-6 and   291-296.
.

Orfield, G. (2006) with Catherine L. Horn and Stella M. Flores, "Epilogue:  Some Civil Rights Issues Going Forward," in *Latino Educational Opportunity*,"  pp. 81-84.

Orfield, G. (with Patricia Gandara and Catherine Horn) (2005).  "The Access Crisis in Higher Education," *Educational Policy*, vol. 19, number 2  (May 2005), pp. 255-261.  Also co-editor of the special issue of *Educational Policy*.

Orfield, G. (2005), "The Southern Dilemma: Losing *Brown,* Fearing *Plessy*," in  J. Boger and G. Orfield, eds., *School Resegregation: Must the South Turn Back?*  Chapel Hill:  Univ. of North Carolina Press, 2005, pp. 1-28.

Orfield, G (2005), "Introduction," Orfield, G., Marin, P., and Horn, C. L. (Eds.)  *Higher Education and the Color Line:  College Access, Racial Equity, and Social Change*, Cambridge, MA: Harvard Education Press, pp. 1

Orfield, G. (with Erica Frankenberg) (2004). "Reviving Brown v. Board of Education: How Courts and Enforcement Agencies can Produce More Integrated Schools," in 'Deborah L. Rhode and Charles J. Ogletree, Jr., *Brown at 50: The Unfinished Legacy*, Chicago: American Bar Association, 2004: pp. 185-211.

Orfield, G. (2004). [Foreword]. In Gerald W. Heaney and Susan Uchitelle, *Unending Struggle: The Long Road to Equal Education in St. Louis,* St. Louis: Reedy Press, pp. v-x.

Orfield, G. (2004). *Brown* misunderstood. In Editors of *Black Issues in Higher Education*, Anderson J., & Byrne, D. (Eds)., *The unfinished agenda of Brown v. Board of Education* (pp.151-163). Hoboken, NJ: John Wiley & Sons, Inc.

Orfield, G. (2003). Exit and redevelopment. In Fiss, O., Cohen, J., Decker, J., & Rogers, J. (Eds.), *A way out: America's ghettos and the legacy of racism* (pp. 74-78). Princeton, NJ: Princeton University Press.

Orfield, G. (2003). [Foreword]. In Horn & Flores, Percent plans in college admissions: A comparative analysis of three states' experiences. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2002), "Introduction (with D. Losen) in Losen and Orfield, eds., *Racial Inequity in Special Education*, Cambridge: Harvard Education Press.

Orfield, G. (2002). Commentary on Affirmative Action, X percent plans, and Latino access to higher education in the twenty-first century. In Suárez-Orozco, M. M. & Páez, M. (Eds.), *Latinos Remaking America*. Berkeley: University of California Press.

Orfield, G. (2002). [Foreword]. In Kugler, E., *Debunking the middle-class myth: Why diverse schools are good for all kids.* Lanham, MD: The Scarecrow Press.

Orfield, G. (2002). [Foreword]. In Heller, D. E. & Marin, P. (Eds.), *Who should we help? The negative social consequences of merit scholarships.*

Orfield, G. (2002). [Foreword]. In Moses, M., *Embracing ace: Why we need race-conscious education policy*. New York: Teachers College Press.

Orfield, G. (2002). [Foreword]. In Valencia, R. (Ed.), *Chicano school failure and success: Past, present and future (2nd ed.).* London: RoutledgeFalmer.

Orfield, G. (2001). Metropolitan school desegregation: Impacts on metropolitan society." In Powell, J. A., Kearney, G., & Kay, V. (Eds.), *In pursuit of a dream deferred: Linking housing and education policy*. New York: Peter Lang Publishing.

Orfield, G. (2001). Why data collection matters: The role of race and poverty indicators in American education. In Hutmacher, W., Cochrane, D., & Bottani, N. (Eds.), *In pursuit of equity in education: Using international indicators to compare equity policies* (Pt. II, chap. 6). The Netherlands: Kluwer Academic Publishers.

Orfield, G. (2000). The 1964 Civil Rights Act and American education. In Grofman, B. (Ed.), *Legacies of the 1964 Civil Rights Act*. Virginia: The University Press of Virginia.

Orfield, G. (2000). Charter schools may be harmful." In Williams, M. (Ed.), *Education: Opposing*

*viewpoints (pp. 80-83)*. San Diego: Greenhaven Press.

Orfield, G. (2000). Politica educativa y Equidad. In Navarro J. C., Taylor, K., Bernasconi, A., & Tyler, L. (Eds.), *Perspectivas sobre la reforma educativa*, (pp.81-128). USAID.

Orfield, G. (1999). Comment on schools and disadvantaged neighborhoods. In Ferguson R. & Dickens, R. T. (Eds.), *Urban problems and community development (*369-374). Washington, DC: Brookings Institution.

Orfield, G. (1999). Politics matters: Educational policy and Chicano students. In Moreno, J. F. (Ed.), *The Elusive Quest for Chicano/Chicana Education* (111-121). Cambridge, MA: Harvard Educational Review.

Orfield, G. (1998). Commentary on the education of Mexican immigrant children. In Suarez-Orozco, M. M. (Ed.), *Crossings: Mexican immigration in interdisciplinary perspective* (276-280). Cambridge: David Rockefeller Center for Latin American Studies.

Orfield, G. (1998). Conservative activists and the rush toward resegregation. In Heubert, J. (Ed.), *Law and school reform* (pp. 39-87). New Haven: Yale Univ. Press.

Orfield, G. [Foreword], Zou, Y., & Trueba, E. T. (1998) (Eds.), *Ethnic Identity and Power*. Albany, NY: State University of New York Press.

Orfield, G. (1997). A secret success: Racial equity and integration in Indiana schools. In Wong, K. K. (Ed.), *Advances in Educational Policy* (pp. 225-48.). Greenwich, CT: JAI Press.

Orfield, G. (1997). Going to work: Weak preparation, little help. In Wong, K. K. (Ed.), *Advances in educational policy* (pp. 3-31). Greenwich, CT: JAI Press.

Orfield, G. (1997) [Foreword]. In Wirt, F. M., *We ain't what we was: Civil Rights in the New South*. Durham: Duke University Press.

Orfield, G. (1995). Congress and civil rights: From obstacle to protector. In Franklin, J. H. & McNeil, G. R. (Eds.), *African Americans and the living constitution (Chapter 9)*. Washington, DC: Smithsonian Institution Press.

Orfield, G. & Eaton, S. (1995). Brown v. Board of Education and the continuing struggle for desegregated schools. In Lomotey, K., Teddie, C., & Goldberg, S. S. (Eds.), *Readings on equal education: Forty years after the Brown decision: Implications of school desegregation for U.S. education (Vol. 13)* (pp. 117-138). New York: AMS Press, Inc.

Orfield, G. (1993). School desegregation after two generations: Race, schools, and opportunity in urban society. In Hill, H. & James, E. Jr. (Eds.), *Race in America: The struggle for equality* (pp. 234-262). Madison, WI: University of Wisconsin Press.

Orfield, G. & Reardon, S. F. (1993). "Race, poverty, and inequality." In Susan M. Liss and William L. Taylor (Eds.), *New opportunities: Civil Rights at a crossroad*. Washington,        DC: Citizens' Commission on Civil Rights.

Orfield, G.(1992)  Money, Equity and College Access, in *Harvard Educational Review*, Vol. 62, No. 3,  pp. 337-372.

6

Orfield, Gary. (1992). Playing politics with choice. In Lowe, R. & Miner, B. (Eds.), *False choices: Why vouchers threaten our children's future* (2nd ed.), (p. 12). Milwaukee, WI: *Rethinking Schools*.

Orfield, G. (1992). Urban schooling and the perpetuation of job opportunity in metropolitan Chicago. In Peterson, G. E. & Vroman, W. (Eds.), *Urban Labor Markets and Job Opportunity* (161-199). Washington: Urban Institute.

Orfield, G. (1991, April). Choice, testing, and the re-election of a president. In *Voices from the field: 30 expert opinions on America 2000, The Bush administration strategy to "reinvent" America's schools* (pp. 7-8). Washington, DC: Institute for Educational Leadership and William T. Grant Foundation, Commission on Work, Family, and Citizenship.

Orfield, G. (1991) [Foreword]. In Nyden, P. W. & Wiewel, W. (Eds.), *Challenging uneven development: an urban agenda for the l990* (pp. ix-xii). New Brunswick: Rutgers University Press.

Orfield, G. (1990). Do we know anything worth knowing about the educational effects of magnet schools? In Clune, W. H. & Witte, J. F. (Eds.), *Choice and control in American education (vol. 2)* (pp. 119-123). London: Falmer Press.

Orfield, G. (1990). Policy analysis. In Romo, H. D. (Ed.), *Latinos and blacks in the cities:  Policies for the 1990s.* Austin, Texas:  Lyndon B. Johnson School of Public Affairs.

Orfield, G. & Peskin, L. (1990). Metropolitan high schools:  Income, race, and inequality. In Mitchell, D. E. & Goertz, M. E. (Eds.), *Education politics for the new century* (pp. 27-53). London: Falmer Press.

Orfield, G. (1990). Segregation and discrimination. In Taylor, L. (Ed.), *Housing: Symbol, structure, site* (pp. 48-49). New York: Rizzoli.

Orfield, G. (1990). Wasted talent, threatened future:  Metropolitan Chicago's human capital and Illinois public policy. In Joseph, L. (Ed.), *Creating jobs, creating workers* (pp.1-32). Chicago: University of Chicago Center for Urban Research and Policy Studies.

Orfield, G. (1989). Hispanics. In Levine, A. & Assoc. (Eds.), *Shaping higher education's future: Demographic realities and opportunities, 1990-2000* (pp. 40-61). San Francisco, CA: Jossey-Bass. Revised version of The growth and concentration of Hispanic enrollment and the future of American education. Report to National Council of La Raza.

Orfield, G. (1989). School desegregation after two generations: Race, schools and opportunity in urban society. In Hill, H. & Jones, J. E., Jr. (Eds.), *Race in America* (pp. 253-260). Madison, WI: Univ. of Wisconsin Press.

Orfield, G. (1988). The costs of housing discrimination and segregation:  An interdisciplinary social science statement. In Tobin, G. A. (Ed.), *Divided neighborhoods: Changing Patterns of Racial Segregation* (pp. 268-280). Principal author of statement by 28 social scientists. Also published separately by Leadership Council for Metropolitan Open Communities, 1987.

Orfield, G. (1988). Exclusion of the majority:  Shrinking college access and public policy in metropolitan Los Angeles. *Urban Education*, *20*(3), 147-163.

Orfield, G. (1988). Race and the liberal agenda:  The loss of the integrationist dream, l965-l974. In Weir,

M., Orloff, A. S. & Skocpol, T. (Eds.), *The future of social policy in the United States* (pp. 313-355). Princeton, NJ: Princeton Univ. Press.

Orfield, G. (1988). Race, income, and educational inequality: Students and schools at risk in the 1980s. In *School success for students at risk: Analysis and recommendations of the Council of Chief State School Officer s* (pp. 45-71). New York: Harcourt Brace Jovanovich.

Orfield, G. (1988). Race relations in metropolitan Chicago. In Stone, D., Decker, M., Lynn, L. (Eds.), *The state of the region: Background papers* (1-48). Champaign, Illinois: Stipes Press.

Orfield, G. (1988). Separate societies: Have the Kerner warnings come true? In Harris, F. R. Wilkins, R. W. (Eds.), *Quiet riots: Race and poverty in the United States* (pp. 100-122). New York: Pantheon Books.

Orfield, G. & Fossett, J. W. (1987). Market failure and federal policy: Low income housing in Chicago l970-l983. In Tobin, G. (Ed.), *Divided neighborhoods: Changing patterns of racial segregation* (pp. l58-180). Beverly Hills: Sage Publications.

Orfield, G., Monfort, F., & George, R. (1987). School segregation in the 1980s: Trends in the United States and metropolitan areas. Washington, DC: Joint Center for Political Studies.

Orfield, G. (1986). Budgets and big city education. In Barnett, M. & White, P. V. (Eds.), *Education policy in an era of conservative reform* (pp. 120-168). New York: AMS Press.
Orfield, G. (1986). Federal Indian policy, 1945-1960. In Philip, K. R. (Ed.), *Indian Self-Rule* (pp. 129, 135-139, 142-143, 174-175, 311). Salt Lake City, UT: Howe Brothers.

Orfield, G. (1986). Minorities and suburbanization," In Bratt, R. G., Hartman, C. & Meyerson, A. (Eds.), *Critical perspectives in housing* (pp. 221-230). Philadelphia: Temple University Press.

Orfield, G. (1985). Ghettoization and its alternatives. In Peterson, P. (Ed.), *The New Urban Reality*. Washington, DC: Brookings Inst.
.
Orfield, G. (1986). The movement for housing integration: Rationale and the nature of the challenge. In Goering, J. (ED.), *Housing desegregation and federal policy* (pp. 18-30). Chapel Hill, NC: University of North Carolina Press.

Orfield, G. (1983) [Foreword]. In Vega, J., *Education, politics and bilingualism in Texas*. Washington, DC: University Press.

Orfield, G. (1981). Housing patterns and desegregation policy. In Hawley, W. (Ed.), *Effective school desegregation: Equity, quality and feasibility.* Beverly Hills, CA: Sage Publications.

Orfield, G. (1981). Why it worked in Dixie: Southern school desegregation and its implications for the North. In Yarmolinsky, A., Liebman, L., & Schelling, C. S. (Eds.), *Race and Schooling in the City*,(pp. 24-44). Cambridge, MA: Harvard University Press.

Orfield, G. (1980). The politics of research design. In Raven, B. H. (Ed.), *Policy Studies Review Annual* (v. 4) (pp. 146-154). Beverly Hills: Sage Publications. Reprinted from *School Review*, May 1979.

Orfield, G. (1980). School segregation and residential segregation: A prefatory statement. In Stephan, W.

8

G. & Feagin, J.R. (Eds.), *School desegregation: Past, present and future* (pp.227-229). New York: Plenum Press.

Orfield, G. (co-author) (1980). School segregation and residential segregation: A social science statement. In Stephan, W. G. & Feagin, J.R. (Eds.), *School desegregation: Past, present and future* (pp.231-247). New York: Plenum Press.

Orfield, G. (1979). Federal agencies and urban segregation: Steps toward coordinated action. In Orfield, G. & Taylor, W. (Eds.), *Racial segregation: Two policy views.* New York: Ford Foundation.

Orfield, G. (1977). Comments. In *National Institute of Education Conference report, desegregation and education concerns of the Hispanic community* (pp. 51-54). Washington, DC: GPO.

Orfield, G. (1977). If wishes were houses then busing could stop: Demographic trends and desegregation policy. In *National Institute of Education Conference report, school desegregation in metropolitan areas: Choices and prospects* (pp. 43-58). Washington, DC: GPO. Reprinted in *Urban Review, 1978.*

Orfield, G. (1976). Politics, congress, and school desegregation. In Weinberg, M. & Martin, G.(Eds.), *Covering the desegregation story: Current experience and issues* (pp. 7-14). Evanston, IL: Center for Equal Education.

Orfield, G. (1977). Response. In Epstein, N. (Ed.), *Language, ethnicity, and the schools* (pp. 85-88). Washington, DC: Institute for Educational Leadership.

Orfield, G. (1974). Desegregating the schools. In *American government today.* Del Mar, CA: CRM Books.

Orfield, G. (1974). Race and government. In *American government today.* Del Mar, CA: CRM Books.

Orfield, G. (1972). Termination in retrospect: The Menominee experience. In Ellis, R. N. (Ed.), *The Western American Indian* (pp. 189-196). Lincoln, NE: University of Nebraska Press.

Orfield, G. (unknown date). School segregation and housing policy: The role of local and federal governments in neighborhood segregation. *Integrated Education*, pp. 48-53.


**Articles** *(Chronological by year beginning with earliest publication—highly incomplete list)*


Orfield, G.,  with M. Ong, C. Wright, and L. Espinosa (2011), "Inside the Double Bind:  A Synthesis of Empirical Research on Undergraduate and Grduate Women of Color in Science3, Technology, Engineering, and Mathematics,"  *Harvard Educational Review*, vol. 81, no. 2, pp. 172-208.

Orfield, G., with E. Frankenberg and G. Siegel-Hawley (2010) "Integrated Schools: Finding a New Path," *Educational Leadership*, vol. 68, no. 3, pp. 22-27.

Orfield, G. (with Gail Sunderman),( 2006), "Domesticating a Revolution: No Child Left Behind Reforms and State Administrative Response*," Harvard Educational Review*, vol. 76, no. 4, pp. 526-556.

Orfield, G. (with Lynn Walker Huntley) (2005). "Test Scores Don't Mean Much if Students Fail to Graduate," *Atlanta Journal Constitution*, May 20, 2005.

Orfield, G. (2005). "Introduction" to 75th anniversary special issue of *Harvard Education Re*view, "Education Past and Present: Reflections on Research, Policy and Practice," vol. 75, no. 1 (2005), pp. 1-7.

Orfield, G. (2004-2005). "Why Segregation is Inherently Unequal: The Abandonment of *Brown* and the Continuing Failure of *Plessy," New York Law School Law Review*, vol. 49, no.4 (2004-2005), pp. 1041-1052. .

"Interview with Gary Orfield: The No Child Left Behind Act," in *Journal of Children and Poverty*, vol. 10, no. 2 (September 2004),181-87.

"Foreword," Gerald W. Heaney and Susan Uchitelle, *Unending Struggle: The Long Road to an Equal Education in St. Louis*, St. Louis: Reedy Press, 2004, v-x.

"The American Experience: Desegregation, Integration, Resegregation," In Mokubung Nkoma, Carolyn McKinney and Linda Chisholm, eds., *Reflections on School Integration*, Cape Town, South Africa: HSRC Publishers, 2004, pp. 95-124.

"*Brown* Misunderstood," in *Black Issues in Education*, James Anderson and Dara N. Byrne, *The Unfinished Agenda of Brown v. Board of Education*, Hoboken, NJ: John Wiley & Sons, 2004, 153-163.

"Rededication Not Celebration," in *College Board Review*, no. 200 (Fall 2003), pp. 29-33 (with Susan E. Eaton).

"Where are We Now," in *Teaching Tolerance*, issue 25 (Spring 2004), pp. 57-59 (with Erica Frankenberg).

Letter on Huntington controversy, *Foreign Policy* (May-June 2004), pp. 88-89 (with Marcelo Suarez-Orozco).

"Reviving *Brown v. Board of Education*: How Courts and Enforcement Agencies Can Produce More Integrated Schools," in Deborah L. Rhode and Charles J. Ogletree, Jr, *Brown at 50: The Unfinished Legacy*, Chicago: American Bar Association, 2004: pp. 184-214.

Orfield, G. (2004 April 19). Law is leaving children—and educational reform—behind. *Chicago Sun-Times*, 51.

10

Orfield, G. (2004 January 20). We need an end to the end of social promotion. *Newsday*, A24.

Orfield, G. (2003). (with Dean Whitla, W. Silen, C. Teperow, C. Howard, Joan Reede), "Educational benefits of diversity in medical school: a survey of students**,**" *Academic Medicine*, vol. 78, no.5 (May 2003), pp. 460-6.

Orfield, G., Frankenberg, E. D., & Lee, C. (2002/2003, December/January). The resurgence of school segregation. *Educational Leadership*, *60*(4), 16-20.

Frankenberg, E., Lee, C., & Orfield, G. (2003 March/April). Resegregation grows in public schools: separate is still unequal. *Focus*, *31*(2), cover page, 10-11.

Orfield, G. & Eaton, S. (2003 March). Back to segregation. *Nation*, 276(8), 5-8.

Eaton, S. E. & Orfield, G. (2003, Fall) "Rededication not celebration: *Brown* at fifty." *The College Board Review, 200*, 29-33.

Orfield, G. (2001, May 6). Could policy makers ace a quiz on testing? *San Jose Mercury News*, Perspective.

Orfield, G. (2001, Fall). Schools more separate: Consequences of a decade of resegregation." *Rethinking Schools*, *16*(1), 14-18.

Orfield, G. & Eaton, S. (2001, September 9). The most unequal system. *Newsday, page numbers?*.

Orfield, G. (2001, September/October). Response. *Poverty & Race*, 10(5), pp. 5-6.

Orfield, G. (2001, December). The origins of the Harvard Conference on Vision and Learning. *Journal of Behavioral Optometry*, Vol. 12/2001(3) 3, p. 58.

Orfield, G. (2000, January 9). As you were saying; MCAS posturing obscures how good our schools are [Op-Ed]. *Boston Herald,* p. 024.

Orfield, G. (2000, Spring). Latinos in school: The most segregated... soon the largest minority. *DRCLAS NEWS*, 15-17.

Orfield, G. (2000, May). "Our resegregated schools." *Principal, 79*(5), 6-11.

Orfield, G. & Wald, J. (2000, June 5). Testing, testing. *The Nation*, *270*(22), 38-40.

Orfield, G. (2000, June 11). As US leaves the issue, Northern Ireland addresses segregation. *Boston Globe*.

Orfield, G (2000, Summer). Exit and redevelopment. *Boston Review*, *25*(3), 15-16.

Orfield, G. (1999). City-suburban desegregation: Parent and student perspectives in metropolitan Boston. *Equity and Excellence in Education, 31*(3).

Orfield, G. (1999). Facts, not fads in Title 1 reform. *Harvard Education Letter*.

Orfield, G. (1999). School desegregation in the United States. *Encarta Africana*.

Found at: http://www.africana.com/research/encarta/tt_1109.asp

Orfield, G. (1999, January 11). Boston needs to strengthen its case for diversity at Latin School. *Boston Globe*.

Orfield, G. (1999, May 4). Renewing civil rights: An era of missed opportunity. *Christian Science Monitor*.

Orfield, G., Yun, J.T. (1999, June). *Resegregation and American schools.* Cambridge, MA: The Civil Rights Project at Harvard University. Reprinted in part, *Primer*, *2*(4) 1-6.

Orfield, G. & Whitla, D. (1999, July). *Diversity and legal education: Student experiences in leading laws schools*. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (1999, Fall). The resegregation of our nation's schools: A troubling trend. *Civil Rights Journal, 4*(1), 8-12.

Orfield, G. & Kurlaender, M. (1999, September). In defense of diversity: New research and evidence from the University of Michigan. *Equity and Excellence in Education*, *32*(2) 31-35.

Orfield, G. (1999, November/December). Facts, not fads in Title I reform. *Harvard Education Letter,8*.

Orfield, G. (1999, December). Policy and equity: A third of a century of educational reforms in the United States. *Prospects: A Quarterly Review of Comparative Education*, *XXIX*(4), 579-596. (Also published by UNESCO in the other five official U.N. languages).

Orfield, G. (l999, December 10). Affirmative action works--but judges and policy makers need to hear that verdict. *Chronicle of Higher Education*, 46(16), B7-B8.

Orfield, G. (1999, December 29). Equal opportunity must become more than a catch phrase. *St. Louis Post-Dispatch*, p. B7.

Orfield, G. (1998, December/January). Promoting Reagan's racial policies. [Review of the book America in black and white: One nation indivisible]. *Crisis*, *104*(3), 39-41.

Orfield, G. & Arenson, J. (1998 December). Summary of city-suburban desegregation: Parent and student perspectives in metropolitan Boston… *Equity and Excellence in Education*, 31(3), 6-13.

Orfield, G. (1998 January 7). The trouble with charter schools. *St. Louis Post-Dispatch*, B7.

Orfield, G. (1998, January 2). Charter schools won't save education. *New York Times*, p. A15.

Orfield, G. (1997, December 15). Latinos' rights is the big loser. *Los Angeles Times*, p. B5.

Orfield, G., Bachmeier, M., James, D., & Eitle, T. (1997, April). *Deepening segregation in American public schools.* Cambridge, MA: Harvard Project on School Desegregation. Also in *Equity and Excellence in Education, 30*(2) 5-24. Reprinted in part in *Southern Changes, 19*(2) pp. 11-18.

Orfield, G. (1997, Summer). Does desegregation help close the gap? *Journal of Negro Education*, *66*(3) 241-254.

Orfield, G. (1997, Summer). Residential segregation: What are the causes. *Journal of Negro Education*, *66*(3) 204-213.

Orfield, G. (1996, April). Metropolitan school desegregation: Impact on metropolitan society *University of Minnesota Law Review, 80*, 825-872.

Orfield, G. (1996, October 18). Should the courts reduce their role in school desegregation? *CQ Researcher, 6*(39), 929.

Orfield, G. et al. (1995, April). The Department of Justice and the Civil Rights Act of 1964: A symposium (panel discussion). *Pacific Law Journal*, 26(3), 765-811.

Orfield, G. (1995), May). Housing and the justification of school desegregation. *University of Pennsylvania Law Review*, 143(5), 1397-1406.

Orfield, G. (1995, Summer). Public opinion and school desegregation. *Teachers College Record*, *96*(4) 654-670.

Orfield, G. (1994 June 3). Beyond the rhetoric of desegregation. *St. Louis Post-Dispatch*, 9C.

Orfield, G. (with Morantz, A.). (1994, May 15). The plan has fallen short. Kansas City Star, p. M1.

Orfield, G. (1994, May 16). A closer look at desegregation. *Christian Science Monitor*.

Orfield, G. (1994, May 25). Integration and quality education. *Charlotte Observer*.

Orfield, G. (1994, May 25). Murphy's 'miracle' revisited. *Charlotte Observer*.

Orfield, G. (1994, December). Asking the right question. *Educational Policy*, 8(4), 404-413.

Orfield, G., Schley, S., Glass, D. & Reardon, S. (1993). *The growth of segregation in American schools: Changing patterns of separation and poverty since* 1968. Alexandria: National School Board Association.

Orfield, G. (1993, March/April). Federal policy and college opportunity: Refurbishing a rusted dream. *Change, 25*(2), 10-15.

Orfield, G. (1993, April). Federal policy and college opportunity: Refurbishing a rusted dream. *Change, 25*(2), 10-15.

Orfield, G. & Thronson, D. (1993, Summer). Dismantling desegregation: Uncertain gains, unexpected costs. *Emory Law Journal*, 42(3), 759-790.

Orfield, G. (1993, December 26a). Perspective on school desegregation: America lacks equal opportunity …The Supreme Court was right in 1954, and it still is right: Separate is, inherently, unequal. *Los Angeles Times*, p. M5.

Orfield, G. (1993, December 26b). ...And it shows acutely in Los Angeles. *Los Angeles Times*, p. M5.

Orfield, G. (1993 March/April). Refurbishing a rusted dream. *Change*, 25(2), 10-16.

Orfield, G. & Monfort, F. (1992). *Status of school desegregation: The next generation.* Alexandria: National School Boards Association.

Orfield, G. (1992, Fall). Money, equity, and college access. *Harvard Educational Review*, *62*(3), 337-372.

Orfield, G. (with Kaufman, A.). (1992, October 1). Follow through to avert failure after kindergarten. *Los Angeles Times*, p. B7.    Also published in other papers including Arizona Republic.

Orfield, G. (1991, December). Cutback policies, declining opportunities, and the role of social service providers. *Social Service Review, 65, 516-530.*

Orfield, G. (1990, August). Public policy and college opportunity. *American Journal of Education*, *98*(4), 317-350.

Orfield, G. & Paul, F. (Eds.) (1990). Changing Patterns of Opportunity in Higher Education (special issue). *American Journal of Education, 98*(4).

Orfield, G., Monfort, F. & Aaron, M. (1989). *Status of school desegregation, l968-l986. Segregation, integration, and public policy: National, state, and metropolitan trends in public schools.* Alexandria, VA: National School Boards Association.

Orfield, G. (1989, Jan.-Feb.). Reagan's blind eye to civil rights. *Focus*, *3*.

Orfield, G. (1989, May-June). Opportunities for minorities: New focus of concern for higher education (review essay). *Change*, 50-53.

Orfield, G. (1989, July 19). Protecting our daughter's future. Chicago Tribune, p. 15.

Orfield, G. & Monfort, F. (1988). *Racial change and desegregation in large school districts: Trends through the 1986-1987 school year.* Alexandria, VA: National School Boards Association.

Orfield, G. (1988, March 22). Well along toward separate and unequal societies, 20 years later, Kerner Panel's warning has become a self-fulfilling prophecy. *Los Angles Times*, p. 7.

Orfield, G. (1988, March 29). A New, More Liberal Political Agenda is Taking Shape. Chicago Tribune, p. 15.

Orfield, G. (1988, March 30). The beginnings of a richer debate. *Chicago Tribune*, p. 17.

Orfield, G. & Paul, F. (1987-88, Fall/Winter). Declines in minority access: A tale of five cities. *Educational Record*, *68*(4), 56-62.

Orfield, G. (1987, July). School desegregation needed now. *Focus*, 5-7. Reprinted in *Equity and Choice*, Feb. 1988, pp. 25-28.

Orfield, G. (1986, Spring). Knowledge, ideology and school desegregation. *Metropolitan Education*, 1, 92-99.

Orfield, G. (1986, November). Hispanic education: Challenges, research and policies. *American Journal*

14

*of Education*, 95(1), 1-25.

Project on the Federal Social Role. (1985). *Race and the Federal Agenda: The Loss of the Integrationist Dream* (Working Paper No. 7). Washington, DC: Orfield, G. pp. 1-43.

Orfield, G. (1984, March 6). The narrowing of our politics. *Chicago Tribune*.

Orfield, G. (1984, May). Lessons of the Los Angeles school desegregation case. *Education and Urban Society*.

Orfield, G. & Tostado, R. (Eds.), (1983). *Latinos in metropolitan Chicago*. Chicago: Latino Institute.

Orfield, G. (1983, August). Termination, destruction and restoration. Indian Self-Rule, Institute of the American West.

Orfield, G. (1982, January-April). Will voluntary desegregation work in Los Angeles? *Integrated Education*, pp. 11-16.

Orfield, G. (1982, March 19). Dismantling of a government. *Chicago Tribune*.

Orfield, G. (1980, September 7). Segregated St. Louis provides a primer on school integration. *Los Angeles Times*.

Orfield, G. (1979). Research, politics and the anti-busing debate. *Law and Contemporary Problems* 42(2).

Orfield, G. (1979, March). Does busing work? *Instructor*.

Orfield, G. (1979, March 11). Three plans for desegregating city. *Chicago Tribune*.

Orfield, G. (1977). Introduction. *Trends in black school segregation, 1970-74.* Washington, DC: Center for National Policy Review.

Orfield, G. (1977, January 1-8). Byrd's record on race. *New Republic*.

Orfield, G. (1976, January-February). Will separate be more equal? *Integrated Education*, pp. 3-5.

Orfield, G. (1975). Congress, the president, and anti-busing legislation, 1966-1974. *Journal of Law and Education*, *IV*, 81-139. Reprinted in Browning, S. (Ed.), From *Brown* to *Bradley*: School desegregation, 1954-1974. Washington: Jefferson Law Book Co.

Orfield. G. (1975). Desegregation at midpoint. In *Continuing challenge: The past and future of* Brown v. Board of Education. (pp. 65-74). Notre Dame, IN: Notre Dame Center for Civil Rights.

Orfield, G. (1975) [Editor]. Symposium on school desegregation and white flight. Washington, DC: Center for National Policy Review. Reprinted as a special issue of *Social Policy*, January-February.

Orfield, G. (1975, Winter). Federal policy, local power, and metropolitan segregation. *Political*

15

*Science Quarterly 89*, 777-802. Reprinted in Shank, A. (1976). *Political power and the urban crisis* Boston: Holbrook Press.

Orfield, G. (1975, Spring). How to make desegregation work: The adaptation of schools to their newly-integrated student bodies. *Law and Contemporary Problems*, *XXXIX*, pp. 314-340. Reprinted in Congressional Record, June 29, 1976.

Orfield, G. (1973, Summer). School integration and its academic critics. *Civil Rights Digest*. U.S. Commission on Civil Rights, Reprinted, in part, in The *Education Digest* (November 1973).

Orfield, G. (1973, Fall). Menominee restoration. *Civil Rights Digest*.

Orfield, G. (1970). Federal integration efforts. In *How to change the system* (pp. 35-47). Washington, DC: National Committee for Support of the Public Schools.

Orfield, G. (1970, March 7). Desegregation debate. *New Republic.* Reprinted in Grossman, J. B. & Grossman, M. H. (Eds.), *Law and change in modern America.* Los Angeles: Goodyear.

Orfield, G. (1969, January 20). Civil rights: Nixon's first test. *Nation*.

Orfield, G. (1969, July 6). President keeps promise of his Southern strategy: Lenient from outset. *Washington Post*, p. B6.

Orfield, G. (1969, September 20). The politics of resegregation. *Saturday Review*.

Orfield, G. (1968, February 2). How to beat integration. *New Republic*.

Orfield, G. (1968, July 7). A proposal for outfoxing Wallace. *Washington Post,* Outlook section. Reprinted as Bi-partisan pledge to block Wallace. *Current*, September 1968.

Orfield, G. (1968, August 25). An afterthought on Wallace threat to election. *Washington Post,* Outlook section.

Orfield, G. (1966). The war on Menominee poverty. *Journal of the Wisconsin Indians Research Institute.* Reprinted by Senate Labor and Public Welfare Committee and Senate Subcommittee on Indian Education.

Orfield, G. (1966, Spring). After Watts. *Christian Perspectives*.

**Selected Reports:**

**(Many other reports and forewords to documents issued by the Civil Rights Project written or with forewords by Orfield can be found at civilrightsproject.ucla.edu)**

Orfield, G. , Kucsera,J., and Siegel-Hawley, G., *E Pluribus Separated: Deepening Double Segregation for More Students*. (2012) Los Angeles CA: The Civil Rights Project, Proyecto Derechos Civiles

Orfield, G., *Reviving the Goal of an Integrated Society, A 21st Century Challenge,* (2009)

16

[report].  Los Angeles CA: The Civil Rights Project, Proyecto Derechos Civiles

Orfield, G. (2008) *Building on Success:  Educational Diversity and Equity in Kentucky Higher Education,* (2008) Report to the Kentucky Council on Post-Secondary Education

Orfield. G., Lee, Chungmei,  (2005)*Why Segregation Matters: Poverty and Educational Opportunity*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G., Losen, D. et al. (2004). *Losing Our Future: How Minority Youth are Being Left Behind by the Graduation Rate Crisis*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. & Lee, C. (2004).  *Brown at 50: King's Dream or Plessy's Nightmare?* [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Frankenburg, E., Lee, C., & Orfield, G. (2003, January). *A multiracial society with segregated schools: Are we losing the dream?* [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2001). *Schools More Separate: Consequences of a Decade of Resegregation*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2001). *Housing Segregation: Causes, Effects and Possible Cures*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2000). Indicators of race and poverty and American education. Report prepared for OECD-INES Ad Hoc Group on Equity Indicators, 2000.

Nettles, M. T. & Orfield, G. (2000). Large gains, recent reversals, and continuing equality in education for African Americans." In Jackson, J. S. (Ed.), *New Directions: African Americans in a diversifying nation* (National Policy Report #297). Washington, DC: National Policy Association.

Orfield, G. & Yun, J. (1999). *Resegregation in American Schools*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G., et. al, (1999) *Progress Made, Challenges Remaning in San Francisco School Desegregation,* Report of the Consent Decree Advisory Committee to the Federal District Court, San Francisco.

Orfield, G., Arenson, J. et al. (1997). *City-Suburban Desegregation: Parent and Student Perspectives in Metropolitan Boston*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G., Bachmeier, M. et al. (1997). *Deepening Segregation in American Public Schools*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

 (1992). *Desegregation and educational change in San Francisco.* Chair of committee reporting to the Federal District Court.

Orfield, G. & Paul, F. (1992). *State higher education systems and college completion* (a report to the Ford Foundation on a study of state institutional structure and policies and the rates of college completion) revised version printed in *Advances in Educational Policy*, 1.

Orfield, G. (1991). School desegregation: A social science statement. [Statement Accompanying Brief of the NAACP, Childrens Defense Fund, Southern Christian Leadership Conference, Mexican American Legal Defense Fund, etc. *Freeman v. Pitts*, U.S. Supreme Court, 199l (organized and helped draft statement signed by 52 social scientists)].

Orfield, G. (1988, July). The growth and concentration of Hispanic enrollment and the future of American education. Report to National Council of La Raza.

Orfield, G., Slessarev, H. et al. (1986). *Job training under the new federalism: JTPA in the industrial heartland.* Illinois Unemployment and Job Training Research Project report to Subcommittee on Employment Opportunities, U.S. House of Representatives.

Public Knowledge and Busing Opposition, (designed and analyzed this national survey and wrote the report issued by the U.S. Commission on Civil Rights in 1978).

Orfield, G. (1977). *Desegregation and the cities: The trends and the policy choices* [staff report]. Washington, DC: U.S. Senate Committee on Human Resources.

Orfield, G. (1976). Conclusion (chapter). *School desegregation: Making it work, a report to the Rockefeller Foundation* (pp. 90-94). East Lansing, MI: Michigan State University.

Orfield, G. (1975). White flight research: Its importance, perplexities, and possible policy implications. *Symposium on school desegregation and white flight*. Washington, DC: Center for National Policy Review. Reprinted in *Educational Forum* and elsewhere.

1974. *Politics in America: Studies in policy analysis*. New York: Random House. Co-authored a study of black representation in administrative decision-making in Washington.

Orfield, G. (1973, July-October). A proposed study on desegregation. *Integrated Education,* p. 35. This reprint, the request for proposals sent by the U.S. Civil Rights Commission to major American research institutions regarding the design of a national longitudinal study of the impacts of school desegregation, a study which would answer the major criticisms of the Coleman Report and provide data on desegregation of Chicano and Puerto Rican children.

Miller, L. P. and Orfield, G. (1986). (Ed), *Brown Plus Thirty. N*ew York University Metropolitan Center, 1986).

Book reviews in American Political Science Review, Political Science Quarterly, Social Science Quarterly, Chronicle of Higher Education, American Journal of Sociology.

**Selected Government and Civic Group Reports:**

2011:  *The CSU Crisis and California's Future*, Civil Rights Project.

2011:  "Diversity and Educational Gains:  A Plan for a Changing County and its Schools," report to Jefferson County, KY Board of Education

1999:  "Progress Made, Challenges Remaining in San Francisco School Desegregation" Chair of Committee report to U.S. District Court, San Francisco. January

18

1992: "Desegregation and Educational Change in San Francisco: Findings and Recommendations on Consent Decree Implementation," Chair of court-appointed panel reporting to Federal District Court. July

1992: "State Higher Education Systems and College Completion," report to the Ford Foundation (with Faith Paul). November

1991: "Building an Integrated Community: Racial Trends and Community Choices in Palm Beach County," Report to Project Mosaic. March

1989: "Can the Educational Systems Produce the Workers Needed in Metropolitan Chicago: Trends and Policy Questions for the Coming Generation," Report to Chicago Economic Development Commission. August

1987: "Fair Housing in Metropolitan Chicago: Perspectives after Two Decades," Report of Chicago Area Fair Housing Alliance to the U.S. Department of Housing and Urban Development." (Editor, Research Director, and author of first chapter).

1984: "The Chicago Study of Access and Choice in Higher Education," co-author, Report to Illinois State Senate Committee on Higher Education. September

1983: "State Housing Policy and School Desegregation," Report to Education Commission of the States. September

1981: "Busing, White Flight, and Urban Policy: The Evidence and the submitted to Dept. of HUD."

1981: "Housing and School Integration in Three Metropolitan Areas: A Policy Analysis of Denver, Columbus and Phoenix," Report to U.S. Department of Housing and Urban Development. February

1981: "Measuring Equity Requires Measuring Integration," Paper for HUD Equity Indicators Workshop. March

1981: "The Housing Issues in the St. Louis Case," Report to Federal District Court, St. Louis. April

1981: "The Voluntary Metropolitan Plan," Report to Federal District Court, St. Louis. July

1981: "Building on a Generation of Accomplishment: Maintaining and Strengthening Desegregation in Little Rock" (with Shirley McCune), Report of Desegregation Assistance Team to Little Rock School District. December

1980: "The St. Louis Desegregation Plan," Report to the Federal District Court, St. Louis. May

1979: "Voluntary Desegregation in Chicago," Report to Illinois State Superintendent of Education. February

1978: "Integration in Chicago," Report of the Technical Assistance Committee to the Illinois State Board of Education. May

1978: "Desegregation Principles for Los Angeles," Report to Superior Court for the County of Los

19

Angeles. November

**Congressional and Judicial Testimony**

House Education and Labor Committee:
    1977, June: Bilingual education
    1979, September: Incentives for Voluntary Metropolitan Integration
    1981: Civil Rights Enforcement
    1985, October: Assessment of Job Training Partnership Act

House Judiciary Committee:
    1972, March: Antibusing amendment to Constitution

House Government Operations Committee:
    1975, November: Revenue Sharing

House Select Committee on Children, Youth and Families:
    1987, March: Race Relations and Adolescents

House Subcommittee on Civil and Constitutional Rights:
    1982, September: Reagan civil rights enforcement record; Los Angeles School case
    1982, September: Report on study prepared for subcommittee from U.S. Dept. of Education data
            showing national and regional progress on desegregation from 1968-1980
    1985, March: Civil Rights Restoration Act of 1985

House Subcommittee on Indian Affairs:
    1973, May: Menominee Restoration Act

Senate Committee on the Judiciary, Subcommittee on the Constitution:
    1977, July: Anti-busing legislation
    1982: Proposals to restrain judicial remedies in school desegregation cases

Senate Interior Committee:
    1973, September: Menominee Restoration Act

Senate Judiciary Committee:
    1969, September: Haynsworth Supreme Court nomination hearings
    1970, January: Carswell Supreme Court nomination hearings
    1971, November: Rehnquist nomination hearings
    1986, August: Rehnquist nomination hearings

Senate Labor and Public Welfare Committee:
    1967: written testimony on Indian policy
    1969, August: Memorandum to Subcommittee on Indian Education on reorganization of BIA

Senate Select Committee on Equal Educational Opportunity:
    1970, October: Feasibility of desegregation

Joint Economic Committee:
    1992, April: Urban Poverty and Development

**Participation in Civil Rights Cases:**

Austin:
- affidavit on impact of return to neighborhood schools

Baltimore
- affidavit and deposition on subsidized housing segregation case

Buffalo
  Directed study of Buffalo school selection process under an
  Agreement between the Buffalo Board and the U.S. Office for Civil Rights

Chicago:
- deposition on enforcement of *Gautreaux* housing desegregation
- testified as witness for integrated South suburban communities against the National Association of Realtors
- testified as witness for Leadership Council on Metropolitan Opportunities in Fair housing case

Cincinnati:
- deposition on subsidized housing segregation case for legal services office Hamilton County deposition on subsidized housing segregation case

Dayton and Columbus:
- assisted in drafting of social science brief submitted by plaintiffs to the Supreme Court

DeKalb Co., GA:
- helped draft social science brief to Supreme Court

Denver:
- testified as witness for NAACP Legal Defense Fund and Mexican American Legal Defense Fund

Hartford:
- testified for plaintiffs on metro school equity case NAACP Legal Defense Fund, Puerto Rican Legal Defense Fund, and Connecticut Civil Liberties Union & Testified later on adequacy of remedy, deposition on next stage of litigation, deposition on later stage of case

Kansas City:
- testified as witness for the NAACP Legal Defense Fund & testified as witness of renewal of desegregation plan
- helped prepare social science brief to the Supreme Court

Houston:
- testified as witness for Justice Dept. in metropolitan case

Little Rock:
- deposition on report prepared by desegregation assistance center for Little Rock Board of Education; testified many years later as court-appointed expert

21

Los Angeles:
- testified as witness on report prepared as court-appointed expert  in desegregation case Los Angeles
- affidavit on continuation of desegregation plan and magnet schools

Louisiana:
- deposition on racial equity and desegregation of state higher education System in *U.S. v. Louisiana* as witness for Southern University system

Louisville:
- testimony on desegregation case for school board on several occasions
- helped prepare social science brief to the Supreme Court
- helped prepare a new desegregation plan

Lynn, MA:
- affidavit and testimony on desegregation case

Memphis:
- testified as witness for NAACP Legal Defense Fund

Milwaukee:
- deposition on metropolitan desegregation for Milwaukee School Board

Omaha:
- gave deposition as witness for Justice Dept. on school desegregation

Ohio:
- for legal services office in housing discrimination litigation

Oklahoma City:
- deposition on housing discrimination case

Philadelphia:
- testimony on case on University of Pennsylvania scholarships for Philadelphia students

Rockford, Illinois:
- testimony on desegregation case for plaintiffs

Rochester, NY:
- affidavit on metropolitan inequality case

St. Louis:
- testified first as witness for U.S. Dept. of Justice and then, several times, on reports prepared as court-appointed expert

San Francisco:
- served as Court-appointed expert, special master, and chair of Consent Decree Comm.

Seattle:  testified as witness for Seattle Board defending school desegregation plan

22

South Suburban Housing Center, metro Chicago:
- testified as a witness for Center against National Association of Realtors suit against Fair housing practices

Tampa (pupil competency test litigation):
- testified as witness for Bay Area Legal Services

Tucson, AZ
- appointed by judge as expert in desegregation case

University of Michigan:
- testimony on Law School affirmative action case edited book cited in Supreme Court decision

University of Washington Law School:
- affidavit on affirmative action case

Massachusetts
     affidavit on discriminatory impact of state exit examination
     affidavit on litigation against initiative prohibiting bilingual education

California
     expert report on *Williams* school equity case


**Professional Activities:**

*Co-Director and Founder,* (with Christopher Edley, Jr. of Harvard Law School), The Civil Rights Project at Harvard University, 1996-2004; Director, 2004-2006, Co-Director, Civil Rights Project/ *Proyecto Derechos Civiles*, UCLA, 2006-present.
*Adjunct Fellow*, Joint Center for Political Studies and Member of Social Policy Task Force
*Member,* American Political Science Association, Congressional Fellowship Advisory Committee, 1976-78
*Member,* American Political Science Association, Committee on Status of Blacks in the Profession, 1987-90
*Member,* American Political Science Association, Nominating Committee for National Officers, 1992-93
*Consultant,* APSA Division of Educational Affairs and High School Curriculum Project Midwest Political Science Association, Section Chair and Program Committee Member, Annual Meeting, 1979, Member Nominating Committee, 1980
*Member,* National Review Panel on School Desegregation Research and American Academy of Arts and Science Task Force on Urban School Desegregation
*Consultant,* U.S. Commission on Civil Rights, Rand Corp., Applied Urbanetics, Ford Foundation, Justice Department, Dept. of Housing and Urban Development, National Institute of Education, Senate Committee on Labor and Public Welfare, Kentucky Commission on Human Relations, American Indian Policy Review Commission, Education Commission of the States, Illinois Office of Education, National School Boards Association of Minnesota Dept. of Education
*Member,* Editorial Boards, *Policy Studies Journal, Teachers College Record, Cultura y Educacion (Spain), Evaluation Studies Review Annual, Equity and Excellence in Education, Integrated Education, American*

23

*Journal of Education. Soundings*, *Educational Researcher,* advisory committees *Harvard Education Letter,* & *School Policy Legal Insider*

*Associate Editor*, *American Journal of Education*, l982-88

*Chairman*, Study Group on School Desegregation, National Institute of Education, 1978-81

*Court-Appointed Expert*, Los Angeles (1978-79), St. Louis (l980-8l), and San Francisco 1981-82, 1987-2005) Little Rock, School Desegregation Cases

*Vice Chairman*, Mayor's First Source Task Force, Mayor Harold Washington, Chicago, 1985-88

*Member and Chair,* Evaluation and Screening Committee, Project Self Sufficiency (employment and housing demonstration), Cook County, Illinois, 1985-86

Member, Board of Directors, Leadership Council on Metropolitan Open Communities, Chicago (1982-1992), Chicago Urban League,  OPEN.

Task Force co-chair, Southern Education Foundation, 1980s.

*Chairman*, Study Group on School Desegregation, National Institute of Education, 1978-81

*Court-Appointed Expert*, Los Angeles (1978-79), St. Louis (l980-8l), and San Francisco 1981-82, 1987-2005) School Desegregation Cases

*Vice Chairman*, Mayor's First Source Task Force, Mayor Harold Washington, Chicago, 1985-88

*Member and Chair,* Evaluation and Screening Committee, Project Self Sufficiency (employment and housing demonstration), Cook County, Illinois, 1985-86

*Member,* Board of Directors, Policy Studies Organization

*Chairman,* National Institute of Education Study Group on Desegregation Research

*Member,* Research Advisory Committee, U.S. Civil Rights Commission's National School Desegregation Study, 1984-85

*Research Director,* Chicago Fair Housing Alliance, 1985-87

*Director,* National School Desegregation Research Project, 1986-88

*Director,* Metropolitan Opportunity Project, Univ. of Chicago, l986-92

*Director,* Illinois Budget Analysis Project, l987-92

*Director,* Indiana Youth Opportunity Project 1991-1996

*Director,* Harvard Project on School Desegregation, 1992-98

U.S. appointee on OECD project on measuring educational equity.

**Courses Taught:**

American Government,
Urban Policy Analysis (Housing),
Law and Society,
President and Congress,
Intergovernmental Relations,
Legislative Process,
State and Local Government,
Administrative Process,
Problems in Administrative
Management, Administrative Institutions,
Urban Politics,
Government and Black America,
Congress and Urban Policy;
The Politics of Food: Production, Regulation and Distribution,
Manpower Policy,
Housing Policy and Urban Communities,
Policy Analysis, Field Research Project in Public Policy,
Class Action Litigation,
Social Policies of the Sixties,

24

Government and Minority Rights,
Education Policy,
Social Science and Law,
Bureaucratic Politics,
State Government and Policy Making,
Minority Opportunities in the Contemporary U.S.,
Higher Education: Institutions and Policy,
 Government and Metropolitan Communities,
Civil Rights Remedies:  Theories and Consequences,
Poverty, Public Policy and Urban Schools,
Politics and Policy Cycles
Education Policy and Law,
Access to College,
Racial Change, Immigration and the Twenty-First Century Metropolis
Education Policy and Urban Poverty;
Civil Rights Enforcement Seminar
*Brown v. Board of Education* and American Schools"Educational Impacts of Segregation, Desegregation,
        Integration, Resegregation.
Research Seminar on Affirmative Action
Equal Rights and Unequal Schools:  The American Dilemma

Race and Education
Seminar on High School Reform


**University and Community Participation (years of service omitted):**

Member faculty advisory committee, UCLA, Bunche Center on African American Studies
Member faculty advisory committee, Harvard University Rockefeller Center on Latin America
Member faculty advisory committee, Harvard University DuBois Center
Member faculty advisory Committee, Harvard University Native American Program
Member and Education School Representative, University Committee Human Rights
President, Liberal Arts Student Government, University of Minnesota
Organizer, state-wide student volunteer program on Minnesota Native American Indian reservations
Founder, Movement for a New Congress and Board Member, Congressional Action Fund
Member, Board of Directors, Fund for an OPEN Society
Member, National Advisory Board, National Federation for Neighborhood Diversity
Member, National Advisory Board, Leadership Council for Metropolitan Open Communities
Chairman, Task Force on Devolution of Power to the States, Southern Education Foundation
Member, Research Advisory Committee, Chicago Panel on Public School Finances
Member and Chair, Research Advisory Committee, Chicago Urban League
Member, Board of Directors, Chicago Urban League
Member, Board of Advisors, Designs for Change
Member, National Advisory Committee, NAACP Archives and Library
Board Member, The Regional Partnership, 1989-91
Member, Advisory Committee, Constitutional Rights Foundation, Chicago
Vice President, Edmonds-Peabody PTA, Washington, DC
Volunteer work in many political campaigns
Volunteer work with Ralph Nader on American Indian issues, 1966
Member Advisory Boards or faculty associate of the following:
Urban Education Advisory Board, ASCD, Council of Urban

Boards of Education, National School Boards Association,
Community 2000, Leadership Conference on Civil Rights,
Poverty and Race Research Center, Hispanic Border
Leadership Initiative, International Reading Association.
Member, Committee on Women's Employment and Related Social Issues, National Academy of
    Sciences, which prepared report: *Women's work, men's work: Sex segregation on the job.*
    (Washington: National Academy Press, 1986).

**Research Grants and Contracts:**

    Carnegie Corporation
    Ford Foundation
    Spencer Foundation
    Joyce Foundation
    MacArthur Foundation
    Gates Foundation
    Mott Foundation
    Woods Charitable Fund
    U.S. Dept. of Housing and Urban Development
    U.S. Dept. of Education
    Southern Education Foundation
    Schwartz Foundation
    Primerica Foundation
    Lilly Endowment
    Gunn Foundation
    Smith-Richardson Foundation
    Mellon Foundation
    Rockefeller Foundation
    Graustein Foundation
    Atlantic Philanthropies
    Knight Foundation
    Irvine Foundation
    Eleanor Foundation
    Rockefeller Foundation
    Kentucky Council on Postsecondary Education
    Chicago Economic Development Commission
    Open Society Institute
    Pew Hispanic
    Southern Poverty Law Center
    California State Univ. Faculty Association
    Education Commission of the States
    Hewlitt Foundation
    Mellon Foundation
    Buffalo Board of Education
    California Attorney General's Office
    California Endowment

## PATRICIA GANDARA

EDUCATION

     Ph.D., Educational Psychology, l979
      University of California, Los Angeles
     M.S., Counseling/School Psychology, l972
     California State University, Los Angeles
     B.A., Sociology/English Literature, l969
      University of California, Los Angeles

     Certificate in Spanish Language and Literature, 1974
      Universidad Menéndez-Pelayo, Santander, Spain

EMPLOYMENT HISTORY

| | |
|---|---|
| 2014-present | Professor Emerita/ Research Professor<br>University of California, Los Angeles |
| 2007-2013 | Professor, School of Education and Information Studies<br>University of California, Los Angeles |
| 2000-2006 | Professor, School of Education<br>University of California, Davis |
| 1998-1999 | Visiting Scholar, Graduate School of Education<br>& Civil Rights Project, Harvard University |
| 1995-1998 | Associate Professor, School of Education<br>University of California, Davis |
| 1990-1995 | Assistant Professor, School of Education,<br>University of California, Davis |
| 1987-1990 | Associate Professor, School of Education,<br>California State University, Sacramento |
| 1985-1988 | Director, Education Research Program<br>Assembly Office of Research, California Legislature |
| 1980-1985 | Associate Social Scientist<br>RAND Corporation, Santa Monica, CA |
| l981 | Lecturer, Graduate School of Education,<br>University of California, Los Angeles |

| | |
|---|---|
| l979 | Lecturer, Department of Counseling Psychology, University of California, Santa Barbara |
| 1977-1980 | Research Associate, Juárez & Associates, Los Angeles, CA Co-Director, National Evaluation of Bilingual Head Start (Funded by Agency for Children, Youth & Families of HEW) |
| 1972-1975 | Psychologist (Bilingual); Director, Diagnostic Clinic Los Angeles Unified School District |

## GOVERNMENTAL BODIES

| | |
|---|---|
| 2011-2017 | Commissioner, White House Commission on Educational Excellence for Hispanics |
| 1990-1992 | Commissioner, California Planning Commission for Educational Technology. (Charged with developing a Master Plan for educational technology for California.   Appointed by the California Legislature) |
| 1981-1986 | Commissioner, California Postsecondary Education Commission, Sacramento, CA (Oversight of all higher education policy for the state) |
| 1976-1979 | Commissioner, Los Angeles County Commission on the Status of Women |

## INDEPENDENT RESEARCH ORGANIZATIONS

| | |
|---|---|
| 2007- | Co-Director, The Civil Rights Project/Proyecto Derechos Civiles University of California, Los Angeles |
| 2005-2006 | Director, Center for Applied Policy in Education, University of California, Davis |
| 2003-2006 | Co-Director, Policy Analysis for California Education (PACE) Consortium with UC Berkeley and Stanford University |
| 2000-2009 | Associate Director, Linguistic Minority Research Institute and Director, Education Policy Center, UC Davis |
| 1998-2008 | Board Member, Representing the University of California, West Ed, San Francisco, CA |

RECENT HONORS

| | |
|---|---|
| 2023 | "Outstanding Friend of Public Education," Horace Mann League |
| 2023 | Elected to the American Academy of Arts and Sciences |
| 2023 | Lifetime Achievement Award in Bilingual Education Research, American Educational Research Association, Bilingual SIG |
| 2019 | Medalla de Alfonso García Robles, "Labores en favor de personas migrantes," Universidad Nacional Autónoma de México |
| 2019 | Yvonne B. Burke Los Angeles County Human Rights Commission Award for " bold, dauntless action to advance human relations" |
| 2016 | Presented the first AERA Centennial Lecture in New York entitled "Educating English learners in an anti-immigrant era." |
| 2015 | Distinguished Career Award, Scholars of Color in Education, American Educational Research Association |
| 2015 | Inducted into the National Academy of Education |
| 2014 | Educator of the Year, Loyola Marymount University |
| 2011 | Presidential Citation for Outstanding Contributions to Education Research, American Educational Research Association |
| 2011 | 100 Most Influential Hispanics in the U.S., Hispanic Business Magazine |
| 2011 | Commissioner, White House Commission on Educational Excellence for Hispanics, sworn in by SCOTUS Justice Sotomayor |
| 2011 | Elected Fellow of the American Educational Research Association |
| 2009 | Fellow, Sudikoff Foundation for Education and Media |
| 2009 | Fellow/Lecturer, Sciences Po (Graduate Institute), Paris, France |
| 2005 | Fellow, Rockefeller Foundation Bellagio Center (Italy) |
| 2005 | Distinguished Public Service Award, U of California, Davis |
| 2005 | Outstanding Latino faculty in higher education, American |

Association of Hispanics in Higher Education

RECENT FUNDED RESEARCH PROJECTS

| | |
|---|---|
| 2020-2023 | 21st Century Civil Rights Agenda, Gates Fdn, $500,000 |
| 2018-2019 | Dallas Integration Initiatives, Mission Foods, SMU, $20,000 |
| 2018-2019 | Equity in Dual Language Education, Spencer Foundation, $50,000 |
| 2015-present | UC-Mexico Education Initiative, Office of the President of UC, $500,0 00 |
| 2016 | Seizing the Opportunity to Close Achievement Gaps for English Learners, California Community Foundation, $10,000 |
| 2015 | Students We Share, Ford Foundation, $50,000 |
| 2013 | Access to Higher Education and Community Colleges, Ford Foundation, $200,000 |
| 2012 | Factors Influencing Positive Academic Outcomes for Latinas, Eva Longoria Foundation, $75,000 |
| 2012 | Evaluación del Programa IME Becas, Instituto de Mexicanos en el Exterior, Secretaria de Relaciones Exteriores, México, $65,000MN |
| 2012 | Benefits of Bilingualism in the Labor Market, ETS, $50,000 |
| 2010 | Los Estudiantes que Compartimos, Conference in Mexico City on the Students we Share, UC MEXUS   $20,000 |
| 2010 | From Crisis to Possibility: A New Research Agenda for the Education of English Learners, Ford Foundation, $100,000 |
| 2009 | Horne v Flores: Addressing the Needs of the Court, Foundation for Child Development, $10,000 |
| 2008-present | Project SOL, US/Mexico Binational Research Initiative for Secondary Immigrant Students, Irvine Foundation, Gates Foundation, Carnegie Corporation, $1.14 M |
| 2007-10 | Breaking the Chain of Failure:  From Weak High Schools to Higher Performing Community Colleges, Ford Foundation, $250,000 |

| | |
|---|---|
| 2007 | English Learner Policy for California, Gates Foundation, $52,000 |
| 2005-06 | Resource Needs for California's English Learners Multi-Foundation Consortium, $40,000 |
| 2005-06 | Latinos in the Community Colleges: Successful transfer strategies, University of California, Office of the President, $60,000 |
| 2005-06 | US/Mexico Dual Accreditation of secondary curriculum Irvine Foundation, $80,000 |
| 2003-04 | PACE at UC Davis, Hewlett Foundation, $330,000 |
| 2004-05 | Understanding Student Diversity in the Community Colleges, Irvine Foundation, $69,000 |
| 2004-05 | A Survey of Teachers of English Learners, Center for the Future of Teaching and Learning, $41,000 |
| 2004-05 | A Study of Mexican Educational Initiatives for Mexican Students In the US, Instituto de Mexicanos en el Exterior, Secretaria de Relaciones Exteriores, Mexico, $20,000 USD |
| 2004-05 | US-Mexico Education Initiative, UC MEXUS, $12,000 |
| 2004-05 | Secondary English Learners, Hewlett Foundation, $60,000 |
| 2001-05 | UC ACCORD, Research Working Group, Office of the President of the University of California, $139,00 |
| 2000-01 | Strategies to Increase Diversity in the Health Professions, Bureau of Health Professions, National Institutes of Health, Washington DC. ($41,000) |
| 2000-02 | Puente Research Agenda, Puente Project, Office of the President, University of California, $285,000 |

PROFESSIONAL ORGANIZATIONS

Editorial Advisory Board, American Journal of Education, 2010-present

Editorial Board, American Educational Research Journal, 2008-2013

Editorial Board, Sociology of Education, 2004-2010

Chair, Committee on Scholars of Color, American Educational Research Association, 2002-2005

Chair, Annual Award for Social Justice, American Educational Research Association, 2003-2004

Member, Social Justice Action Committee, American Educational Research Association, 2003-2005

Standing Committee on the Program, American Educational Research Association, 1999-2001

President and Treasurer, Sociology of Education Association, 1996-98

President, Sociology of Education Association, 1995-96

Program Chair, Division G, Social Context of Education, American Educational Research Association, 1995-96

Chair, Hispanic SIG, American Educational Research Association, 1992-93

Reviewer for Anthropology and Education Quarterly, American Educational Research Journal, Educational Policy, Educational Evaluation and Policy Analysis, Sociology of Education, Hispanic Journal of Behavioral Sciences, Teachers College Record, Urban Education, Comparative Education Review, Teacher Education Quarterly, Child Development, State University of New York Press, University of Arizona Press, University of California Press, McGraw Hill, Westview Press, Erlbaum, Temple University Press, Harvard University Press, Teachers College Press, Russell Sage Press.

PUBLICATIONS

Books, Monographs, and Edited Journal Issues

| | |
|---|---|
| 2021 | Gándara, P. & Ee, J. Schools Under Siege: Immigration Enforcement and Educational Equity. Cambridge: Harvard Education Press. |
| 2021 | Gándara, P. & Jensen, B. The Students we Share: Preparing US and Mexican Teachers for Our Transnational Future, Albany: State University of New York Press. |
| 2014 | Callahan, R. & Gándara, P. (Eds). *The Bilingual Advantage: Language, Literacy and the U.S. Labor Market*. Bristol: UK: Channel View/Multilingual Matters |
| 2012 | Rios-Aguilar, C. & Gándara, P. (Eds). Horne v. Flores and the Future of Language Policy: Special Issue. *Teachers College Record, 114, 9* |
| 2012 | Rios-Aguilar, C. & Gándara, P. (Eds) (Re) Conceptualizing and (Re) Evaluating Language Policies for English Language Learners: The Case of Arizona, Special Issue *Language Policy*, 11, 1 |
| 2010 | Gándara, P. & M. Hopkins (Eds.) Forbidden Language: English Learners and Restrictive Language Policies. New York: Teachers College Press. |
| 2009 | Gándara, P. & Contreras, F., The Latino Education Crisis. The Consequences of Failed Social Policies. Cambridge: Harvard University Press. |
| 2006 | Gándara, P., Orfield, G., & Horn, C. (Eds) Expanding Opportunity in Higher Education, Leveraging Promise. Albany: State University of New York Press. |
| 2005 | Gándara, P., Orfield, G. & Horn, C. (Eds) The Access Crisis in California Higher Education: Harbinger of the Future: Special Issue. *Educational Policy,* 19, May. |
| 2005 | Gándara, P., Latino Achievement: Identifying Models that Foster Success, National Center for the Gifted and Talented, University of Connecticut, Storrs, CT. |
| 2004 | Gibson, M., Gándara, P. & Koyama, J. School Connections: U.S. Mexican Youth, Peers, and School Achievement, New York: Teachers College Press. |
| 2002 | Gándara, P. & Moreno, J. The Puente Project: Issues and Perspectives on |

Preparing Latino Youth for Higher Education. *Educational Policy,* 16, September.

2001    Cooper, C. & Gándara, P. Special Issue: When Diversity Works: Bridging Families, Peers, Schools, and Communities, *JESPAR,* 6, 1 & 2.

2001    Gándara, P. with Bial, D. Paving the Way to Postsecondary Education: K-12 Intervention Programs for Underrepresented Youth. Washington D.C.: National Center for Education Statistics.

2000    Gándara, P. (ed.) The Dimensions of Time and the Challenge of School Reform. Albany: State University of New York Press.

1999    Gándara, P. and J. Maxwell-Jolly.   Priming the Pump: Strategies for Increasing the Achievement of Underrepresented Minority Undergraduates. New York: College Board

1995    Gándara, P.  Over the Ivy Walls: the educational mobility of low-income Chicanos. Albany: State University of New York Press.

Journal Articles and Chapters

2022    Gándara, P. "Reflexiones sobre lo que conviene que los maestros mexicanos conozcan sobre la educación básica en Estados Unidos," in Hamann, E. T., Zúñiga, V., & Sánchez García, J. (Eds.) *Lo que conviene que los maestros mexicanos conozcan sobre la educación básica en Estados Unidos* [What Mexican Teachers Need to Know About 'Educación Básica' in the United States]. Monterrey, Mexico: UANL/Secretaria de Educación Nuevo León.

2021    Gándara, P. The gentrification of dual language programs: A commentary, *Language Policy,* 20, 525-530.

2021    Gándara, P. & Orfield, G. What shall be the future for the children of migration? —LASANTI and the educational imperative. Chapter 6 In E. Tellez & R. Hinojosa (eds) The Trump Paradox. Berkeley: University of California Press.

2020    Cuellar, M. & Gándara, P. Promoting access and equity for underrepresented racial minorities?  An examination of policies and practices in community college baccalaureate programs, *Community College Review,* 49, 52-75.

2020    Gándara, P. Equity considerations in addressing English learner segregation, *Leadership and Policy in Schools,* 19, 141-143.

2020        Gándara, P.  The students we share: Falling through the cracks on both sides of the U.S.-Mexican border, *Journal of Ethnic and Racial Relations,* 43, 38-59

2019        Ee, J. & Gándara, P.  The impact of immigration enforcement on the nation's schools, *American Educational Research Journal,* 57, 840-871.

2019        Zárate, M.E. & Gándara, P. Can the LCFF improve teaching and learning for EL students? A Review of the emerging research in California and directions for future implementation, *Peabody Journal of Education,* 94, 157-175.

2019        Mordechay, K., Gándara, P. & Orfield, G. (2019).  Embracing the effects of demographic change, *Educational Leadership,* 76, 34-43.

2018        Gándara, P. The economic value of bilingualism in the United States, *Bilingual Research Journal*, 41, 334-343.

2018        Gándara, P., English Learners: Challenging bias, seeking justice, in S. Biegel, R. Kim, & K. Welner, Education and the Law, Fifth Edition.   New York: West-Thomson/Reuters (American Casebook Series).

2018        Gándara, P. Betraying Our Immigrant Students, *Phi Delta Kappan,* 100, 48. September.

2017        Gándara, P.  English learners, immigrant students, and the challenge of time. In Saunders, M., Ruiz de Velasco, J, & Oakes, J. (eds), Learning Time in Pursuit of Educational Equity. Cambridge, MA:  Harvard Education Press.  Pp. 145-160.

2017        Gándara, P.  The gender divide in education:  Are Latinas really faring better than their brothers?  In Salas, S. & Portes, P. (eds).  US Latinization:  Education and the New Latino South.  Albany: State University of New York Press.  Pp. 241-250

2017`       Gándara, P.  Deeper learning for English language learners, In Heller, R., Wolfe, R. and Steinberg, A. (eds). Rethinking Readiness.  Deeper Learning for College, Work, and Life. Cambridge:  Harvard Education Press.  Pp. 123-144.

2017        Gándara, P. The potential and promise of Latino students, *American Educator,* 41, 4-11, 42-43.

2017        Gándara, P. & Mordechay, K. Demographic change and the new (and no so new) challenges for Latino education, *The Educational Forum*, 81, 148-159.

2016    Gándara, P. Policy Report Informe: The Students We Share/Los estudiantes que compartimos. *Mexican Studies/Estudios Mexicanos* 32.2, 357-378.

2016    Gándara, P. and Santibañez, L. The Teachers our English Learners Need, *Educational Leadership*, 73, 32-37. February.

2016    Gándara, P. and Escamilla, K. Bilingual Education in the United States. In O. Garcia and A. Lin (eds), *Encyclopedia of Language and Education*. *3rd Edition*. New York: Springer.

2015    Gándara, P. Is U.S. language education policy outdated? Washington DC: National Academy of Education.

2015    Gándara, P. Charting the relationship of English Learners and the ESEA: One step forward and two steps back, RSF, *Russell Sage Foundation Journal of Social Sciences*, 1, 3, 112-128. https://www.rsfjournal.org/content/rsfjss/1/3/112.full.pdf

2015    Gándara, P. Educating English learners in the aftermath of Horne v Flores. In S. Biegel, R. Kim, & K. Welner, *Education and the Law,* Fourth Edition. New York: West-Thomson/Reuters (American Casebook Series).

2015    Martinez-Wenzl, M. and Gándara, P. Rethinking college access Programs: Latinos, immigrants, and community colleges. In P. Pérez and M.Ceja (eds), *Higher Education Access and Choice for Latino Students*. New York & London: Routledge. Pp. 153-164.

2015    Rumberger, R., and Gándara, P. Resource needs for educating linguistic minority students. In H. Ladd & M. Goertz (eds), Handbook of Research in Education Finance and Policy. New York & London: Routledge. Pp. 585-606.

2015    Gándara, P. With the future on the line: Why studying Latino education is so urgent, *American Journal of Education,* 121, 451-463.

2015    Gándara, P. Rethinking bilingual education, *Educational Leadership,* 72, 60-65. March.

2014    Gándara, P. & Aldana, U. Brown at 60: Who's segregated now? *Education and Administration Quarterly*, 50, 735-748

2014    Gándara, P. & Callahan, R. Looking toward the future: Opportunities in a s shifting linguistic landscape, in (Callahan, R &

Gándara, P. (eds), The Bilingual Advantage:  Language, Literacy
and the U.S. Labor Market.  Bristol, UK: Multilingual Matters.

2014   Porras, D., Ee, J., & Gándara, P. Employer preferences: Do bilingual
applicants and employees experience an advantage?  In (Callahan, R &
Gándara, P. (eds), The Bilingual Advantage:  Language, Literacy and the
U.S. Labor Market.  Bristol, UK: Multilingual Matters.

2014   Callahan, R. & Gándara, P.  Contextualizing bilingualism in the market:
New destinations, established enclaves and the information age, in
(Callahan, R & Gándara, P. (eds), The Bilingual Advantage:  Language,
Literacy and the U.S. Labor Market.  Bristol, UK: Multilingual Matters.

2013   Hopkins, M., Martinez-Wenzl, M., Aldana, U. & Gándara, P. Cultivating
capital: Latino newcomer young men in a U.S. urban high school.
*Anthropology and Education Quarterly, 44*, 286-303.

2013   Gándara, P., Meeting the needs of language minorities, in P. Carter and K.
Welner (eds), The Opportunity Gap.  New York: Oxford University Press.

2012   Rios-Aguilar, C. & Gándara, P., Horne v Flores and the future of language
policy, *Teachers College Record*, 114, 9

2012   Gándara, P., Educating English learners in the aftermath of Horne v
Flores, in Biegel, S. (ed.) Education and the Law, Third Edition, West-
Thomson/Reuters (American Casebook Series) 582-594.

2012   Gándara, P. From González to Flores: A return to the Mexican
room? In Santa Ana, O. & Bustamante, C. (eds). Arizona Firestorm.
Lanham, MD: Roman & Littlefield Publishers.

2012   Maxwell-Jolly, J. & Gándara, P.  Teaching all our students well. Teachers
and teaching to close the academic achievement gap.  In Timar, T. &
Maxwell-Jolly, J. (eds.) Narrowing the Achievement.  Gap:  Perspectives
and Strategies for Challenging Times. Cambridge: Harvard Education
Press.  Pp. 163-186.

2012   Gándara, P. & Orfield, G. Why Arizona matters: Historical, legal, and
political contexts of Arizona's instructional policies for English learners
and U.S. linguistic hegemony, *Language Policy*, 11, 7-19.

2011   Martinez-Wenzl, M., Pérez, K., & Gándara, P. Is Arizona's approach to
educating its English learners superior to other forms of instruction?
*Teachers College Record*, 114, 9 (online version; print version due in
2013).

2011        Gándara, P., & Orfield, G. Segregating Arizona's English learners: A return to the "Mexican Room"? *Teachers College Record,* 114, 9 (online version; print version due 2013).

2011        Gándara, P. Latinos, language, and segregation: Options for a more integrated future, in Frankenberg, E., & DeBray, E. (Eds.). Integrating Schools in a Changing society: New policies and Legal Options for a Multiracial Generation. University of North Carolina Press.  Pp. 265-278.

2010        Gándara, P. Addressing housing equity, *Educational Leadership*, 68, 31. November.

2010        Gándara, P. Overcoming triple segregation, *Educational Leadership*, 68, 60-64.  November.

2010        Gándara, P. The Latino Education Crisis, *Educational Leadership,* 67, 24-30.  February 2010.

2009        Gándara, P. & Rumberger, R.  Immigration, Language, and Education: How Does Language Policy Structure Opportunity? *Teachers College Record,* 111, 6 - 27

2009        Gándara, P., & Gómez, M.C. Language policy in education, in B. Schneider, G. Sykes, & D. Plank (Eds.) AERA Handbook on Educational Policy Research.  Washington DC: American Educational Research Association. Pp. 581-595

2008        Gándara, P. Multiple pathways for immigrant and English Learner Students, in J. Oakes & M. Saunders (Eds,). Beyond tracking: Multiple Pathways to College, Career, and Civic Participation.  Cambridge: Harvard Education Press.

2008        Gándara, P. & G. Baca. NCLB and California's English Language Learners. The Perfect Storm, *Language Policy,* 7, 201-216

2008        Gándara, P., Strengthening student identity in school programs, in M. Pollock (Ed.) Everyday Anti-racism: Getting Real about Race in School.  New York: The New Press.  Pp. 66-74.

2008        Gándara, P., & R. Rumberger, Defining an Adequate Education for English Learners, *Education Finance and Policy*, 3, 130-148.

2007        Rumberger, R., & P. Gándara, Resource needs for educating linguistic minority students, in H. F. Ladd and E.B.  Fiske, (Eds.)

Handbook of Research in Education Finance and Policy.  New York:
Routledge. Pp. 591-611.

2006      Abedi, J., & Gándara, P., Performance of English Language Learners as a
          Subgroup in Large-Scale Assessment: Interaction of Research and Policy,
          Educational Measurement Issues and Practice, 25, 36-46.

2006      Maxwell-Jolly, J. & Gándara, P., Critical Issues in the Preparation
          of Teachers for English Learners in (PACE) Critical Issues in
          California Education. Berkeley:  PACE

2006      Gándara, P. Strengthening the academic pipeline leading to careers in
          math, science and technology for Latino students, Journal of Hispanic
          Higher Education.5, 222-237.

2006      Gándara, P. Fragile Futures:  Risk and Vulnerability among Latino high
          achievers. Policy Brief.  Princeton:  ETS

2006      Contreras, F. & Gándara, P.  Latinas/os in the Ph.D. Pipeline:  A Case of
          Historical and Contemporary Exclusion. In Journey to a Ph.D.: The
          Latina/o Experience in Higher Education edited by J. Castellanos and
          A.Gloria. Stylus Publishing.

2005      Gándara, P., Contreras, F., & Santiago, D. Higher Education, in S. Oboler
          & D. González (Eds) Oxford Encyclopedia of Latinos and Latinas in the
          United States.  New York: Oxford University Press.

2005      Gándara, P. & Maxwell-Jolly, J. Critical issues in the development
          of the teacher corps for English learners.  In Waxman, H., Tellez, K.
          Preparing quality teachers for English Language Learners. Mahweh, NJ:
          Lawrence Erlbaum Press.

2005      Gándara, P.  Addressing educational inequities for Latino students: The
          politics of "forgetting," Journal of Hispanic Higher Education, 4, 295-313

2005      Gándara, P., Moran, R. & Garcia, E.  Legacy of Brown: Lau and language
          policy in the United States, Review of Research in Education, 28, 27-46

2004      Callahan, R. & Gándara, P. Nobody's Agenda:  English learners and post-
          secondary education, in Sadowski, M. (Ed.) Immigrant and English-
          Language Learners: Strategies for Success.  Cambridge: Harvard
          Education Press, 2004. 107-127.

2004      Gándara, P. Building bridges to college: The Puente Program, Educational
          Leadership, 62, 56-60.

13

2004    Gándara, P. & Mejorado, M., Putting your money where your mouth is: Mentoring as a strategy to increase access to higher education. In W. Tierney, Z. Corwin, & J. Colyar (Eds) Preparing for College: Nine Elements of Effective Outreach.  Albany:  State University of New York Press.

2004    Rumberger, R. & Gándara, P., Seeking equity in the education of California's English learners, *Teachers College Record*, 106, 2031-2055

2004    Gándara, P. & Gibson, G., Peers and school performance: Implications for policy, research, and practice, in Gibson, M. Gándara, P. & Koyama, J. School Connections: Peers, Schools, and the Achievement of U.S. Mexican Youth, New York: Teachers College Press. Pp. 173-191.

2004    Gibson, M., Gándara, P., & Koyama, J., The role of peers in the Schooling of U.S. Mexican youth, in Gibson, M., Gándara, P., & Koyama, J. (Eds.), School Connections: Peers, Schools, and the Achievement of U.S. Mexican Youth, New York: Teachers College Press. Pp. 1-17.

2004    Gándara, P.  Equitable Access and academic preparation for higher education: Lessons learned from college access programs, in Zwick, R. (ed.), Rethinking the SAT in University Admissions, New York: Routledge Falmer Press. Pp. 167-188.

2004    Gándara, P., O'Hara, S. & Gutiérrez, D. The changing shape of Aspirations, in Gibson, M, Gándara, P. & Koyama, J. (Eds.), School Connections: U.S. Mexican Youth, Peers, and School Achievement. New York: Teachers College Press. Pp. 39-62.

2003    Gándara, P., Rumberger, R., Maxwell-Jolly, J., & Callahan, R. English learners in California Schools:  Unequal resources; unequal outcomes, *Educational Policy Analysis Archives*.

2003    Gándara, P., Forward, in D. Leon (Ed.), Latinos in Higher Education. Boston: JAI Press.  Pp. ix – xii.

2003    Gándara, P. and Chávez, L., Putting the cart before the horse: Latinos and higher education, in D. López & A. Jiménez (Eds.)  Latinos and Public Policy in California, An Agenda for Opportunity.  Berkeley: California Policy Research Center, University of California.

2002    Gándara, P., High School Puente: What we have learned about preparing Latino youth for higher education, *Educational Policy*, 16, 474-495

2002    Maxwell-Jolly, J. and Gándara, P., A quest for quality: Providing qualified teachers for California's English learners, in Beykont, Z. (Ed.) The Power of Culture: Teaching Across Language Difference. Cambridge: Harvard Education Press.

2002    Gándara, P., Early intervention for higher education, in J. Forest & K. Kinser (Eds.), Higher Education in the United States: An Encyclopedia. Santa Barbara, CA: ABC-CLIO Publishers.

2002    Gándara, P. Meeting Common Goals: Linking K-12 and Higher Education Interventions, W. Tierney & L. Hagedorn (Eds.), Increasing Access to College. Albany: State University of New York Press.

2002    Gándara, P., Learning English in California: Guideposts for the nation, in M. Suárez-Orozco & M. Páez. (ed.), Latinos. Remaking America. Berkeley: University of California Press.

2001    Gándara, P. Multiculturalism, In D. Levinson, A. Sadovnik, and P. Cookson, Jr. (eds.), Education and Sociology: An Encyclopedia. New York: Falmer Press.

2001    Gándara, P., Gutiérrez, D., & O'Hara, S., Planning for the future in rural and urban high schools, Journal of Education for Students Placed at Risk (JESPAR), 6, 73-93.

2001    Gándara, P., Lost Opportunities: The difficult journey to higher education for underrepresented minority students, in Smedley, B., A. Stith, L. Colburn & C Evans (Eds). The Right Thing to Do, The Smart Thing to Do. Enhancing Diversity in the Health Professions. Washington D.C.: Institute of Medicine. National Academy Press.

2000    Gándara, P. Creating cultures of high achievement, Liberal Education, 86, 14-17.

2000    Gándara, P. In the aftermath of the storm: English learners in the post-227 Era, Bilingual Research Journal, 24, 1-13.

2000    Rumberger, R. and Gándara, P., The schooling of English Learners. In Burr, E., Hayward, G., Fuller, B., & Kirst, M. Crucial issues in California Education. University of California and Stanford University: Policy Analysis for California Education

1999    Genesee, F. and P. Gándara, Bilingual education programs: A cross-national perspective, Journal of Social Issues, 55, 665-685.

1999    Gándara, P. Rethinking time and teacher working conditions, In P.

Gándara (ed.), The Dimensions of Time and the Challenge of School Reform.  Albany: SUNY Press.

1999    Gándara, P.  Telling stories of success: Cultural capital and the educational mobility of Chicano students, *Latino Studies Journal*, Winter, Vol. 10, 38-54.

1999    Gándara, P.  Staying in the race: The challenge for Chicanos in higher education.  In Moreno, J. (ed) The Elusive Quest for Equality. Cambridge, MA: Harvard Educational Review Press.

1998    Gándara, P. and López, E., Latino students and college entrance exams: How much do they really matter?  *Hispanic Journal of Behavioral Sciences*, 20, 17-38.

1996    Gándara, P.  The challenge of Latino education: Implications for social and educational policy, In A. Yanez (ed), Latino Politics in California. San Diego, CA: Center for US-Mexican Studies.  Pp 89-119.

1994    Gándara, P. and Osugi, L., Educationally ambitious Chicanas, *Thought & Action*, 10, 7-36.

1994    Gándara, P., Choosing higher education: educationally ambitious Chicanos and the path to social mobility, *Education Policy Analysis Archives* 2, 1-46 (2820 lines).

1994    Gándara, P. The impact of the educational reform movement on Limited English Proficient students, In McLeod, B. (Ed.) Language and Learning: Educating linguistically diverse students.  Albany:  SUNY Press.

1994    Gándara, P., Chicana high achievers across two generations: A working paper, in Hurtado, A. and Garcia, E. (eds.), The Educational Achievement of Latinos: Barriers and Successes.  Regents of the University of California, University of California, Santa Cruz, Latino Eligibility Study, 121-148.

1994    Gándara, P. and Fish, J., Year round schooling as an avenue to major structural reform. *Educational Evaluation and Policy Analysis*, 16, 67-86.

1993    Gándara, P. and Merino, B., Measuring the outcomes of LEP programs: exit rates and other mythological data. *Educational Evaluation and Policy Analysis*, 15, 320-338

1992    Gándara, P., Extended year, extended contracts increasing teacher salary options, *Urban Education*, 27.  229-247.

1992    Gándara, P., Language and ethnicity as factors in school failure: The case of Mexican Americans. R. Wollons (Ed.), <u>Children at Risk in America</u>. Albany: SUNY Press.

1989    Gándara, P., Those children are ours: Moving toward community, *Equity and Choice*, 5, 5-12. (Reprinted from NEA Today.)

1989    Gándara, P., Those children are ours: Moving toward community, *NEA Today* 7, 38-43.

1987    Gándara, P., Fighting the myths in the debate over bilingual education, <u>Sacramento Bee</u>, March 6.

1986    Gándara, P., <u>Chicanos and higher education: The politics of self-interest</u>. *American Journal of Education,* 95(1), 256-272.

1982    Gándara, P., <u>Passing Through the eye of the needle: High achieving Chicanas</u>. *Hispanic Journal of Behavioral Sciences*, 4(2), 167-179.

1980    Gándara, P., B. Keogh, & B. Yoshioka-Maxwell, <u>Predicting academic performance of Anglo and Mexican-American kindergarten children</u>, *Psychology in the Schools,* 17, 174-177.

1980    B.K. Keogh, S. Major, H. Omori, P. Gándara, & H.P. Reid., <u>Proposed markers in learning disabilities research.</u> *Journal of Abnormal Child Psychology* 8(1), 21-31.

1978    B. Keogh, S. Major, H.P. Reid, P. Gándara, & H. Omori, <u>Marker variables</u>: A search for comparability generalizability in the learning disabilities field. *Learning Disabilities Quarterly*, 1(3), 5-11.

Major Policy Reports with Broad Distribution

2018    Santibañez, L. and P. Gándara (2018). Teachers Of English Language Learners In Secondary Schools: Gaps in Preparation and Support. The Civil Rights Project/Proyecto Derechos Civiles, UCLA.

2018    Gándara, P. & Ee, J.  The Impact of Immigration Enforcement on the Nation's Schools.  Civil Rights Project/Proyecto Derechos Civiles, Los Angeles:  UCLA.

2017    Gándara, P. <u>Education and Economy</u>: Intertwined and Interdependent.  Paper prepared for University of California conference on NAFTA and the U.S.-Mexico Relationship. Washington, DC.

2016        Gándara P. & Cuellar, M.  The Baccalaureate in the California
            Community Colleges: Current Challenges and Future Prospects.  Los
            Angeles: UCLA Civil Rights Project/Proyecto Derechos Civiles.
            http://escholarship.org/uc/item/5877p2pf

2016        Gándara, P. & Acevedo, S.  Realizing the Advantages to a
            Multilingual Workforce.  Los Angeles:  UCLA Civil Rights
            Project/Proyecto Derechos Civiles

2016        Kidder, W. & Gándara, P. Two Decades after the Affirmative Action Ban,
            Evaluating the University of California's Race-Neutral Efforts.  Princeton,
            NJ: Educational Testing Service.

2015        Gándara, P.  The Implication of Deeper Learning for Adolescent
            Immigrants and English Language Learners.  Washington DC: Jobs for the
            Future.

2015        Gándara, P.  Fulfilling America's Future:  Latinas in the U.S. 2015,The
            White House Initiative on Educational Excellence for Hispanics & UCLA
            Civil Rights Project/Proyecto Derechos Civiles.  Washington DC & Los
            Angeles.

2015        Gándara, P.   Is There Really a Labor Market Advantage to Being
            Bilingual in the U.S.? Princeton:  Educational Testing Service.

2014        Gándara, P. with Zárate, E.  Seizing the Opportunity to Narrow the
            Achievement Gap: Research-based Recommendations for
            Implementation of LCFF for English Learners.  Los Angeles:
            UCLA Civil Rights Project/Proyecto Derechos Civiles

2013        Gándara, P. Making Education Work for Latinas.  Los Angeles:  UCLA
            Civil Rights Project/Proyecto Derechos Civiles, & Eva Longoria
            Foundation.

2013        Gándara, P. with Aldana, U. Diaz, M., Hopkins, M., Martinez,D.,
            Martinez-Wenzl, M. Preparing Secondary English Learners for
            Graduation and College.  Los Angeles:  UCLA Civil Rights
            Project/Proyecto Derechos Civiles.  September 30.

2012        Gándara, P.  California:  A Case Study in the Loss of Affirmative
            Action.  Los Angeles:  UCLA Civil Rights Project/Proyecto Derechos
            Civiles.

2012        Gándara, P., Alvarado, E., Driscoll, A., & Orfield, G.,   Building Pathways
            to Transfer:  Community Colleges that Break the Chain of Failure for
            Students of Color.  Los Angeles:  UCLA Civil Rights Project/Proyecto
            Derechos Civiles.

2012    Gándara, P., The Impact of English-Only Instructional Policies on English Learners, *Colorín Colorado*, Online resource for educators.

2011    Gándara, P. & Orfield, G.  Squeezed from All Sides. The CSU and the Higher Education Crisis in California.  Los Angeles:  UCLA Civil Rights Project/Proyecto Derechos Civiles.

2011    Gándara, P. Improving Education for English Learners: Knowledge, Rights, and Capacity.  Washington DC: National Research Council, Equity Commission, National Academy of Sciences.  October 2011.

2011    Gándara, P.  High stakes and low horizons:  Changing the odds for Latino students.  The NEA 2011 Almanac of Higher Education. Washington DC: NEA.

2011    Gándara, P.  Addressing root causes of the achievement gap for California's Latino youth.  Policy Brief. San Francisco:  West Ed.

2008    Gándara, P. & M. Hopkins, Benchmarking improvements for students of color and English learners, in D. Plank (Ed.), Conditions of Education 2008.  Berkeley CA: Policy Analysis for California Education (PACE). Pp. 5 – 16.

2008    Gándara, P. A Preliminary Evaluation of Mexican-sponsored Educational Programs in the United States: Strengths, Weaknesses, and Potential, Libro de Recursos, Southwest Center for Education Equity and Language Diversity, Arizona State University.

2008    Gándara, P., R. Rumberger, & J. Maxwell-Jolly.  Resource Needs for English Learners:  Getting Down to Policy Recommendations. UC Santa Barbara & UCLA:  UC Linguistic Minority Research Institute (Funded by the Bill & Melinda Gates Foundation).

2007    Gándara, P. & R. Rumberger.  Resource Needs for English Learners. Stanford:  Stanford University Institute for Research, Policy and Practice.

2005    Gándara, P.  Fragile Futures: Risk and Vulnerability among Latino High Achievers.  Princeton:  Educational Testing Service

2005    Gándara, P., Maxwell-Jolly, J., Driscoll, A. Listening to Teachers of English Learners.  Santa Cruz, CA:  Jointly published with The Center for the Future of Teaching and Learning, PACE, and The University of California Linguistic Minority Research Institute.  Copyrighted by the University of California.

2004      Gándara, P. Latino Achievement:  Identifying Models that Foster Success, Storrs, CT: University of Connecticut, The National Research Center on the Gifted and Talented, October

2004      Gándara, P., Seven Ways in Which we Shortchange the Education of English Learners and What We All Can and Must Do About It, *California Curriculum News Report*, Vol 29, April 2004, pp. 2-3.

2004      Gándara, P. & Maxwell-Jolly, J., Critical Issues in Developing the Teacher Corps for English Language Learners, *The LSS Review*, Mid-Atlantic Regional Educational Laboratory, Vol. 3, No. 1, September.

2004      Gándara, P. & Rumberger, R., Promoting the Academic Success of English Language Learners, Recommendations to the North Carolina Legislature.  May, 2004.

2003      Rumberger,R. & Gándara, P., How Quickly are California English  Learners Reaching English Proficiency? *UCLMRI Newsletter*, Vol 12, No. 3

2003      Grumbach, K., Coffman, J., Rosenoff, E., Muñoz, C., Gándara, P. & Supulveda, E., Strategies for Improving the Diversity of the Health Professions. A Report to the California Endowment.  University of California, San Francisco and Davis.

2002      Gándara, P. & Rumberger, R., The Growing Achievement Gap for California's English Learners, *UCLMRI Newsletter*, Vol 11, No.1

2001      Gándara, P. (with D. Bial).   Paving the Way to Postsecondary Education: K-12 Intervention Programs for Underrepresented Youth. Washington DC:  National Postsecondary Education Cooperative.  National Center for Education Statistics.

2000      Gándara, P. and Maxwell-Jolly, J., Preparing teachers for diversity:  The crisis of quantity and quality.  Santa Cruz, CA:  The Center For the Future of Teaching and Learning.

2000      Gándara, P. Interventions for Excellence, what we know about nurturing high achievement in underrepresented students.  Washington, DC: National Academy of Sciences.

2000      López, E., Puddefoot, G., &  Gándara, P. (Eds.)  A Coordinated Approach to Raising the Socio-economic Status of Latinos in California. Sacramento:  California State Library, California Research Bureau.

1999      Gándara, P., Maxwell-Jolly, J., Stritikus, T., Curry, J., Garcia, E.,  Asato, J., Gutiérrez, K,  The Initial Effects of Proposition 227 on English

Learners. Santa Barbara: University of California, Linguistic Minority Research Institute.

1998    Gándara, P., Final Report of the High School Puente Evaluation. Oakland: Office of the President of the University of California.

1998    Gándara, P., Larson, K., Mehan, H., & Rumberger, R., Capturing Latino Students in the Academic Pipeline. Berkeley, CA: Joint publication of the California Policy Seminar & the University of California Chicano/Latino Policy Center.

1997    Gándara, P. A Review of the Research on the Instruction of Limited English Proficient Students: A Report to the California Legislature. Santa Barbara, CA: University of California, Linguistic Minority Research Institute. (Commissioned by the California Legislature.)

1992    Gándara, P. Choosing higher education: antecedents of successful outcomes for low income Chicano students. Berkeley: California Policy Seminar.

1992    Berman, P., Chambers, J., Gándara, P., McLaughlin, B., Minicucci, C., Nelson, B., Olsen, L., & Parrish, T. Meeting the Challenge of Language Diversity. Vol. I. Berkeley: BW Associates. (Commissioned by the California State Department of Education.)

1992    Gándara, P. Assessment of LEP students. In P. Berman, J. Chambers, P. Gandara, B. McLaughlin, C. Minicucci, B. Nelson, L. Olsen, and T. Parrish. Meeting the Challenge of Language Diversity. Vol. II. Berkeley: BW Associates. Pp. 25-42. (Commissioned by the California State Department of Education.)

1986    Gándara, P., & DeLapp, L., The Orchard Plan. A new way of delivering K-6 education, Sacramento: Assembly Office of Research. Report No. 0131-A.

1986    Gándara, P. Public Education: The Second Shockwave, in California 2000: A People in Transition. Major Issues Affecting Human Resources, Sacramento: Assembly Office of Research. Report No. 0115-A, 15-25.

1986    Gándara, P., & Sun, A., Bilingual Education: Learning English in California, Sacramento: Assembly Office of Research. Report No. 0118-A.

1983    Gándara, P., & Samulon M., Factors influencing the implementation of Language Assistance Programs, (N-1940-ED) Santa Monica, CA, RAND Corporation.

21

1980        Gándara, P. Chicano Scholars: Against All Odds (P-6567), Santa Monica, CA: The RAND Corporation

1976        Armor, D., Cox M., Gándara P., King N., McDonnell L., Pascal A., Pauley E., & Zellman, G., Analysis of the School Preferred Reading Program in Selected Minority Schools, Santa Monica, CA, The RAND Corporation

## PUBLISHED REVIEWS

2011        Gándara, P. Equal Opportunity in Higher Education: The Past and Future of California's Proposition 209, by E. Grodsky and M. Kurlaender, *Teachers College Record*, April, 2011. http://www.tcrecord.org  ID Number: 16376

2003        Gándara, P. Giants Among Us:  First Generation College Graduates Who Lead Activist Lives, A Review.  *Contemporary Sociology*, 32, 380-81.

1999        Maxwell-Jolly, J. and Gándara, P., Improving Schooling for Language Minority Children: A Report of the National Research Council: A Review, *Bilingual Research Journal*, 21, on line.  www.brj@asu.edu

1998        Gándara, P.  Trans-Formations: Migration, family life, and achievement motivation among Latino adolescents, by Carola & Marcelo Suarez-Orozco: A Review, *Teachers College Record*, 99, 598-601.

1997        Gándara, P.  The Leaning Ivory Tower: Latino Professors in American Universities by R. Padilla and R. Chavez Chavez (eds), A Review, *Anthropology and Education Quarterly*, 28, 140-142.

1982        Gándara, P.  The Politics of Language: The Dilemma of Bilingual Education for Puerto Ricans by Pastora San Juan Cafferty and Carmen Rivera-Martinez:A Review, *American Journal of Education* 91(3) 396-400.

SELECTED RECENT PAPERS AND PRESENTATIONS

"Education, Opportunity, and Social Justice: California's Challenges and its Future," Educator of the Year Address, Loyola Marymount University, April 27, 2014.

"Immigrant Students in the United States:  Preparing Teachers to Teach Them," Keynote at 11th Annual Shanghai International Curriculum Forum, East China Normal University, Shanghai China, November 2, 2013

"How Well Prepared are We to Meet the Needs of English Learners?" 66th Annual Education Writers Association Conference, Stanford University, May 4, 2013

"The Latino Education Crisis", Education Writers of America, Washington DC, May 2, 2009.

"Defending diversity, language rights and access to education in the United States", UNESCO, Paris, France, April 9, 2009

"The Latino Education Crisis", American Youth Policy Forum, Russell Building, U.S. Congress, Washington DC, February 27, 2009

"Teaching to a new nation," Education Writers Association & Chicago Public Radio, Chicago, Ill.  September 19, 2008

"The crisis in access to higher education in the United States," Symposium on higher education access, Sciences Po, Paris, France, April 18, 2008

"The consequences of resegregation of Latino students," Symposium on school segregation/desegregation in the United States, Institute for the Study of the Americas, University of London, London, April 15, 2008

"The Impact of Lau v Nichols on the education of ELL students," Symposium on the impact of Lau v Nichols, Education Summit of the Office of English Language Acquisition, U.S. Department of Education, Washington DC, October 29, 2007

"A Preliminary Evaluation of Mexican-sponsored Educational Programs in the United States: Strengths, Weaknesses, and Potential." Segundo Simposio Binacional, Monterrey, México, March 1, 2007

"Global families in transition: Latinos in the U,S.," Conference on Educating the Global City, New York University, November 1, 2005

"Expanding Access & Ensuring Diversity in Higher Education: Policy

Considerations and Arizona's Challenges," Presentation to the Arizona Board of Regents, Tempe, AZ, February 8, 2005.

"The impact of Mexican educational initiatives on Spanish speakers in the US—Preliminary observations", Mexican Migrant Students: US/Mexican Responses.  Universidad de Monterrey, Monterrey, Mexico, December 3, 2004

"Understanding Latino School Achievement: Implications for Teachers, School Leaders, and Community Activists."  Keynote at the 2004-2005 Race, Culture, Identity and Achievement Speakers' Series, Boston Children's Museum, Boston, MA, November 10, 2004

"Nurturing High Achievement in Latino Youth", Keynote. Crossing the Bridge Together, Hispanic Achievement Conference, Raleigh, North Carolina, October 8, 2004

"An Education Proposal to the California-Mexico Commission on Science, Technology and Education", Presentation to the UC –CONACYT Commission, Mission Inn, Riverside California. June 15, 2004

"Paving the Way to Educational Success."  Keynote. Third National PAESMEM (Presidential Awards for Excellence in Science, Mathematics and Engineering Mentoring) Conference Contra Costa College, Center for Science Excellence, Contra Costa, California, May 1, 2004

"Addressing Educational Inequities for Latino Students:  The Politics of "Forgetting", Latino Students in Higher Education, Arizona State University, Tempe, April 30, 2004

"(Des)Conexciones: Connecting and Disconnecting in School: Peers,  Achievement and Mexican-Origin youth", American Educational Research Association Conference, San Diego, CA, April 16, 2004.

"The Legacy of Brown: Lau and Language Policy in the U.S.", American Educational Research Association Conference, San Diego, CA, April 13, 2004.

"The status of English Learners in the U.S.  What do we know and what do we NOT know?  Educational Testing Service (ETS) Issues Forum, Chauncey Conference Center, Princeton, New Jersey, March 31, 2004.

Capturing Latino Students in the Academic Pipeline, What can we do?," Celebrating Educational Opportunities," California, Arizona, New Mexico and Texas School Boards Association Conference, Manchester Grand Hyatt, San Diego, CA, March 20, 2004

"Inquietudes sobre los logros académicos de los estudiantes de orígen Mexicano

en los EU", Simposio Binacional Mexico-EU de Investigadores en Educación, Universidad Nacional Pedagógica, Mexico City, March 12, 2004

Seven Ways in Which We Shortchange the Education of English Learners and What WE All Can and Must Do about It", NCLB: Rising to the Challenge—Discovering Opportunities Conference, Asilomar, CA February 19, 2004

"Expanding Opportunity in Higher Education: What We Have Learned", Expanding Opportunity in Higher Education Conference, University of California and Civil Rights Project at Harvard University, Sacramento, CA, October 23-24 2003.

"Capturing Latino Students in the Academic Pipeline, What can we do?" Cesar Chavez Institute, San Francisco State University, San Francisco, March 28, 2003

"The Inequitable Treatment of English Learners in California's Public Schools", WestEd, San Francisco, CA, March 27, 2003

"Why the K-16 Master Plan Matters for California's Students", K-16 Master Plan Capitol Press Conference, State Capitol, Sacramento, CA, March 13, 2003.

"The Status of English Learner Achievement in California", Assembly Education Hearing on the Education of English Learners, State Capitol, Sacramento, CA, February 5, 2003.

"Applying the Lessons of College Preparation Programs to Intervention Efforts in Mathematics", Chicago Public Schools, Chicago, Ill, January 31, 2003.

"What we can and must do to address the achievement gap for English Learners", Keynote. 4th Annual Accountability Institute, California Department of Education, "English Learners and Immigrant Students," Santa Barbara, CA, December 8, 2002

"Closing the Higher Education Achievement Gap for Under-represented Students", Early Awareness Collaboration Conference, Keynote. Metropolitan University, Minneapolis, Minnesota, October 11, 2002

"California Higher Education and Diverse Cultural Identities: New Dynamics for Traditional Roles", 14th Annual Envisioning California Conference, Sacramento Convention Center, Sacramento, CA. September 27, 2002

"The status of English Learners in California Post-Proposition 227" (with Russ Rumberger) at Education Writers Association Conference, Schwab Center, Stanford University, September 5, 2002.

"What We Have Learned about Increasing Access to Higher Education in the United States," Keynote for Meeting the Challenge Conference, Department for Education and Skills, Government of Great Britain, London, England, June 26, 2002.

"The Effects of the Unz Initiative on California's English Learners", Harvard Civil Rights Roundtable, Bilingual Education: What's at Stake for Massachusetts? Harvard Law School, Harvard University, June 3, 2002.

"Learning English in California" at the *Latinos: Remaking America* WGBH Forum, Askwith Hall, Harvard University, May 2, 2002.

"An overview of the High School Puente Project: Description and empirical Findings," American Educational Research Association Conference, New Orleans, LA, April 4, 2002.

"Testimony on the Status of Education for English Learners in California Schools," Assembly Education Hearing, State Capitol, Sacramento, CA, February 20, 2002

"Educational equity and academic preparation," Rethinking the SAT. The Future of Standardized Testing in University Admissions, University of California, Santa Barbara, November 17, 2001.

"The ongoing impact of Proposition 209 on the University of California, Florida Education Fund McKnight Scholars Conference, Tampa Bay, FL, October 19, 2001.

"Evaluating academic interventions: what do we know and don't we know?" American Youth Policy Forum on Raising Minority Achievement, Washington DC, September 21, 2001.

"Can academic intervention programs close the achievement gap?" Presentation to the California K-16 Master Plan Committee on Student Learning, San Francisco, CA, July 21, 2001.

"The schooling of English Learners." Policy Forum for University of California, Merced and Bakersfield County Office of Education, Bakersfield, June 21, 2001.

"What can outreach really do?" Federal and Sate Roles in Improving K-16 Education, Conference sponsored by National Council for Community and Education Partnerships, Mandalay Bay, CA April 21, 2001.

"Keeping minority students in the academic pipeline: What we know and what We can predict," Conference on Strategies for Improving Diversity of the Health

Professions, University of California at San Francisco and the California Endowment, March 29, 2001.

"Lost opportunities: the difficult journey to higher education for underrepresented minority students, Nickens Symposium on Diversity in Health Professions, National Institute of Medicine of the National Academy of Sciences, Washington, DC, March 16, 2001.

"Why Evaluate?" Workshop on Program Evaluation, Nellie Mae Foundation, Providence, Rhode Island, February 22, 2001.

"English learners in the wake of Proposition 227: How are they faring?" Uncommon Knowledge, Nationally broadcast PBS program, December 13, 2000.

"The status of English learners in California," Presentation at the California Legislature, Sponsored by Policy Analysis in California Education (PACE), State Capitol Building, December 12, 2000.

# **Exhibit B**

to Joint Declaration of Patricia Gándara and Gary Orfield

# References

American Councils for International Education (2021). 2021 Canvass of Dual Language and Immersion (DLI) Programs in US Public Schools. Washington DC: American Councils.

Bowen, W.. and Bok, D. (1998). The Shape of the River. Princeton: Princeton University Press.

Carpenter-Huffman, P. and Samulon, M. (1981), Case studies of delivery and cost of bilingual education. (N-1684-ED). Santa Monica, CA: RAND Corporation

Gándara, P. (2012). Is there a labor market advantage to being bilingual? Princeton, NJ: Educational Testing Service.

Gándara, P. and Acevedo, S. (2016). Realizing the economic advantages of a multilingual workforce. Los Angeles, CA: Civil Rights Project/Proyecto Derechos Civiles.

Gándara, P. and Rumberger, R. (2009). "Immigration, Language and education: How does language policy structure opportunity?" Teachers College Record, 111. Figure 4. Percentage of LEP students by grade level, California and Texas, 2005.

Gándara, P. and Rumberger, R. W. (2008). Defining an adequate education for English learners. Education Finance and Policy, 3(1), 130-148

Gándara, P. and Rumberger, R. (2006). Resource needs for California's English Learners. Santa Barbara. CA: University of California Linguistic Minority Research Institute.

Jimenez-Castellanos, O., & Topper, A. M. (2012). The cost of providing an adequate education to English language learners: A review of the literature. Review of Educational Research, 82(2), 179-232.

Parrish, T.B. (1994). A cost analysis of alternative instructional models for Limited English Proficient students in California, Journal of Education Finance, 19, 256-278.

Porras, D., J. Ee, and P. Gándara (2014). Employer preferences: Do bilingual applicants and employees experience an advantage? in R. Callahan and P. Gándara (eds), The Bilingual Advantage: Language, Literacy and the US Labor Market. Bristol, UK: Multilingual Matters. Pp.234-260.

Porter, L., Vasquez-Cano, M. and Umansky, I. (2023).  The Case for Bilingual Education: Evidence and Pathways.  Los Angeles, CA: Civil Rights Project/Proyecto Derechos Civiles.

Rumbaut, R. (2014) English Plus: Exploring the Socioeconomic Benefit of Bilingualism in Southern California, in  R. Callahan and P. Gándara (eds), The Bilingual Advantage: Language, Literacy and the US Labor Market.  Bristol, UK: Multilingual Matters. Pp.182-210.

Rumberger, R. (2011).  Dropping Out.  Cambridge, MASS: Harvard University Press.

Rumberger, R. and Gándara,P. (2015).   Resource needs for educating linguistic minority students, in H. Ladd and M.Goertz (eds), Handbook of Research in Education Finance and Policy. New York: Routledge. Pp 585-606.

Santibañez, L. and Zárate, M.E. (2014).   Bilinguals in the US and College Enrollment, in R. Callahan and P. Gándara (eds), The Bilingual Advantage: Language, Literacy and the US Labor Market.  Bristol, UK: Multilingual Matters. Pp.211-233.

Umansky, I. M., and Reardon, S.F. (2014). Reclassification patterns among Latino English learner students in bilingual, dual immersion, and  English immersion classrooms. American Educational Research Journal, 51(5),  879-912

US Bureau of Labor Statistics (2022). Education Pays, 2021.  Washington DC. Bureau of Labor Statistics.