# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   *Defendants*. | No. 6:24-cv-00306 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF

Upon consideration of the unopposed motion of the States of New York, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia for permission to file a proposed brief as amici curiae,

**IT IS HEREBY ORDERED that** the motion is granted and the amicus brief is accepted for filing.