# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No. 6:24-cv-00306 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| *Defendants.* | ) |

## ORDER DENYING
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment, Plaintiffs' Motion for Summary Judgment, and Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. Upon consideration of the Motions, all responses and replies thereto, the administrative record and all relevant and admissible evidence, and all related filings:

The Court hereby GRANTS Defendants' Motion for Summary Judgment and DENIES Plaintiffs' Motion for Summary Judgment. The Court enters judgment in Defendants' favor, dismissing all of Plaintiffs' claims with prejudice.

It is SO ORDERED.