IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No.: 6:24-cv-00306 |

### [PROPOSED] ORDER GRANTING AMICI'S MOTION FOR LEAVE TO PRESENT FACT WITNESS

Pending before the Court is Amici's Motion for Leave to Present Fact Witness. After reviewing the Motion, any further briefing, and the record and applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.