UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00306

**State of Texas et al.,**
*Plaintiffs,*

v.

**United States Department of Homeland Security et al.,**
*Defendants.*

# NOTICE

For the proceedings scheduled to begin at 9:00 a.m. on November 5, 2024, the following orders apply:

- Proceedings will occur in courtroom 306 in the William M. Steger Federal Building and United States Courthouse, with courtroom 301 as an overflow courtroom.

- With no live witnesses, the case shall move directly to oral argument under the following time limits. Plaintiffs: 40 minutes. Defendants: 40 minutes. Amicus curiae CHIRLA: 10 minutes.

- The court may consider requests from the parties and from media representatives for reserved seating in the courtroom. Call Court Information Officer (CIO) Jode Bejarano at 903-590-1057 for information about the possibility of reserved seating.

- The decorum and dignity of the court, the courtroom, and judicial proceedings shall be maintained at all times. Court customs shall be followed, including adherence to business attire. Questions regarding decorum may be directed to the CIO.

- The Electronic Device Policy on the Tyler Division's website applies. There shall be no recordings or transmissions in any courtroom. Any camera, mobile phone, laptop, smart watch, or other electronic device is prohibited past security and in courtrooms, except as to counsel using a laptop for the conduct of trial. Guards do not have storage facilities to hold any items.