IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE:** 11/5/2024

**DISTRICT JUDGE:** J. Campbell Barker

| **COURT REPORTER:** Ed Reed | **COURTROOM DEPUTY:** Nicole Cadenhead |
|---|---|
| Case No. 6:24-cv-00306 | Start Time: 9:01 am |
| State of Texas et al v. United States Department of Homeland Security et al | End Time: 11:32 am |

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| Ryan Walters | Joseph Darrow |
| James Rogers | Caroline McGuire |
| Ryan Giannetti | Brian Ward |
| Garrett Greene | |
| Zachary Rhines | |
| Alan Hurst | |
| | **ATTORNEYS FOR AMICUS CHIRLA** |
| | Esther Sung |
| | Hillary Li |
| | Laura Flores-Perilla |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, Texas:

| TIME: | MINUTES: Consolidated hearing on preliminary injunction and bench trial |
|---|---|
| 9:01 am | The court called the case. |
| 9:01 am | The parties announced ready to proceed. |

CASE NO. 6:24-cv-00306          DATE: 11/5/2024
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Consolidated hearing on preliminary injunction and bench trial |
|---|---|
| 9:03 am | Robert Heghmann addressed the court and asked to speak. The court informed him he is not a party of this case, and he is welcome to listen but cannot provide argument. |
| 9:04 am | The court discussed the time for the parties and took up argument on the exhibits.<br><br>Rulings on Plaintiffs' Exhibits:<br><br>Exhibit A - not admitted<br>Exhibits A-1 through A-15 - not admitted<br>Exhibit B – admitted<br>Exhibit D - admitted<br>Exhibit C and E - admitted as to everything but the merits<br>Exhibit F – Reserved ruling<br><br>Rulings on Defendants' Exhibits:<br><br>Exhibit A – not admitted<br>Exhibit B – admitted on 11/2/24<br>Exhibit C – admitted 11/2/24<br>Exhibit D – admitted 11/2/24<br>Exhibit E through H– not admitted |
| 9:29 am | The court moved to hear argument and gave the parties an update on their remaining time. |
| 9:30 am | Ryan Walters began argument on behalf of plaintiffs. |
| 9:47 am | Mr. Rogers provided responses to the court. |
| 9:51 am | Mr. Walters continued responding to the court. |
| 10:01 am | Ryan Giannetti began argument. |
| 10:13 am | Brian Ward began argument on behalf of defendants. |
| 11:09 am | Brian Ward concluded argument. |
| 11:09 am | Ms. Laura Flores-Perilla began argument on behalf of CHIRLA. |

CASE NO.: 6:24-cv-00306  DATE:11/5/2024
PAGE 3 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Consolidated hearing on preliminary injunction and bench trial |
|---|---|
| 11:25 am | Ms. Flores-Perilla concluded argument. |
| 11:25 am | James Rogers began rebuttal argument on behalf of plaintiffs. |
| 11:31 am | James Rogers concluded argument. |
| 11:31 am | The court thanked the parties. The motion and briefing are submitted. |
| 11:32 am | Adjourned. |