AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| State of Texas, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00306 |
| United States Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee .

Date: 11/06/2024

/s/ Whitney D. Hermandorfer
*Attorney's signature*

Whitney D. Hermandorfer - TN 041054
*Printed name and bar number*

P.O. Box 20207
Nashville, TN 37202-0207

*Address*

whitney.hermandorfer@ag.tn.gov
*E-mail address*

(615) 741-3491
*Telephone number*

(615) 741-2009
*FAX number*