UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00306

**State of Texas et al.,**
*Plaintiffs,*

v.

**United States Department of Homeland Security et al.,**
*Defendants.*

# FINAL JUDGMENT

The court declares that defendants lack statutory authority under 8 U.S.C. § 1182(d)(5)(A) itself (as opposed to under other provisions modifying or supplementing that authority) to grant parole "in place" to aliens, as that term is used in the final agency action published at 89 Fed. Reg. 67,459 (Aug. 20, 2024) ("Implementation of Keeping Families Together"), or to deem parole "in place" as used there to be parole "into the United States" for purposes of 8 U.S.C. § 1255(a). That agency action is hereby set aside and vacated pursuant to 5 U.S.C. § 706(2).

All other relief prayed for is denied without prejudice, except for attorneys' fees and nontaxable expenses, which may be sought after final judgment. *See* Fed. R. Civ. P. 54(d)(2). Court costs are taxed against defendants. *See* Fed. R. Civ. P. 54(d)(1).

The clerk of court is directed to enter this document on the docket as a final judgment. *See* Fed. R. Civ. P. 58.

*So ordered by the court on November 7, 2024.*

J. CAMPBELL BARKER
United States District Judge