UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:24-cv-0306
———

**State of Texas, et al.,**

*Plaintiffs,*

v.

**U.S. Department of Homeland Security, et al.,**

*Defendants.*
———

Before BARKER, *District Judge*
———

# PLAINTIFFS' ADMITTED EXHIBIT LIST

| Judge J. Campbell Barker | PLAINTIFFS' ATTORNEYS: RYAN D. WALTERS, GARRETT GREENE, ZACHARY RHINES, JAMES K. ROGERS, RYAN GIANNETTI, ALAN HURST | DEFENDANTS' ATTORNEYS: BRIAN WARD, JOSEPH DARROW, CAROLINE MCGUIRE |
|---|---|---|
| TRIAL DATE(S): November 5, 2024 | COURT REPORTER: ED REED | COURTROOM DEPUTY: NICOLE CADENHEAD |

| EXHIBIT NUMBER | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) |
|---|---|---|
| B | 11/2/2024 | Defendants' Supplemental Responses and Objections to Plaintiffs' First Set of Jurisdictional Requests for Production, Interrogatories, and Requests for Admission, ECF No. 79-2 |
| C | 11/5/2024 – admitted as to everything but merits | Declaration of Amy Copeland, ECF No. 79-3 |
| D | 11/5/2024 | Declaration of Susan Bricker, ECF No. 79-4 |
| E | 11/5/2024 – admitted as to everything but merits | Declaration of Rebecca Waltz, ECF No. 79-5 |

1