UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-0306

**State of Texas, et al.,**

*Plaintiffs,*

v.

**United States Department of Homeland Security, et al.,**

*Defendants.*

Before BARKER, *District Judge*

## DEFENDANTS' ADMITTED EXHIBIT LIST

| Judge J. Campbell Barker | PLAINTIFFS' ATTORNEYS:<br>RYAN D. WALTERS<br>GARRETT GREENE<br>ZACHARY RHINES<br>JAMES K. ROGERS<br>RYAN GIANNETTI<br>ALAN HURST | DEFENDANTS' ATTORNEYS:<br>BRIAN WARD<br>JOSEPH DARROW<br>CAROLINE MCGUIRE |
|---|---|---|
| TRIAL DATE(S):<br>November 5, 2024 | | COURTROOM DEPUTY:<br>NICOLE CADENHEAD |

| EXHIBIT NUMBER | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) |
|---|---|---|
| B | 11/2/2024 | Plaintiffs' Discovery Responses, dated September 3, 2024 |
| C | 11/2/2024 | Plaintiffs' Corrected Discovery Responses, dated September 6, 2024 |
| D | 11/2/2024 | Defendants' Discovery Responses, dated September 3, 2024 |