# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | ) Civil Action No. 6:24-cv-0306 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | )<br>)<br>) |
| *Defendants.* | )<br>) |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

Avideh Moussavian, pursuant to 5 U.S.C. § 706, deposes and says as follows:

1.     I am Chief of the Office of Policy and Strategy, U.S. Citizenship and Immigration Services, Department of Homeland Security, in Washington, D.C. The Office of Policy and Strategy was principally responsible for implementing the project and process that is the subject of the above-captioned case. As Chief, I was and continue to be responsible for the planning, staffing, writing, scoping, and decision-making for the process.

2.     To the best of my knowledge, the attached documents, also designated in the accompanying Index of Certified Administrative Record, constitute a true and complete copy of all documents and materials considered by the agency in promulgating the notice, Implementation of Keeping Families Together, DHS Docket No. USCIS–2024–0010, RIN 1615–ZC09, 89 Fed. Reg. 67459 (August 20, 2024), as well as the corresponding forms.

2

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August 2024, in Washington, D.C.

AVIDEH MOUSSAVIAN
Digitally signed by AVIDEH MOUSSAVIAN
Date: 2024.08.29 16:10:52 -04'00'

_____
Avideh Moussavian
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security