# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, et al., ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-0306 |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| *Defendants.* ) | |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

My name is Dominic J. Mancini. I am the Deputy Administrator of the Office of Information and Regulatory Affairs within the Office of Management and Budget, which is an office within the Executive Office of the President in Washington, D.C. The Office of Management and Budget (OMB) was principally responsible for approving the United States Citizenship and Immigration Services' (USCIS) request for emergency Paperwork Reduction Act (PRA) clearance for USCIS Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens.

To the best of my knowledge, the attached documents, also designated in the accompanying Index of Certified Administrative Record, constitute a true and complete copy of all documents and materials considered by OMB in approving USCIS's request for emergency PRA clearance for USCIS Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August 2024, in Washington, D.C.

 

_____
Dominic J. Mancini
Deputy Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget